FILED

2003 SEP 16  A 11: 56

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WASLEY PRODUCTS, INCORPORATED, ET AL. | ) | CIVIL ACTION NO.: 3:03CV383 (DJS) |
| | ) | |
| vs. | ) | |
| | ) | |
| BARRY LEONARD BULAKITES, ET AL. | ) | SEPTEMBER 15, 2003 |

## PLAINTIFFS' MOTION FOR ORDER OF WAIVER OF SERVICE

The Plaintiffs in the above-captioned action intend to serve a subpoena on Fleet National

Bank (as successor to Shawmut Bank) ("Fleet"), seeking the production of documents relating to

specific deposit accounts.  A copy of the proposed subpoena directed to Fleet is attached hereto

as Exhibit A.  The subpoena seeks the disclosure of "financial records" within the meaning of

Connecticut General Statutes § 36a-41, et seq.  Pursuant to Section 36a-43(a) of the General

Statutes, such financial records may be obtained pursuant to a lawful subpoena "if the party

seeking the records causes such subpoena ... to be served upon the customer whose records are

being sought, at least ten days prior to the date on which the records are to be disclosed[.]"

Section 36a-43(a) further provides, however, that "[a] court of competent jurisdiction, for good

cause, may waive service of such subpoena ... upon such customer."  The Plaintiffs, believing

that good cause exists, hereby move the Court for an Order waiving the statutory requirement of

service of the subpoenas upon the banks' customers.



COHN BIRNBAUM & SHEA P.C.  •  ATTORNEYS AT LAW  •  100 PEARL STREET  •  HARTFORD, CT 06103-4500  •  (860) 493-2200  •  JURIS NO. 10163