FILED

2003 OCT 29 P 3: 16

US DISTRICT COURT
HARTFORD CT

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INCORPORATED ) | |
| AND PRECISION MOLDING ) | |
| COMPANY, INC., ) | |
| Plaintiffs ) | CIVIL ACTION NO.: 3:03CV383 (DJS) |
| ) | |
| vs. ) | |
| ) | |
| BARRY LEONARD BULAKITES, ) | |
| JAMES ALBERT WINSLOW, ) | |
| JOSHUA ADAMS CORPORATION, ) | |
| NATIONWIDE LIFE INSURANCE ) | |
| CO. OF AMERICA f/k/a PROVIDENT ) | |
| MUTUAL LIFE INSURANCE CO. AND ) | |
| LINCOLN NATIONAL LIFE INSURANCE CO. ) | |
| Defendants ) | OCTOBER 29, 2003 |

### APPEARANCE

Please enter the appearance of **Mary E.R. Bartholic, Esq.,** Cohn Birnbaum & Shea P.C., 100 Pearl Street, 12th Floor, Hartford, Connecticut 06103 as counsel for the non-party witness, **Michael F. Mulpeter.**

THE NON-PARTY WITNESS,
MICHAEL F. MULPETER

By: _____
Mary E.R. Bartholic, Esq.
Federal Bar No. ct17518
Cohn Birnbaum & Shea P.C.
100 Pearl Street
Hartford, CT 06103
Telephone: 860/493-2200
Facsimile: 860/727-0361
Email: mbartholic@cb-shea.com

## CERTIFICATION

     I hereby certify that on October 29, 2003, copies of the foregoing Appearance were sent via First Class mail, postage prepaid, to:

Maurice T. FitzMaurice, Esq.
Peter K. Rydel, Esq.
Reid & Riege, P.C.
One Financial Plaza
Hartford, CT 06103-3185

Deborah S. Freeman, Esq.
Bryan D. Short, Esq.
Bingham McCutchen LLP
One State Street
Hartford, CT 06103-3178

Albert Zakarian, Esq.
Eric L. Sussman, Esq.
Day, Berry & Howard
CityPlace
Hartford, CT 06103-3499

                                            Mary E.R. Bartholic

121273   67783.009