UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INCORPORATED AND PRECISION MOLDING COMPANY, INC., <br>     Plaintiffs <br><br> vs. <br><br> BARRY LEONARD BULAKITES, JAMES ALBERT WINSLOW, JOSHUA ADAMS CORPORATION, NATIONWIDE LIFE INSURANCE CO. OF AMERICA f/k/a PROVIDENT MUTUAL LIFE INSURANCE CO. AND LINCOLN NATIONAL LIFE INSURANCE CO. <br>     Defendants | ) <br> ) <br> ) <br> ) CIVIL ACTION NO.: 3:03CV383 (DJS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) OCTOBER 28, 2003 |

## APPEARANCE

Please enter the appearance of **Thomas W. Witherington, Esq.**, Cohn Birnbaum & Shea P.C., 100 Pearl Street, 12th Floor, Hartford, Connecticut 06103 as counsel for the non-party witness, **Michael F. Mulpeter.**

                        THE NON-PARTY WITNESS,
                        MICHAEL F. MULPETER

                        By: _____
                            Thomas W. Witherington, Esq.
                            Federal Bar No. ct05711
                            Cohn Birnbaum & Shea P.C.
                            100 Pearl Street
                            Hartford, CT 06103
                            Telephone: 860/493-2200
                            Facsimile: 860/727-0361
                            Email: twitherington@cb-shea.com

## CERTIFICATION

I hereby certify that on October 28, 2003, copies of the foregoing Appearance were sent via First Class mail, postage prepaid, to:

Maurice T. FitzMaurice, Esq.
Peter K. Rydel, Esq.
Reid & Riege, P.C.
One Financial Plaza
Hartford, CT 06103-3185

Deborah S. Freeman, Esq.
Bryan D. Short, Esq.
Bingham McCutchen LLP
One State Street
Hartford, CT 06103-3178

Albert Zakarian, Esq.
Eric L. Sussman, Esq.
Day, Berry & Howard
CityPlace
Hartford, CT 06103-3499

_____
Thomas W. Witherington

121248   67783.00