Blum Shapiro Litigation    29 South Main Street    Tel 860.561.4000
Consulting Group, LLC      Suite 305               Fax 860.521.0035
                           P.O. Box 272000         www.litigationconsultant.com
                           West Hartford, CT 06127-2000

# BlumShapiro
Litigation Consulting

**RECEIVED**

NOV 1  2003

U.S. DISTRICT COURT
HARTFORD, CONN.

United States District Court
District of Connecticut

Wasley Products, Incorporated
and Precision Molding Company,
Inc.

Plaintiffs

-against-

Barry Leonard Bulakites, James
Albert Winslow, Joshua Adam
Corporation, Nationwide Life
Insurance Co. of America f/k/a
Provident Mutual Life
Insurance Co. and Lincoln
National Life Insurance Co.

Defendants

3:03CV383 (DJS)

## STATUS REPORT OF SPECIAL MASTER
October 2003

In accordance with the Order of Reference dated June 24, 2003 Section IV, subsection j, I respectfully submit this report of actions taken from October 1, 2003-October 31, 2003.

We supplied all counsel with detailed lists of what we perceived as major missing documents and/or information to complete our reconciliation of funds and their flow through the various depositories.

We are still missing many documents such as forms 5500 for each year, payments to the PBGC, if any, and explanations that make sense of the funding process used by the administrators. We have been in contact with a previous actuary regarding these filings and have requested from an independent source, "free ERISA" copies of any filings from 1990 to 2001.

We have also discovered funds from Wasley marked as pension contribution that appear to have been deposited into Provident Mutual Life Insurance Company's Connecticut Agency Account at Shawmut Bank from 1992-1994. Nationwide's counsel has requested their client to research these items.

We held a meeting of all parties on October 27, 2003 where in the presence of a court reporter we interviewed various persons representing the plaintiff and defendant. Our forensic actuary and I questioned the various parties and allowed counsel to submit questions for us to ask of the parties once we had finished. Because of a medical emergency with one of the parties we scheduled November 11 as the day to finish the questioning.

The transcripts of the October session has just arrived and we will be reviewing it during November.

**Tasks to be completed before the final report:**

At this point we are about to assemble various schedules that will show the flow of funds from Wasley to the various depositories and their subsequent disposition. We recognize that there are still many disbursements and deposits to these accounts that need to be accounted for, yet we are proceeding with the hope that the answers to our questions will be available in the near future.

We are presently awaiting on certain materials that defendant Joshua Adams Corporation counsel has indicated will be provided to us in the near future. .Counsel has indicated that they have received some of this information and as soon as they review it they will be forwarding it to us.

As stated last month, the major task is to complete documentation of funds deposited into New Haven Savings Bank, and any other depositories subsequently discovered as to their ultimate disposition via disbursement from those accounts. The major hold up in completing any reconciliation will be the ultimate discovery of documents from New Haven Savings bank for transactions in January through April of 1995.

Respectfully submitted this 10th day of November, 2003.

*[signature]*

Alan R. Mandell, CFE, CPA, DABFA
Special Master