FILED

2003 NOV 19 P 2: 27

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INCORPORATED ) <br> AND PRECISION MOLDING ) <br> COMPANY, INC., ) <br> Plaintiffs ) <br> ) <br> vs. ) <br> ) <br> BARRY LEONARD BULAKITES, ) <br> JAMES ALBERT WINSLOW, ) <br> JOSHUA ADAMS CORPORATION, ) <br> NATIONWIDE LIFE INSURANCE ) <br> CO. OF AMERICA f/k/a PROVIDENT ) <br> MUTUAL LIFE INSURANCE CO. AND ) <br> LINCOLN NATIONAL LIFE INSURANCE CO. ) <br> Defendants ) | CIVIL ACTION NO.: 3:03CV383 (DJS) <br><br><br><br><br><br><br><br><br><br><br><br> NOVEMBER 18, 2003 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned hereby moves to withdraw her appearance on behalf of the Plaintiffs, **Wasley Products, Incorporated and Precision Molding Company, Inc.**, in the above-entitled action as she has left the employ of Cohn Birnbaum & Shea P.C. The appearance of Mary E.R. Bartholic, Esq. and Thomas W. Witherington, Esq. of Cohn Birnbaum & Shea P.C. have been entered as counsel on behalf of the Plaintiffs in the above matter.

Respectfully submitted,

By: _____
Rupal Shah-Palanki, Esq.
Federal Bar No. ct21406
Formerly of Cohn Birnbaum & Shea P.C.
100 Pearl Street
Hartford, CT 06103
Telephone: 860/493-2200
Facsimile: 860/727-0361

## **CERTIFICATION**

I hereby certify that on November 18, 2003, copies of the foregoing Appearance were sent via First Class mail, postage prepaid, to:

Maurice T. FitzMaurice, Esq.
Peter K. Rydel, Esq.
Reid & Riege, P.C.
One Financial Plaza
Hartford, CT 06103-3185

Deborah S. Freeman, Esq.
Bryan D. Short, Esq.
Bingham McCutchen LLP
One State Street
Hartford, CT 06103-3178

Albert Zakarian, Esq.
Eric L. Sussman, Esq.
Day, Berry & Howard
CityPlace
Hartford, CT 06103-3499

Mary E. R. Bartholic

121417   67783.00