UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **WASLEY PRODUCTS,** <br> **INCORPORATED, ET AL** <br>     **Plaintiffs** | : |
| v. | : CIVIL NO.: 3:03cv383(DJS) |
| **BARRY LEONARD BULAKITES,** <br> **ET AL** <br>     **Defendants** | : |

**ORDER**

The Motion to Withdraw Appearance (Doc. #53) of Rupal Shah Palanki is hereby **GRANTED.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   26th   day of November, 2003.

/s/DJS
Dominic J. Squatrito
United States District Judge