UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INCORPORATED, ET AL<br>　　Plaintiffs | : |
| v. | : CIVIL NO.: 3:03cv383(DJS) |
| BARRY LEONARD BULAKITES, ET AL<br>　　Defendants | : |

### ORDER

The Motion to Withdraw Appearance (Doc. #53) of Rupal Shah Palanki is hereby **GRANTED.**

**IT IS SO ORDERED.**

Dated at Hartford, Connecticut, this 26th day of November, 2003.

　　　　　　　　　　　　　　Dominic J. Squatrito
　　　　　　　　　　　　　　United States District Judge