UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WASLEY PRODUCTS, INCORPORATED, ET AL. | ) | CIVIL ACTION NO.: 3:03CV383 (DJS) |
| | ) | |
| vs. | ) | |
| | ) | |
| BARRY LEONARD BULAKITES, ET AL. | ) | NOVEMBER 24, 2003 |

### NOTICE OF WITHDRAWAL OF
### MOTION TO QUASH SUBPOENA SERVED UPON
### NON-PARTY MICHAEL F. MULPETER, ESQ.

The Plaintiffs in the above-captioned action and non-party Michael F. Mulpeter, the movants of a Motion to Quash Subpoena Served Upon Non-Party Michael F. Mulpeter, Esq., dated October 29, 2003 (the "Motion to Quash"), hereby give notice of the withdrawal of the Motion to Quash, without prejudice and subject to re-filing.

On November 13, 2003, counsel for Defendants Barry Leonard Bulakites, James Winslow and Joshua Adams Corp. notified the undersigned by letter that the subpoena, which had been served upon Michael F. Mulpeter on October 14, 2003 (the "October 14th Subpoena"), was withdrawn "subject to re-serving." A copy of the November 12, 2003 letter from Peter K. Rydel to Mary E.R. Bartholic, Esq. is attached hereto as Exhibit A. In view of the withdrawal of the October 14th Subpoena, the Motion to Quash is moot and, accordingly, is withdrawn. However, because it is evident that the Defendants intend to re-serve the October 14th

Subpoena,[1] the movants reserve the right to re-file the Motion to Quash if the October 14th Subpoena is again served, in its present form.

                    WASLEY PRODUCTS, INCORPORATED
                    and PRECISION MOLDING COMPANY, INC.,
                    THE PLAINTIFFS

                    MICHAEL F. MULPETER,
                    NON-PARTY AND MOVANT

By: _____
    Mary E.R. Bartholic (ct17518)
    Cohn Birnbaum & Shea P.C.
    100 Pearl Street
    Hartford, Connecticut 06103
    Telephone: 860/493-2200
    Facsimile: 860/727-0361
    Email: mbartholic@cb-shea.com

---

[1] In an apparent attempt to comply with Fed. R. Civ. P. 45(b)(1), which requires prior notice of a subpoena to be served on each party, on November 20, 2003, Defendants' counsel mailed to Plaintiffs' counsel a copy of a new subpoena addressed to Michael F. Mulpeter, Esq. (the "Second Subpoena"). The Second Subpoena appears to command the production of the same documents that had been sought previously in the October 14th Subpoena.

## CERTIFICATION

I hereby certify that on November 24, 2003, copies of the foregoing Withdrawal of Motion to Quash were sent by First Class mail, postage prepaid, to:

Maurice T. FitzMaurice, Esq.
Peter K. Rydel, Esq.
Reid & Riege, P.C.
One Financial Plaza
Hartford, CT 06103-3185

Deborah S. Freeman, Esq.
Bryan D. Short, Esq.
Bingham McCutchen LLP
One State Street
Hartford, CT 06103-3178

Albert Zakarian, Esq.
Eric L. Sussman, Esq.
Day, Berry & Howard
CityPlace
Hartford, CT 06103-3499

Mary E.R. Bartholic

MERB/121597   67783-009



**REID AND RIEGE, P.C.**
COUNSELLORS AT LAW

ONE FINANCIAL PLAZA
HARTFORD, CT 06103
Voice: (860) 278-1150
Fax: (860) 240-1002

234 CHURCH STREET
9TH FLOOR
NEW HAVEN, CT 06510-1819
Voice: (203) 777-8008
Fax: (203) 777-6304

Peter K. Rydel
(860) 240-1023

EMail:
prydel@reidandriege.com

November 12, 2003

Mary E.R. Bartholic, Esq.
Cohn Birnbaum & Shea, P.C.
100 Pearl Street
Hartford, CT 06103-4500

Re:  Mulpeter Subpoena

Dear Mary:

This letter is to inform you that we are withdrawing our subpoena served upon Attorney Michael Mulpeter on October 14, 2003, subject to re-serving.

Please call me or Fitz if you have any questions.

Very truly yours,

REID and RIEGE, P.C.

Peter K. Rydel

Cc: Hon. Dominic J. Squatrito
    Deborah S. Freeman, Esq.
    Bryan D. Short, Esq.
    Albert Zakarian, Esq.
    Eric L. Sussman, Esq.

19410.000/345429.1