UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **WASLEY PRODUCTS, INCORPORATED, ET AL**  Plaintiffs | : |
| v. | : CIVIL NO.: 3:03cv383(DJS) |
| **BARRY LEONARD BULAKITES, ET AL**  Defendants | : |

### ORDER

The Notice of Withdrawal of Motion to Quash Subpoena Served Upon Non-Party Michael F. Mulpeter, Esq. (Doc. #56) is hereby **GRANTED.** The plaintiffs and non-party's Motion to Quash Subpoena Served Upon Non-Party Michael F. Mulpeter, Esq. (Doc. #50) is hereby **DENIED as moot.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   10th   day of December, 2003.

  /s/DJS
Dominic J. Squatrito
United States District Judge