UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Wasley Pro Inc., et al

Plaintiffs                                              3:03cv383 (DJS)

v.

Bulakites, et al
Defendants

Prentiss, et al                                         3:03cv1790 (DJS)
Plaintiffs

v.

Wasley prod Inc., et al
Defendants

**NOTICE TO COUNSEL**

The above captioned cases have been ordered consolidated pursuant to an order entered by Judge Dominic J. Squatrito on January 22, 2004. The following provisions will govern the procedural aspects of the consolidation.

1. The clerk will maintain a master consolidated docket sheet and file in Civil 3:03cv383 (DJS). **All papers filed in one or more of the consolidated cases will be docketed on the Master**

Docket Sheet EXCEPT for the following:

>Answers,
>Amended complaints,
>Third party complaints,
>Counterclaims,
>Replys to counterclaims,
>Answers to cross-claims,
>Third party answers

These EXCEPTIONS will be entered **ONLY** on the docket sheet in the **INDIVIDUAL CASE TO WHICH THEY PERTAIN.**

The following will be docketed in **BOTH the MASTER CONSOLIDATED CASE AND IN EACH INDIVIDUAL CASE** to which the papers apply.

>Appearances,
>Withdrawals of counsel,
>Stipulated dismissals and
>Stipulated judgments
>Judgments

2. **All pleadings** will include in the caption the **MASTER CONSOLIDATED CASE NAME AND THE DOCKET NUMBER.** If a paper is applicable to two or more cases, the docket number for all of the relevant cases must be listed in the caption below the MASTER DOCKET NUMBER. If a paper is applicable to ALL CASES then "ALL CASES" should be placed below the MASTER DOCKET NUMBER.

3. The court orders consolidation without prejudice to the right of any party to apply for severance. The court may subsequently sever any case or group of cases and direct that such case or group of cases proceed separately.

In the event that an appeal is taken by one or more parties

from a decision or judgment of this court, or in the event that copies of the files are needed outside the district for any reason, it shall be the duty of the party requesting the papers to certify the record required. It shall then be the responsibility of counsel originally preparing or filing any document to be included in the record to furnish, upon request, sufficient copies to the clerk for transmittal. Copies requested shall be furnished within ten (10) days.

    Dated at Hartford, Connecticut, January 23, 2004 .

        KEVIN F. ROWE, CLERK

        By: _Barbara Grady_
            Deputy Clerk