UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREGORY PRENTISS, JOHN RIZZI, RICHARD SEICH, and DOROTHY BROWN, individually and on behalf of the Wasley Products Inc. 401(k) Profit Sharing Plan, | CIVIL NO. 3:03 CV 1790 (DJS) |
| Plaintiffs, | |
| V. | |
| WASLEY PRODUCTS, INC., ALAN A. WASLEY, ANDREW BRADY, SANDI DUMAS-LAFERRIERE, BARRY CONNELL, BARRY L. BULAKITES, JAMES A. WINSLOW, JOSHUA ADAMS CORP., | |
| Defendants. | JANUARY 22, 2004 |

## MOTION FOR EXTENSION OF TIME
## TO RESPOND TO COMPLAINT

Pursuant to Fed. R. Civ. P. 6 and D. Conn. L. Civ. R. 7(b)(1), the defendants Wasley Products, Inc., Alan Wasley, Andrew Brady, Sandi Dumas-LaFerriere, and Barry Connell hereby move the court for an extension of time of 30 days, to and including February 23, 2004, to answer or otherwise respond to the complaint. The case includes numerous parties and complex claims involving issues that date back over ten years. Defendants therefore require additional time to gather information and prepare an appropriate response.

This is defendants' second request for an extension of this deadline. The undersigned contacted plaintiff's counsel, Thomas Moukawsher, who does not object to the granting of this motion.

DEFENDANTS
WASLEY PRODUCTS, INC., ALAN A. WASLEY, ANDREW BRADY, SANDI DUMAS-LAFERRIERE, AND BARRY CONNELL

By: _____
Theodore J. Tucci (ct05249)
ttucci@rc.com
Jean E. Tomasco (ct09635)
jtomasco@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax: (860) 275-8299

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, first class postage prepaid, on this 22nd day of January 2004 to the following:

Thomas G. Moukawsher, Esq.
Ian O. Smith, Esq.
Moukawsher & Walsh
21 Oak Street, Suite 209
Hartford, CT  06106

Maurice T. Fitzmaurice, Esq.
Peter K. Rydel, Esq.
Reid & Riege, P.C.
One Financial Plaza
Hartford, CT  06103-3185

Theodore J. Tucci