UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GREGORY PRENTISS, JOHN RIZZI,
RICHARD SEICH, and DOROTHY BROWN,
individually and on behalf of the Wasley
Products Inc. 401(k) Profit Sharing Plan,

: CIVIL NO. 3:03 CV 1790 (DJS)
: 03CV383

    Plaintiffs,
V.

WASLEY PRODUCTS, INC., ALAN A.
WASLEY, ANDREW BRADY, SANDI
DUMAS-LAFERRIERE, BARRY CONNELL,
BARRY L. BULAKITES, JAMES A.
WINSLOW, JOSHUA ADAMS CORP.,

    Defendants.

: DECEMBER 19, 2003

## MOTION TO STAY DISCOVERY
## PENDING COMPLETION OF SPECIAL MASTER'S REPORT

The defendants Wasley Products, Inc., Alan Wasley, Andrew Brady, Sandi Dumas-LaFerriere, and Barry Connell hereby move the court to stay all discovery proceedings, including the case planning conference and initial disclosures, pending completion of the Special Master's final report in the related case, <u>Wasley Products, Inc. and Precision Molding Co., Inc. v. Barry Leonard Bulakites et al.</u>, Civil No. # 3:03 CV 0383 (DJS).

As grounds for this motion, defendants state as follows:

1.    This case (hereinafter referred to as "<u>Wasley II</u>") involves claims for breach of fiduciary duty and other claims arising under the Employee Retirement Income Security Act ("ERISA") by certain participants in the Wasley Products, Inc. 401(k) Plan.

HART1-1144875-1

2. The defendants in Wasley II are: Wasley Products, Inc., the sponsor of the Wasley Products, Inc. 401(k) Plan; Alan Wasley, Andrew Brady, Sandi Dumas-LaFerriere, and Barry Connell, who are or were trustees of the Wasley Products, Inc. 401(k) Plan; and Barry Bulakites, James Winslow, and Joshua Adams Corporation ("JAC"), who plaintiffs alleged to be fiduciaries and Third Party Administrators of the Wasley Products, Inc. 401(k) Plan.

3. In March 2003, Wasley Products Inc. and a related company, Precision Molding Co., (collectively, the "Companies") filed suit against Bulakites, Winslow, and JAC, as well as Provident Mutual Insurance Co. (now known as Nationwide Life Insurance Company of America) and Lincoln National Insurance Co. That case is pending before this Court, Civil No. 3:03 CV 0383 (DJS), and hereinafter is referred to as "Wasley I."

4. Wasley I involves claims under ERISA brought by Wasley Products, Inc. and Precision Molding arising out of alleged misconduct by Bulakites, Winslow, JAC, Provident Mutual, and Lincoln National in their administration and investment management of the Wasley Products, Inc. 401(k) Plan and other pension plans of the Companies.

5. Contemporaneously with this motion for stay, defendants have moved to consolidate Wasley I and Wasley II for purposes of conducting discovery and pretrial proceedings, as the two matters arise from the same circumstances and involve similar issues of law and fact.

6. Pursuant to the Court's order dated June 25, 2003, Wasley I was referred to Special Master Alan R. Mandell, CPA, CFE, DABFA, to conduct an investigation and perform an accounting with respect to the pension plans at issue, including the Wasley Products, Inc. 401(k) Plan. Among other things, the Special Master is charged with identifying and tracing all payments made for the benefit of any or all of the plans and all withdrawals of funds identified with or held for the benefit of any or all of the plans. The Special Master's review is still

2

ongoing and he has not yet issued a report. Discovery and other proceedings in Wasley I have been limited pending completion of the investigation and report of the Special Master.

7. It is anticipated that the Special Master will complete his investigation and issue a report in early 2004. Many of the issues to be addressed in the Special Master's report are common to both Wasley I and Wasley II. As the Court recognized in allowing the appointment of a Special Master, the factual, financial and legal issues involved in reviewing the manner in which the pension plans were administered is complex and the report will likely assist the parties in both taking and responding to discovery in both cases.

8. Insofar as the Special Master's investigation and report in Wasley I encompasses the Wasley Products, Inc. 401(k) Plan at issue in Wasley II, his report will assist in defining the scope of discovery in the present case and preventing duplicative discovery efforts in both cases.

9. Further, because it is likely that Wasley I and Wasley II will be consolidated for purposes of discovery, it would be more efficient to have similar scheduling orders and discovery deadlines in the two cases, as well as common discovery management techniques, to allow discovery in both cases to be conducted on a parallel track.

This court has broad discretion to stay proceedings as an incident to its power to control its own docket. Clinton v. Jones, 520 U.S. 681, 117 S. Ct. 1636, 1650 (1997). For the reasons stated above, defendants request that this court stay the commencement of discovery proceedings until thirty (30) days after the Special Master has completed his review and submitted his report.

3

DEFENDANTS
WASLEY PRODUCTS, INC., ALAN A.
WASLEY, ANDREW BRADY, SANDI
DUMAS-LAFERRIERE, AND BARRY
CONNELL

By: *[signature]*
Theodore J. Tucci (ct05249)
ttucci@rc.com
Jean E. Tomasco (ct09635)
jtomasco@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax: (860) 275-8299

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, first class postage prepaid, on this 19th day of December 2003 to the following:

Thomas G. Moukawsher, Esq.
Ian O. Smith, Esq.
Moukawsher & Walsh
21 Oak Street, Suite 209
Hartford, CT 06106

Maurice T. Fitzmaurice, Esq.
Peter K. Rydel, Esq.
Reid & Riege, P.C.
One Financial Plaza
Hartford, CT 06103-3185

_____
Jean E. Tomasco