UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**WASLEY PRODUCTS,**
**INCORPORATED, ET AL**              :
    **Plaintiffs**

    v.                                   :   CIVIL NO.: 3:03cv383(DJS)-Lead Case
                                                    Consolidated w/ 3:03cv1790

**BARRY LEONARD BULAKITES,**
**ET AL**                                   :
    **Defendants**

### ORDER

The Motion for Extension of Time to Respond to Complaint (Doc. #60) is hereby

**GRANTED to and including February 23, 2004.**

    **IT IS SO ORDERED**.

    Dated at Hartford, Connecticut, this   29th   day of January, 2004.


                                                       /s/DJS
                                                        Dominic J. Squatrito
                                                        United States District Judge