UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WASLEY PRODUCTS, INCORPORATED, ET AL. | ) | CIVIL ACTION NO.: 3:03CV383 (DJS) |
| | ) | |
| vs. | ) | |
| | ) | |
| BARRY LEONARD BULAKITES, ET AL. | ) | FEBRUARY 12, 2004 |

### PLAINTIFFS' MEMORANDUM IN OPPOSITION TO MOTION FOR ORDER PERMITTING MOTION FOR LEAVE TO WITHDRAW APPEARANCE TO BE FILED UNDER SEAL

The Plaintiffs hereby object to the Motion for Order Permitting Motion for Leave to Withdraw Appearance To Be Filed Under Seal, dated January 23, 2004 (the "Motion for Order").

In the Motion for Order, Reid and Riege, P.C. ("R&R")[1] has moved the Court for an order permitting it to file a Motion for Leave to Withdraw Appearance (the "Motion to Withdraw") under seal. As the sole basis for the Motion for Order, R&R suggests that "the papers filed in support of said Motion *may contain* information protected by the attorney-client

**ORAL ARGUMENT REQUESTED**

---

[1] Reid and Riege, P.C. appears to have been misidentified as the movant; attorneys Maurice T. FitzMaurice and Peter Rydel, rather than the law firm of Reid and Riege, P.C., filed Appearances on behalf of the Defendants Barry Leonard Bulakites, James Albert Winslow and Joshua Adams Corporation.

and/or attorney work-product privilege." Motion for Order at 1 (emphasis added). R&R further requests that any hearing held in connection with the Motion to Withdraw be held "in camera and ex parte, with only R&R and R&R's clients in attendance." Motion for Order at 2. R&R suggests only that this *ex parte* hearing is necessary "to ensure that all privileged communications and documents in the hands of R&R and its clients are protected from disclosure." Id. However, R&R fails to identify, even generally: (1) any of the documents that it contends "may contain" privileged information; (2) why these documents would be required to support its Motion to Withdraw; or (3) why in this instance – as opposed to virtually every other hearing held before the Court – the unusual provision of an *ex parte* hearing could possibly be necessary to protect these unidentified "privileged communications and documents in the hands of R&R and its clients."

"Both the common law and the first amendment protect the public's right of access to court documents." Vassiliades v. Israely, 714 F. Supp. 604, 605 (D. Conn. 1989) (citing Matter of New York Times Co., 828 F.2d 110, 114 (2d Cir. 1987), *cert. denied*, 485 U.S. 977 (1988); United States v. Gerena, 703 F. Supp. 211, 212-13 (D. Conn. 1988)). "[C]ourt documents may be sealed only if specific, on the record findings are made demonstrating that closure is essential to preserve higher values and is narrowly tailored to serve that interest." Id. at 605-06 (internal quotation marks omitted) (citations omitted). Moreover, even in cases where the movant is able to demonstrate that sealing particular documents is warranted, "only that portion" of the document which requires protection should be sealed. Id. at 606.

COHN BIRNBAUM & SHEA P.C. • *ATTORNEYS AT LAW* • 100 PEARL STREET • HARTFORD, CT 06103-4500 • (860) 493-2200 • JURIS NO. 10163

Here, R&R cannot even say with certainty that its supporting papers contain confidential information. The Court should not allow the Motion to Withdraw to be filed under seal where there is no clearly privileged information to protect. Until R&R identifies the privileged material which it wishes to offer in support of its Motion to Withdraw, and demonstrates that the offered material is both necessary to the Motion to Withdraw and "essential to preserve higher values," the Motion for Order should be denied. In the event that R&R is able to identify some compelling justification for sealing its submission, then only the specific portions of those documents that require protection should be filed under seal.

> **WASLEY PRODUCTS, INCORPORATED
> and PRECISION MOLDING COMPANY, INC.,
> THE PLAINTIFFS**
>
> By: /s/ Mary E.R. Bartholic
> Mary E.R. Bartholic (ct17518)
> Cohn Birnbaum & Shea P.C.
> 100 Pearl Street
> Hartford, Connecticut 06103
> Telephone: 860/493-2200
> Facsimile: 860/727-0361
> Email: mbartholic@cb-shea.com

3

**COHN BIRNBAUM & SHEA P.C.** • *ATTORNEYS AT LAW* • 100 PEARL STREET • HARTFORD, CT 06103-4500 • (860) 493-2200 • JURIS NO. 10163

## **CERTIFICATION**

I hereby certify that on February 12, 2004, copies of the foregoing Memorandum in Opposition to Motion For Order Permitting Motion For Leave to Withdraw Appearance To Be Filed Under Seal were sent by First Class mail, postage prepaid, to:

Maurice T. FitzMaurice, Esq.
Peter K. Rydel, Esq.
Reid & Riege, P.C.
One Financial Plaza
Hartford, CT 06103-3185

Deborah S. Freeman, Esq.
Bryan D. Short, Esq.
Bingham McCutchen LLP
One State Street
Hartford, CT 06103-3178

Eric L. Sussman, Esq.
Albert Zakarian, Esq.
Victoria Woodin Chavey, Esq.
Day, Berry & Howard
CityPlace
Hartford, CT 06103-3499

/s/  Mary E.R. Bartholic
Mary E.R. Bartholic

MERB/122613    67783.009

4