UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WASLEY PRODUCTS, INCORPORATED, ET AL. | ) | CIVIL ACTION NO.: 3:03CV383 (DJS) |
| | ) | |
| vs. | ) | |
| | ) | |
| BARRY LEONARD BULAKITES, ET AL. | ) | FEBRUARY 12, 2004 |

### PLAINTIFFS' MEMORANDUM IN OPPOSITION TO MOTION FOR LEAVE TO WITHDRAW APPEARANCE

The Plaintiffs hereby object to the Motion For Leave To Withdraw Appearance (the "Motion to Withdraw") filed by Reid and Riege, P.C. ("R&R")[2]. Evidently, the claimed basis for the Motion to Withdraw has been set forth in a memorandum of law, which, under separate motion, R&R seeks to file under seal. Thus, the Plaintiffs have been provided no basis or explanation whatsoever for R&R's Motion to Withdraw. In the absence of any basis or explanation for R&R's withdrawal, the Plaintiffs object.

According to Rule 7(e) of the Local Rules of Civil Procedure, withdrawal of appearances "normally shall not be granted except upon a showing that other counsel has appeared or that the

**ORAL ARGUMENT REQUESTED**

---

[2] Reid and Riege, P.C. appears to have been misidentified as the movant; attorneys Maurice T. FitzMaurice and Peter Rydel, rather than the law firm of Reid and Riege, P.C., filed Appearances on behalf of the Defendants Barry Leonard Bulakites ("Bulakites"), James Albert Winslow ("Winslow") and Joshua Adams Corporation ("JAC") (collectively, the "Bulakites Defendants").

party has elected to proceed pro se. . . ." In cases where the party fails to engage other counsel or to file a *pro se* appearance, the Court may grant the motion to withdraw only upon a showing of "good cause." L. Civ. R. 7(e). In its Motion to Withdraw, R&R gives no indication that substitute counsel will appear on behalf of the Bulakites Defendants or that the individual defendants, Bulakites and Winslow, have elected to proceed *pro se*. It seems unlikely that R&R intends to suggest that this particular information regarding substitute counsel is privileged and should only be disclosed under seal. The Plaintiffs should be provided with a meaningful opportunity to object to the Motion to Withdraw. Unless information regarding substitute counsel along with a full explanation for the withdrawal is provided to the Plaintiffs, the Motion to Withdraw should be denied.

Ultimately, it is the Plaintiffs who will be prejudiced if the attorneys representing the Bulakites Defendants are permitted to withdraw their Appearances. This matter has been pending since March, 2003. The Bulakites Defendants are well aware that the Plaintiffs are under severe financial pressure, in part, as a consequence of the misappropriation of pension funds, which are the subject of this litigation. In addition, the Bulakites Defendants know well that with each passing month, that financial pressure on the Plaintiffs is exacerbated. If the attorneys for the Bulakites Defendants are permitted to withdraw at this juncture, without the immediate appearance of substitute counsel, further progress in this case will be impeded, leaving little possibility of now moving toward an expeditious resolution.

COHN BIRNBAUM & SHEA P.C. • *ATTORNEYS AT LAW* • 100 PEARL STREET • HARTFORD, CT 06103-4500 • (860) 493-2200 • JURIS NO. 10163

Thus, in the absence of an immediate appearance by substitute counsel for the Bulakites Defendants, or the demonstration of good cause by R&R, the Motion to Withdraw should be denied.

                              WASLEY PRODUCTS, INCORPORATED
                              and PRECISION MOLDING COMPANY, INC.,
                              THE PLAINTIFFS

                          By: /s/   Mary E. R. Bartholic
                              Mary E.R. Bartholic (ct17518)
                              Cohn Birnbaum & Shea P.C.
                              100 Pearl Street
                              Hartford, Connecticut 06103
                              Telephone: 860/493-2200
                              Facsimile: 860/727-0361
                              Email: mbartholic@cb-shea.com

## CERTIFICATION

I hereby certify that on February 12, 2004, true copies of the foregoing Memorandum in Opposition to Motion For Leave to Withdraw Appearance were sent by First Class mail, postage prepaid, to:

Maurice T. FitzMaurice, Esq.
Peter K. Rydel, Esq.
Reid & Riege, P.C.
One Financial Plaza
Hartford, CT 06103-3185

Deborah S. Freeman, Esq.
Bryan D. Short, Esq.
Bingham McCutchen LLP
One State Street
Hartford, CT 06103-3178

Eric L. Sussman, Esq.
Albert Zakarian, Esq.
Victoria Woodin Chavey, Esq.
Day, Berry & Howard
CityPlace
Hartford, CT 06103-3499

/s/   Mary E.R. Bartholic
Mary E.R. Bartholic

MERB/122613    67783.009

4

COHN BIRNBAUM & SHEA P.C. • ATTORNEYS AT LAW • 100 PEARL STREET • HARTFORD, CT 06103-4500 • (860) 493-2200 • JURIS NO. 10163