UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INCORPORATED, ET AL<br>    Plaintiffs | : |
| v. | : CIVIL NO.: 3:03cv383(DJS) |
| BARRY LEONARD BULAKITES, ET AL<br>    Defendants | : |

**ORDER**

The Motion to Quash Subpoena Served Upon Non-Party Michael F. Mulpeter, Esq. (Doc. #57) is hereby **GRANTED.** Discovery is stayed pending further notice from this Court.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   19th    day of February, 2004.

　　　　　　　　　　　　　　　　　　　　/s/DJS　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　Dominic J. Squatrito
　　　　　　　　　　　　　　　　　　　　United States District Judge