FILED

2004 JAN 27  P 1: 39

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INCORPORATED ) <br> AND PRECISION MOLDING ) <br> COMPANY, INC. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BARRY LEONARD BULAKITES, ) <br> JAMES ALBERT WINSLOW, ) <br> JOSHUA ADAMS CORPORATION, ) <br> NATIONWIDE LIFE INSURANCE ) <br> CO. OF AMERICA f/k/a PROVIDENT ) <br> MUTUAL LIFE INSURANCE CO. AND ) <br> LINCOLN NATIONAL LIFE INSURANCE CO. ) <br> ) <br> Defendants. ) | CIVIL ACTION NO.: <br> 3:03 CV 0383 (DJS) <br> <br> <br> <br> <br> <br> <br> <br> <br> <br> <br> JANUARY 23, 2004 |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Civil Rules of the United States District Court for the District of Connecticut, Reid and Riege, P.C. hereby moves for leave to withdraw its appearance as counsel for Defendants Barry L. Bulakites, James A. Winslow, and Joshua Adams Corporation in the above-captioned matter.

The grounds for this Motion are set forth in counsel's accompanying Memorandum of Law, filed herewith under seal.

19410.000/347450.1

REID AND RIEGE, P.C.
COUNSEL TO
DEFENDANTS
BARRY LEONARD BULAKITES,
JAMES ALBERT WINSLOW &
JOSHUA ADAMS CORPORATION

By _____
Maurice T. FitzMaurice
Fed. #ct04302
REID AND RIEGE, P.C.
One Financial Plaza, 21st Flr.
Hartford, CT 06103
Tel. 860-278-1150

19410.000/347450.1

CERTIFICATE OF SERVICE

    I hereby certify that on this 26th day of January, 2004, a copy of the foregoing Motion for Leave to Withdraw Appearance was sent via first class mail, postage prepaid, to the following:

Mary E.R. Bartholic
Cohn Birnbaum & Shea, P.C.
100 Pearl Street
Hartford, CT 06103

Eric L. Sussman, Esq.
Victoria Woodin Chavey, Esq.
Day, Berry & Howard, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103

Bryan D. Short, Esq.
Deborah S. Freeman, Esq.
Bingham McCutchen
One State Street
Hartford, CT 06103

Alan R. Mandell, CPA, CFE, DABFA
Blum Shapiro Litigation Consulting
    Group, LLC
29 South Main Street
P.O. Box 272000
West Hartford, CT 06127-2000

    I further certify that on this 26th day of January, 2004, a copy of the foregoing Motion for Leave to Withdraw Appearance was sent via certified mail, postage prepaid, to the following:

Barry L. Bulakites
558 Castle Pines Pkwy.
Unit B4 # 401
Castle Pines, CO 80108

James A. Winslow
61 Muller Drive
Westbrook, CT 06498

_____
Maurice T. FitzMaurice

19410.000/347450.1