UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| WASLEY PRODUCTS, INC., et al | : CIVIL ACTION NO. |
| Plaintiffs, | : 3:03 CV 00383 (DJS)(LEAD) |
| v. | : |
| BARRY L. BULAKITES, et al, | : |
| Defendants. | : FEBRUARY 18, 2004 |

2004 FEB 19  P 1: 40
DISTRICT COURT
HARTFORD, CT.

## MOTION FOR DEFAULT FOR FAILURE TO PLEAD

Pursuant to Fed. R. Civ. P. 55 (a) plaintiffs Gregory T. Prentiss, John Rizzi, Richard Seich, and Dorothy Brown in the above-captioned matter ("Plan Participants") hereby move for a default against defendants Barry L. Bulakites, James A. Winslow, and Joshua Adams Corp. for failure to plead. In support hereof, Plan Participants respectfully represents as follows:

1. Plan Participants returned such defendants' waiver of service to Court on October 24, 2003;[1]

2. An Answer was due from such defendants on December 21, 2003.

3. As of the date hereof no answer or motion to extend the time to answer has been filed by any of these defendants.

WHEREFORE, Plan Participants respectfully move that a default for failure to plead be entered against defendants Barry L. Bulakites, James A. Winslow, and Joshua Adams Corp.

---

[1] The waiver was filed in Prentiss et al. v. Wasley Products, Inc., 3:03 CV01790 (DJS) which was consolidated with the above-captioned matter on January 22, 2004.

THE PLAINTIFFS

By /s/ Thomas G. Moukawsher
Thomas G. Moukasher (ct08940)
Ian O. Smith (ct24135)
Moukawsher & Walsh, LLC
Capitol Place
21 Oak Street
Hartford, CT 06106
(860) 278-7000


## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed on this date to the defendants at:

Peter K. Rydel, Esq.
Maurice T. Fitzmaurice, Esq.
Reid & Riege, PC
One Financial Plaza
Hartford, CT 06103-3185

Theodore J. Tucci, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597


Dated this 18th day of February, 2004.

/s/ Thomas G. Moukawsher
Thomas G. Moukawsher

2