UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INC., et al.,   )<br>                                                          )<br>             Plaintiffs,                        )<br>                                                          )<br>v.                                                       )<br>                                                          )<br>BARRY LEONARD BULAKITES, et al.,  )<br>                                                          )<br>             Defendants.                    )   | CIVIL ACTION NO.:<br>3:03 CV 0383 (DJS) (LEAD)<br><br><br><br><br><br>FEBRUARY 20, 2004 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
AND OBJECTION TO MOTION FOR DEFAULT
FOR FAILURE TO PLEAD**

Pursuant to Federal Rule of Civil Procedure 6(b), and Local Rule of Civil Procedure 7(b)(2), Defendants Barry L. Bulakites, James A. Winslow, and Joshua Adams Corporation ("Defendants") hereby move for an extension of time to answer Plaintiffs Gregory T. Prentiss, John Rizzi, Richard Seich, and Dorothy Brown's ("Plaintiffs") Complaint. Defendants also object to Plaintiffs' Motion for Default for Failure to Plead.

1.  On or about October 16, 2003, Plaintiffs commenced an action captioned *Prentiss, et al. v. Wasley Products, Inc., et al.* (3:03 CV 01790) ("the participants action"), in which Defendants were named defendants.

19410.000/353048.1

2. Pursuant to Federal Rule of Civil Procedure 12, Defendants were required to answer Plaintiffs' Complaint on or before December 21, 2003.

3. On December 19, 2003, Plaintiffs moved to consolidate the participant's action with the instant action, which Motion this Court granted on January 27, 2004.

4. On January 23, 2004, counsel for Defendants, Maurice T. FitzMaurice, and Peter K. Rydel (hereinafter "Counsel") moved for leave to withdraw their appearance as counsel (hereinafter "Motion").[1]

5. The Court has not yet ruled on Counsel's Motion.

6. Defendants have not responded to Plaintiffs' Complaint because of the pendency of Counsel's Motion.

7. Pursuant to Federal Rule of Civil Procedure 6(b), and Local Rule of Civil Procedure 7(b)(2), Defendants respectfully request that the period within which they must answer the Complaint be extended to at least 30 days after the Court's ruling on Counsel's Motion.

8. The pendency of Counsel's Motion constitutes excusable neglect under Federal Rule of Civil Procedure 6(b).

---

[1] Counsel incorrectly stated their firm, Reid and Riege, P.C., as the movant, rather than themselves individually. The Court, however, has inherent power to construe the Motion in its correct form, as it already has done in its Order of February 19, 2004.

19410.000/353048.1

9.     The pendency of Counsel's Motion constitutes good cause under Local Rule of Civil Procedure 7(b)(2).

10.    Pursuant to Local Rule of Civil Procedure 7(b)(2), Defendants have inquired of opposing counsel Attorney Moukawsher and he consents to the extension of time requested herein.

11.    On account of Attorney Moukawsher's consent, Plaintiffs' Motion for Default for Failure to Plead should be denied.

**WHEREFORE**, Defendants respectfully request that Defendants' Motion for Extension of Time be granted and that Plaintiffs' Motion for Default for Failure to Plead be denied.

                    **DEFENDANTS**
                    **BARRY LEONARD BULAKITES,**
                    **JAMES ALBERT WINSLOW &**
                    **JOSHUA ADAMS CORPORATION**

By_____
      Peter K. Rydel
      Fed. #ct24793
      REID AND RIEGE, P.C.
      One Financial Plaza, 21st Flr.
      Hartford, CT 06103
      Tel. 860-278-1150

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 20TH day of February, 2004, a copy of the foregoing Objection to Motion for Default for Failure to Plead and Motion for Enlargement of Time was sent via certified mail, return receipt requested, to the following:

| | |
|---|---|
| Barry Bulakites | James Winslow |
| 558 Castle Pines Pkwy. | 61 Muller Drive |
| Unit B4 # 401 | Westbrook, CT 06498 |
| Castle Pines, CO 80108 | |

  I further certify that on this 20TH day of February, 2004, a copy of the foregoing Objection to Motion for Default for Failure to Plead and Motion for Enlargement of Time was sent via first-class mail to the following:

| | |
|---|---|
| Mary E.R. Bartholic | Bryan D. Short, Esq. |
| Cohn Birnbaum & Shea, P.C. | Deborah S. Freeman, Esq. |
| 100 Pearl Street | Bingham McCutchen |
| Hartford, CT  06103 | One State Street |
| | Hartford, CT 06103 |
| | |
| Eric L. Sussman, Esq. | Theodore J. Tucci, Esq. |
| Day, Berry & Howard, LLP | Robinson & Cole |
| CityPlace I | 280 Trumbull Street |
| 185 Asylum Street | Hartford, CT 06103-3597 |
| Hartford, CT  06103 | |

Thomas G. Moukasher
Moukasher & Walsh, LLC
Capitol Place
21 Oak Street
Hartford, CT 06106

                _____
                 Peter K. Rydel

19410.000/353048.1