UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WASLEY PRODUCTS,
INCORPORATED, ET AL        :
    Plaintiffs

v.                         :    CIVIL NO.: 3:03cv383(DJS)

BARRY LEONARD BULAKITES,
ET AL                      :
    Defendants

## ORDER

The Motion for Default for Failure to Plead (Doc. #74) is hereby **DENIED without prejudice.** The Defendants' Motion for Extension of Time (Doc. #75) is hereby **GRANTED**. Defendants shall file a response to the Complaint within twenty (20) days of the date of the Court's ruling on the Motion to Withdraw.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this ___24th___ day of February, 2004.

                                  /s/DJS
                                  Dominic J. Squatrito
                                  United States District Judge