UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INC., et al., ) | CONSOLIDATED CASE |
| ) | CIVIL ACTION NO.: |
| Plaintiffs, ) | 3:03 CV 0383 (DJS) (LEAD) |
| ) | |
| v. ) | THIS PLEADING PERTAINS |
| ) | TO No.: 3:03 CV 1790 (DJS) |
| BARRY LEONARD BULAKITES, et al., ) | |
| ) | |
| Defendants. ) | FEBRUARY 27, 2004 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b), and Local Rule of Civil Procedure 7(b)(2), Defendants Barry L. Bulakites, James A. Winslow, and Joshua Adams Corporation ("Defendants") hereby move for an extension of time to answer Defendants-Cross-Claimants Wasley Products, Inc., Alan A. Wasley, Andrew Brady, Sandi Dumas-Laferriere, and Barry Connell's ("Cross-Claimants") Cross-claims interposed on February 23, 2004. As discussed herein, good cause exists to grant this Motion.

1. On or about October 16, 2003, Plaintiffs Gregory Prentiss, John Rizzi, Richard Seich, and Dorothy Brown ("Plaintiffs") commenced an action captioned *Prentiss, et al. v. Wasley Products, Inc., et al.* (3:03 CV 01790) ("the Participants' Action"), in which Defendants were named defendants.

19410.001/353329.1

2. On December 19, 2003, Plaintiffs moved to consolidate the Participant's Action with the instant action, which Motion this Court granted on January 27, 2004.

3. On February 23, 2004, Cross-Claimants filed an Answer, Affirmative Defenses, and Cross-laims, interposing eight crossclaims against Defendants ("the Crossclaims").

4. Pursuant to Federal Rule of Civil Procedure 12, Defendants are required to answer the Crossclaims on or before March 11, 2004.

5. On January 23, 2004, counsel for Defendants, Maurice T. FitzMaurice, and Peter K. Rydel (hereinafter "Counsel") moved for leave to withdraw their appearance as counsel (hereinafter "Motion").[1]

6. The Court has not yet ruled on Counsel's Motion.

7. Pursuant to Federal Rule of Civil Procedure 6(b), and Local Rule of Civil Procedure 7(b)(2), Defendants respectfully request that the period within which they must answer the Crossclaims be extended to at least 30 days after the Court's ruling on Counsel's Motion.

---

[1] Counsel incorrectly stated their firm, Reid and Riege, P.C., as the movant, rather than themselves individually. The Court, however, has inherent power to construe the Motion in its correct form, as it already has done in its Order of February 19, 2004.

8.      The pendency of Counsel's Motion constitutes good cause under Federal Rule of Civil Procedure 6(b) and under Local Rule of Civil Procedure 7, to the extent such cause must be demonstrated thereunder.

9.      Pursuant to Local Rule of Civil Procedure 7(b)(2), Defendants have inquired of opposing counsel Attorney Theodore J. Tucci and he consents to the extension of time requested herein.

10.     This is Defendants first motion for an extension of time to answer the Crossclaims.

**WHEREFORE**, Defendants respectfully request that Defendants' Motion for Extension of Time be granted.

>                          DEFENDANTS
>                          **BARRY LEONARD BULAKITES,**
>                          **JAMES ALBERT WINSLOW &**
>                          **JOSHUA ADAMS CORPORATION**
>
>                          By _/s/ Peter K. Rydel_
>                          Peter K. Rydel
>                          Fed. #ct24793
>                          REID AND RIEGE, P.C.
>                          One Financial Plaza, 21st Flr.
>                          Hartford, CT 06103
>                          Tel. 860-278-1150

## CERTIFICATE OF SERVICE

    I hereby certify that on this 27th day of February, 2004, a copy of the foregoing Motion for Extension of Time was sent via certified mail, return receipt requested, to the following:

    Barry Bulakites                  James Winslow
    558 Castle Pines Pkwy.       61 Muller Drive
    Unit B4 # 401                  Westbrook, CT 06498
    Castle Pines, CO 80108

    I further certify that on this 27th day of February, 2004, a copy of the foregoing Motion for Extension of Time was sent via first-class mail to the following:

Mary E.R. Bartholic, Esq.            Bryan D. Short, Esq.
Cohn Birnbaum & Shea, P.C.        Deborah S. Freeman, Esq.
100 Pearl Street                      Bingham McCutchen
Hartford, CT 06103                One State Street
                                      Hartford, CT 06103

Eric L. Sussman, Esq.                Theodore J. Tucci, Esq.
Day, Berry & Howard, LLP         Robinson & Cole
CityPlace I                             280 Trumbull Street
185 Asylum Street                  Hartford, CT 06103-3597
Hartford, CT 06103

Thomas G. Moukasher, Esq.
Moukasher & Walsh, LLC
Capitol Place
21 Oak Street
Hartford, CT 06106

                                                         _/s/ Peter K. Rydel_
                                                         Peter K. Rydel