UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **WASLEY PRODUCTS,** <br> **INCORPORATED, ET AL**      : <br>     **Plaintiffs** | |
|     v.      : | CIVIL NO.: 3:03cv383(DJS)-Lead Case <br> Consolidated w/ 3:03cv1790 |
| **BARRY LEONARD BULAKITES,** <br> **ET AL**      : <br>     **Defendants** | |

### ORDER

Defendants' Motion for Extension of Time (Doc. #78) to respond to the crossclaims is hereby **GRANTED** until 30 days after the Court rules on the motion to withdraw appearance dated January 23, 2004.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this ___3rd___ day of March, 2004.

                                                /s/DJS_____
                                                Dominic J. Squatrito
                                                United States District Judge