United States District Court
District of Connecticut

Wasley Products, Incorporated
and Precision Molding Company,
Inc.

Plaintiffs

-against-

Barry Leonard Bulakites, James
Albert Winslow, Joshua Adam
Corporation, Nationwide Life
Insurance Co. of America f/k/a
Provident Mutual Life
Insurance Co. and Lincoln
National Life Insurance Co.

Defendants

3:03CV383 (DJS)

STATUS REPORT OF SPECIAL MASTER
February
2004

In accordance with the Order of Reference dated June 24, 2003 Section IV, subsection j, I respectfully submit this report of actions taken from February 1, 2004-February 29, 2004.

We continued to receive information from Nationwide answering additional questions, and raising some new questions.

We continued the task of assembling exhibits and schedules in preparation for submitting a preliminary report later in March.

**Tasks to be completed before the final report:**

1

We are preparing various schedules that will show the flow of funds from Wasley to the various depositories and their subsequent disposition. As we reported last month, we recognize that there are still many disbursements and deposits to these accounts that need to be accounted for, yet we are proceeding to assemble a preliminary report recognizing that there will be gaps in our information that may never be answered.

We are aiming to deliver a preliminary report of our findings with schedules by the end of March. I recognize that there may be gaps in the information, but I believe by issuing a report that both sides can evaluate will hopefully move this matter along. We will have to update our schedules when and if the missing information is ever provided or discovered.

Respectfully submitted this 9th day of March 2004

Alan R. Mandell, CFE, CPA, DABFA
Special Master