FILED

2004 JAN 27 P 1: 39

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INCORPORATED AND PRECISION MOLDING COMPANY, INC. ) | |
| Plaintiffs, ) | CIVIL ACTION NO.: 3:03 CV 0383 (DJS) |
| v. ) | |
| BARRY LEONARD BULAKITES, JAMES ALBERT WINSLOW, JOSHUA ADAMS CORPORATION, NATIONWIDE LIFE INSURANCE CO. OF AMERICA f/k/a PROVIDENT MUTUAL LIFE INSURANCE CO. AND LINCOLN NATIONAL LIFE INSURANCE CO. ) | |
| Defendants. ) | JANUARY 23, 2004 |

### MOTION FOR ORDER PERMITTING
### MOTION FOR LEAVE TO WITHDRAW APPEARANCE
### TO BE FILED UNDER SEAL

Reid and Riege, P.C. ("R&R") hereby moves for an Order permitting R&R to file its Motion for Leave to Withdraw Appearance with the Court under seal.

R&R moves for permission to file its Motion under seal because the papers filed in support of said Motion may contain information protected by the attorney-client and/or attorney work-product privileges.

19410.000/350750.1

In addition, pursuant to Federal Rule of Civil Procedure 77(b), R&R requests

that any hearing or argument held in connection with R&R's Motion to Withdraw

Appearance be held in camera and ex parte, with only R&R and R&R's clients in

attendance. This request is made to ensure that all privileged communications and

documents in the hands of R&R and its clients are protected from disclosure.

R&R's Motion for Leave to Withdraw Appearance, accompanying

Memorandum of Law in Support of Motion for Leave to Withdraw Appearance, and

Affidavit of Maurice T. FitzMaurice are submitted herewith under seal.

**REID AND RIEGE, P.C.**
**COUNSEL TO**
**DEFENDANTS**
**BARRY LEONARD BULAKITES,**
**JAMES ALBERT WINSLOW &**
**JOSHUA ADAMS CORPORATION**

By

Maurice T. FitzMaurice
Fed. #ct04302
REID AND RIEGE, P.C.
One Financial Plaza, 21st Flr.
Hartford, CT 06103
Tel. 860-278-1150

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January, 2004, a copy of the foregoing Motion for Order Permitting Motion for Leave to Withdraw Appearance to be Filed Under Seal was sent via first class mail, postage prepaid, to the following:

Mary E.R. Bartholic
Cohn Birnbaum & Shea, P.C.
100 Pearl Street
Hartford, CT  06103

Eric L. Sussman, Esq.
Victoria Woodin Chavey, Esq.
Day, Berry & Howard, LLP
CityPlace I
185 Asylum Street
Hartford, CT  06103

Bryan D. Short, Esq.
Deborah S. Freeman, Esq.
Bingham McCutchen
One State Street
Hartford, CT 06103

Alan R. Mandell, CPA, CFE, DABFA
Blum Shapiro Litigation Consulting
    Group, LLC
29 South Main Street
P.O. Box 272000
West Hartford, CT  06127-2000

I further certify that on this 26th day of January, 2004, a copy of the foregoing Motion for Order Permitting Motion for Leave to Withdraw Appearance to be Filed Under Seal was sent via certified mail, postage prepaid, to the following:

Barry L. Bulakites
558 Castle Pines Pkwy.
Unit B4 # 401
Castle Pines, CO 80108

James A. Winslow
61 Muller Drive
Westbrook, CT 06498, CT 06498

_____
Maurice T. FitzMaurice

19410.000/350750.1