UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREGORY PRENTISS, JOHN RIZZI, : | **MASTER CONSOLIDATED CASE** |
| RICHARD SEICH, and DOROTHY BROWN, : individually and on behalf of the Wasley : Products Inc. 401(k) Profit Sharing Plan, : Plaintiffs, : V. : | **CIVIL NO. 3:03CV383 (DJS)** |
| WASLEY PRODUCTS, INC., ALAN A. : WASLEY, ANDREW BRADY, SANDI : DUMAS-LAFERRIERE, BARRY CONNELL, : Defendants and Third Party Plaintiffs, : V. : | CIVIL NO. 3:03-CV-1790 (DJS) |
| PROVIDENT MUTUAL LIFE INSURANCE : COMPANY and LINCOLN NATIONAL LIFE : INSURANCE COMPANY, : Third Party Defendants. : | MARCH 26, 2004 |

**CONSENTED-TO MOTION FOR EXTENSION
OF TIME TO RESPOND TO THIRD-PARTY COMPLAINT**

Pursuant to Local Rule 7(b), third-party defendant Lincoln National Life Insurance Company ("Lincoln") hereby moves for a thirty (30) day extension of time, up to and including April 28, 2004, to answer or otherwise respond to the Third-Party Complaint. Counsel for Lincoln makes this request in order to have sufficient time to investigate the allegations of the Third-Party Complaint and to prepare an appropriate response.

Lincoln has not filed any previous motions for extension of time to respond to the Third-Party Complaint. Undersigned counsel has contacted counsel for the third-party plaintiffs, Ted Tucci, and he consents to the requested extension.

**ORAL ARGUMENT NOT REQUESTED**

41490671_1.DOC 054826-01300

THE DEFENDANT,
LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

By: _____
     Albert Zakarian (ct04201)
     Eric L. Sussman (ct19723)
For:  Day, Berry & Howard LLP
     CityPlace I
     Hartford, Connecticut 06103-3499
     (860) 275-0100
     Its Attorneys

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, postage prepaid, to:

Mary Bartholic, Esq.
Cohn Birnbaum & Shea, P.C.
100 Pearl Street
Hartford, CT 06103

Maurice T. FitzMaurice, Esq.
Reid and Riege, P.C.
One State Street
Hartford, CT 06103-3185

Rupal S. Shah, Esq.
Deborah S. Freeman, Esq.
Bryan D. Short, Esq.
Bingham McCutchen
One State Street
Hartford, CT 06103-3178

Theodore J. Tucci, Esq.
Jean E. Tomasco, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

_____
Eric L. Sussman

41490671_1.DOC 054826-01300

-2-