### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

**WASLEY PRODUCTS,**
**INCORPORATED, ET AL**                    :
     **Plaintiffs**

     **v.**                                    :  **CIVIL NO.: 3:03cv383(DJS)-Lead Case**
                                    **Consolidated w/ 3:03cv1790**

**BARRY LEONARD BULAKITES,**
**ET AL**                                    :
     **Defendants**

<u>**ORDER**</u>

Consented-To Motion for Extension of Time to Respond to Third-Party Complaint

(Doc. #83) is hereby **GRANTED to and including April 28, 2004**.

     **IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __29ᵗʰ____ day of March, 2004.

                                    _/s/DJS_____
                                    Dominic J. Squatrito
                                    United States District Judge