**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| GREGORY PRENTISS, et al., <br>      Plaintiffs <br><br> vs. <br><br> WASLEY PRODUCTS, INC, et al., <br><br>      Defendants/Third Party Plaintiffs <br><br><br> vs. <br> PROVIDENT MUTUAL LIFE INSURANCE COMPANY, et al., <br><br>      Third Party Defendants | MASTER CIVIL ACTION NO. 3:03CV0383 (DJS) <br><br> THIS PLEADING PERTAINS TO CIVIL NO. 3:03 CV 1790 (DJS) <br><br><br><br> MARCH 29, 2004 |

**THIRD-PARTY DEFENDANT NATIONWIDE LIFE INSURANCE COMPANY OF AMERICA'S F/K/A PROVIDENT MUTUAL LIFE INSURANCE COMPANY CONSENTED MOTION FOR EXTENSION OF TIME TO ANSWER AND/OR <u>OTHERWISE PLEAD</u>**

Defendant Nationwide Life Insurance Company of America f/k/a Provident Mutual Life Insurance Co. ("**Nationwide**"), hereby respectfully requests an extension of time of thirty (20) days to answer and/or otherwise plead in the above-captioned matter. In support of this motion, Nationwide states the following:

    1.    The original writ summons and verified complaint in the above captioned proceeding were served upon Nationwide on or about March 8, 2004.

CTDOCS:1583075.1

-2-

2. As a result, Nationwide must retrieve old and presumably archived materials and provide its counsel with those materials when found to evidence the factual record of this dispute.

3. Counsel requires additional time to obtain any underlying materials, review the complaint and consult with out-of-state Nationwide counsel to appropriately respond to the complaint.

4. No prior request for an extension of time of any kind has been made by Nationwide in this proceeding.

5. Counsel for Nationwide spoke by telephone with attorney for Third-Party Plaintiffs, Theodore J. Tucci, and he consents to an extension of time up to and including April 19, 2004.

WHEREFORE, Nationwide respectfully requests that its motion for extensio n of time to answer and/or otherwise plead be granted.

DEFENDANTS
**NATIONWIDE LIFE INSURANCE**
**COMPANY OF AMERICA f/k/a PROVIDENT**
**MUTUAL LIFE INSURANCE CO.**

_____/s/ Bryan D. Short_____
Deborah S. Freeman [ct 05257]
Bryan D. Short [ct 24374]
**BINGHAM MCCUTCHEN LLP**
One State Street
Hartford, CT 06103-3178
Phone (860) 240-2700
Fax  (860) 240-2818

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2004 the original of the foregoing was served via First Class Mail on the following counsel of record:

Theodore J. Tucci
Jean E. Tomoasco
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Thomas G. Moukawasher, Esq.
Ian O Smith, Esq.
Moukawsher & Walsh
21 Oak Street, Suite 209
Hartford, CT 06106

Maurice FitzMaurice, Esq.
Peter K. Rydel, Esq.
Reid and Riege, P.C.
One State Street
Hartford, CT 06103

and a copy sent to the following:

Mary E.R. Bartholic, Esq.
Thomas W. Witherington, Esq.
Cohn Birnbaum & Shea P.C.
100 Pearl Street
Hartford, CT 06103

Albert Zakarian, Esq.
Victoria Woodin Chavey, Esq.
Eric Sussman, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103

                                                                                                                                     Bryan D. Short

-4-

CTDOCS:1583075.1