UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **WASLEY PRODUCTS, INCORPORATED, ET AL** <br> Plaintiffs | : |
| v. | : CIVIL NO.: 3:03cv383(DJS)-Lead Case <br> Consolidated w/ 3:03cv1790 |
| **BARRY LEONARD BULAKITES, ET AL** <br> Defendants | : |

### ORDER

Third-Party Defendant Nationwide Life Insurance Company of America's F/K/A Provident Mutual Life Insurance Company Consented Motion for Extension of Time to Answer and/or Otherwise Plead (Doc. #85) is hereby **GRANTED to and including April 19, 2004**.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this ___1st___ day of April, 2004.

                       /s/DJS
                       Dominic J. Squatrito
                       United States District Judge