FILED

2004 APR 12 P 1: 31

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD, CT.

| | | |
|---|---|---|
| WASLEY PRODUCTS, INC., et al., | ) | MASTER CONSOLIDATED CASE |
| | ) | CIVIL ACTION NO.: |
| Plaintiffs, | ) | 3:03 CV 0383 (DJS) (LEAD) |
| | ) | |
| v. | ) | THIS PLEADING PERTAINS TO |
| | ) | 3:03 CV 0383 (DJS) |
| BARRY LEONARD BULAKITES, et al., | ) | |
| | ) | |
| Defendants. | ) | APRIL 9, 2004 |

CONSENT MOTION FOR EXTENSION OF TIME
ON BEHALF OF ALL PARTIES TO RESPOND TO
SPECIAL MASTER'S DRAFT REPORT

Pursuant to Federal Rule of Civil Procedure 6(b), and Local Rule of Civil Procedure 7(b)(2), Defendants Barry L. Bulakites, James A. Winslow, and Joshua Adams Corporation ("Defendants") hereby move, on behalf of all parties, for an extension of time to submit comments and suggestions to the Special Master pertaining to his Draft Final Report to, and including, twenty-one days after the Court rules on Attorneys Maurice T. FitzMaurice and Peter K. Rydel's Motion for Leave to Withdraw from this action. As discussed herein, good cause exists to grant this Motion.

1.  On June 24, 2003, this Court entered an Order of Reference appointing a Special Master to perform an accounting of the employee benefit plans at issue in this case.

2.Pursuant to the Order of Reference, the Special Master is required to submit to all parties a draft final report of his findings for comment.

3.According to the Order of Reference, counsel for each party has twenty-one days after receipt of the draft report to submit comments or suggestions on the draft to the Special Master.

4.On March 29, 2004, Defendants' counsel received the Special Master's Draft Report. Pursuant to the Order of Reference, Defendants have until April 19, 2004 to submit any comments or suggestions to the Special Master.

5.As the Court is aware, on January 23, 2004, counsel for Defendants, Maurice T. FitzMaurice, and Peter K. Rydel (hereinafter "Counsel") moved for leave to withdraw their appearance as counsel (hereinafter "Motion").

6.The Court has not yet ruled on Counsel's Motion.

7.Pursuant to Federal Rule of Civil Procedure 6(b), and Local Rule of Civil Procedure 7(b)(2), Defendants respectfully request, on behalf of all parties, that the period within which the parties must submit comments or suggestions to the Special Master be extended to at least twenty-one days after the Court's ruling on Counsel's Motion.

8.Counsel for Defendants has consulted with counsel for Plaintiffs Wasley Products, Inc. and Precision Molding, Inc., Defendant Nationwide Life Insurance Company

2

REID AND RIEGE, P.C., COUNSELLORS AT LAW, ONE FINANCIAL PLAZA, HARTFORD, CT 06103-3895
TELEPHONE (860) 278-1150FAX (860) 240-1002JURIS NO. 49362

19410.000/356910.1

of America, and Defendant Lincoln National Insurance Company, and all counsel consent to the filing of this Motion.

9. The pendency of Counsel's Motion constitutes good cause to extend this deadline under Federal Rule of Civil Procedure 6(b) and under Local Rule of Civil Procedure 7, to the extent such cause must be demonstrated thereunder.

10. This is the parties' first motion for an extension of time to submit comments or suggestions to the Special Master.

**WHEREFORE**, Defendants respectfully request that this Consent Motion for Extension of Time on Behalf of All Parties to Respond to Special Master's Draft Report be granted.

                                            **DEFENDANTS**
**BARRY LEONARD BULAKITES, JAMES ALBERT WINSLOW & JOSHUA ADAMS CORPORATION**

By _Peter K. Rydel_
Maurice T. FitzMaurice
Peter K. Rydel
Fed. #ct24793
REID AND RIEGE, P.C.
One Financial Plaza, 21st Flr.
Hartford, CT 06103
Tel.: 860-278-1150
Fax: 860-240-1023

REID AND RIEGE, P.C., COUNSELLORS AT LAW, ONE FINANCIAL PLAZA, HARTFORD, CT 06103-3895
TELEPHONE (860) 278-1150      FAX (860) 240-1002      JURIS NO. 49362

19410.000/356910.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April, 2004, a copy of the foregoing Motion for Extension of Time was sent via certified mail, return receipt requested, to the following:

Barry Bulakites
558 Castle Pines Pkwy.
Unit B4 # 401
Castle Pines, CO 80108

James Winslow
61 Muller Drive
Westbrook, CT 06498

I further certify that on this 9th day of April, 2004, a copy of the foregoing Motion for Extension of Time was sent via first-class mail to the following:

Mary E.R. Bartholic, Esq.
Cohn Birnbaum & Shea, P.C.
100 Pearl Street
Hartford, CT 06103

Eric L. Sussman, Esq.
Day, Berry & Howard, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103

Deborah S. Freeman, Esq.
Bryan D. Short, Esq.
Bingham McCutchen
One State Street
Hartford, CT 06103

Alan R. Mandell, CPA, CFE, DABFA
Blum Shapiro Litigation Consulting Group, LLC
29 South Main Street, Suite 305
P. O. Box 272000
West Hartford, CT 06127-2000

_____
Peter K. Rydel

REID AND RIEGE, P.C., COUNSELLORS AT LAW, ONE FINANCIAL PLAZA, HARTFORD, CT 06103-3895
TELEPHONE (860) 278-1150    FAX (860) 240-1002    JURIS NO. 49362

19410.000/356910.1