```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

| | |
|---|---|
| WASLEY PRODUCTS, INCORPORATED : <br> and PRECISION MOLDING COMPANY, : <br> INC., : <br> : <br>     Plaintiffs, : <br> : <br> v. : <br> : <br> BARRY LEONARD BULAKITES, JAMES : <br> ALBERT WINSLOW, JOSHUA ADAMS : <br> CORPORATION, NATIONWIDE LIFE : <br> INSURANCE CO. OF AMERICA f/k/a : <br> PROVIDENT MUTUAL LIFE : <br> INSURANCE CO., and LINCOLN : <br> NATIONAL LIFE INSURANCE CO., : <br> : <br>     Defendants. : | MASTER CONSOLIDATED CASE <br> No. 3:03CV383(DJS) |

## ORDER

The consent motion for extension of time on behalf of all parties to respond to the Special Master's draft report (dkt. # 88) is **DENIED without prejudice**. The preliminary report generated by the Special Master is not the draft final report contemplated in Section IV Paragraph k of the court's June 25, 2003 order, and, therefore, the time period set forth therein and referenced in the pending motion does not apply. Parties wishing to comment on the preliminary report should contact the Special Master to determine the most appropriate time and manner to do so.

Further, the Special Master shall serve a copy of the preliminary draft report and all drafts and final versions hereinafter prepared upon counsel of record in the Prentiss, et

<u>al. v. Wasley Products, Inc., et al.</u>, No. 3:03CV1790(DJS): Thomas G. Moukawsher and Ian O. Smith, Moukawsher & Walsh, Capitol Place, 21 Oak Street, Suite 209, Hartford, Connecticut 06106; Jean Elizabeth Tomasco and Theodore J. Tucci, Robinson & Cole, 280 Trumbull Street, Hartford, Connecticut 06103.  These attorneys shall contact the Special Master to arrange for service of the aforementioned papers.

    So ordered this 16th day of April, 2004.

                                           **/s/DJS**
                          **_____**
                              **DOMINIC J. SQUATRITO**
                          **UNITED STATES DISTRICT JUDGE**