UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREGORY PRENTISS, et al.,<br>    Plaintiffs,<br><br>v.<br><br>WASLEY PRODUCTS, INC, et al.,<br><br>    Defendants/Third Party Plaintiffs,<br><br>v.<br><br>PROVIDENT MUTUAL LIFE INSURANCE COMPANY, et al.,<br><br>    Third Party Defendants. | MASTER CIVIL ACTION<br>NO. 3:03CV0383 (DJS)<br><br>THIS PLEADING PERTAINS TO<br>CIVIL ACTION NO. 3:03 CV 1790 (DJS)<br><br><br><br><br>APRIL 19, 2004 |

**MOTION TO DISMISS THIRD-PARTY PLAINTIFFS' COMPLAINT AS IT APPLIES TO THIRD PARTY DEFENDANT NATIONWIDE LIFE INSURANCE COMPANY OF AMERICA (F/K/A PROVIDENT MUTUAL LIFE INSURANCE COMPANY)**

        Pursuant to Fed. R. Civ. P. 12(b)(6), Third-Party Defendant Nationwide Life Insurance Company of America f/k/a Provident Mutual Life Insurance Company ("Provident Mutual") hereby moves to dismiss the claims asserted against it by Third-Party Plaintiffs Wasley Products, Inc. and Trustees Alan Wasley, Andrew Brady, Sandi Dumas-Laferriere and Barry Connell ("TP Plaintiffs") in their Third Party Complaint dated March 3, 2004.

        The TP Plaintiffs' claims against Provident Mutual under the Employment Retirement Income Security Act ("ERISA"), 29 U.S.C. §§ 1001 et. seq. are properly dismissed because the courts have repeatedly rejected attempts to interject common law doctrines to expand liability under ERISA. The TP Plaintiffs' state law claims against Provident fail because they relate to an

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**
CTDOCS:1585595.1
CTDOCS/1585602.1

ERISA plan and are, therefore, preempted by ERISA. For these reasons, Provident's Motion to Dismiss should be granted.

In support of this Motion, Provident Mutual submits the Group Annuity Contract GR 3094-101 (the "GAC") issued by Provident Mutual to Trustees of the Walsley Products, Inc. 401(k) Plan referenced by TP Plaintiffs at paragraph 25 of their TP Complaint, a copy of which is annexed hereto. Provident Mutual also submits is memorandum of law in support of this Motion, filed contemporaneously herewith.

**NATIONWIDE LIFE INSURANCE COMPANY OF AMERICA f/k/a PROVIDENT MUTUAL LIFE INSURANCE COMPANY**

/s/ Bryan D. Short
Deborah S. Freeman [ct 05257]
Bryan D. Short      [ct 24374]
Bingham McCutchen LLP
One State Street
Hartford, CT 06103
Tel:  (860) 240-2700
Fax:  (860) 240-2818
deborah.freeman@bingham.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th date of April, 2004 a copy of the foregoing was sent by first class mail, postage pre-paid, to the following counsel of record in this case:

Theodore J. Tucci
Jean E. Tomoasco
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Thomas G. Moukawasher, Esq.
Ian O Smith, Esq.
Moukawsher & Walsh
21 Oak Street, Suite 209
Hartford, CT 06106

Maurice FitzMaurice, Esq.
Peter K. Rydel, Esq.
Reid and Riege, P.C.
One State Street
Hartford, CT 06103

Albert Zakarian, Esq.
Victoria Woodin Chavey, Esq.
Eric Sussman, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103

and a copy sent to the following:

Mary E.R. Bartholic, Esq.
Thomas W. Witherington, Esq.
Cohn Birnbaum & Shea P.C.
100 Pearl Street
Hartford, CT 06103

        /s/ Bryan D. Short
        Bryan D. Short

CTDOCS:1585595.1
CTDOCS/1585602.1