

**PROVIDENT MUTUAL**
1600 MARKET STREET, P.O. BOX 7378, PHILADELPHIA, PA 19101

**PROVIDENT MUTUAL LIFE INSURANCE COMPANY OF PHILADELPHIA**
(Herein called PMLIC)

by this

Group Annuity Contract No. GR 3094-101

issued to the

**Trustees of The Wasley Products, Inc.
401(k) Plan**
(Herein called the Contractholder)

In consideration of the application and of the payment to PMLIC of deposits as herein provided

agrees to pay benefits and purchase annuities in accordance with the direction of the contractholder subject to the terms of this contract.

This contract and the Separate Account Riders attached hereto are effective on the date on which the application is accepted by PMLIC at the home office.

This contract, including the provisions of the following pages, together with the application and any Separate Account Riders attached hereto or other riders, forms, and tables which are attached hereto and made a part hereof, constitutes the entire contract.

Signed by PMLIC as of its effective date at its home office in Philadelphia, Pennsylvania and executed by the contractholder as of the date the application was signed.

IN WITNESS WHEREOF, PMLIC has caused this contract to be executed at Philadelphia, Pennsylvania on May 8, 1995.

THE ACCUMULATION VALUES OF THE SEPARATE ACCOUNT OR SEPARATE ACCOUNTS MAY DECREASE OR INCREASE WITH INVESTMENT EXPERIENCE AND ARE NOT GUARANTEED AS TO FIXED DOLLAR AMOUNTS.

AMOUNTS TRANSFERRED TO THE BALANCED FUND SEPARATE ACCOUNT ARE INVESTED, ON A PRO-RATA SHARE BASIS, IN PMLIC'S OTHER SEPARATE ACCOUNTS AS SET FORTH IN THE BALANCED FUND SEPARATE ACCOUNT RIDER.

THE INTEREST RATES CREDITED TO THE GUARANTEED CERTIFICATES IN THE SEPARATE ACCOUNT DESCRIBED IN THE GUARANTEED INVESTMENT SEPARATE ACCOUNT RIDER ARE GUARANTEED AND DO NOT DEPEND ON INVESTMENT EXPERIENCE.
PC-9900 is amended by
PC-9249900         (MONTHLY EXPENSES)

President and
Chief Operating Officer

Attest                                          Registrar

NLICA- 00851

<u>APPLICATION FOR GROUP ANNUITY CONTRACT ON FORM NO. PC-9300</u>

Application is hereby made to Provident Mutual Life Insurance Company of Philadelphia (PMLIC) for issuance of a Group Annuity Contract (Contract) to:

TRUSTEES OF THE WASLEY PRODUCTS, INC. 401(k) PLAN
(Contractholder)

Name of Plan:   WASLEY PRODUCTS, INC. 401(k) PLAN

Name of Employer:   WASLEY PRODUCTS, INC.

The Plan Year begins on ___1-1___ and ends on ___12-31___

Upon acceptance of this Application by PMLIC and the receipt of the $250 Application Fee at its Home Office, (1) the Contract and the Separate Account Riders attached thereto are effective and deposits may be received by PMLIC at its Home Office, in accordance with Section 1 of the Contract, and (2) this Application is attached and becomes a part of the Contract (and the Separate Account Riders attached thereto) between PMLIC and the Contractholder. In accordance with the terms of the Contract, amounts received for deposit under the Contract and the Separate Account Riders attached thereto shall be directed for investment in the Fixed-Income Fund described in Section 7 of the Contract or in any of the Separate Account investment options described in the Separate Account Riders attached thereto.

The undersigned certifies that the above-named Plan is a tax qualified plan or is intended to be established as such.

ACCEPTED BY PMLIC
AT ITS HOME OFFICE:                    APPLICANT:

                                       TRUSTEE, WASLEY PRODUCTS, INC.

BY: ___Richard N. Herb___              BY: _____

TITLE: ___Vice President___            TITLE: _____

DATE: ___May 9, 1995___                DATE: ___11/2/94___

PARTICIPANT-DIRECTED INVESTMENT CONTRACT
PC-9390 as amended by
PC-A2-9300

GR-3094-101

NLICA- 00852

TABLE OF CONTENTS

SECTION                                                                    PAGE

   1    DEPOSITS

        1.01  Allowable Deposits                                            1
        1.02  Allocation of Deposits                                        1

   2    DISTRIBUTION

        2.01  Benefit Payments                                             2
        2.02  Periodic Benefit Payments                                    2
        2.03  Distributions to Other Funding Agencies/Vehicles             3
        2.04  Withdrawals to Cover Plan Expenses Charged to
                 Participants                                              3

   3    GUARANTEED PURCHASED ANNUITIES

        3.03  Procedure for Purchase of Guaranteed Annuity                 4
        3.04  Requirements for Purchase of Guaranteed Annuity              5
        3.05  Guaranteed Purchase Rates                                    5
        3.06  Effect of Termination of the Contract                       5

   4    INTER-FUND TRANSFERS                                              6

   5    DEPOSIT ACCOUNT                                                   7

   6    CHARGES                                                           8

   7    FIXED-INCOME FUND

        7.01  Nature of Fixed-Income Fund                                 9
        7.02  Allocations                                                 9
        7.03  Withdrawals from the Fixed-Income Fund                      9
        7.04  Interest Rates Applicable to Fixed-Income Fund             10
        7.05  Rollovers                                                   10
        7.06  Discontinuance of Fixed-Income Fund                        10
        7.07  Market Value Adjustment                                     12
        7.08  General Provisions for Fixed-Income Fund Utilization        12

   8    SEPARATE ACCOUNT INVESTMENT OPTIONS                               14
        (Made Inoperative by PC-A2-9300)

   9    TERMINATION OF CONTRACT

        9.01  Termination of Contract by Contractholder's Election        15
        9.02  Termination of Contract by PMLIC's Election                 15

PC-A2-9300                          (1)                          8/93

(M)

NLICA- 00853

10    GENERAL PROVISIONS

      10.01 Contract                                              17
      10.02 Representations                                       17
      10.03 Trustee                                               17
      10.04 Amendment of this Contract                            17
      10.05 Information Required to be Furnished by the
            Contractholder                                        18
      10.06 Assignment                                            18
      10.07 Grace Period                                          18
      10.08 Unenforceable Provisions                              18
      10.09 Headings                                              18
      10.10 Services                                              19
      10.11 Investment Directions Under this Contract             19
      10.12 Date of Liquidation                                   19

11    DEFINITIONS                                                 20

NLICA- 00854

### Section 1 - Deposits

1.01  Allowable Deposits

All or a part of the funds held under the Plan, together with the Current Contributions (see Definitions - Subsection 11.04), may be paid to Provident Mutual for deposit under this Contract and/or the Separate Account Riders attached hereto. All such amounts are payable by the Contractholder to PMLIC at its Home Office.

1.02  Allocation of Deposits

At the time a deposit is made, the Contractholder will provide written instructions to PMLIC at its Home Office specifying the amount of the deposit to be allocated to the Fixed-Income Fund described in Section 7 and/or the Separate Account investment options described in the Separate Account Riders attached hereto. PMLIC will allocate the deposit as of its date of receipt by PMLIC in the amount and to the investment options specified in the written instructions.

If a deposit is not accompanied by such instruction or if, under the provisions of a Separate Account investment option described in a Separate Account Rider attached hereto, a deposit cannot be immediately allocated to a designated Separate Account, such deposit will be allocated to the Deposit Account described in Section 5. Such deposit shall remain in the Deposit Account until the earlier of the date on which written instructions are received by PMLIC specifying the allocation of the deposit to the investment options or the earliest date on which an allocation can be made to a designated Separate Account.

Deposits must be accompanied by documentation in the form specified by PMLIC.

NLICA- 00855

### Section 2 - Distributions

2.01  Benefit Payments

Subject to the adequacy of amounts maintained in the investment options under this Contract and/or the Separate Account Riders attached hereto, PMLIC will, upon receipt of written instructions from the Contractholder, make a withdrawal to provide a benefit payment to the payee designated by the Contractholder.  Such instructions shall include directions with respect to the specific amount in an investment option being maintained under this Contract and/or the Separate Account Riders attached hereto to be liquidated to provide such benefit payment.

The liquidation of amounts in such investment options shall be made by PMLIC in accordance with the provisions of the Fixed-Income Fund described in Section 7 and/or the provisions of the Separate Account investment options described in the Separate Account Riders attached hereto.  The value of such liquidated amounts from the investment options will be transferred to PMLIC's General Account for disbursement to the payee designated by the Contractholder.

If, in accordance with the provisions of a Separate Account investment option, amounts invested in such Separate Account cannot be liquidated on the same date that the portions of other investment options designated by the Contractholder are being liquidated, then the value of the amounts liquidated will be transferred to the Money Market Fund Separate Account until the date on which the amounts invested in all investment options designated for liquidation are liquidated.  The value of the amounts so liquidated will then be transferred to PMLIC's General Account for disbursement to the payee designated by the Contractholder.

However, prior to the liquidation of all amounts necessary for the bene- fit payment, the Contractholder can make a written request to PMLIC for a partial payment.  In accordance with such request, PMLIC will withdraw the value of the liquidated amounts being maintained in the Money Market Fund Separate Account and transfer such amounts to PMLIC's General Account for disbursement to the payee designated by the Contractholder.

2.02  Periodic Benefit Payments

PMLIC will, upon receipt of written instructions from the Contractholder specifying the form of benefit under which the periodic payments are to be made and the amount of each periodic payment, make periodic withdrawals from the Fixed-Income Fund to provide benefit payments to a payee designated by the Contractholder.

PMLIC will not be responsible for the adequacy of amounts in the Fixed-Income Fund to provide such payments nor for automatically trans- ferring amounts from the Separate Account investment options to the Fixed-Income Fund in order to provide such payments.

NLICA- 00856

2.03   <u>Distributions to Other Funding Agencies/Vehicles</u>

PMLIC will, upon receipt of written instructions from the Contractholder, make a lump sum withdrawal from the designated investment options hereunder to provide a payment to the Contractholder or to another funding agency/vehicle designated by the Contractholder.

The amount of withdrawal under this Subsection 2.03 from each investment option being maintained under this Contract and/or the Separate Account Riders attached hereto shall be subject to the application of any expense recovery charges specified in Table B if such other funding vehicle is held outside the investment options allowed hereunder.  In addition, such amount shall be subject to the liquidation provisions of the applicable Separate Account Riders attached hereto.  The amount of withdrawal from the Fixed-Income Fund, other than a Participant-Directed withdrawal of a portion or all of his/her benefit, shall be subject to the provisions of Subsections 7.03 and 7.07.

2.04   <u>Withdrawals to Cover Plan Expenses Charged to Participants</u>

PMLIC will, upon receipt of written instructions from the Contractholder, make a lump sum withdrawal equal to the aggregate, as reported by the Contractholder to PMLIC, of any Plan expenses that are to be charged to Participants (see Definitions - Subsection 11.08). Such request must specify the investment options from which such withdrawal is to be made and such withdrawal must be assessed, on a pro rata basis, from the balances of such investment options determined as of the Plan's latest valuation date.  The amount so withdrawn will be paid to the payee designated by the Contractholder.

NLICA- 00857

## Section 3 - Guaranteed Purchased Annuities

3.01  Subject to the adequacy of amounts maintained in the investment options
under this Contract and/or the Separate Account Riders attached hereto,
PMLIC will, upon receipt of written instructions from the
Contractholder, make a withdrawal to purchase an annuity on behalf of
the payee designated by the Contractholder.

PMLIC will inform the Contractholder of the amount required to purchase
such annuity and the amount of any premium tax applicable to such
purchase.

The written instructions of the Contractholder shall include directions
with respect to the amounts in an investment option being maintained
under this Contract and/or the Separate Account Riders attached hereto
to be liquidated to provide such withdrawal.

3.02  The liquidation of such amounts shall be made by PMLIC in accordance
with the provisions of the Fixed-Income Fund described in Section 7
and/or the provisions of the Separate Account investment options as
described in the Separate Account Riders attached hereto.  The amounts
so liquidated will be transferred to PMLIC's General Account and applied
to purchase an annuity on behalf of the payee designated by the
Contractholder.

If, in accordance with the provisions of a Separate Account Rider
attached hereto, amounts invested in such Separate Account cannot be
liquidated on the same date that the portions of the other investment
options designated by the Contractholder are being liquidated, then the
value of the amounts liquidated will be transferred to the Money Market
Fund Separate Account until the date on which the amounts invested in
all investment options designated for liquidation are liquidated.  The
value of the amounts so liquidated will then be transferred to PMLIC's
General Account and applied to purchase an annuity on behalf of the
payee designated by the Contractholder.

3.03  Procedure for Purchase of Guaranteed Annuity

Upon the purchase of an annuity pursuant to Subsection 3.02, a cer-
tificate will be sent to the Contractholder for delivery to the
annuitant setting forth the amount of the benefit and terms of payment
to which such annuitant is entitled.

Guaranteed Annuities purchased under this Contract will be nonpar-
ticipating.

NLICA- 00858

3.04    <u>Requirements for Purchase of Guaranteed Annuity</u>

The Contractholder must provide and certify as accurate all data required by PMLIC to issue a Guaranteed Annuity. Proof of age may be required.

PMLIC's customary annuity rules must be met.

The Guaranteed Annuity must be in one of the annuity forms customarily offered by PMLIC at the time of purchase. By mutual agreement between PMLIC and the Contractholder, other annuity forms may be provided. However, PMLIC is not responsible for determining whether a particular annuity form complies with the terms of the Plan.

PMLIC reserves the right to require proof that the payee is alive at the time that any payment is due under the annuity before making such payment.

3.05    <u>Guaranteed Purchase Rates</u>

The premium for a Guaranteed Annuity will be based on PMLIC's customary rates at the time of purchase. However, during the guaranteed period (as defined in Table A), the premium will not be greater than that calculated on the basis shown in Table A.

3.06    <u>Effect of Termination of the Contract</u>

Once a Guaranteed Annuity has been purchased, and a certificate issued, PMLIC guarantees the payment of all benefits thereunder, even if this Contract terminates.

5

NLICA- 00859

## Section 4 - Inter-Fund Transfers

4.01    PMLIC, upon receipt of written instructions from the Contractholder, will liquidate an amount held in an investment option being maintained under this Contract and/or the Separate Account Riders attached hereto and transfer the amount so liquidated to another investment option as designated in such instructions. (See Subsection 7.08 for restrictions on such transfer if a balance to be transferred is being maintained in the Fixed-Income Fund.)

A Contractholder's request for transfers between investment options being maintained under this Contract and/or the Separate Account Riders attached hereto may be made up to <u>four times per Participant during a Contract Year</u> (see Definitions - Subsection 11.03).

4.02    The liquidation of amounts held in an investment option under this Contract and/or the Separate Account Riders attached hereto shall be made by PMLIC in accordance with the provisions of the Fixed-Income Fund described in Section 7, excluding the application of the Market Value Adjustment described in Subsection 7.07, and/or the provisions of the Separate Account Riders attached hereto. However, if, in accordance with the provisions of a Separate Account Rider attached hereto, a liquidation of amounts held in a particular Separate Account cannot be made, then the Inter-Fund Transfer will be delayed until the date that such liquidation can be made.

NLICA- 00860

## Section 5 - Deposit Account

5.01  The Deposit Account is an interest-bearing account and is part of the General Account of PMLIC. PMLIC has the sole right to control and manage the assets of the Deposit Account.

The principal of the Deposit Account plus the interest credited to such Account pursuant to Subsection 5.03 are guaranteed by PMLIC.

5.02  Deposits received by PMLIC under this Contract and/or the Separate Account Riders attached hereto for which proper instructions have not been received regarding allocation to an investment option being maintained hereunder shall be allocated by PMLIC to the Deposit Account.

5.03  Interest earned on funds held in the Deposit Account will be credited in the Deposit Account at the end of each calendar month. The interest rate to be credited during each calendar month will be declared and guaranteed by PMLIC prior to the beginning of such calendar month.

5.04  PMLIC reserves the right to return deposits to the Contractholder that are held in the Deposit Account for more than 90 days.

5.05  Transfers may be made by the Contractholder to the Deposit Account if due to the market volatility of an investment option being maintained under this Contract and/or a Separate Account Rider attached hereto, and, because of restrictions on transfer frequency, such transfers may not be currently invested in the Participant's designated investment option. PMLIC will automatically transfer such amount to the Participant's designated investment option when such transfer is permitted.

NLICA- 00861

### Section 6 - Charges

6.01   PMLIC shall apply the Contract charges listed in Table B, on a
       <u>monthly</u> basis, to the total Plan assets being maintained under
       this Contract and/or the Separate Account Riders attached
       hereto.  Such charges shall be deducted, on a pro rata basis,
       from the amounts held in such investment options and from any
       amount being held in the Deposit Account.

       The fees and expenses, other than the Contract charges, that are
       listed in Table B are fees and expenses deducted from amount of
       deposits or amount distributed, whichever is applicable.

Section 7 - Fixed-Income Fund

7.01  Nature of Fixed-Income Fund

The Fixed-Income Fund is not a trust fund and is held as part of the
General Account of PMLIC.  PMLIC has the sole right to control and
manage the assets of such Fund.

PMLIC guarantees that the balance in the Fixed-Income Fund, including
previously credited interest, will not be reduced other than by the
application of charges described in Section 6.

If PMLIC has not received instructions from the Contractholder with
respect to the investment of amounts reaching maturity in a Pool (see
Definitions - Subsection 11.11), such amounts will be reinvested in the
current Window (see Definitions - Subsection 11.15) in accordance with
the Rollover provisions of Subsection 7.05.

7.02  Allocations

PMLIC will guarantee acceptance of all Current Contributions and
Inter-Fund Transfers directed for investment in the Fixed-Income Fund.
PMLIC will also guarantee acceptance of allocations, in addition to
those previously stated, which are listed on the Fixed-Income Fund
Commitment Form or which, in the aggregate during the Window Period (see
Definitions - Subsection 11.16), do not exceed $250,000.  Other alloca-
tions are subject to PMLIC's approval.

Amounts not accepted shall be allocated to the Deposit Account by PMLIC.
Such excess deposits shall remain in the Deposit Account until the date
on which written instructions specifying the investment options into
which such excess deposits are to be invested are received by PMLIC from
the Contractholder.  If such excess deposits are to be transferred to
the Fixed-Income Fund, such transfer shall be made only in the first
month of a subsequent Window Period.

7.03  Withdrawals from the Fixed-Income Fund

Withdrawals will be taken first from the open Window Period.  If such
withdrawals are in excess of the Cash Flow assigned to the open Window
Period, then the excess portions will be withdrawn from each non-current
Pool.  The amount withdrawn from each non-current Pool will be calcu-
lated by multiplying the amount of such excess by the Pool's Pro-Rata
Percentage (see Definitions - Subsection 11.13).

Unless otherwise noted, all disbursements from the Fixed-Income Fund are
at book value.

NLICA- 00863

7.04    Interest Rates Applicable to Fixed-Income Fund

A Window Rate will be declared by PMLIC at the beginning of the initial
Window Period. Such Rate is guaranteed by PMLIC with respect to alloca-
tions to the Fixed-Income Fund that are made during the initial Window
Period.

Prior to the beginning of the calendar year immediately following the
close of the initial Window Period and prior to the beginning of each
Window Period thereafter, PMLIC will declare the Window Rate applicable
to allocations to the Fixed-Income Fund that are made during the
upcoming Window Period. PMLIC will also declare at such time the Pool
Interest Rate(s) (see Definitions - Subsection 11.12) for all Pool(s)
being maintained under contracts of this class. Both the Window Rate
and the Pool Interest Rate(s) are guaranteed for one year.

7.05    Rollovers

The maturity proceeds of a Pool begin rolling over on the second
January 1 following the on which a deposit is first credited to the
Pool. A portion of the Pool will continue to roll over each subsequent
January 1 until it completely matures. A Pool will have completely
matured by December 31 of the calendar year which is six years following
the year the Pool was established.

The maturity proceeds of a Pool are automatically reinvested in the then
current Window. Without written notification from the Contractholder,
the maturity proceeds described in this Subsection 7.05 will remain in
the Fixed-Income Fund.

The portion of each Pool that will roll over will be declared by PMLIC
prior to January 1st of the calendar year of the rollover. In no event
will the rollover amount of a Pool be less than 10% of the balance of
the Pool on December 31st.

7.06    Discontinuance of Fixed-Income Fund

The Fixed-Income Fund will be deemed discontinued upon the (i) notifica-
tion of the termination of this Contract in accordance with Section 9;
or (ii) election by the Contractholder to discontinue the Fixed-Income
Fund.

Notification of the termination of this Contract or the election by the
Contractholder to discontinue the Fixed-Income Fund shall include writ-
ten instructions as to the application of the Fixed-Income Fund to
purchase annuities and/or the payout of the Fixed-Income Fund in accor-
dance with Options A, B, or C below.

If, under the provisions of this Contract, the Fixed-Income Fund is
discontinued and no election of a payout Option is made by the
Contractholder, PMLIC will automatically pay out the Fixed-Income Fund
under Option A.

10

Annual payments by PMLIC of the balance of the Fixed-Income Fund under Option A below will be made on the last business day of January. Such payments shall be made to the Contractholder or the funding agency/vehicle specified in writing by the Contractholder. Such payments shall be reduced by any unamortized charges specified in Table B.

Option A:    The balance in the Fixed-Income Fund will be paid in seven annual instalments with the first such instalment being paid on the last business day of January coinciding with or next following the date of discontinuance of the Fixed-Income Fund. Subsequent annual instalments will be paid on the last business day of each subsequent January.

Interest will be credited to the balance of the Fixed-Income Fund during the payout period on the same basis as would have applied had the Fixed-Income Fund not been discontinued.

Each annual instalment, up to and including the last annual instalment, will be equal to the aggregate of the maturity proceeds of each Pool of the Fixed-Income Fund that rolls over in accordance with Subsection 7.05. The last annual instalment will be an amount equal to the unliquidated balance of the Fixed-Income Fund.

Option B:    The Fixed-Income Fund will be paid in five annual instalments with the first such instalment being paid within 30 days of receipt by PMLIC of the date of discontinuance of the Fixed-Income Fund. Subsequent annual instalments will be paid on the business day coinciding with or next following the anniversary of the payment of the first annual instalment.

Interest will be credited to the balances of the Fixed-Income Fund during the payout period on the same basis as had the Fixed-Income Fund not been discontinued, but reduced by 3/4 of 1%.

The first annual instalment will be equal to one-fifth of the balance of the Fixed-Income Fund. The second, third, and fourth annual instalments will be equal to, respectively, one-fourth, one-third, and one-half of the then current balance of the Fixed-Income Fund. The last annual instalment will be an amount equal to the unliquidated balance of the Fixed-Income Fund.

No distributions or transfers will be permitted under Option B during the payout period. Annual payments by PMLIC of the balance of the Fixed-Income Fund under Option B shall be reduced by any unamortized charges specified in Table B.

11

NLICA- 00865

No incoming contributions to the Fixed-Income Fund are permitted during the payout periods under Option A or Option B.

Option C:  A single sum distribution of the balance of the Fixed-Income Fund reduced by the amount of the Market Value Adjustment determined pursuant to Subsection 7.07, if applicable, and the termination charges and any unamortized charges specified in Table B.  If the determination of the Market Value Adjustment pursuant to Subsection 7.07 results in a credit, PMLIC will include the amount of such credit in the single sum distribution.

Such payment will be made to the Contractholder or to the funding agency/vehicle specified in writing by the Contractholder.

## 7.07    Market Value Adjustment

The calculation of the Market Value Adjustment for a Pool will be based on the amount being withdrawn from the Pool, A; the Pool Interest Rate, (j), then currently applicable to the Pool; and (i), the Window Rate currently in effect for new business written under contracts of this class.  The date of calculation is the date on which PMLIC receives written notice, at its Home Office, of an election to discontinue the Fixed-Income Fund under Option C or effect a distribution under Subsection 2.03.  The Market Value Adjustment is:
$(j-i) \times n \times (((1+i)/(1+j))^n \times .60 + .004/(1-j))$ where n is the number of years until such Pool would completely mature (see Subsection 7.05).

## 7.08    General Provisions for Fixed-Income Fund Utilization

PMLIC reserves the right to request information regarding any Plan assets which are held outside this Contract.  The Contractholder is responsible for notifying PMLIC of any material changes in such assets or in the utilization of such assets.

If the Fixed-Income Fund is not the sole investment vehicle comprising the Plan's fixed-income option, then the following provisions apply:

(1)  The Contractholder is responsible for notifying PMLIC that the Plan's fixed-income option is invested in multiple vehicles.

(2)  PMLIC reserves the right to request information of the Contractholder regarding the funding vehicles which support the Plan's fixed-income investment option.

(3)  PMLIC reserves the right to reject the portion of any deposit pursuant to Subsection 1.01 which is to be allocated to the Fixed-Income Fund if such allocation does not represent 100% of the Plan's contributions to the fixed-income option for that time period.

NLICA- 00866

(4) For withdrawals pursuant to Subsection 2.01 and transfers pursuant to Subsection 4.01, the amount funded by the Fixed-Income Fund may not represent more than its pro-rata share of the amount withdrawn/transferred from the Plan's fixed-income option. This share is defined as the ratio of the balance in the Fixed-Income Fund to the balance in the Plan's fixed-income option on the date of such transaction.

Amounts withdrawn from the Fixed-Income Fund pursuant to a Participant-Directed Inter-Fund Transfer as described in Subsection 4.01 may not be transferred to a competing fixed-income vehicle, either within this Contract or maintained external to this Contract. This would include (i) guaranteed investment contracts/riders; (ii) bond funds in which the investment objective of that fund is deemed competitive; (iii) money market funds; (iv) funds which invest primarily in mortgages; or (v) any fund which includes in its terms a guarantee of interest and principal.

The restrictions of the preceding paragraph are waived if such transaction is necessary in order to effect a reallocation of forfeited amounts held in the Fixed-Income Fund.

NLICA- 00867

<u>Section 8 - Separate Account Investment Options</u>

(Section 8 is made inoperative by PC-A2-9300.)

NLICA- 00868

### Section 9 - Termination of Contract

#### 9.01  Termination of Contract by Contractholder's Election

The Contractholder has the right to terminate this Contract at any time. Upon receipt by PMLIC of written notice by the Contractholder that the Contract is to be terminated, PMLIC, on the date of such notice, shall liquidate the amounts attributable to this Contract held in the Separate Accounts in accordance with the provisions of the Separate Account investment options described in the Separate Account Riders attached hereto. The value of such liquidated amounts shall be transferred to the General Account of PMLIC for disbursement in accordance with the written directions of the Contractholder.

The Contractholder's written notice to terminate this Contract shall specify the Option or the combination of Options described in Subsection 7.06 that is to be applicable with respect to the disbursement of the Fixed-Income Fund. Such disbursement shall be made by PMLIC in accordance with the provisions of the Option or the combination of Options so designated by the Contractholder.

#### 9.02  Termination of Contract by PMLIC's Election

PMLIC has the right to terminate this Contract for any of the following reasons:

A.  Failure of the Contractholder to furnish requested information or other documentation;

B.  The discovery of material misrepresentations;

C.  Failure of the Contractholder to make a deposit committed to be made under this Contract;

D.  Amendment of the Plan or trust thereunder so that its provisions are contrary to the underwriting rules or administrative procedures of PMLIC;

E.  The discovery that the Plan or trust, either as written or in operation, is not a Qualified Plan;

F.  Termination of the Plan;

G.  A reduction in the number of Participants covered under this Contract to fewer than 5.

Such termination shall require 10 days' advance written notice from PMLIC to the Contractholder. The effective date of termination will be 10 days after the Contractholder's receipt of such written notice, or if such written notice specifies a later date, on the date specified.

PC-A2-9300                                    15                                    8/93

NLICA- 00869

In case of such termination, the liquidation of the Separate Accounts under this Contract shall be made by PMLIC in accordance with the Separate Account investment options described in the Separate Account Riders attached hereto. Unless otherwise requested by the Contractholder, the disbursement of the Fixed-Income Fund will be made in accordance with Option A of Subsection 7.06.

9.03   This Contract will terminate and cease to be of any further force or effect when the entire balance of all Plan assets being maintained under this Contract and/or the Separate Account Riders attached hereto has been applied to purchase annuities and/or disbursed in accordance with the provisions of this Section 9. Thereafter, PMLIC will be fully and finally released from any and all liability under this Contract except as to such guaranteed annuities as may have been purchased.

NLICA- 00870

### Section 10 - General Provisions

10.01   Contract

This Contract together with (1) the application of the Contractholder, a copy of which is attached hereto and made a part hereof; and (2) any Separate Account Riders or other riders, forms, Fixed-Income Fund Commitment Form, and any tables attached hereto constitute the entire Contract between the parties. The Plan is not a part of this Contract, nor will the Plan or any amendments thereto be construed to amend or modify this Contract in any way.

10.02   Representations

The Contractholder represents to PMLIC that the Plan is a Qualified Plan, and will continue to be a Qualified Plan during the full term of this Contract.

10.03   Trustee

Under no circumstances will PMLIC be deemed to be a Trustee of this Contract's assets, a Trustee of the Plan, the Plan Administrator, or other fiduciary of the Plan. Neither the Contractholder, Plan Administrator, nor their designated agent will be considered to be an agent of PMLIC for any purpose.

10.04   Amendment of this Contract

This Contract may be amended in any respect, retroactively or other-wise, at any time by written agreement between the Contractholder and PMLIC.

At any time, PMLIC may make any change to the provisions of this Contract as such change is required to conform the Contract to any law, regulation, rule, or order issued by any governmental agency, legislative body, or court of law to which PMLIC is or may become subject.

PMLIC may change any provision of this Contract by giving 60 days' prior written notice. No such amendment will adversely affect:

A.  Guaranteed Annuity purchase rates through the entire guaranteed period;

B.  Guaranteed Annuities purchased prior to the amendment;

C.  Interest Guarantees through the entire guaranteed period;

D.  Interest credited to the Fixed-Income Fund prior to the amendment;

E.  Guaranteed fees and Contract charges as provided in Section 6 of this Contract.

PC-A2-9300                            17                              8/93

NLICA- 00871

By giving written notice to PMLIC within such 60-day period, the Contractholder may terminate the Contract in accordance with the terms of this Contract prior to such change by PMLIC.

The consent of any Participant or other payee is not required to effect any change to this Contract.

10.05   Information Required to be Furnished by the Contractholder

The Contractholder must furnish PMLIC with any facts or evidence which PMLIC deems necessary for the performance of its obligations under this Contract. All information must be submitted in writing and signed by the Contractholder or its authorized representative.

Upon a request by PMLIC, the Contractholder shall submit to PMLIC a copy of the plan document, together with a copy of any amendment thereto.

10.06   Assignment

This Contract is not assignable without the written consent of PMLIC. No assignment of the Contract will be binding upon PMLIC unless it is in writing and filed at PMLIC's Home Office. PMLIC assumes no responsibility for the validity of any assignment.

All payments and benefits payable under this Contract to a participant or other payee may not be directly or indirectly assigned, commuted, or anticipated, and will be free from the claims of all creditors to the fullest extent permitted by law.

10.07   Grace Period

The Contractholder will have 30 days from the date on which a deposit is due to make that deposit.

10.08   Unenforceable Provisions

Any provisions of this Contract which is prohibited or unenforceable in any jurisdiction will be ineffective in such jurisdiction to the extent of the prohibition or unenforceability. However, such prohibition or unenforceability will not affect the remaining provisions of this Contract, nor affect the validity and enforceability of such provision in any other jurisdiction.

10.09   Headings

The Table of Contents and the headings of the various parts and sections of this Contract are for convenience of reference only and do not define or limit any of the terms or provisions of this Contract.

18

NLICA- 00872

10.10  <u>Services</u>

PMLIC assumes no responsibility for the performance of any services with respect to the Plan or this Contract other than those specifically described in this Contract or by separate contract.

10.11  <u>Investment Directions Under This Contract</u>

Other than for withdrawals pursuant to Subsection 2.03, all instructions received from the Contractholder with regard to investment, reallocation, liquidation, or withdrawals of funds under this Contract and/or the Separate Account Riders attached hereto are understood to be Participant-directed.

10.12  <u>Date of Liquidation</u>

Subject to the requirement set forth in the Separate Account Riders attached hereto that an orderly market exists on the date of liquidation, liquidations under this Contract shall be made within five business days of the receipt by PMLIC of written instructions from the Contractholder.

NLICA- 00873