Section 11. - Definitions

11.01 "Cash Flow" means deposits made plus transfers from a Separate Account plus Pool rollover, if applicable, plus interest credited less withdrawals and transfers to a Separate Account, if applicable, made in accordance with the terms of this Contract.

11.02 "Contractholder" means Trustees of The Wasley Products, Inc. 401(k) Plan.

11.03 "Contract Year" means the twelve-month period beginning with the Contract's Effective Date, or other twelve-month period agreed to between the Contractholder and PMLIC.

11.04 "Current Contributions" means Employer contributions on behalf of a Participant and any employee contributions that are made in accordance with the terms of the Plan.

11.05 "Effective Date of the Contract" means the date on which the Application is accepted by PMLIC in its Home Office.

11.06 "Guaranteed Annuity" means those benefits payable to any person and for which PMLIC has assumed complete liability because of the debit of an annuity consideration to the designated investment option under this Contract and the issuance of a certificate. During the guaranteed period (as defined in Table A), the purchase rates used to calculate such annuity consideration will not exceed the basis for calculation contained in Table A.

11.07 "Market Value Adjustment" means the adjustment made in accordance with the provisions of Subsection 7.07 of this Contract.

11.08 "Participant" means a person who is eligible to be and who becomes a Participant in the Plan.

11.09 "Plan" means the Wasley Products, Inc. 401(k) Plan effective May 9, 1995, together with any amendments thereto.

11.10 "PMLIC" means Provident Mutual Life Insurance Company of Philadelphia.

11.11 "Pool" means accounting entry representing this Contract's portion of the Fixed-Income Fund to which is assigned this Contract's portion of the Cash Flow experienced by the Fixed-Income Fund during a calendar year. A new Pool is created for each calendar year in which the Fixed-Income Fund continues under this Contract.

11.12 "Pool Interest Rate" is the interest rate declared by PMLIC for a Pool.

PC-A2-9300                    20                    8/93

NLICA- 00874

11.13   "Pro-Rata Percentage" is the ratio of a Pool's balance to the total balance of all "non-current" Pools. A "non-current Pool" is a Pool other than the current calendar year Pool.

11.14   "Qualified Plan" means (i) an employees' plan and/or trust which meets the requirements for qualification and exemption under Section 401(a) of the Internal Revenue Code or any amendments thereto; or (ii) a governmental plan, including a governmental plan that is a deferred compensation arrangement under Section 457 of the Internal Revenue Code.

11.15   "Window" is an accounting period to which current allocations to the Fixed-Income Fund are assigned.

11.16   "Window Period" is the period during which deposits will be accepted at the Window Rate. With the exception of the first "Window Period" under this Contract, this period will be a calendar year.

For this Contract's first "Window Period," the period will:

(i)   be the remainder of the calendar year, if this Contract's Effective Date is before September 1; or

(ii)  include the then current calendar year and the subsequent calendar year, if this Contract's Effective Date is on or after September 1.

When applicable, the "Window Rate" may be the Pool Interest Rate with respect to Pools in existence during the Window Period.

11.17   "Window Rate" is the rate applied during the Window Period, as further described in Subsection 7.04.

21

NLICA- 00875

## TABLE A

For annuities purchased under the terms of this Contract within the five-year period following the Effective Date of the Contract, the annuity considerations will be no greater than those calculated on the following bases.

    1983 GAM(-87h, two-year setback for males and females);

        6% first 10 years, 4% thereafter; 5% Load

The table below illustrates the maximum purchase rates (during the guaranteed period) for an immediate straight life annuity for $1 per month.  Maximum rates for other ages or benefit forms will be calculated on a consistent actuarial basis.

| Age at Date of Purchase | Annuity Considerations |
|---|---|
| 55 | $188.81 |
| 56 | 185.56 |
| 57 | 182.21 |
| 58 | 178.78 |
| 59 | 175.25 |
| 60 | 171.62 |
| 61 | 167.89 |
| 62 | 164.07 |
| 63 | 160.16 |
| 64 | 156.16 |
| 65 | 152.08 |
| 66 | 147.93 |
| 67 | 143.72 |
| 68 | 139.46 |
| 69 | 135.16 |

NLICA- 00876

<u>TABLE B</u>

PMLIC guarantees that prior to the first day of the calendar month immediately following the third anniversary of the effective date of this Contract, the fees and contract charges charged to this Contract will not exceed those shown below.

### Contract Charges*

$400   annual charge,

plus 1.00% of the first $500,000 of assets;
plus 0.90% of the next $1,000,000;
plus 0.70% of the next $3,500,000;
plus 0.65% of the excess.

### Expense Recovery Charges:

Effective March 6, 1991, Expense Recovery Charges are assessed on all non-benefit withdrawals at a rate of 3% in the first and second contract years, 2% in the third and fourth contract years, 1% in the fifth and sixth contract years and 0% thereafter.

### Other Charges:

$250 Application Fee – Non-Refundable – First Year Only

Additional charge of $250 in final Contract Year.

*Expressed as annual rates (see Section 6 for application to balances being maintained under this Contract and/or the Separate Riders attached hereto).

PC-A2-9300                                                                  8/93
PC-9500                                                                     6/93

NLICA- 00877

VALUE EQUITY SEPARATE ACCOUNT RIDER

PC-9310

NLICA- 00878

### Section 1 - Definitions

1.01    "Allocation Date" means any Valuation Date. Deposits to the Separate Account may be made only on an Allocation Date.

1.02    "Basic Contract" means the Group Annuity Contract to which this Rider is attached.

1.03    "Distribution Date" means any Valuation Date. Distributions from the Separate Account may be made only on a Distribution Date.

1.04    "Investment Manager" means any investment advisor appointed by PMLIC to manage the assets of the Separate Account.

1.05    "Participation Units" means the parts into which the Separate Account is divided for purposes of determining the value of the share of each Basic Contract in the Separate Account.

1.06    "PMLIC" means Provident Mutual Life Insurance Company of Philadelphia.

1.07    "Rider" means the Contract containing the Separate Account provisions which is attached to and made part of the Basic Contract.

1.08    "Separate Account" means the separate fund maintained by PMLIC for a portion of its assets and designated as the Value Equity Separate Account.

1.09    "Transfer Date" means any Valuation Date. Transfers to or from the Separate Account may be made only on a Transfer Date.

1.10    "Valuation Date" means any day of a calendar week on which PMLIC is open to transact its normal business and on which there exists an orderly market for normal investment transactions.

1

NLICA- 00879

Section 2 - Separate Account

2.01     Nature of Separate Account

The Separate Account is a pooled Separate Account maintained by PMLIC for a portion of its assets. The assets of the Separate account are segregated from all other assets of PMLIC, and subject only to the claims of contracts participating in the Separate Account.

Any amounts allocated or transferred to the Separate Account are owned by PMLIC. PMLIC is not a trustee as to such amounts.

The income and gains or losses, realized or unrealized, on the Separate Account will be credited to or charged against the Separate Account without regard to other income, gains or losses of PMLIC.

The Separate Account will be divided into Participation Units as described in Section 5 of this Rider.

2.02     Investments

The assets of the Separate Account will be invested primarily in common stocks, other equity securities, or other convertible securities that may be converted to common stocks.

The investment and reinvestment of such assets will be made by the Investment Manager in its discretion based solely upon the Investment Manager's determination of market conditions at the time such investment or reinvestment is made.

2.03     Expenses Charged to Separate Account

In addition to those expenses listed in Table B of the Basic Contract and charged against the Value Equity Separate Account, PMLIC deduct from the assets held in the Separate Account all expenses associated with maintaining the Value Equity Separate Account, and expenses and taxes arising from the purchase or sale of securities for such Separate Account.

Brokerage commissions and similar fees are added to the cost basis of securities when purchased and deducted from the proceeds when sold. Therefore, each such purchase or sales transaction is effectively debited or credited to the Value Equity Separate Account on a "net" basis.

2

NLICA- 00880

**Section 3 - Transfers/Deposits to Value Equity Separate Account**

3.01    **Transfers to Value Equity Separate Account**

At any time prior to the termination of the Basic Contract, the Contractholder may elect in writing to have some or all of the amounts held in (i) the Fixed-Income Fund being maintained under the Basic Contract or (ii) another Separate Account attached by Rider to the Basic Contract transferred from the Fixed-Income Fund or such other Separate Account to the Value Equity Separate Account.

The transfer of such amounts will only be made on a Transfer Date after receipt of written direction from the Contractholder as to the amount to be transferred.

All amounts transferred to the Value Equity Separate Account will be subject to the terms of this Rider.

3.02    **Deposits to Value Equity Separate Account**

At any time prior to the termination of the Basic Contract, the Contractholder may provide written instructions to PMLIC at his Home Office specifying the amount of deposits that are to be allocated to the Value Equity Separate Account.

The allocation of deposits will only be made on an Allocation Date. Such deposits will be allocated to the Value Equity Separate Account on the Allocation Date coincident with the date of receipt of such deposits by PMLIC.

All deposits allocated to the Value Equity Separate Account will be subject to the terms of this Rider.

3.03    **Procedures with respect to Transfers or Allocation of Deposits to Value Equity Separate Account**

As of the Transfer Date/Allocation Date on which an amount/deposit is to be transferred/allocated to the Value Equity Separate Account, PMLIC will apply such transferred amount/deposit to purchase Participation Units in the Value Equity Separate Account. The number of Participation Units will be determined by the value of the Participation Unit as of the Valuation Date coincident with the Transfer Date/Allocation Date.

When Participation Units are purchased, the total number of Participation Units in the Value Equity Separate Account will be approximately increased.

3

NLICA- 00881

Section - Transfers/Distributions om Separate
Account

4.01    **Transfers by Contractholder Election**

The Contractholder may, at any time, elect in writing that
all or a portion of this Contract's share of the Separate
Account be withdrawn and transferred to the Fixed-Income
Fund being maintained under the Basic Contract or to
another Separate Account attached by Rider to the Basic
Contract or to the Deposit Account pursuant to the terms
described in Subsection 5.02 of the Basic Contract.

The value of each Participation Unit liquidated for the
purpose of providing such withdrawal and transfer will be
determined as of the Valuation Date.

Any election for transfer must be received by PMLIC prior
to the Transfer Date on which such transfer is to be
effected.

4.02    **Distributions by Contractholder Election**

Subject to the terms of the Basic Contract, the
Contractholder may, at any time, elect in writing that all
or a portion of this Contract's share of the Separate
Account be withdrawn and distributed to the payee
designated by the Contractholder.

The value of each Participation Unit liquidated for the
purpose of providing such withdrawal and distribution will
be determined as of the Distribution Date.

Any election for a distribution must be received by PMLIC
prior to the Distribution Date on which such distribution
is to be made.

4.03    If, on a date on which a transfer or a distribution
would otherwise be made, PMLIC determines that any such
transfer or distribution involves the sale of securities
during a period in which banking activities are suspended,
security exchanges are closed, there is restricted trading
on any stock exchange, the SEC declares a state of
emergency, or circumstances beyond the control of PMLIC
require that the sale be made under terms or conditions
detrimental to other Contractholders, PMLIC may defer such
transfer until a date it determines necessary in order to
avoid such detriment.

4.04    **Termination of Basic Contract**

In the case of the termination of the Basic Contract,
PMLIC shall liquidate this Contract's entire share of the
Separate Account and shall transfer the value of such
liquidated amount to the General Account of PMLIC for dis-
bursement in accordance with the written directions of the
Contractholder.

Such liquidation shall be effected on the date specified
in the Termination Section of the Basic Contract.

**4**

## Section 5 - Valuation of the Separate Account

5.01    **Determining the Value of this Contract's Share of the Separate Account**

The Separate Account will be divided into Participation Units. PMLIC will determine the value of a Participation Unit as of each Valuation Date based upon data provided to PMLIC by the Investment Manager.

The value of a Participation Unit, is the fair market value of investments in the Separate Account as of the Valuation Date, plus cash balances and accruals, less accounts payable and such expenses and taxes as are properly allocable to the Separate Account based on the regular rules and practices of the Investment Manager, divided by the number of outstanding Participation Units in the Separate Account.

As of any date, the value of this Contract's share of the Separate Account will equal the number of Participation Units then allocated to this Contract multiplied by the Participation Unit Value.

5.02    **Determining the Market Value of the Separate Account**

PMLIC will determine the market value of the Separate Account for each Valuation Date. The market value on any Valuation Date is based on the fair market value of the assets in the Separate Account on such Valuation Date.

If there is no readily available market value for a particular investment, PMLIC will determine the then fair market value of such investment in accordance with accepted practices and applicable laws and regulations.

5.03    **Notification by PMLIC**

PMLIC will notify each Contractholder at least annually of the status of this Contract's share of the Separate Account. The notice will include the following:

A. the number of Participation Units in the Separate Account;
B. the dollar value of each Participation Unit; and
C. the total value of the Participation Units.

A statement of investments held by the Separate Account will be sent upon request to any Contractholder participating in the Separate Account.

5

NLICA- 00883

MONEY MARKET FUND SEPARATE ACCOUNT RIDER

PC-9320

NLICA- 00884

## Section 1 - Definitions

1.01    "Allocation Date" means any Valuation Date.  Deposits to the Separate Account may be made only on an Allocations Date.

1.02    "Basic Contract" means the Group Annuity Contract to which this Rider is attached.

1.03    "Distribution Date" means any Valuation Date. Distributions from the Separate Account may be made only on a Distribution Date.

1.04    "Participation Units" means the parts into which the Separate Account is divided for purposes of determining the value of the share of each Basic Contract in the Separate Account.

1.05    "PMLIC" means Provident Mutual Life Insurance Company of Philadelphia.

1.06    "Rider" means the Contract containing the Separate Account provisions which is attached to and made part of the Basic Contract.

1.07    "Separate Account" means the separate fund maintained by PMLIC for a portion of its assets and designated as the Money Market Fund Separate Account.

1.08    "Transfer Date" means any Valuation Date.  Transfers to or from the Separate Account may be made only on a Transfer Date.

1.09    "Valuation Date" means any day of a calendar week on which PMLIC is open to transact its normal business and on which there exists an orderly market for normal investment transactions.

1

NLICA- 00885

Section 2 - Separate Account

2.01    Nature of Separate Account

The Separate Account is a pooled Separate Account maintained by PMLIC for a portion of its assets. The assets of the Separate account are segregated from all other assets of PMLIC, and subject only to the claims of contracts participating in the Separate Account.

Any amounts allocated or transferred to the Separate Account are owned by PMLIC. PMLIC is not a trustee as to such amounts.

The income and gains or losses, realized or unrealized, on the Separate Account will be credited to or charged against the Separate Account without regard to other income, gains or losses of PMLIC.

The Separate Account will be divided into Participation Units as described in Section 5 of this Rider.

2.02    Investments

The assets of the Separate Account will be invested primarily in U.S. Government securities, U.S. Government Agency securities, bank obligations, commercial paper, short-term corporate debt, and repurchase agreements.

The investment and reinvestment of such assets will be made by PMLIC in its discretion based solely upon PMLIC's determination of market conditions at the time such investment or reinvestment is made.

2.03    Expenses Charged to Separate Account

In addition to those expenses listed in Table B of the Basic Contract and charged against the Money Market Fund Separate Account, PMLIC will deduct from the assets held in the Separate Account all expenses associated with maintaining the Separate Account, and expenses and taxes arising from the purchase or sale of securities for the Separate Account.

Brokerage commissions and similar fees are added to the cost basis of securities when purchased and deducted from proceeds when sold. Therefore, each such purchase or sales transaction is effectively debited or credited to the Money Market Separate Account on a "net" basis.

2

NLICA- 00886

## Section 3 - Transfers/Deposits to Money Market Fund Separate Account

3.01    <u>Transfers to Money Market Fund Separate Account</u>

Subject to the provisions of Subsection 7.08 of the Basic Contract, at any time prior to the termination of the Contract, the Contractholder may elect in writing to have some or all of the amounts held in another Separate Account attached by Rider to the Basic Contract transferred from such other Separate Account to the Money Market Fund Separate Account.

The transfer of such amounts will only be made on a Transfer Date after receipt of written direction from the Contractholder as to the amount to be transferred.

All amounts transferred to the Money Market Fund Separate Account will be subject to the terms of this Rider.

3.02    <u>Deposits to Money Market Fund Separate Account</u>

At any time prior to the termination of the Basic Contract, the Contractholder may provide written instructions to PMLIC at his Home Office specifying the amount of deposits that are to be allocated to the Money Market Fund Separate Account.

The allocation of deposits will only be made on an Allocation Date. Such deposits will be allocated to the Money Market Fund Separate Account on the Allocation Date coincident with the date of receipt of such deposits by PMLIC.

All deposits allocated to the Money Market Fund Separate Account will be subject to the terms of this Rider.

3.03    <u>Procedures with respect to Transfers or Allocation of Deposits to Money Market Fund Separate Account</u>

As of the Transfer Date/Allocation Date on which an amount/deposit is to be transferred/allocated to the Money Market Fund Separate Account, PMLIC will apply such transferred amount/deposit to purchase Participation Units in the Money Market Fund Separate Account. The number of Participation Units will be determined by the value of the Participation Unit as of the Valuation Date coincident with the Transfer Date/Allocation Date.

When Participation Units are purchased, the total number of Participation Units in the Money Market Fund Separate Account will be approximately increased.

3

NLICA- 00887

<u>Section 4 - Transfers/Distributions from Separate
Account</u>

4.01    <u>Transfers by Contractholder Election</u>

Subject to the provisions of Subsection 7.08 of the
Basic Contract, the Contractholder may, at any time,
elect in writing that all or a portion of this
Contract's share of the Separate Account be withdrawn
and transferred to another Separate Account attached by
Rider to the Basic Contract or to the Deposit Account
pursuant to the terms described in Subsection 5.02 of
the Basic Contract.

The value of each Participation Unit liquidated for the
purpose of providing such withdrawal and transfer will
be determined as of the Transfer Date.

Any election for transfer must be received by PMLIC
prior to the Transfer Date on which such transfer is to
be effected.

4.02    <u>Distributions by Contractholder Election</u>

Subject to the terms of the Basic Contract, the
Contractholder may, at any time, elect in writing that
all or a portion of this Contract's share of the
Separate Account be withdrawn and distributed to the
payee designated by the Contractholder.

The value of each Participation Unit liquidated for the
purpose of providing such withdrawal and distribution
will be determined as of the Distribution Date.

Any election for a distribution must be received by
PMLIC prior to the Distribution Date on which such
distribution is to be made.

4.03    If, on a date on which a transfer or a distribution
would otherwise be made, PMLIC determines that any such
transfer or distribution involves the sale of securities
during a period in which banking activities are
suspended, security exchanges are closed, there is
restricted trading on any stock exchange, the SEC
declares a state of emergency, or circumstances beyond
the control of PMLIC require that the sale be made under
terms    or    conditions    detrimental    to    other
Contractholders, PMLIC may defer such transfer until a
date it determines necessary in order to avoid such
detriment.

4

NLICA- 00888

4.04      <u>Termination of Basic Contract</u>

In the case of the termination of the Basic Contract, PMLIC shall liquidate this Contract's entire share of the Separate Account and shall transfer the value of such liquidated amount to the General Account of PMLIC for disbursement in accordance with the written directions of the Contractholder.

Such liquidation shall be effected on the date specified in the Termination Section of the Basic Contract.

5

NLICA- 00889

## Section 5 - Valuation of the Separate Account

5.01     **Determining the Value of this Contract's Share of the Separate Account**

The Separate Account will be divided into Participation Units. PMLIC will determine the value of a Participation Unit as of each Valuation Date based on data provided to PMLIC by the Investment Manager.

The value of a Participation Unit, is the fair market value of investments in the Separate Account as of the Valuation Date, plus cash balances and accruals, less accounts payable and such expenses and taxes as are properly allocable to the Separate Account based on the regular rules and practices of the Investment Manager, divided by the number of outstanding Participation Units in the Separate Account.

As of any date, the value of this Contract's share of the Separate Account will equal the number of Participation Units then allocated to this Contract multiplied by the Participation Unit value.

5.02     **Determining the Market Value of the Separate Account**

PMLIC will determine the market value of the Separate Account for each Valuation Date. The market value on any Valuation Date is based on the fair market value of the assets in the Separate Account on such Valuation Date.

If there is no readily available market value for a particular investment, PMLIC will determine the then fair market value of such investment in accordance with accepted practices and applicable laws and regulations.

5.03     **Notification by PMLIC**

PMLIC will notify each Contractholder at least annually of the status of this Contract's share of the Separate Account. The notice will include the following:

    A. the number of Participation Units in the Separate Account;
    B. the dollar value of each Participation Unit; and
    C. the total value of the Participation Units.

A statement of investments held by the Separate Account will be sent upon request to any Contractholder participating in the Separate Account.

6

NLICA- 00890

U.S. GOVERNMENT BOND FUND SEPARATE ACCOUNT RIDER

PC-9330

NLICA- 00891

<u>Section 1 - Definitions</u>

1.01    "Allocation Date" means any Valuation Date. Deposits to the Separate Account may be made only on an Allocation Date.

1.02    "Basic Contract" means the Group Annuity Contract to which this Rider is attached.

1.03    "Distribution Date" means any Valuation Date. Distributions from the Separate Account may be made only on a Distribution Date.

1.04    "Investment Manager" means any investment advisor appointed by PMLIC to manage the assets of the Separate Account.

1.05    "Participation Units" means the parts into which the Separate Account is divided for purposes of determining the value of the share of each Basic Contract in the Separate Account.

1.06    "PMLIC" means Provident Mutual Life Insurance Company of Philadelphia.

1.07    "Rider" means the Contract containing the Separate Account provisions which is attached to and made part of the Basic Contract.

1.08    "Separate Account" means the separate fund maintained by PMLIC for a portion of PMLIC's assets and designated as the U.S. Government Bond Fund Separate Account.

1.09    "Transfer Date" means any Valuation Date. Transfers to or from the Separate Account may be made only on a Transfer Date.

1.10    "Valuation Date" means any day of a calendar week on which PMLIC is open to transact its normal business and on which there exists an orderly market for normal investment transactions.

1

NLICA- 00892

### Section 2 - Separate Account

2.01    **Nature of Separate Account**

The Separate Account is a pooled Separate Account maintained by the Investment Manager for a portion of PMLIC's assets. The assets of the Separate Account are segregated from all other assets of PMLIC, and subject only to the claims of contracts participating in the Separate Account.

Any amounts allocated or transferred to the Separate Account are owned by PMLIC. PMLIC is not a trustee as to such amounts.

The income and gains or losses, realized or unrealized, on the Separate Account will be credited to or charged against the Separate Account without regard to other income, gains or losses of PMLIC.

The Separate Account will be divided into Participation Units as described in Section 5 of this Rider.

2.02    **Investments**

The assets of the Separate Account will be invested primarily in U.S. Government Bonds.

The investment and reinvestment of such assets will be made by the Investment Manager in its discretion based solely upon the Investment Manager's determination of market conditions at the time such investment or reinvestment is made.

2.03    **Expenses Charged to Separate Account**

In addition to those expenses listed in Table B of the Basic Contract and charged against the U.S. Government Bond Fund Separate Account, PMLIC will deduct from the assets held in the Separate Account all expenses associated with maintaining the U.S. Government Bond Fund Separate Account, and expenses and taxes arising from the purchase or sale of securities for the Separate Account.

Brokerage commissions and similar fees are added to the cost basis of securities when purchased and deducted from the proceeds when sold. Therefore, each such purchase or sales transaction is effectively debited or credited to the U.S. Government Bond Fund on "net" basis.

2

NLICA- 00893

<u>Section 3 - Transfers/Deposits to U.S. Government Bond
Fund Separate Account</u>

3.01    <u>Transfers to U.S. Government Bond Fund Separate Account</u>

Subject to the provisions of Subsection 7.08 of the Basic
Contract, at any time prior to the termination of the
Basic Contract, the Contractholder may elect in writing
to have some or all of the amounts held in (i) the Fixed-
Income Fund being maintained under the Basic Contract or
(ii) another Separate Account attached by Rider to the
Basic Contract transferred from the Fixed-Income Fund or
such other Separate Account to the U.S. Government Bond
Fund Separate Account.

The transfer of such amounts will only be made on a
Transfer Date after receipt of written direction from the
Contractholder as to the amount to be transferred.

All amounts transferred to the U.S. Government Bond Fund
Separate Account will be subject to the terms of this
Rider.

3.02    <u>Deposits to U.S. Government Bond Fund Separate Account</u>

At any time prior to the termination of the Basic
Contract, the Contractholder may provide written
instructions to PMLIC at its Home Office specifying the
amount of deposits that are to be allocated to the U.S.
Government Bond Fund Separate Account.

The allocation of deposits will only be made on an
Allocation Date. Such deposits will be allocated to the
U.S. Government Bond Fund Separate Account on the
Allocation Date coincident with the date of receipt of
such deposits by PMLIC.

All deposits allocated to the U.S. Government Bond Fund
Separate Account will be subject to the terms of this
Rider.

3

NLICA- 00894

3.03        <u>Procedures with Respect to Transfers or Allocation of
            Deposits to U.S. Government Bond Fund Separate Account</u>

As of the Transfer Date/Allocation Date on which an
amount/deposit is to be transferred/allocated to the U.S.
Government Bond Fund Separate Account, PMLIC will apply
such transferred amount/deposit to purchase Participation
Units in the U.S. Government Bond Fund Separate Account.
The number of Participation Units will be determined by
the value of the Participation Unit as of the Valuation
Date coincident with the Transfer Date/Allocation Date.

When Participation Units are purchased, the total number
of Participation Units in the U.S. Government Bond Fund
Separate Account will be appropriately increased.

4

NLICA- 00895

Section 4 - Transfers/Distributions from Separate Account

4.01    Transfers by Contractholder Election

Subject to the provisions of Subsections 7.08 of the Basic Contract, the Contractholder may, at any time, elect in writing that all or a portion of this Contract's share of the Separate Account be withdrawn and transferred to the Fixed-Income Fund being maintained under the Basic Contract or to another Separate Account attached by Rider to the Basic Contract or to the Deposit Account pursuant to the terms described in Subsection 5.02 of the Basic Contract.

The value of each Participation Unit liquidated for the purpose of providing such withdrawal and transfer will be determined as of the Transfer Date.

Any election for transfer must be received by PMLIC prior to the Transfer Date on which such transfer is to be effected.

4.02    Distributions by Contractholder Election

Subject to the terms of the Basic Contract, the Contractholder may, at any time, elect in writing that all or a portion of this Contract's share of the Separate Account be withdrawn and distributed to the payee designated by the Contractholder.

The value of each Participation Unit liquidated for the purpose of providing such withdrawal and distribution will be determined as of the Valuation Date coincident with the Distribution Date.

Any election for a distribution must be received by PMLIC prior to the Distribution Date on which such distribution is to be made.

4.03    If, on a date on which a transfer or a distribution would otherwise be made, PMLIC determines that any such transfer or distribution involves the sale of securities during a period in which banking activities are suspended, security exchanges are closed, there is restricted trading on any stock exchange, the SEC declares a state of emergency, or circumstances beyond the control of PMLIC require that the sale be made under terms or conditions detrimental to other Contractholders, PMLIC may defer such transfer until a date it determines necessary in order to avoid such detriment.

5

NLICA- 00896

4.04        <u>Termination of Basic Contract</u>

In the case of the termination of the Basic Contract, PMLIC shall liquidate this Contract's entire share of the Separate Account and shall transfer the value of such liquidated amount to the General Account of PMLIC for disbursement in accordance with the written directions of the Contractholder.

Such liquidation shall be effected on the date specified in the Termination Section of the Basic Contract.

6

NLICA- 00897

<u>Section 5 - Valuation of the Separate Account</u>

5.01    <u>Determining the Value of this Contract's Share of the</u>
        <u>Separate Account</u>

The Separate Account will be divided into Participation
Units.  PMLIC will determine the value of a Participation
Unit as of each Valuation Date based on the data provided
by the Investment Manager.

The value of a Participation Unit is the fair market
value of investments in the Separate Account as of the
Valuation Date, plus cash balances and accruals, less
accounts payable and such expenses and taxes as are
properly allocable to the Separate Account based on the
regular rules and practices of the Investment Manager,
divided by the number of outstanding Participation Units
in the Separate Account.

As of any date, the value of this Contract's share of the
Separate Account will equal the number of Participation
Units then allocated to this Contract multiplied by the
Participation Unit Value.

5.02    <u>Determining the Market Value of the Separate Account</u>

PMLIC will determine the market value of the Separate
Account for each Valuation Date.  The market value on any
Valuation Date is based on the fair market value of the
assets in the Separate Account on such Valuation Date.

If there is no readily available market value for a
particular investment, PMLIC will determine the then fair
market value of such investment in accordance with
accepted practices and applicable laws and regulations.

5.03    <u>Notification by PMLIC</u>

PMLIC will notify each Contractholder at least annually
of the status of this Contract's share of the Separate
Account.  The notice will include the following:

    A. the number of Participation Units in the Separate
       Account;
    B. the dollar value of each Participation Unit; and
    C. the total value of the Participation Units.

A statement of investments held by the Separate Account
will be sent upon request to any Contractholder
participating in the Separate Account.

7

NLICA- 00898

GUARANTEED INVESTMENT CERTIFICATE

SEPARATE ACCOUNT RIDER

PC-9340

NLICA- 00899

<u>Section 1 - Definitions</u>

1.01    "Acceptance Form" means the Guaranteed Investment
Certificate Acceptance Form which describes the amount or
amounts that may be allocated to the Guaranteed
Investment Certificate as well as the Guaranteed
Investment Certificate's liquidity for Plan benefit
purposes.

1.02    "Basic Contract" means the Group Annuity Contract to
which this Rider is attached.

1.03    "Guaranteed Interest Rate" means the effective annual
rate of interest credited to funds held in a Guaranteed
Investment Certificate.  This rate will be specified on
the certificate issued to the Contractholder.

1.04    "Liquidation" is a withdrawal from the Guaranteed
Investment Certificate which is not permitted or provided
for in accordance with the terms of the Acceptance Form.

1.05    "Maturity Date" means the date on which a Guaranteed
Investment Certificate terminates, at which time funds
will automatically be transferred to the <u>Deposit Account</u>
<u>being maintained under the Basic Contract</u>.

1.06    "PMLIC" means Provident Mutual Life Insurance Company of
Philadelphia.

1.07    "Rider" means the Contract containing the Separate
Account provisions which is attached to and made part of
the Basic Contract.

1

NLICA- 00900

Section 2 - Application and Procedures for Allocations to
and Withdrawals from the Guaranteed Investment
Certificate

2.01    Application for Guaranteed Investment Certificate

Upon the Contractholder's submission and PMLIC's
acceptance of requested underwriting information, PMLIC
will commit to a Guaranteed Interest Rate for the
Guaranteed Investment Certificate. Upon acceptance of
such Rate by the Contractholder, PMLIC will send the
Contractholder an Acceptance Form to be executed.

2.02    Procedure for Allocating Amounts to a Guaranteed
Investment Certificate

Subject to the terms of the Acceptance Form and to the
provisions of Subsection 7.08 of the Basic Contract,
PMLIC will allocate amounts to a Guaranteed Investment
Certificate in accordance with the written instructions
of the Contractholder. Such instructions must include
the Guaranteed Interest Rate and Maturity Date as listed
in the Acceptance Form. Such amount will be added to the
existing balance, if any, in the Guaranteed Investment
Certificate and will earn interest at the guaranteed
rate.

2.03    Procedure for Withdrawals from the Guaranteed Investment
Certificate

Subject to the terms of the Acceptance Form, PMLIC will
withdraw the amount requested from the Guaranteed
Investment Certificate and, in accordance with the
written instructions of the Contractholder, allocate such
amount to the Fixed-Income Fund being maintained under
the Basic Contract or to another Separate Account
attached by Rider to the Basic Contract.

2.04    Limitations on Participant-Directed Inter-Fund Transfers

A Participant may transfer funds to/from the Guaranteed
Investment Certificate Separate Account on the first
business day of each calendar quarter.

2

NLICA- 00901

Section 3 - Guaranteed Investment Certificate Separate Account

3.01    Nature of Guaranteed Investment Certificate Separate Account

Upon request by the Contractholder and approval by PMLIC,

(i)    funds may be transferred from another Separate Account attached by Rider to the Basic Contract to one or more Guaranteed Investment Certificates; or

(ii)    deposits may be allocated to one or more Guaranteed Investment Certificates.

The amount so transferred or the deposit so allocated to a Guaranteed Investment Certificate will earn interest at a guaranteed rate for a specified period of time. The Contractholder will not be allowed to liquidate any Guaranteed Investment Certificates prior to the Maturity Date, unless PMLIC approves such liquidation.

Guaranteed Investment Certificates are held in a pooled Separate Account maintained by PMLIC in connection with this Contract and other contracts of the same class funding Qualified Plans. The assets of such Separate Account are segregated from all other assets of PMLIC, and subject only to the claims of contracts participating in such Separate Account.

Any amounts allocated to Guaranteed Investment Certificates in the Separate Account are owned by PMLIC. PMLIC is not a trustee as to such amounts.

The income and gains or losses, realized or unrealized, on Guaranteed Investment Certificates in the Separate Account will be credited to or charged against such Separate Account without regard to the other income, gains, or losses of PMLIC. Such gains or losses will have no effect on the Guaranteed Interest Rate applicable to each Guaranteed Investment Certificate, nor on the amount or principal of the Guaranteed Investment Certificate transfered, at its Maturity Date, to the Deposit Account being maintained under the Basic Contract.

3

NLICA- 00902

3.02    Pursuant to the Terms of the Guaranteed Investment
        Certificate Acceptance Form:

    (i)  Funds may be transferred from the Guaranteed
             Investment Certificate to another Separate Account
             investment option attached by Rider to the Basic
             Contract; and

    (ii) Funds may be withdrawn from the Guaranteed
             Investment Certificate pursuant to Subsections 2.01
             and 2.04 of the Basic Contract.

3.03    <u>Interest Earnings Applicable to Guaranteed Investment
        Certificates</u>

        Interest will be credited to the outstanding balance in
        each Guaranteed Investment Certificate at an effective
        annual rate equal to the Guaranteed Interest Rate.  In
        accordance with the terms of the Acceptance Form,
        accumulated interest will be transferred from the
        Guaranteed Investment Certificate to the Deposit Account
        being maintained under the Basic Contract on the first
        day of the Contract Year or, alternatively, interest will
        remain in the Guaranteed Investment Certificate to
        compound until the Maturity Date.  Under the latter
        alternative, the Contractholder will not be permitted to
        allocate any accumulated interest from the Guaranteed
        Investment Certificate prior to its Maturity Date unless
        specified in the Acceptance Form.

3.04    <u>Liquidation of Guaranteed Investment Certificates Prior
        to Maturity Date</u>

        The Contractholder may not liquidate a Guaranteed
        Investment Certificate prior to the Maturity Date unless
        PMLIC specifically approves such liquidation.

        PMLIC may liquidate all Guaranteed Investment
        Certificates in the event of a termination of the Basic
        Contract.

        If a Guaranteed Investment Certificate is liquidated
        prior to the Maturity Date, PMLIC will calculate the net
        amount to be liquidated.  Such amount will be based on
        the outstanding balance, including accumulated interest,
        in the Guaranteed Investment Certificate, but a Market
        Value Adjustment may be deducted to reflect such factors
        as termination expenses and investment losses incurred by
        PMLIC as a result of the liquidation of the Guaranteed
        Investment Certificate prior to the Maturity Date.

        The Contractholder may receive, upon written request to
        PMLIC, a copy of the formula and procedures to determine
        the Market Value Adjustment.

4

NLICA- 00903

BALANCED FUND SEPARATE ACCOUNT RIDER

PC-9350

NLICA- 00904

## Section 1 - Definitions

1.01    "Allocation Date" means any Valuation Date. Deposits to the Separate Account may be made only on an Allocation Date.

1.02    "Basic Contract" means the Group Annuity Contract to which this Rider is attached.

1.03    "Cash Flow Allocation" means the proportionate allocation of Cash Flow as determined by the Investment Manager on a monthly basis, among Subaccounts of the Separate Account in order to maintain the Operating Parameters.

1.04    "Cash Flow" means Contractholder deposit and transfers into the Separate Account minus Contractholder withdrawals and transfers from the Separate Account.

1.05    "Distribution Date" means any Valuation Date. Distributions from the Separate Account may be made only on a Distribution Date.

1.06    "Investment Manager" means any investment advisor appointed by PMLIC to manage the assets of the Separate Account.

1.07    "Operating Parameters" means the minimum and maximum percentages of the total value of the Separate Account which will be allocated to Participation Units of particular Underlying Separate Accounts of the Balanced Fund Separate Account. The Operating Parameters will be as determined and announced by PMLIC.

1.08    "Participation Units" means the parts into which the Separate Account is divided for purposes of determining the value of the share of each Basic Contract in the Separate Account.

1.09    "Pro Rata Share" means the proportionate value of the Separate Account that is attributable to the Underlying Separate Accounts.

1.10    "PMLIC" means Provident Mutual Life Insurance Company of Philadelphia.

1.11    "Rider" means the Contract containing the Separate Account provisions which is attached to and made part of the Basic Contract.

1

NLICA- 00905

1.12     "Separate Account" means the Subaccounts that are described in Subsection 2.02 of this Rider and that are maintained by PMLIC for a portion of its assets and that are designated as the Balanced Fund Separate Account.

1.13     "Shares" means the participation units of an Underlying Separate Account owned by a Subaccount.

1.14     "Subaccount" means a division of the Separate Account to which is allocated Shares of an Underlying Separate Account.

1.15     "Subaccount A" means the division of the Separate Account which holds Shares of PMLIC's Diversified Equity Investment Fund Separate Account.

1.16     "Subaccount B" means the division of the Separate Account which holds Shares of PMLIC's Value Equity Separate Account.

11.17    "Subaccount C" means the division of the Separate Account which holds Shares of PMLIC's Money Market Fund Separate Account.

1.18     "Subaccount D" means the division of the Separate Account which holds Shares of PMLIC's U.S. Government Bond Fund Separate Account.

1.19     "Transfer Date" means any Valuation Date. Transfers to or from the Separate Account may be made only on a Transfer Date.

1.20     "Underlying Separate Accounts" means PMLIC's Diversified Equity Investment Fund Separate Account, PMLIC's Value Equity Separate Account, PMLIC's Money Market Fund Separate Account, and PMLIC's U.S. Government Bond Fund Separate Account.

1.21     "Valuation Date" means any day of a calendar week on which PMLIC is open to transact its normal business and on which there exists an orderly market for normal investment transactions.

2

NLICA- 00906

## Section 2 - Separate Account

2.01    <u>Nature of Separate Account</u>

The Separate Account is a pooled Separate Account maintained by PMLIC for a portion of its assets. The assets of the Separate Account are segregated from all other assets of PMLIC, and subject only to the claims of contracts participating in the Separate Account.

Any amounts allocated or transferred to the Separate Account are owned by PMLIC. PMLIC is not a trustee as to such amounts.

The Separate Account will be divided into Participation Units as described in Section 5 of this Rider. The Separate Account is also divided into Subaccounts each of which holds Participation Units of a designated Underlying Separate Account of PMLIC.

The income and gains or losses, realized or unrealized, on the Underlying Separate Account(s) will be credited to or charged against the Underlying Separate Account(s) without regard to other income, gains or losses of PMLIC. Such income and gains or losses, realized or unrealized, will affect the value of the Participation Units held by the Separate Account in such Underlying Separate Account(s).

2.02    <u>Investments</u>

Subaccount A will be invested in PMLIC's Diversified Equity Investment Fund Separate Account which is invested primarily in common stocks, other equity securities, or other convertible securities that may be converted to common stocks. Its investment objective is the purchase of stock using a combination of investment approaches including Aggressive Growth, Small Caps, and High Income.

Subaccount B will be invested in PMLIC's Value Equity Separate Account which is invested primarily in common stocks, other equity securities, or other convertible securities that may be converted to common stocks. Its investment objective is the purchase of stocks priced low in relation to their present earnings.

Subaccount C will be invested in PMLIC's Money Market Fund Separate Account which is invested primarily in U.S. Government securities, U.S. Government Agency securities, bank obligations, commercial paper, short-term corporate debt, and repurchase agreements.

3

NLICA- 00907