Subaccount D will be invested in PMLIC's U.S. Government Bond Fund Separate Account which is invested primarily in U.S. Government Bonds.

The investment and reinvestment of such underlying assets will be made by PMLIC in its discretion based solely upon PMLIC's determination of market conditions at the time such investment or reinvestment is made.

2.03        Expenses Charged to Separate Account

In addition to those expenses listed in Table B of the Basic Contract and charged against the Balanced Fund Separate Account, PMLIC will deduct from each Subaccount the Subaccount's allocable portion of:

(1)    expenses associated with maintaining the Underlying Separate Account; and

(2)    expenses and taxes arising from the purchase or sale of securities for the Underlying Separate Account.

4

NLICA- 00908

Section 3 - Transfers/Deposits to Balanced Fund Separate Account

3.01    Transfers to Balanced Fund Separate Account

At any time prior to the termination of the Basic Contract, the Contractholder may elect in writing to have some or all of the amounts held in (i) the Fixed-Income Fund being maintained under the Basic Contract or (ii) another Separate Account attached by Rider to the Basic Contract transferred from the Fixed-Income Fund or such other Separate Account to the Balanced Fund Separate Account.

The transfer of such amounts will only be made on a Transfer Date after receipt of written direction from the Contractholder as to the amount to be transferred.

All amounts transferred to the Balanced Fund Separate Account will be subject to the terms of this Rider.

3.02    Deposits to Balanced Fund Separate Account

At any time prior to the termination of the Basic Contract, the Contractholder may provide written instructions to PMLIC at its Home Office specifying the amount of deposits that are to be allocated to the Balanced Fund Separate Account.

The allocation of deposits will only be made on an Allocation Date. Such deposits will be allocated to the Balanced Fund Separate Account on the Allocation Date coincident with the date of receipt of such deposits by PMLIC.

All deposits allocated to the Balanced Fund Separate Account will be subject to the terms of this Rider.

3.03    Procedures with respect to Transfers or Allocation of Deposits to Balanced Fund Separate Account

As of the Transfer Date/Allocation Date on which an amount/deposit is to be transferred/allocated to the Balanced Fund Separate Account, PMLIC will apply such transferred amount/deposit to purchase Participation Units in the Balanced Fund Separate Account. The number of Participation Units will be determined by the value of the Participation Unit as of the Valuation Date coincident with the Transfer Date/Allocation Date.

When Participation Units are purchased, the total number of Participation Units in the Balanced Fund Separate Account will be appropriately increased.

5

NLICA- 00909

## Section 4 – Transfers/Distributions from Separate Account

4.01    <u>Transfers by Contractholder Election</u>

The Contractholder may, at any time, elect in writing
that all or a portion of this Contract's share of the
Separate Account be withdrawn and transferred to the
Fixed-Income Fund being maintained under the Basic
Contract or to another Separate Account attached by Rider
to the Basic Contract or to the Deposit Account pursuant
to the terms described in Subsection 5.02 of the Basic
Contract.

The value of each Participation Unit liquidated for the
purpose of providing such withdrawal and transfer will be
determined as of the Valuation Date coincident with the
Transfer Date.

Any election for transfer must be received by PMLIC prior
to the Transfer Date on which such transfer is to be
effected.

4.02    <u>Automatic Transfers to Maintain Operating Parameters</u>

On each Valuation Date, the Investment Manager shall
determine whether the Pro Rata Share of each Subaccount
is within the Operating Parameters.  If it is determined
that the Operating Parameters are not being maintained,
Participation Units of any Subaccount the value of which
is in excess of the Operating Parameters will be
liquidated.  The proceeds of such liquidation will be
used to purchase Participation Units of the other
Subaccount or Subaccounts.  If the value of any
Subaccount is below the Operating Parameters,
Participation Units of the other Subaccounts will be
liquidated and used to purchase additional Participation
Units of such Subaccount.

The result of such liquidation of Participation Units and
purchase of Participation Units of other Subaccounts will
be to match the Pro Rata Share of each Subaccount to the
Cash Flow Allocation.

6

NLICA- 00910

4.03    <u>Distributions by Contractholder Election</u>

Subject to the terms of the Basic Contract, the Contractholder may, at any time, elect in writing that all or a portion of this Contract's share of the Separate Account be withdrawn and distributed to the payee designated by the Contractholder.

The value of each Participation Unit liquidated for the purpose of providing such withdrawal and distribution will be determined as of the Distribution Date.

Any election for a distribution must be received by PMLIC prior to the Distribution Date on which such distribution is to be made.

4.04    If, on a date on which a transfer or a distribution would otherwise be made, PMLIC determines that any such transfer or distribution involves the sale of securities during a period in which banking activities are suspended, security exchanges are closed, there is restricted trading on any stock exchange, the SEC declares a state of emergency, or circumstances beyond the control of PMLIC require that the sale be made under terms or conditions detrimental to other Contractholders, PMLIC may defer such transfer until a date it determines necessary in order to avoid such detriment.

4.05    <u>Termination of Basic Contract</u>

In the case of the termination of the Basic Contract, PMLIC shall liquidate this Contract's entire share of the Separate Account and shall transfer the value of such liquidated amount to the General Account of PMLIC for disbursement in accordance with the written directions of the Contractholder.

Such liquidation shall be effected on the date specified in the Termination Section of the Basic Contract.

7

NLICA- 00911

## Section 5 - Valuation of the Separate Account

5.01     **Determining the Value of this Contract's Share of the Separate Account**

The Separate Account will be divided into Participation Units. PMLIC will determine the value of a Participation Unit as of each Valuation Date.

The value of a Participation Unit is equal to the sum of:

(1)   the value, on the Valuation Date, of a Share in PMLIC's Diversified Equity Investment Fund Separate Account, multiplied by the number of Shares held by Subaccount A;

(2)   the value, on the Valuation Date, of a Share in PMLIC's Value Equity Separate Account, multiplied by the number of Shares held by Subaccount B;

(3)   the value, on the Valuation Date, of a Share in PMLIC's Money Market Fund Separate Account, multiplied by the number of Shares held by Subaccount C; and

(4)   The value, on the Valuation Date, of a Share in PMLIC's U.S. Government Bond Fund Separate Account, multiplied by the number of Shares held by Subaccount D;

**divided by**

the total number of Participation Units held in the Separate Account.

The value of a Share of the Underlying Separate Account, as determined by PMLIC, is the fair market value of investments in each of the respective Underlying Separate Accounts as of the Valuation Date, plus cash balances and accruals, less accounts payable and such expenses and taxes as are properly allocable to each such Underlying Separate Account under its regular rules and practices, divided by the number of outstanding Shares in the respective Underlying Separate Account.

As of any date, the value of this Contract's share of the Separate Account will equal the number of Participation Units then allocated to this Contract multiplied by the Participation Unit value.

8

NLICA- 00912

5.02    <u>Determining the Market Value of Each Subaccount of the
Separate Account</u>

PMLIC will determine, for each Valuation Date, the market
value of each of the four Subaccounts. The market value
of each Subaccount on any Valuation Date is based on the
fair market value of the assets in the Underlying
Separate Account the Shares of which are held by each
Subaccount on such Valuation Date.

If there is no readily available market value for a
particular investment, PMLIC will determine the then fair
market value of such investment in accordance with
accepted practices and applicable laws and regulations.

5.03    <u>Notification by PMLIC</u>

PMLIC will notify each Contractholder at least annually
of the status of this Contract's share of the Separate
Account.  The notice will include the following:

A.    the number of Participation Units in the
      Separate Account;
B.    the dollar value of each Participation Unit;
      and
C.    the total value of the Participation Units.

A statement of investments held by the Underlying
Separate Accounts will be sent upon request to any
Contractholder participating in the Separate Account.

9

NLICA- 00913

EQUITY GROWTH FUND SEPARATE ACCOUNT RIDER

PC-9360

NLICA- 00914

## Section 1 - Definitions

1.01    "Allocation Date" means any Valuation Date.  Deposits to the Separate Account may be made only on an Allocation Date.

1.02    "Basic Contract" means the Group Annuity Contract to which this Rider is attached.

1.03    "Distribution Date" means any Valuation Date. Distributions from the Separate Account may be made only on a Distribution Date.

1.04    "Investment Manager" means any investment advisor appointed by PMLIC to manage the assets of the Separate Account.

1.05    "Participation Units" means the parts into which the Separate Account is divided for purposes of determining the value of the share of each Basic Contract in the Separate Account.

1.06    "PMLIC" means Provident Mutual Life Insurance Company of Philadelphia.

1.07    "Rider" means the Contract containing the Separate Account provisions which is attached to and made part of the Basic Contract.

1.08    "Separate Account" means the separate fund maintained by PMLIC for a portion of its assets and designated as the Equity Growth Fund Separate Account.

1.09    "Transfer Date" means any Valuation Date.  Transfers to or from the Separate Account may be made only on a Transfer Date.

1.10    "Valuation Date" means any day of a calendar week on which PMLIC is open to transact its normal business and on which there exists an orderly market for normal investment transactions.

1

NLICA- 00915

## Section 2 - Separate Account

**2.01    Nature of Separate Account**

The Separate Account is a pooled Separate Account maintained by PMLIC for a portion of its assets. The assets of the Separate Account are segregated from all other assets of PMLIC, and subject only to the claims of contracts participating in the Separate Account.

Any amounts allocated or transferred to the Separate Account are owned by PMLIC. PMLIC is not a trustee as to such amounts.

The income and gains or losses, realized or unrealized, on the Separate Account will be credited to or charged against the Separate Account without regard to other income, gains or losses of PMLIC.

The Separate Account will be divided into Participation Units as described in Section 5 of this Rider.

**2.02    Investments**

The assets of the Separate Account will be invested primarily in common stocks, other equity securities, or other convertible securities that may be converted to common stock.

The investment and reinvestment of such assets will be made by the Investment Manager in its discretion based solely upon the Investment Manager's determination of market conditions at the time such investment or reinvestment is made.

**2.03    Expenses Charged to Separate Account**

In addition to those expenses listed in Table B of the Basic Contract and charged against the Equity Growth Fund Separate Account, PMLIC will deduct from the assets held in the Separate Account all expenses associated with maintaining the Equity Growth Fund Separate Account, and expenses and taxes arising from the purchase or sale of securities for such Separate Account.

Brokerage commissions and similar fees are added to the cost basis of securities when purchased and deducted from proceeds when sold. Therefore, each such purchase or sales transaction is effectively debited or credited to the Equity Growth Fund Separate Account on a "net" basis.

2

<u>Section 3 - Transfers/Deposits to Equity Growth Fund
Separate Account</u>

3.01    <u>Transfers to Equity Growth Fund Separate Account</u>

At any time prior to the termination of the Basic
Contract, the Contractholder may elect in writing to have
some or all of the amounts held in (i) the Fixed-Income
Fund being maintained under the Basic Contract or (ii)
another Separate Account attached by Rider to the Basic
Contract transferred from the Fixed-Income Fund or such
other Separate Account to the Equity Growth Fund Separate
Account.

The transfer of such amounts will only be made on a
Transfer Date after receipt of written direction from the
Contractholder as to the amount to be transferred.

All amounts transferred to the Equity Growth Fund
Separate Account will be subject to the terms of this
Rider.

3.02    <u>Deposits to Equity Growth Fund Separate Account</u>

At any time prior to the termination of the Basic
Contract, the Contractholder may provide written
instructions to PMLIC at its Home Office specifying the
amount of deposits that are to be allocated to the
Equity Growth Fund Separate Account.

The allocation of deposits will only be made on an
Allocation Date. Such deposits will be allocated to the
Equity Growth Fund Separate Account on the Allocation
Date coincident with the date of receipt of such deposits
by PMLIC.

All deposits allocated to the Equity Growth Fund Separate
Account will be subject to the terms of this Rider.

3.03    <u>Procedures with respect to Transfers or Allocation of
Deposits to Equity Growth Fund Separate Account</u>

As of the Transfer Date/Allocation Date on which an
amount/deposit is to be transferred/allocated to the
Equity Growth Fund Separate Account, PMLIC will apply
such transferred amount/deposit to purchase Participation
Units in the Equity Growth Fund Separate Account. The
number of Participation Units will be determined by the
value of the Participation Unit as of the Valuation Date
coincident with the Transfer Date/Allocation Date.

When Participation Units are purchased, the total number
of Participation Units in the Equity Growth Fund Separate
Account will be appropriately increased.

3

NLICA- 00917

Section  - Transfers/Distributions   om Separate Account

4.01    Transfers by Contractholder Election

The Contractholder may, at any time, elect in writing that all or a portion of this Contract's share of the Separate Account be withdrawn and transfered to the Fixed-Income Fund being maintained under the Basic Contract or to another Separate Account attached by Rider to the Basic Contract or to the Deposit Account pursuant to the terms described in Subsection 5.02 of the Basic Contract.

The value of each Participation Unit liquidated for the purpose of providing such withdrawal and transfer will be determined as of the Valuation Date coincident with the Transfer Date.

Any election for transfer must be received by PMLIC prior to the Transfer Date on which such transfer is to be effected.

4.02    Distributions by Contractholder Election

Subject to the terms of the Basic Contract, the Contractholder may, at any time, elect in writing that all or a portion of this Contract's share of the Separate Account be withdrawn and distributed to the payee designed by the Contractholder.

The value of each Participation Unit liquidated for the purpose of providing such withdrawal and distribution will be determined as of the Distribution Date.

Any election for a distribution must be received by PMLIC prior to the Distribution Date on which such distribution is to be made.

4.03    If, on a date on which a transfer or a distribution would otherwise be made, PMLIC determines that any such transfer or distribution involves the sale of securities during a period in which banking activities are suspended, security exchanges are closed, there is restricted trading on any stock exchange, the SEC declares a state of emergency, or circumstances beyond the control of PMLIC require that the sale be made under terms or conditions detrimental to other Contractholders, PMLIC may defer such transfer until a date it determines necessary in order to avoid such detriment.

4.04    Termination of Basic Contract

In the case of the termination of the Basic Contract, PMLIC shall liquidate this Contract's entire share of the Separate Account and shall transfer the value of such liquidated amount to the General Account of PMLIC for disbursement in accordance with the written directions of the Contractholder.  Such liquidation shall be effected on the date specified in the Termination Section of the Basic Contract.

4

NLICA- 00918

### Section 5 - Valuation of the Separate Account

5.01    **Determining the Value of this Contract's Share of the Separate Account**

The Separate Account will be divided into Participation Units. PMLIC will determine the value of a Participation Unit as of each Valuation Date based on the data provided by the Investment Manager.

The value of a Participation Unit, is the fair market value of investments in the Separate Account as of the Valuation Date, plus cash balances and accruals, less accounts payable and such expenses and taxes as are properly allocable to the Separate Account based on the regular rules and practices of the Investment Manager, divided by the number of outstanding Participation Units in the Separate Account.

As of any date, the value of this Contract's share of the Separate Account will equal the number of Participation Units then allocated to this Contract multiplied by the Participation Unit value.

5.02    **Determining the Market Value of the Separate Account**

PMLIC will determine the market value of the Separate Account for each Valuation Date. The market value on any Valuation Date is based on the fair value of the assets in the Separate Account on such Valuation Date. If there is no readily available market value for a particular investment, PMLIC will determine the then fair market value of such investment in accordance with accepted practices and applicable laws and regulations.

5.03    **Notification by PMLIC**

PMLIC will notify each Contractholder at least annually of the status of this Contract's share of the Separate Account. The notice will include the following:

    A.  the number of Participation Units in the Separate Account;
    B.  the dollar value of each Participation Unit; and
    C.  the total value of the Participation Units.

A statement of investments held by the Separate Account will be sent upon request to any Contractholder participating in the Separate Account.

5

NLICA- 00919

DIVERSIFIED EQUITY INVESTMENT FUND
SEPARATE ACCOUNT RIDER

PC-9370

NLICA- 00920

## Section 1 - Definitions

1.01    "Allocation Date" means any Valuation Date. Deposits to the Subaccount(s) of the Separate Account may be made only on an Allocation Date.

1.02    "Basic Contract" means the Group Annuity Contract to which this Rider is attached.

1.03    "Distribution Date" means any Valuation Date. Distributions from the Subaccount(s) of the Separate Account may be made only on a Distribution Date.

1.04    "Investment Manager" means the investment advisor appointed by PMLIC to oversee Subaccount Managers.

1.05    "Participation Units" means the parts into which the Separate Account is divided for purposes of determining the value of the share of each Basic Contract in the Separate Account.

1.06    "Pro Rata Share" means a proportionate value of the Separate Account that is attributable to a Subaccount.

1.07    "PMLIC" means Provident Mutual Life Insurance Company of Philadelphia.

1.08    "Rider" means the Contract containing the Separate Account provisions which is attached to and made part of the Basic Contract.

1.09    "Separate Account" means the aggregate of the assets held in the Subaccounts that are described in Subsection 2.02 of this Rider and that are designated, in the aggregate, as the Diversified Equity Investment Fund Separate Account.

1.10    "Subaccount" means a division of the Separate Account to which a Subaccount Manager is designated.

1.11    "Subaccount Manager" means any investment advisor appointed by the Investment Manager to invest a portion of the Separate Account's assets.

1.12    "Transfer Date" means any Valuation Date. Transfers to or from the Separate Account may be made only on a Transfer Date.

1.13    "Valuation Date" means any day of a calendar week on which PMLIC is open to transact its normal business and on which there exists an orderly market for normal investment transactions.

1

NLICA- 00921

Section   - Separate Account

2.01        The Separate Account is a pooled Separate Account
            maintained by PMLIC for a portion of its assets. The
            assets of the Separate Account are segregated from all
            other assets of PMLIC and subject only to the claims of
            contracts participating in the Separate Account.

            Any amounts allocated or transferred to the Separate
            Account are owned by PMLIC. PMLIC is not a trustee as to
            such amounts.

            The Separate Account will be divided into Participation
            Units as described in Section 5 of this Rider.  The
            Separate Account is also divided into Subaccounts.

            The income and gains or losses, realized or unrealized,
            will be credited to or charged against the Separate
            Account without regard to other income, gains or losses
            of PMLIC. Such income and gains or losses, realized or
            unrealized, will affect the value of the Participation
            Units held by the Separate Account.

2.02        **Investments**

            The Separate Account assets will be invested primarily in
            common stocks.  The Investment Manager will select the
            Subaccount Managers and determine the percentage of
            assets which each Subaccount Manager will manage so that
            the objectives of the Separate Account are achieved. The
            Subaccount Managers will  invest primarily in common
            stocks, with approaches to stock selection varying by
            Subaccount Manager.    Among the possible investment
            approaches of the Subaccount Managers are Aggressive
            Growth, Low Price/Earnings, Small Caps, and High Income.

            The investment and reinvestment of the assets of each
            Subaccount will be made by the Subaccount Manager, in its
            discretion based solely upon its determination of market
            conditions at the time such investment or reinvestment is
            made.

2.03        **Expenses Charged to Separate Account**

            In addition to those expenses listed in Table B of the
            Basic Contract and charged against the Separate Account,
            PMLIC will deduct from the assets held in the Separate
            Account all expenses associated with maintaining the
            Separate Account, and expenses and taxes arising from the
            purchase or sale of securities for such Separate Account.

            Brokerage commissions and similar fees are added to the
            cost basis of securities when purchased and deducted from
            the proceeds when sold.  Therefore, each such purchase or
            sales transaction is effectively debited or credited to
            the Separate Account on a "net" basis.

2

NLICA- 00922

Section 3 – Transfers/Deposits to Subaccount(s) of
Diversified Equity Investment Fund Separate Account

3.01     Transfers to Subaccounts of Diversified Equity Investment
Fund Separate Account

At any time prior to the termination of the Basic
Contract, the Contractholder may elect in writing to have
some or all of the amounts held in (i) the Fixed-Income
Fund being maintained under the Basic Contract or (ii)
another Separate Account, attached by Rider to the Basic
Contract, to the Separate Account.

Such transfers will only be made on a Transfer Date after
receipt by PMLIC of written directions from the
Contractholder as to the amount to be transferred.

All amounts transferred to the Separate Account will be
subject to the terms of this Rider.

3.02     Deposits to the Subaccount(s) of the Diversified Equity
Investment Fund Separate Account

At any time prior to the termination of the Basic
Contract, the Contractholder may provide written
instructions to PMLIC at its Home Office specifying the
amount of deposits that are to be allocated to the
Separate Account.

The allocation of deposits will only be made on an
Allocation Date. Such allocation will be made on the
Allocation Date coincident with or next following the
date of receipt of such deposits by PMLIC.

All deposits allocated to the Separate Account will be
subject to the terms of this Rider.

3.03     Procedures With Respect to Transfer or Allocation of
Deposits to Subaccount(s) of Diversified Equity
Investment Fund Separate Account

As of the Transfer Date/Allocation Date on which an
amount/deposit is to be transferred/allocated to the
Diversified Equity Investment Fund Separate Account,
PMLIC will apply such transferred amount/deposit to
purchase Participation Units in the Diversified Equity
Investment Fund Separate Account. The number of
Participation Units will be determined by the value of
the Participation Units as of the Valuation Date
coincident with the Transfer Date/Allocation Date.

When Participation Units are purchased, the total number
of Participation Units in the Separate Account will be
appropriately increased.

3

NLICA- 00923

## Section 4 - Transfers/Distributions from Separate Account

4.01    **Transfers by Contractholder Election**

The Contractholder may, at any time, elect in writing that all or a portion of this Contract's share of the Separate Account be withdrawn and transferred to the Fixed-Income Fund being maintained under the Basic Contract or to another Separate Account attached by Rider to the Basic Contract or to the Deposit Account pursuant to the terms described in Subsection 5.02 of the Basic Contract.

The value of each Participation Unit liquidated for the purpose of providing such withdrawal and transfer will be determined as of the Transfer Date.

Any election for transfer must be received by PMLIC prior to the Transfer Date on which such transfer is to be effected.

4.02    **Distributions by Contractholder Election**

Subject to the terms of the Basic Contract, the Contractholder may, at any time, elect in writing that all or a portion of this Contract's share of the Separate Account be withdrawn and distributed to the payee designated by the Contractholder.

The value of each Participation Unit liquidated for the purpose of providing such withdrawal and distribution will be determined as of the Distribution Date.

Any election for a distribution must be received by PMLIC prior to the Distribution Date on which such distribution is to be made.

4.03    If, on a date on which a transfer or a distribution would otherwise be made, PMLIC determines that any such transfer or distribution involves the sale of securities during a period in which banking activities are suspended, security exchanges are closed, there is restricted trading on any stock exchange, the SEC declares a state of emergency, or circumstances beyond the control of PMLIC require that the sale be made under terms or conditions detrimental to other Contractholders, PMLIC may defer such transfer until a date it determines necessary in order to avoid such detriment.

4

NLICA- 00924

4.04       <u>Termination of Basic Contract</u>

In the case of the termination of the Basic Contract, PMLIC shall liquidate this Contract's entire share of the Separate Account and shall transfer the value of such liquidated amount to the General Account of PMLIC for disbursement in accordance with the written directions of the Contractholder.

Such liquidation shall be effected on the date specified in the Termination Section of the Basic Contract.

5

NLICA- 00925

## Section 5 - Valuation of the Separate Account

5.01    **Determining the Value of this Contract's Share of the Separate Account**

The Separate Account will be divided into Participation Units. PMLIC will determine the value of a Participation Unit as of each Valuation Date, based on data provided to PMLIC by the Investment Manager.

The value of a Participation Unit is the fair market value of investments in the Separate Account as of the Valuation Date, plus cash balances and accruals, less accounts payable and such expenses and taxes as are properly allocable to the Separate Account based on the regular rules and practices of the Investment Manager, divided by the number of outstanding Participation Units in the Separate Account.

As of any date, the value of this Contract's share of the Separate Account will equal the number of Participation Units then allocated to this Contract multiplied by the Participation Unit Value.

5.02    **Determining the Market Value of the Separate Account**

PMLIC will determine the market value of the Separate Account for each Valuation Date. The market value on any Valuation Date is based on the fair value of the assets in the Separate Account on such valuation Date.

If there is no readily available market value for a particular investment, PMLIC will determine the then fair market value of such investment in accordance with accepted practices and applicable laws and regulations.

5.03    **Notification by PMLIC**

PMLIC will notify each Contractholder at least annually of the status of this Contract's share of the Separate Account. The notice will include the following:

A.    the number of Participation Units in the Separate Account;

B.    the dollar value of each Participation Unit; and

C.    the total value of the Participation Units.

A statement of investments held in the Separate Account will be sent upon request to any Contractholder participating in the Separate Account.

6

NLICA- 00926

INTERNATIONAL EQUITIES SEPARATE ACCOUNT RIDER

NLICA- 00927

## Section 1 - Definitions

1.01    "Allocation Date" means any Valuation Date.  Deposits to the Separate Account may be made only on an Allocation Date.

1.02    "Basic Contract" means the Fixed-Income Fund Contract to which this Rider is attached.

1.03    "Distribution Date" means any Valuation Date. Distributions from the Separate Account may be made only on a Distribution Date.

1.04    "Investment Manager" means the investment advisor appointed by PMLIC to manage the assets of the Separate Account.

1.05    "Participation Units" means the parts into which the Separate Account is divided for purposes of determining the value of the share of each Basic Contract in the Separate Account.

1.06    "PMLIC" means Provident Mutual Life Insurance Company of Philadelphia.

1.07    "Rider" means the Contract containing the Separate Account provisions which is attached to and made part of the Basic Contract.

1.08    "Separate Account" means the separate fund maintained by PMLIC for a portion of its assets and designated as the International Equities Separate Account.

1.09    "Transfer Date" means any Valuation Date.  Transfers to or from the Separate Account may be made only on a Transfer Date.

1.10    "Valuation Date" means any day of the calendar week on which PMLIC is open to transact its normal business on which there exists an orderly market for normal investment transactions.

1

NLICA- 00928

## Section 2 - Separate Account

2.01    **Nature of Separate Account**

The Separate Account is a pooled Separate Account maintained by PMLIC for a portion of its assets. The assets of the Separate Account are segregated from all other assets of PMLIC, and subject to the claims of contracts participating in the Separate Account.

Any amounts allocated or transferred to the Separate Account are owned by PMLIC. PMLIC is not a trustee as to such amounts.

The income and gains or losses, realized or unrealized, on the Separate Account will be credited to or charged against the Separate Account without regard to other income gains or losses of PMLIC.

The Separate Account will be divided into Participation Units as described in Section 5 of this Rider.

2.02    **Investments**

The assets of the Separate Account will be invested primarily in securities of non-United States equity markets.

The investment and reinvestment of such assets will be made by the Investment Manager in its discretion based solely upon the Investment Manager's determination of market conditions at the time such investment or reinvestment is made.

2.03    **Expenses Charged to Separate Account**

In addition to those expenses listed in Table B of the Basic Contract, and charged against the International Equities Separate Account, PMLIC will deduct from the assets held in the Separate Account all expenses associated with maintaining the International Equities Separate Account, and expenses and any taxes arising from the purchase or sale of securities for such Separate Account.

Brokerage commissions and similar fees are added to the cost basis of securities when purchased and deducted from proceeds when sold. Therefore, each such purchase or sales transaction is effectively debited or credited to the International Equities Separate Account on a "net" basis.

2

NLICA- 00929

<u>Section ⌐ - Transfers/Deposits to International Equities</u>
<u>Separate Account</u>

3.01    <u>Transfers to International Equities Separate Account</u>

At any time prior to the termination of the Basic Contract, the Contractholder may elect in writing to have some or all of the amounts held in (i) the Fixed-Income Fund being maintained under the Basic Contract or (ii) another Separate Account attached by Rider to the Basic Contract transferred from the Fixed-Income Fund or such other Separate Account to the International Equities Separate Account.

The transfer of such amounts will only be made on a Transfer Date after receipt of written direction from the Contractholder as to the amount to be transferred.

All amounts transferred to the International Equities Separate Account will be subject to the terms of this Rider.

3.02    <u>Deposits to International Equities Separate Account</u>

At any time prior to the termination of the Basic Contract, the Contractholder may provide written instructions to PMLIC at his Home Office specifying the amount of deposits that are to be allocated to the International Equities Separate Account.

The allocation of deposits will only be made on an Allocation Date. Such deposits will be allocated to the International Equities Separate Account on the Allocation Date coincident with the date of receipt of such deposits by PMLIC.

All deposits allocated to the International Equities Separate Account will be subject to the terms of this Rider.

3.03    <u>Procedures with respect to Transfers or Allocation of</u>
<u>Deposits to International Equities Separate Account</u>

As of the Transfer Date/Allocation Date on which an amount/deposit is to be transferred/allocated to the International Equities Separate Account, PMLIC will apply such transferred amount/deposit to purchase Participation Units in the International Equities Separate Account. The number of Participation Units will be determined by the value of the Participation Unit as of the Valuation Date coincident with the Transfer Date/Allocation Date.

When Participation Units are purchased, the total number of Participation Units in the International Equities Separate Account will be appropriately increased.

NLICA- 00930

3

Section 4 – Transfers/Distributions from Separate Account

4.01    **Transfers by Contractholder Election**

The Contractholder may, at any time, elect in writing that all or a portion of this Contract's share of the Separate Account be withdrawn and transferred to the Fixed-Income Fund being maintained under the Basic Contract or to another Separate Account attached by Rider to the Basic Contract or to the Deposit Account pursuant to the terms described in Subsection 5.02 of the Basic Contract.

The value of each Participation Unit liquidated for the purpose of providing such withdrawal and transfer will be determined as of the Valuation Date coincident with the Transfer Date.

Any election for transfer must be received by PMLIC prior to the Transfer Date on which such transfer is to be effected.

4.02    **Distributions by Contractholder Election**

Subject to the terms of the Basic Contract, the Contractholder may, at any time, elect in writing that all or a portion of this Contract's share of the Separate Account be withdrawn and distributed to the payee designated by the Contractholder.

The value of each Participation Unit liquidated for the purpose of providing such withdrawal and distribution will be determined as of the Valuation Date coincident with the Distribution Date.

Any election for a distribution must be received by PMLIC prior to the Distribution Date on which such distribution is to be made.

4.03    If, on a date on which a transfer or a distribution would otherwise be made, PMLIC determines that any such transfer or distribution involves the sale of securities during a period in which banking activities are suspended, security exchanges are closed, there is restricted trading on any stock exchange, the SEC declares a state of emergency, or circumstances beyond the control of PMLIC require that the sale be made under terms or conditions detrimental to other Contractholders, PMLIC may defer such transfer until a date it determines necessary in order to avoid such detriment.

4

NLICA- 00931

4.04        <u>Termination of Basic Contract</u>

In the case of the termination of the Basic Contract, PMLIC shall liquidate this Contract's entire share of the Separate Account and shall transfer the value of such liquidated amount to the General Account of PMLIC for disbursement in accordance with the written directions of the Contractholder.

Such liquidation shall be effected on the date specified in the Termination Section of the Basic Contract.

5

NLICA- 00932

## Section 5 - Valuation of the Separate Account

**5.01    Determining the Value of this Contract's Share of the Separate Account**

The Separate Account will be divided into Participation Units. The Investment Manager will determine the value of a Participation Unit as of each Valuation Date.

The value of a Participation Unit, as determined by the Investment Manager and reported to PMLIC, is the fair market value of investments in the Separate Account as of the Valuation Date, plus cash balances and accruals, less accounts payable and such expenses and taxes as the Investment Manager determines to be allocable to the Separate Account under its regular rules and practices, divided by the number of outstanding Participation Units in the Separate Account.

As of any date, the value of this Contract's share of the Separate Account will equal the number of Participation Units then allocated to this Contract multiplied by the Participation Unit Value.

**5.02    Determining the Market Value of the Separate Account**

PMLIC will determine the market value of the Separate Account for each Valuation Date. The market value on any Valuation Date is based on the fair value of the assets in the Separate Account on such Valuation Date.

If there is no readily available market value for a particular investment, PMLIC will determine the then fair market value of such investment in accordance with accepted practices and applicable laws and regulations.

**5.03    Notification by PMLIC**

PMLIC will notify each Contractholder at least annually of the status of this Contract's share of the Separate Account. The notice will include the following:

    A. the number of Participation Units in the Separate Account;
    B. the dollar value of each Participation Unit; and
    C. the total value of the Participation Units.

A statement of investments held by the Separate Account will be sent upon request to any Contractholder participating in the Separate Account.

6

NLICA- 00933

<u>Procedures Applicable Upon the
Premature Termination of
Guaranteed Investment Contracts
(and Selector GIC Certificates)</u>

The procedures described below are not contractual provisions, and
are subject to modification (for new business only) by Provident
Mutual at any time.

I.    <u>Circumstances Under Which Premature Termination Requests Will
      Be Honored</u>

   .A.    Upon plan termination, if the circumstances surrounding
          the plan terminations require that plan assets be
          distributed prior to the maturity of the GIC (or GIC
          Certificate).

    B.    Demonstration by the Plan Administrator that unexpected
          benefit payments necessitate the termination of the
          Contract (or Certificate).

    C.    The plan is affected by merger or spin-off in such a way
          that the Contract cannot be cloned to the successor plan
          and, as a result, such merger or spin-off necessitates
          the termination of the Contract (or Certificate).

II.   <u>Procedure Used to Calculate Termination Payment</u>

      The method used to determine the lump-sum termination payment
      will be to discount back to the calculation date all future
      guaranteed payments which would have been due to the
      contractholder had the GIC contract (or Certificate) remained
      in force until its maturity date; provided, however, that such
      lump-sum termination payment, in the case of the GIC contract,
      will not be in excess of the then current book value of such
      contract.    The discount rate will be equal to the sum of the
      following:

      1.    the gross guaranteed interest rate on the Contract (or
            Certificate) being terminated, plus

      2.    the net increase (positive or negative) in the Composite
            Corporate Bond Yield Average, computed and published in
            Moody's Bond Survey, between the original effective date
            of the Contract (or Certificate) and the calculation
            date, plus

      3.    0.95%



Michael A. Cioffi, F.S.A.
Assistant Vice President
and Pension Actuary              September 21, 1990



NLICA- 00934