**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| GREGORY PRENTISS, JOHN RIZZI, | : | **MASTER CONSOLIDATED CASE** |
| RICHARD SEICH, and DOROTHY BROWN, individually and on behalf of the Wasley Products Inc. 401(k) Profit Sharing Plan, Plaintiffs, | : | **CIVIL NO. 3:03CV383 (DJS)** |
| V. | : | |
| WASLEY PRODUCTS, INC., ALAN A. WASLEY, ANDREW BRADY, SANDI DUMAS-LAFERRIERE, BARRY CONNELL, Defendants and Third Party Plaintiffs, | : | CIVIL NO. 3:03-CV-1790 (DJS) |
| V. | : | |
| PROVIDENT MUTUAL LIFE INSURANCE COMPANY and LINCOLN NATIONAL LIFE INSURANCE COMPANY, Third Party Defendants. | : | APRIL 23, 2004 |

_____

**MOTION TO DISMISS THIRD PARTY PLAINTIFFS' COMPLAINT**
**AS IT APPLIES TO THIRD PARTY DEFENDANT**
**LINCOLN NATIONAL LIFE INSURANCE COMPANY**

Pursuant to Fed. R. Civ. P. 12(b)(6), Third Party Defendant Lincoln National Life Insurance Company hereby moves to dismiss the claims asserted against it by the Third Party Plaintiffs for the reasons set forth in Nationwide Life Insurance Company's Memorandum of Law in Support of Motion to Dismiss

**ORAL ARGUMENT IS REQUESTED**

41496928_1.doc  054826-01300

        THE DEFENDANT,
LINCOLN NATIONAL LIFE
INSURANCE COMPANY


By:\_\_\_\_\_/s/_____
       Albert Zakarian (ct04201)
       Eric L. Sussman (ct19723)
For:  Day, Berry & Howard LLP
       CityPlace I
       Hartford, Connecticut 06103-3499
       (860) 275-0100
       Its Attorneys

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, postage prepaid, to:

Mary Bartholic, Esq.
Cohn Birnbaum & Shea, P.C.
100 Pearl Street
Hartford, CT  06103

Maurice T. FitzMaurice, Esq.
Reid and Riege, P.C.
One State Street
Hartford, CT  06103-3185

Rupal S. Shah, Esq.
Deborah S. Freeman, Esq.
Bryan D. Short, Esq.
Bingham McCutchen
One State Street
Hartford, CT  06103-3178

Theodore J. Tucci, Esq.
Jean E. Tomasco, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597


       _____/s/_____
       Eric L. Sussman