UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREGORY PRENTISS, JOHN RIZZI, RICHARD SEICH, and DOROTHY BROWN, individually and on behalf of the Wasley Products Inc. 401(k) Profit Sharing Plan, : : : : | **MASTER CONSOLIDATED CASE CIVIL NO. 3:03 CV 383 (DJS)** |
| Plaintiffs, : : | THIS PLEADING PERTAINS TO: CIVIL NO. 3:03 CV 1790 (DJS) |
| V. : : | |
| WASLEY PRODUCTS, INC., ALAN A. WASLEY, ANDREW BRADY, SANDI DUMAS-LAFERRIERE, BARRY CONNELL, : : : : | |
| Defendants and Third-Party Plaintiffs, : : | |
| V. : : | |
| PROVIDENT MUTUAL LIFE INSURANCE COMPANY; LINCOLN NATIONAL LIFE INSURANCE COMPANY : : : : | APRIL 28, 2004 |
| Third-Party Defendants. : | |

**THIRD-PARTY PLAINTIFFS' UNOPPOSED
MOTION FOR EXTENSION OF TIME TO RESPOND
TO THIRD-PARTY DEFENDANTS' MOTIONS TO DISMISS**

Defendants/third-party plaintiffs Wasley Products, Inc. ("Wasley Products"), Alan Wasley, Andrew Brady, Sandi Dumas-Laferriere and Barry Connell (collectively, "Third-Party Plaintiffs") hereby request a 30-day extension of time, to and including June 9, 2004, to respond to the Motions to Dismiss filed by third-party defendants Nationwide Life Insurance Company of America f/k/a Provident Mutual Life Insurance Company ("Provident Mutual") and Lincoln National Life Insurance Company ("Lincoln National").

The reasons for this motion are as follows. On April 19, 2004, Provident Mutual moved to dismiss all of the claims against it in the Third-Party Complaint filed by the Third-Party

ORAL ARGUMENT NOT REQUESTED

Plaintiffs, including a lengthy memorandum in support of its motion. On April 23, 2004, Lincoln National also moved to dismiss all of the claims against it in the Third-Party Complaint, adopting the arguments raised by Provident Mutual in its memorandum.

The memorandum submitted by Provident Mutual, including its exhibits, totals over 100 pages. Additional time is necessary in order to fully research the issues presented, review documents, and prepare an appropriate response. Also, as Third-Party Plaintiffs expect that their opposition brief will address both motions to dismiss, the extension will provide a uniform deadline for Third-Party Plaintiffs to respond.

This is Third-Party Plaintiffs' first request for an extension of this deadline. The undersigned contacted counsel for Provident Mutual and Lincoln National, who have no objection to the granting of this motion.

        DEFENDANTS and THIRD-PARTY PLAINTIFFS

        WASLEY PRODUCTS, INC., ALAN A. WASLEY,
        ANDREW BRADY, SANDI DUMAS-LAFERRIERE,
        AND BARRY CONNELL


    By: _____
      Theodore J. Tucci (ct05249)
      ttucci@rc.com
      Jean E. Tomasco (ct09635)
      jtomasco@rc.com
      Robinson & Cole LLP
      280 Trumbull Street
      Hartford, CT 06103-3597
      Tel. No.: (860) 275-8200
      Fax: (860) 275-8299

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, first class postage prepaid on the 28th day of April, 2004 to the following:

Deborah S. Freeman, Esq.
Bryan D. Short, Esq.
Bingham McCutchen
One State Street
Hartford, CT 06103-3178

Albert Zakarian, Esq.
Victoria Woodin Chavey, Esq.
Eric L. Sussman, Esq.
Day, Berry & Howard
CityPlace
Hartford, CT 06103-3499

Thomas G. Moukawsher, Esq.
Ian O. Smith, Esq.
Moukawsher & Walsh
21 Oak Street, Suite 209
Hartford, CT 06106

Maurice T. Fitzmaurice, Esq.
Peter K. Rydel, Esq.
Reid & Riege, P.C.
One Financial Plaza
Hartford, CT 06103-3185

Thomas W. Witherington, Esq.
Mary E.R. Bartholic, Esq.
Cohn, Birnbaum & Shea
100 Pearl Street
Hartford, CT 06103-4500

_____
Jean E. Tomasco