UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INCORPORATED, ET AL<br>    Plaintiffs | : |
| v. | : CIVIL NO.: 3:03cv383(DJS)-Lead Case<br>   Consolidated w/ 3:03cv1790 |
| BARRY LEONARD BULAKITES, ET AL<br>    Defendants | : |

### ORDER

Third-Party Plaintiffs' Unopposed Motion for Extension of Time to Respond to Third Party Defendants' Motion to Dismiss (Doc. #95) is hereby **GRANTED to and including June 9, 2004**.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this ___5th___ day of May, 2004.

　　　　　　　　　　　　　　　　　　/s/DJS
　　　　　　　　　　　　　　　　　　Dominic J. Squatrito
　　　　　　　　　　　　　　　　　　United States District Judge