UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREGORY PRENTISS, et al., ) | MASTER CONSOLIDATED CASE |
| ) | CIVIL NO.: 3:03 CV 383 (DJS) |
| Plaintiffs, ) | |
| ) | THIS PLEADING PERTAINS TO |
| v.  ) | CIVIL NO.: 3:03 CV 1790 (DJS) |
| ) | |
| WASLEY PRODUCTS, INC., ) | |
| ET AL., ) | |
| Defendants. ) | MAY 10, 2004 |

### ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS BARRY L. BULAKITES, JAMES A. WINSLOW, AND JOSHUA ADAMS CORPORATION

Defendants Barry L. Bulakites, James A. Winslow, and Joshua Adams Corporation (hereinafter collectively referred to as the "Bulakites Defendants"), through undersigned counsel, hereby answer the Plaintiffs' Complaint, dated October 16, 2003.

### SUMMARY OF THE ACTION

To the extent that the statements made in the "Summary of the Action" paragraph of the Complaint constitute factual allegations to which a response is required, the Bulakites Defendants lack sufficient information or knowledge upon which to base a belief as to whether Plaintiffs are employees of Wasley Products, Inc.

19410.000/359089.1

and participants in the Wasley Products, Inc. 401(k) Profit Sharing Plan and, therefore, leave Plaintiffs to their proof. As for the remaining allegations in the "Summary of the Action" paragraph, the Bulakites Defendants deny that they breached any fiduciary duty or otherwise acted unlawfully with respect to the Wasley 401(k) Plan.

## JURISDICTION

1. Denied.

## VENUE

1. Denied..

## THE PARTIES

### Plaintiffs

1. As to the allegations in Paragraph 1, the Bulakites Defendants lack sufficient information or knowledge upon which to base a belief and leave Plaintiffs to their proof.

2. As to the allegations in Paragraph 2, the Bulakites Defendants lack sufficient information or knowledge upon which to base a belief and leave Plaintiffs to their proof.

3. As to the allegations in Paragraph 3, the Bulakites Defendants lack sufficient information or knowledge upon which to base a belief and leave Plaintiffs to their proof.

4. As to the allegations in Paragraph 4, the Bulakites Defendants lack sufficient information or knowledge upon which to base a belief and leave Plaintiffs to their proof.

**Defendants**

5. As to the allegations in Paragraph 5, the Bulakites Defendants lack sufficient information or knowledge upon which to base a belief and leave Plaintiffs to their proof.

6. As to the allegations in Paragraph 6, the Bulakites Defendants lack sufficient information or knowledge upon which to base a belief and leave Plaintiffs to their proof.

7. As to the allegations in Paragraph 7, the Bulakites Defendants lack sufficient information or knowledge upon which to base a belief and leave Plaintiffs to their proof.

      8.     As to the allegations in Paragraph 8, the Bulakites Defendants lack sufficient information or knowledge upon which to base a belief and leave Plaintiffs to their proof.

      9.     As to the allegations in Paragraph 9, the Bulakites Defendants lack sufficient information or knowledge upon which to base a belief and leave Plaintiffs to their proof.

      10.    Denied.

      11.    Denied.

      12.    Denied.

## FACTUAL ALLEGATIONS

      13.    As to the allegations in Paragraph 13, the Bulakites Defendants lack sufficient knowledge or information upon which to base a belief and leave Plaintiffs to their proof.

      14.    As to the allegations in Paragraph 14, the Bulakites Defendants lack sufficient knowledge or information upon which to base a belief and leave Plaintiffs to their proof.

15. As to allegations in Paragraph 15, the Bulakites Defendants lack sufficient information or knowledge upon which to base a belief and leave Plaintiffs to their proof.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

**Count I: ERISA Violations**

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29.     As to the allegations in Paragraph 29, the Bulakites Defendants lack sufficient knowledge or information upon which to base a belief and leave Plaintiffs to their proof.

**Prayer for Relief**

The Prayer for Relief does not contain allegations that require a response. To the extent, however, that Plaintiffs seek relief for damages from the Bulakites Defendants, the Bulakites Defendants deny that Plaintiffs are entitled to any such relief or damages.

Any allegations not specifically admitted or addressed above are denied.

## AFFIRMATIVE DEFENSES

**FIRST AFFIRMATIVE DEFENSE**

Plaintiffs have failed to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiffs have failed to name necessary parties.

**THIRD AFFIRMATIVE DEFENSE**

To the extent that Plaintiffs have suffered loss or damage, such loss or damage was caused by the acts of individuals or entities other than the Bulakites Defendants.

**FOURTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred, in whole or in part, by the applicable statute of limitations.

**FIFTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred, in whole or in part, by the doctrine of laches.

**SIXTH AFFIRMATIVE DEFENSE**

The Bulakites Defendants acted in good faith and Plaintiffs are not entitled to attorneys' fees and/or costs from the Bulakites Defendants.

DEFENDANTS
**BARRY LEONARD BULAKITES,
JAMES ALBERT WINSLOW &
JOSHUA ADAMS CORPORATION**

By _/s/ Peter K. Rydel_
Maurice T. FitzMaurice
Fed. #ct04302
Peter K. Rydel
Fed. #ct24793
REID AND RIEGE, P.C.
One Financial Plaza, 21st Flr.
Hartford, CT 06103
Tel. 860-278-1150

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of May, 2004, a copy of the foregoing was sent via first class mail, postage prepaid, to the following:

Mary E.R. Bartholic, Esq.
Cohn Birnbaum & Shea, P.C.
100 Pearl Street
Hartford, CT 06103

Eric L. Sussman, Esq.
Day, Berry & Howard, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103

Thomas G. Moukasher, Esq.
Moukasher & Walsh, LLC
Capitol Place
21 Oak Street
Hartford, CT 06106

Deborah S. Freeman, Esq.
Bryan D. Short, Esq.
Bingham McCutchen
One State Street
Hartford, CT 06103

Theodore J. Tucci, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597

_____
Peter K. Rydel