UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **GREGORY PRENTISS, et al.,** | ) | **MASTER CONSOLIDATED CASE** |
| | ) | **CIVIL NO.: 3:03 CV 383 (DJS)** |
| Plaintiffs, | ) | |
| | ) | **THIS PLEADING PERTAINS TO** |
| v. | ) | **CIVIL NO.: 3:03 CV 1790 (DJS)** |
| | ) | |
| **WASLEY PRODUCTS, INC.,** | ) | |
| **ET AL.,** | ) | |
| Defendants. | ) | **MAY 19, 2004** |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b), and Local Rule of Civil Procedure 7(b)(2), Defendants Barry L. Bulakites, James A. Winslow, and Joshua Adams Corporation ("Defendants") hereby move for an extension of time to answer Defendants-Cross-Claimants Wasley Products, Inc., Alan A. Wasley, Andrew Brady, Sandi Dumas-Laferriere, and Barry Connell's ("Cross-Claimants") crossclaims interposed on February 23, 2004. This is Defendants' second request for an extension of time related to these crossclaims.

1.    On or about October 16, 2003, Plaintiffs Gregory Prentiss, John Rizzi, Richard Seich, and Dorothy Brown ("Plaintiffs") commenced an action captioned

19410.000/360155.1

*Prentiss, et al. v. Wasley Products, Inc., et al.* (3:03 CV 01790) ("the Participants' Action"), in which Defendants were named defendants.

2. On December 19, 2003, Plaintiffs moved to consolidate the Participant's Action with the instant action, which Motion this Court granted on January 27, 2004.

3. On February 23, 2004, Cross-Claimants filed an Answer, Affirmative Defenses, and Cross-Claims, interposing eight crossclaims against Defendants.

4. On January 23, 2004, however, counsel for Defendants, Maurice T. FitzMaurice, and Peter K. Rydel (hereinafter "Counsel") moved for leave to withdraw their appearance as counsel (hereinafter "Motion").

5. Because of the pending Motion, Counsel requested an extension of time for the Defendants to respond to the crossclaims until 30 days after the Court's Ruling on Counsel's Motion. The Court granted said request.

6. On April 20, 2004, the Court denied Counsel's Motion to Withdraw. Thus, the deadline for respond to the crossclaims is Thursday, May 20, 2004.

7. Due to the complexity of the issues presented in this case, and the claims raised by the Cross-Claimants in particular, Defendants need additional time to respond to the Crossclaims.

8.  Accordingly, Defendants respectfully request a one-week extension, from May 20, 2004, until May 27, 2004, to respond to the Crossclaims.

9.  Pursuant to Local Rule of Civil Procedure 7(b)(2), Defendants have inquired of opposing counsel Attorney Theodore J. Tucci and he consents to the extension of time requested herein.

**WHEREFORE**, Defendants respectfully request that Defendants' Motion for Extension of Time be granted.

>                   DEFENDANTS
>                   **BARRY LEONARD BULAKITES,**
>                   **JAMES ALBERT WINSLOW &**
>                   **JOSHUA ADAMS CORPORATION**
>
>               By  */s/ Peter K. Rydel*
>                   Peter K. Rydel
>                   Fed. #ct24793
>                   REID AND RIEGE, P.C.
>                   One Financial Plaza, 21st Flr.
>                   Hartford, CT 06103
>                   Tel. 860-278-1150

**CERTIFICATE OF SERVICE**

I certify that on this 19th day of May, 2004, a copy of the foregoing Motion for Extension of Time was sent via first-class mail to the following:

Mary E.R. Bartholic, Esq.
Cohn Birnbaum & Shea, P.C.
100 Pearl Street
Hartford, CT 06103

Bryan D. Short, Esq.
Deborah S. Freeman, Esq.
Bingham McCutchen
One State Street
Hartford, CT 06103

Eric L. Sussman, Esq.
Day, Berry & Howard, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103

Theodore J. Tucci, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597

Thomas G. Moukasher, Esq.
Moukasher & Walsh, LLC
Capitol Place
21 Oak Street
Hartford, CT 06106

_____
Peter K. Ryder

19410.000/360155.1