UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WASLEY PRODUCTS, INCORPORATED
and PRECISION MOLDING COMPANY,
INC.,

  Plaintiffs,

v.

BARRY LEONARD BULAKITES, JAMES
ALBERT WINSLOW, JOSHUA ADAMS
CORPORATION, NATIONWIDE LIFE
INSURANCE CO. OF AMERICA f/k/a
PROVIDENT MUTUAL LIFE
INSURANCE CO., and LINCOLN
NATIONAL LIFE INSURANCE CO.,

  Defendants.

FILED
2004 MAY 24 P 3: 52
U.S. DISTRICT COURT
HARTFORD, CT

MASTER CONSOLIDATED CASE
No. 3:03CV383(DJS)

## ORDER

Hereinafter, all materials submitted to the Special Master shall be made available to counsel of record in the <u>Prentiss, et al. v. Wasley Products, Inc., et al.</u>, No. 3:03CV1790(DJS) case. Counsel of record in the <u>Prentiss</u> case shall have access to any materials submitted to the Special Master, or may arrange for copying these materials at their own expense. Counsel of record in the <u>Prentiss</u> case may participate in all proceedings before the Special Master.

So ordered this 24th day of May, 2004.

/s/DJS
_____
DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE