UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **WASLEY PRODUCTS, INCORPORATED, ET AL**<br>    **Plaintiffs** | : |
| v. | : CIVIL NO.: 3:03cv383(DJS)-Lead Case<br>   Consolidated w/ 3:03cv1790 |
| **BARRY LEONARD BULAKITES, ET AL**<br>    **Defendants** | : |

**ORDER**

The Defendant's Motion for Extension of Time (Doc. #98) to answer Defendants-Cross-Claimants Wasley Products, Inc., Alan A. Wasley, Andrew Brady, Sandi Dumas-Laferriere and Barry Connell's crossclaims is hereby **GRANTED nunc pro tunc to and including May 27, 2004**.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   2nd    day of June, 2004.


           /s/DJS                              
          Dominic J. Squatrito
          United States District Judge