

**PROVIDENT MUTUAL**
LONG WHARF MARITIME CENTER, 545 LONG WHARF DRIVE, SUITE 700, NEW HAVEN, CT 06511, TELEPHONE (203) 624-1707, FAX (203) 624-1633

**JAMES A. WINSLOW**

September 20, 1990

Ms. Sandi Dumas—Laferriere
Wasley Products Inc.
Plainville Industrial Park
Plainville, CT 06062

Dear Sandi,

Just a note confirming our phone conversation of 2:00 p.m. on
September 20.

My Pension Team will need the following lists and documents to
identify the profile and direction of the Wasley Product Pension
Fund.

          - The last 3 years actuarial reports
          - Last 3 years 5500 reports
          - Copy of plan documents
          - Complete census of employees in plan
          - Copy of investment records
                a) Amounts
                b) Location of
                c) Investment rates
                d) Copy of investment contracts

Sandi, please be advised "The sooner the better" as I detect
momentum working to keep the Wasley Products Pension Fund moving
in the direction which is in conflict with the company goals.

I will contact you on Wednesday morning September 26th to arrange
pick up of material - any questions or need for assistance please
call.

Warmest regards,

James A. Winslow

cc:  Alan Wasley
     Andy Brady
     Barry L. Bulakites

*Supplied & ready
for pick-up Tues/Wed
9/25. 9/26*

SECURITY THROUGH FINANCIAL SERVICES





**ROVIDENT MUTUAL**
NG WHARF MARITIME CENTER, 545 LONG WHARF DRIVE, SUITE 700, NEW HAVEN, CT 06511, TELEPHONE (203) 624-1707, FAX (203) 624-1633

**JAMES A. WINSLOW**

October 24, 1990

Mr. Alan Wasley
Wasley Products Inc.
Plainville Industrial Park
Plainville, CT 06062

Dear Alan,

I'm writing to confirm our meeting scheduled for Friday, November 2 at 9:00 a.m. Please be advised an agenda for this meeting will follow.

Alan, much thought and consideration was used in the initial perusing of Wasley Products' Pension paperwork. Your constituents identified 11 problem areas; we concurred on 8 of them. Your concerns were: 1) poor administration, 2) to close out the pension plan, and 3) investment considerations. These are all well taken.

Our meeting Friday will deal with alternatives to how your pension is presently structured.

Warmest Regards,

James A. Winslow

JAW/dc

cc: Sandi Dumas-Laferriere
    Andy Brady
    Barry L. Bulakites



**PROVIDENT MUTUAL**
LONG WHARF MARITIME CENTER, 545 LONG WHARF DRIVE, SUITE 700, NEW HAVEN, CT 06511, TELEPHONE (203) 624-1707

**BARRY L. BULAKITES**
AGENCY MANAGER

November 20, 1990

Mr. Alan Wasley
Wasley Products Inc.
Plainville Industrial Park
Plainville, CT  06062

Dear Alan:

I appreciate the time Sandy, Andy and you have spent with Jim Winslow and myself regarding the Wasley Products Inc. pension plans.  I have enclosed a working model of our findings after extensive review of your plan documents and annual reports and valuations.

Provident Mutual can assist you in handling the complex, time consuming and burdensome task associated with the proper administration of a pension plan.  Our investment and administrative service will assure you that proper controls and systems are utilized.

We are looking forward to the opportunity to work with Wasley Products on the reorganization of your benefits plans.  We believe that we offer the right consulting services to help make your plan a success. Our pension team has been providing service to our clients since 1865 and will provide the expertise needed to keep your plans worry free.

Sincerely,

Barry L. Bulakites

cc:  J. Winslow

*For Sandy*

## Current Situation

Currently Wasley Products has two Defined Benefit Plans.  Plan #001 is the Wasley Products retirement plan for the office workers and Plan #002 is the Wasley Products UAW local 376 retirement plan.

There seems to be a great deal of concern over the past few years regarding the administration of these plans and currently, the office plan appears to be, based on the reports which we have received, approximately $42,000 under funded.  The UAW plan appears to be $57,000 over funded.  The situation with the funding of the plans has been caused by a number of items including lack of investment performance on the part of the Union Trust Bank.  The lower rate of return on invested assets has caused the plan to fall behind its actuarial assumptions.  In addition, it seems that under the office plan a number of employees, who had previously not been identified and counted in the actuarial valuations, were found in 1989.  This event caused the funding status of the plan to drop significantly as the liabilities of the plan rose and the investment return and contributions did not keep pace to take into account these added liabilities.

Most importantly, there seems to be a general sense of dissatisfaction with the plan administrator and the plan in and of itself due to the lack of timely reporting and lack of general information regarding the plan.  This situation is further complicated by the fact that due to economic downturns, the burden of carrying a defined benefit pension plan, and the financial impact this has on Wasley Products is becoming more apparent to senior management.  Thus, the desire to move to a more equitable plan which will not only benefit the corporation, but also increase the effectiveness of the employees' retirement programs.

## Recommendations

1.   Split the assets of the two plans into two separately managed
     and controlled funds.  The current commingling of the funds can
     present problems down the road and this problem should be
     eliminated a soon as possible.

2.   Purchase annuities for the employees currently receiving
     benefits from Union Trust.  These annuities would be purchased
     from the assets currently being managed by the Travelers.  This
     would effectively reduce the amount of money the Travelers is
     managing and enable you to withdraw money from the Travelers
     plan without any surrender charges.

3.   Freeze the existing defined benefit plan for the office
     employees and transfer the assets currently held in the Union
     Trust plan to Provident Mutual.  This money would then be
     invested at 9.25 percent and help close the gap in the defined
     benefit plan for the office workers which is currently under
     funded.  At the point the plan becomes funded properly or over
     funded, the plan should then be terminated and the benefits,
     which would become 100 percent vested to the employees, would
     then be rolled into the 401(k) plan.

4.   Begin the new 401(k) plan for the office plan effective
     January 1, 1991.

5.   The 401(k) plan would begin with employer match of the first
     three percent of employee contributions.  Additionally, at a
     later date, Wasley products could decide to make voluntary
     employer profit sharing contributions to the plan, in addition
     to the three percent match as profits or business conditions
     would warrant.

6.   The 401(k) plan employer contributions should be directed to the
     fixed guaranteed account.

7.   The employee voluntary contribution can be directed by the
     employee to any combination of either the Fixed account,
     Balanced account or Value Equity (Stock) account.

8.   Communicate with a series of employee meetings the plan to
     reorganize the pension for the office workers.

## 401(k) PLANS

These plans enable eligible employees to defer compensation or bonuses and contribute the funds to an employer-sponsored profit sharing or stock bonus plan. Known as Cash or Deferred Arrangements or CODAs, they are funded entirely or in part through salary reductions elected by employees. Alternatively, the employer can provide employees with annual bonuses which they may contribute to the plan.

In addition to meeting the requirements necessary to qualify as a profit sharing plan, 401(k) plans must:

1.  Limit the forfeitableness in distribution of employee elective deferrals;

2.  Delay participation no longer than the latter of age 21 or one year of service.

3.  Limit elective deferrals to $7,979, which is adjusted annually for cost of living; and

4.  Meet an annual nondiscrimination requirement or commonly referred to as the ADP test comparing ratios of elective deferrals for highly compensated and non-highly compensated employees.

401(k) plans are extremely popular with employees. It can be very favorable to highly compensated employees as well. The nondiscrimination rules or the ADP test inherently allow a higher rate of contribution for highly compensated employees. However, the ADP rules require maximum participation from non-highly compensated employees for the highly compensated to fully enjoy the extra contribution levels. So to maximize the benefits of a 401(k) plan to the owners, and key employees, the employer must make sure that they sell the plan properly through effective employee communications to their employee base.

Plans with employee participation, such as a 401(k) permit <u>before tax</u> salary reductions. Such a plan looks to the employee very much like a tax favored savings account sponsored by the employer. The 401(k) plan tied together with a profit sharing plan work in harmony to present the best possible scenario for both employer and employee. A Profit Sharing plan is a defined contribution plan under which the employer determines the amount of the contribution each year. Rather than having a stated contribution obligation as you currently have in your defined benefit plan. In a profit sharing plan the employer can decide not to contribute to the plan at all in certain cases. Typically, plan contributions are based on the employers profits in some manner. If a contribution is made, the total amount can be allocated to each participant's account using a nondiscriminatory formula, such as percent of salary. Such formulas are usually based on compensation, however, service can be taken into account.

## Objectives of a Clearly Defined and Communicated Pension Plan

1.  Typically, the usual objective of a pension plan is to provide a
    savings medium that employees perceive as valuable.  On defined
    contribution or profit sharing type plans, each plan has an
    individual account for each employee who participates.  As a
    result, the employee knows exactly how much his or her personal
    benefit is worth from year to year.

2.  The next important objective is to create an incentive for
    employees to maximize performance.  Profit sharing plans do not
    technically require the employer to make contributions out of
    profits.  Most plans are designed to do so, however.  The profit
    sharing element provides extra bonus compensation to
    participating employees when the business does well and that
    acts as an incentive to increase productivity and decrease
    expenses.

3.  Another important feature of defined contribution plans, is that
    under these plans employees have an account that begins to grow
    as soon as they enter the plan.  Because of this high
    visibility, these plans tend to have better psychological
    incentive value than defined benefit plans.  Another important
    objective of a pension plan should be to maximize the employer
    contribution flexibility.  With the profit sharing plan you have
    the maximum flexibility from an employer standpoint to control
    your expense of the plan.

# PLAN DESIGN

## WASLEY PRODUCT INC.
## 401(K) PROFIT SHARING PLAN

| Profit Sharing Employer Contribution | Employer 401(K) Matching Contribution 3% Max. | Voluntary Employee Contribution: Up To $7979 |
|---|---|---|

1) Employee's may contribute up to $7979 per year.

2) The first 3% of Employee contributions would be matched by Wasley at 100% (i.e. 3% from Employee, 3% from Wasley).

3) Wasley may make additional elective payments under the Profit Sharing Plan.

CASH OR DEFERRED - SEC. 401(k) PLAN

THE BASICS:  Any profit sharing or stock bonus plan which meets
certain participation requirements of IRC Sec. 401(k) can be a
cash or deferred plan.  An employee can agree to a salary
reduction or to defer a bonus which he or she has coming.

## HOW IT WORKS

1.  Employee has option of taking cash or having it paid to the
    trust for retirement.
2.  Any additional employer contributions are tax deductible.
    IRC Sec. 404(a).
3.  Contributions are not taxed currently to the employee.  IRC Sec.
    402(a) and 403(a)  (Except possibly Social Security taxes.)
4.  Earnings accumulate income tax-deferred.  IRC Sec. 501(a)
5.  Distributions can be tax-favored (eligible for 5 year forward
    averaging or rolled over into an IRA) at retirement or death.
    IRC Sec. 402 and 403

## TWO TYPES OF PLANS

1.  SALARY REDUCTION.  An employee can agree to a salary reduction;
    e.g., 10% of compensation, which the employer can then pay to the
    retirement plan trust.  It is deductible to the employer, but is
    not included in the employee's gross income.  (This is clearly
    the most common type of plan.)

2.  CASH OR DEFERRED.  The employer can decide to pay a bonus and
    give the employees the following choices:
    a.  Take it as cash.
    b.  Defer it to the trust.
    c.  Take part and defer the rest.

## ADDITIONAL CONSIDERATIONS

1.  MAXIMUM ANNUAL ALLOCATION. Up to 15% of after-deferral of covered
    payroll can be contributed.  This is equivalent to 13.04% of pre-
    deferral income.  Individual participants may be able to exceed
    these limits under some circumstances and have allocated up to
    25% of after deferral (20% of pre-deferral) income.  In no event
    may the maximum dollar amount exceed $30,000 from the combination
    of employer and employee contributions.

2.  INDIVIDUAL LIMITS.  The allocation total of contributions to a
    participant's account may not exceed the lesser of 25% of compen-
    sation or $30,000 per year.  However, an employee's elective
    contributions to the plan are now limited to $7,979 on a calendar
    year basis (as adjusted for inflation in 1990).  Amounts must not
    violate special non-discrimination rules.

3.  INVESTMENT OF PLAN ASSETS.  Plan assets can be invested in equity
    products, like mutual funds, stocks, real estate or debt
    instruments, like T-bills, CDs, or insurance products.

4.  PARTIES WHICH ARE FAVORED.  Since the funds are typically
    employee dollars, the higher paid, younger employee is favored
    because he or she has a longer time in which to allow the funds
    to accumulate tax-deferred.

5.  DISCRETIONARY CONTRIBUTIONS.  An employer may make discretionary
    contributions from year to year so long as the allocation among
    the participants is on a nondiscriminatory basis.  These
    contributions can be made to the plan within 75 days after the
    end of the plan year plus any extension granted to the employer
    to file its tax return.

6.  MATCHING PROGRAMS.  Some employers choose to match each dollar
    which the employee puts in with an equal amount or less; e.g.,
    $.50, $.75, etc.  If the employee does not contribute, neither
    does the employer.

7.  QUALIFICATION CONTRIBUTIONS.  If the "nonhighly compensated"
    employees have not deferred enough, relative to what the "highly
    compensated" employees would like to defer, the Treasury
    Regulations permit the employer to make a contribution which is
    sufficient to bring the nonhighly compensated employees up to the
    level necessary to support the highly compensated employee's
    deferral percentage.  This type of contribution must always be
    fully vested.  Any employer contributions made on a discretionary
    basis, that are not required to maintain the plan qualification,
    may have gradual vesting.

        HIGHLY COMPENSATED EMPLOYEES INCLUDE: 5% owners,
        officers earning more than $51,291, employees earning
        more than $85,485, or an employee who earns more than
        $56,990 and is in the top paid 20% of employees.

8.  SALARY REDUCTIONS.  Participants must sign a salary reduction
    agreement permitting a payroll deduction.

9.  WITHDRAWAL OF FUNDS.  As with other qualified plans, if the
    plan terms permit, the funds can generally be withdrawn without
    a penalty in the event of (a) Termination of employment after
    age 55 (with restrictions), (b) Death or Disability or
    (c) Attainment of age 59 1/2.

    In addition, however, under a Sec. 401(k) plan, elective
contributions can be withdrawn if the participant has a "financial
hardship."  Under the proposed Treasury Regulations, this is defined
as "immediate and heavy financial need where funds are not reasonably
available from other sources."  Immediate and heavy financial need is
not defined, but might include items like medical expenses, college
tuition, purchase of a residence, etc.

10.  TOP HEAVY PLANS. In order to meet top heavy minimum allocation
     requirements, employee contributions are not recognized.  There-
     fore, in a top heavy plan, the employer will be required to con-
     tribute up to 3% on behalf of those who don't contribute.

## NON-DISCRIMINATION RULES

A mathematical test is used to determine whether a plan is discriminatory.  First, all employees  eligible to participate are divided into two groups according to their compensation.

The amounts contributed by the non-highly compensated employees will set the limit on how much the highly compensated can defer.  The deferral percentages must be satisfied as of the last day of each plan year.

| IF THE NON-HIGHLY COMPENSATED EMPLOYEES DEFER - (on average) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2% | 3% | 4% | 5% | 6% | 7% | 8% | 9% | 10% | 11% | 12% |

| THEN THE HIGHLY COMPENSATED EMPLOYEES CAN DEFER - (on average) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4% | 5% | 6% | 7% | 8% | 9% | 10% | 11.25% | 12.5% | 13.75% | 15% |

An excise tax is assessed if excess amounts are not returned within 2 1/2 months after the close of the plan year.

The following example illustrates how the formula works:

Assume that the plan permits contributions of up to 15% of salary and bonus.

| Employee | Salary & Bonus | Contrib. to 401(k) plan | PERCENTAGE OF COMPENSATION | | |
|---|---|---|---|---|---|
| | | | Individual | Group | Average |
| HIGH  #1* | $65,000 | $7,000** | 11% | | |
| COMP. #2 | 55,000 | 1,650 | 3% | 14% | 7% |
| | | | | | |
| NON-  #3 | 40,000 | 4,000 | 10% | | |
| HIGH  #4 | 30,000 | 2,400 | 8% | | |
| COMP. #5 | 15,000 | 900 | 6% | | |
| #6 | 15,000 | 0 | 0 | 24% | 6% |

Average Percentages:  HIGHLY COMPENSATED  = 7%;
NONHIGHLY COMPENSATED EMPLOYEES = 6% ---- THE TEST IS SATISFIED.

If contributions are from employer bonus (not salary reduction), the employer may require that a certain percentage of the bonus be deferred in order to assure that the discrimination test will be met.

*    Assume #1 and #2 are determined to be highly compensated employees.
**   Maximum contribution is limited to $7,000 per participant (adjusted to $7,979 in 1990).

### IRA vs. 401(k)

Since most 401(k) plans are funded with employee money, the chart below compares the Sec. 401(k) plan to an individual retirement account.

|  | IRA | Sec. 401(k) |
|---|---|---|
| Limitations on Contributions | $2,000* | Lesser of $30,000 or 25% of Net Compensation. Maximum of $7,979 of employee's elective deferral. |
| Mandatory withdrawal at age 70 1/2 | Yes | Yes |
| Subject to Social Security Tax (FICA) and Federal (FUTA) Unemployment Tax | Yes | Yes |
| Can Life Insurance Be Purchased? | No | Yes |
| Do Distributions Qualify for 5-year Averaging? | No | Yes |
| Can Funds Be Borrowed? | No | Yes, Within Limits |
| Anti-Discrimination Test | None | Yes - Highly Compensated/Non-highly Compensated Employees |
| Access to Funds for "Financial Hardship" before age 59 1/2 | Not Without 10% Penalty | Yes, as to elective contributions, but subject to 10% penalty.** |

\*   May be higher if married.
\**  Unless covered by penalty exception.

# 401(k) Plan

A qualified employer-sponsored retirement savings (thrift) plan in which employee participation is the election of the employee, for small- to medium-sized companies.

## BENEFITS

### To Employer

- low-cost incentive for finding and keeping good employees
- simplicity
- reasonable administration costs
- matching contributions are tax deductible
- flexibility in design
- high visibility for boosting employee morale and loyalty
- choice of investment vehicles

### To Employee

- pre-tax savings, deferring up to $7,313* annual pay for retirement
- tangible benefit and visible growth
- payroll deduction convenience
- 100% vesting of employee deposits
- portability
- survivor protection
- professional money management

## CONDITIONS

- limits to voluntary contributions: $7,313*
- employee participation not mandatory
- the plan is a qualified plan

## IMPLEMENTATION

1. Formalize the plan.
2. Communicate the plan to employees.
3. Enroll employees in plan.

*Subject to cost-of-living increase

# PROFIT SHARING WITH 401(k)

**A. Who must be included?**
- All over age 21
- Employed 1 year
- Work 1,000 hours per year

**B. What is maximum contribution?**
- Employer;
  - $30,000 or 15% of earnings, whichever is lesser
  - Equal % for each employee
- Employee;
  - $7,000 maximum as determined by non-discriminatory test (indexed for cost of living)
- Total for any employee;
  - Limit of $30,000 or 25% of earnings

**C. What are maximum vesting requirements?**
- 100% graded over six years

**D. What are ERISA requirements?**
- Annual employee statements
- Annual tax information returns
- Amended updates as tax laws change

**E. What are the advantages?**
- Eliminates employees under 1,000 hours
- $30,000 maximum employer contribution
- $7,000 potential employee contribution
- Deferred vesting
- Tax deductible contributions & tax deferred appreciation
- Allows for purchase of life insurance

**F. What are the disadvantages?**
- ERISA reporting requirements
- Costly administration
- Non-discriminatory testing for voluntary employee contribution
- Non-discriminatory participation & employer contribution distribution.

# PENSION *vs.* PROFIT SHARING

Either plan can result in valuable tax advantages and can help solve the problem of attracting and holding key employees, rewarding faithful service, and acting as an incentive for all employees. But, these plans do differ.

### DEFINED BENEFIT PENSION

- Fixed commitment
- Contributions limited only by benefits to be provided
- Investment gains and recaptures reduce employer contributions
- Can be designed to favor older employees
- Benefits guaranteed by terms of plan
- Benefits limited to lesser of 100% of earnings or $90,000* at Social Security normal retirement age

* subject to cost of living increase

### PROFIT SHARING

- Flexible contributions
- Contributions limited to 15% of covered payroll
- Investment gains/losses and recaptures allocated among participants
- Favors younger employees
- Benefits based on accumulated value of contributions in each participant's account
- Contributions and allocated recaptures limited to lesser of 25% of earnings or $30,000 per participant

## Which Plan Is Better For Your Company?

NOTE: The purpose of this material is to illustrate a concept. Specific tax and legal questions should be referred to your legal counsel.

401(k) Plan

# How it Works. . .



Employee makes tax deductible contributions to the plan, which may be fully or partially matched by employer.

This is only a simple illustration of a complex legal topic.
You must consult your own counsel for specific legal advice.



## SELECTOR INVESTMENT FUNDS

### VALUE EQUITY FUND

This fund is a separate account managed by Newbold's Asset Management. Newbold's became a registered investment advisor in 1943 and currently manages over $4 billion in pension assets.

The objective is superior long-term growth; downside protection is provided through a strict monitoring of relative price earnings ratios.

### PERFORMANCE (as of 6/30/90)

|          | Value Equity Fund | S&P 500 |
|----------|-------------------|---------|
| 1 year   | 15.07%            | 16.45%  |
| 3 years  | 8.91%             | 9.24%   |
| 5 years  | 15.37%            | 17.20%  |

Newbold's performance has consistently outperformed the S&P 500 Index, without assuming excessive risk. Over the 10 year period ending 12/31/89, Newbold's returned 21.8% vs. the S&P 500's 17.5%.

Newbold's markets their services directly to the largest pension funds in the United States; they accept minimum accounts of $15 million. Their expertise is available through our Selector contract for as little as $50,000 per year.

### BOND FUND

This fund is managed by Sigma Asset Management. The objective is to realize a high level of long-term total rate of return consistent with prudent investment risk and primarily become defensive in a rising rate environment.

### PERFORMANCE (as of 6/30/90)

|          | Bond Fund | Shearson Lehman Index |
|----------|-----------|-----------------------|
| 1 year   | 5.78%     | 7.11%                 |
| 3 years  | 6.35%     | 8.93%                 |
| 5 years  | 9.23%     | 10.31%                |

PROVIDENT
MUTUAL
PENSION
SERVICES

## MONEY MARKET FUND

This fund is managed by Provident Mutual.

The objective is high current yield while maintaining the stability of principal.

Performance - Current Annualized Yield is 8.00%.

## BALANCED FUND

This fund is managed by Providentmutual Investment Management Company a registered investment advisory firm and wholly owned subsidiary of Provident Mutual.

The objective is to maximize return while moderating risk through allocation of assets between the Equity Separate Account, the Bond Separate Account and the Money Market Separate Account.

## PERFORMANCE (as of 6/30/90)

|          | Balanced Fund | S&P 500 | Shearson Lehman Index |
|----------|---------------|---------|------------------------|
| 1 year   | 11.22%        | 16.45%  | 7.11%                  |
| 2 years  | 14.78%        | 18.39%  | 9.69%                  |

## GUARANTEED INVESTMENT CONTRACT (GIC)

These Provident contracts, which are similar to a banks certificate of deposits, offer a guarantee of principal - a feature not available from any other source.  Unlike a "CD", liquidity for benefit payments can be provided.

Current Illustrative Guaranteed Investment Contract rates on August 30, 1990 (rates change daily):

| 3 years | 4 years | 5 years |
|---------|---------|---------|
| 8.49%   | 8.67%   | 8.93%   |

## FIXED-INCOME FUND

The objective of this fund is to provide a high level of income with guaranteed rates of return.  This fund also has liquidity for benefit payments.

The interest rate should be .40% to .60% (40 to 60 points) higher than GIC's.

Rate for August (changes monthly):

9.00%



## AGGRESSIVE EQUITY FUND

This fund is managed by Sigma Asset Management.

The objective of the Aggressive Equity Fund Separate Account is to achieve a high level of long-term capital appreciation by investing in securities of a diverse group of smaller, emerging growth companies. The security selection process emphasizes equities of companies which are past their start-up phase, show positive earnings and exhibit significant profit growth.  Because of its high-risk, high-return strategy, the Aggressive Equity Fund offers the potential for very high long-term growth.

## PERFORMANCE

|  | PROVIDENT | NASDAQ |
|---|---|---|
| 1 year | 22.05% | 8.18% |
| Thru 6/30/90 | 14.03% | 6.69% |



custom
rubber
molding



TEL. (203) 747-5586
FAX (203) 747-4832

November 30, 1990

Provident Mutual
545 Long Wharf Drive, Suite 700
New Haven, CT 06511

Attn:  Mr. James A. Winslow

Dear Jim:

On behalf of myself and staff I wish to thank you and Barry for your time and efforts to date regarding the Wasley Products Pension plans.

Please accept this letter as formal authorization to commence proceedings on the following items:

1.)  Establishment of a 401(k) plan effective January 1, 1991.

2.)  Begin process of transfer of assets of both plans held currently by Union Trust to Provident Mutual.

3.)  Begin process of freezing current defined benefit plan for salaried office participants.

4.)  Calculate annuity payouts for various employees currently receiving benefits from Union Trust fund.

5.)  Begin process of employee communications.

6.)  Please provide us with a written time table on all of the above.

We are looking forward to working with you on the changes and administration of our pension plans.

Should you find the need for additional information, please feel free to contact me, Sandi or Andy as needed.  We will await to hear from you on the above items in the near future.

Sincerely,

WASLEY PRODUCTS, INC.

Alan Wasley
President

**WASLEY PRODUCTS, INC., PLAINVILLE INDUSTRIAL PARK, PLAINVILLE, CONNECTICUT 06062 USA**





**PROVIDENT MUTUAL**
THE PROVIDENT MUTUAL BUILDING, 1600 MARKET STREET, P.O. BOX 7378, PHILADELPHIA, PA 19101, (215) 636-5000

**RICHARD N. HERB, CLU**
VICE-PRESIDENT, GROUP PENSIONS

March 29, 1991

Mr. Alan Wasley
President
Wasley Products, Inc.
Plainville Industrial Park
Plainville, CT 06062

Dear Mr. Wasley:

The Group Pension Division of Provident Mutual would like to welcome you as a contractholder. We are pleased that your careful consideration has led you to choose us to invest your retirement funds.

The Provident Mutual fleet of companies currently manages assets totaling over $4 billion, but we recognize that every client is important. Through the continued efforts of James Winslow and Barry Bulakites, we will insure that you receive the distinctive service you should expect from Provident Mutual.

If you have any questions concerning your account with us please do not hesitate to call James or Barry at (203) 624-1707, or Ed Dias at (617) 630-0242.

We look forward to a long and mutually beneficial relationship.

Sincerely,

Richard N. Herb
Vice President
Group Pension Division

C: James Winslow
   Barry Bulakites
   Ed Dias

SECURITY THROUGH FINANCIAL SERVICES



P.2

**ROVIDENT MUTUAL**
MARY MARITIME CENTER, 345 LONG WHARF DRIVE, SUITE 703, NEW HAVEN, CT 06511, TELEPHONE (203) 624-1707, FAX (203) 624-1633

May 23, 1991

EMPLOYEE NAMES REDACTED

Dear

As the new pension plan administrator we at Provident Mutual need
our records on retirees updated.  Since Provident Mutual is now
responsible for your benefit checks this paperwork is part of the
transfer of information from Union Trust to our office.  We are
trying to make the transition go as smooth as possible for all
parties involved.

Enclosed please find paperwork which we need you to sign.  Please
sign on the line that is highlighted (signature of owner).  Please
indicate who your beneficiary is for your pension benefits. Return
the paperwork and beneficiary information in the enclosed postage
paid envelope.  Please return the form as soon as possible in order
to avoid any delays with your benefit checks.

If you have any questions, please contact me at 624-1707.

                              Sincerely,



                              Cheryl Robin

CR:mdm
Enclosure

cc:  Barry L. Bulakites
     Sandy Dumas-Laferriere


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Primary Beneficiary _____ Relationship _____

Contingent Beneficiary _____ Relationship _____

(Please tear off & return)


This letter was sent to all retirees except **EMPLOYEE NAMES REDACTED**

MAY-23-91 THU 13:51                         G3                    P.02



**PROVIDENT MUTUAL**
LONG WHARF MARITIME CENTER, 545 LONG WHARF DRIVE, SUITE 700, NEW HAVEN, CT 06511, TELEPHONE (203) 624-1707, FAX (203) 624-1633

November 5, 1992

Department of the Treasury
Internal Revenue Service
Holtsville, NY 11799

                         RE:   Wasley Products, Inc.
                               Plans # 001 & 002

Dear Sir/Madam:

    This letter is in response to your notices to file overdue
Forms 5500-C/R for 12/31/90 for the above reference plans.
Please be advised that the third party administrator that had
been filing the Forms for these plans was terminated and we were
appointed as the new third party administrator.  Unfortunately,
we had a substantial amount of trouble obtaining all of the
records and then verifying their accuracy from this prior third
party administration firm.

    We have nearly completed our total evaluation of the prior
plan documents and will be filing the 5500 forms, not later than
November 30th.

    You'll find a power of attorney enclosed which was executed
on February 6th of 1991, relative to both of these plans by Mr.
Alan Wasley, President of Wasley Products, Inc.

    Should you have any questions regarding this plan, please
direct your correspondence and/or questions to my attention at
the above address and phone number.

    We appreciate your understanding and patience while we try
to correct this situation.

                              Sincerely,

                              Andrew Gianelli





**IDENT MUTUAL**
WHARF MARITIME CENTER, 545 LONG WHARF DRIVE, SUITE 700, NEW HAVEN, CT 06511, TELEPHONE (203) 624-1707

**BARRY L. BULAKITES**
AGENCY MANAGER

February 10, 1993

Ms. Sandi Dumas-Laferriere
Wasley Products, Inc.
Plainville Industrial Park
Plainville, CT 06062

Dear Sandi:

It was a pleasure getting a chance to visit with you and
finally doing "lunch". I'm sure that you'll be able to develop
the same working relationship with Maxine, as you have currently
with Cheryl and it's also good to know that Cheryl will never be
more than a phone call away.

Enclosed please find the 1991 401(k) 5500 Reports. These
are the initial 5500 filings for the 401(k) Plan and need to be
signed by Mr. Wasley, where I have indicated by blue "sign me"
stickers. Please have Mr. Wasley sign these and return all three
sets to my attention as soon as possible, so that I may file them
with the IRS. Once filed, I will return a set for your records.
If you have any questions in the mean time, please don't hesitate
to let me know.

Sincerely,

Barry L. Bulakites

BLB/dn
encls.





**Joshua Adams Consulting**

149 DURHAM ROAD, BOX 22  •  MADISON, CT  06443
PHONE (203) 245-3989    FAX (203) 245-4085

May 8, 1995

Mrs. Sandi Dumas-Laferriere
Wasley Products, Inc.
Plainville Industrial Park
Plainville, CT   06062

Dear Sandi:

It is my pleasure to announce the association of Joshua Adams Corporation with Lincoln National Corporation, effective today.  Lincoln National Corporation is a $49 Billion Financial Services Company based in Fort Wayne, Indiana.

Lincoln National specializes in 401(k) Plans, Pension Plans, Group Insurance and Executive Benefits.  Lincoln is also the #1 provider of Annuities and the world's largest reinsurer.

This alliance creates a much greater depth of services, research and knowledge from which to serve your needs.  In no way is your current relationship with Joshua Adams effected other than to expand and improve our ability to service you.  All of your current programs will remain unchanged.

As part of this association, I will be assuming the position of Regional Chief Executive Officer for Lincoln National Corporation, and I am pleased to announce that Jim Winslow will be joining my staff as Vice President of Agency Development. Both Jim and I are excited about the new challenge and look forward to being able to bring even more service and expertise to our existing clients.

Joshua Adams Consulting will continue to maintain operations in Madison, Connecticut and in fact will be expanding and upgrading its operations there.  Toll free numbers, phone numbers and Fax lines will all remain the same.

Both Jim and I will be in touch with you in the next few days to discuss any questions you may have regarding these changes. Let me reassure you that you will only experience an increase in service and support.

Sincerely,

Barry L. Bulakites



# *WASLEY PRODUCTS INC.*

## *FRINGE BENEFIT COST ANALYSIS PROJECT*

## *PRELIMINARY CLIENT MEETING BRIEF*

*PREPARED BY:*

*LINCOLN FINANCIAL GROUP INC.*
*FAIRFIELD REGIONAL MARKETING OFFICE*
*1-800-634-2955*

*8/23/95*



# Wasley Benefit Project

Lincoln Financial Group Inc.

# *YOUR BENEFIT ANALYSIS TEAM KEY MEMBERS*

### *Barry L. Bulakites CIC, Regional Chief Executive Officer*
*Oversee Project Scope and Coordination with Client, present findings to client, and pension issues.*

### *Fred McKay LUTCF, Vice President Products and Administration*
*Product and solution development, design, and evaluation.*

### *Mal Luber LUTCF, Regional Director of Marketing*
*Communication services and employee attitude evaluation. Retiree Concerns.*

### *JOHN PEARSON CPA, Registered Principle,Registered Investment Advisor, and Regional Compliance Officer*
*IRS, DOL, and all Compliance matters pertaining to project. Benefit cost accounting and cost implications and tax issues.*

### *JOEL MILLER CLU,ChFc,CIC, Director of Advanced Underwriting*
*Plan design and review services.*

### *JON RACOW, Regional Director Long Term Care*
*Group Medical Issues*

### *FORT WAYNE EMPLOYEE BENEFITS TEAM*



# Wasley Benefit Project

Lincoln Financial Group Inc.

# *PROJECT OBJECTIVE*

*To fully evaluate the Wasley Products Inc. benefits and compensation programs to determine what modications can be made to achieve the companies stated objective of reducing the cost of benefits to 37% of payroll!*

*PROJECT START DATE: July 25, 1995*

*OBJECTIVES MEETING: August 23, 1995*

*REVIEW DATE: September 10, 1995*

*FINAL DRAFT: September 22, 1995*



## Wasley Benefit Project

Lincoln Financial Group Inc.

# BENEFITS REVIEW PROJECT
# PROJECT SCOPE

*1) Review overall benefits situation*
*2) Identify Objectives*
     *Quantify and Prioritize*
     *Meeting Cost Targets*
*3) Information and Analysis*
     *Industry standards*
     *Connecticut standards*
     *Fortune 1000 standards*
     *UAW standards*
     *Goal: to provide benefits which meet cost targets; providing the most effective benefit package within those cost limitations that are comparable to those of other employers in the same industry and geographical area!*
*4) Analyze existing plans*
*5) Formulate a new overall employee compensation plan*
*6) Communicate the new plan "effectively"*
*7) Develop Plan for on-going review and adjustment*

# SAMPLE RESEARCH FINDINGS

### HOW BENEFIT DOLLARS ARE SPENT

|                  | National | Wasley |
|------------------|----------|--------|
| Medical          | 26.4%    | 32.6%  |
| Life             | 1.3%     | 8.0%   |
| Retirement Plans | 15.3%    | 6.4%   |
| Legal Required   | 22.7%    | 34.5%  |
| Misc             | 2.3%     | 1.9%   |
| Time Not Worked  | 26.4%    | 15.6%  |
| Paid Rest        | 5.6%     | 1.0%   |

# SAMPLE RESEARCH FINDINGS

## MEDICAL PLANS USAGE

### HMO/PPO COMBO'S = 7% OF PLANS

### AVERAGE % OF WORKFORCE COVERAGE'S
### HMO = 34%
### PPO = 63%
*(point: no benefit to changing combo's-no change in numbers)*

### AVERAGE COST PER COVERED EMPLOYEE
### $3,265 OR 10.1% OF PAYROLL

*Woolly 17%* [handwritten]

### PPO'S AVERAGE 23.2% MORE IN COST THAN HMO

## CO-PAYMENTS

*1994 statistics* [handwritten]

*25.4% Require No Contribution*
*14.1% have lower than $100 deductible* — *86% had higher deductible* [handwritten]
*In 1995 73% firms Raised Deductibles*
*48% Increased Employee Co-Pays*
*Average Contribution Required all firms = 20%*
*Fortune 1000 = 32%*

## PEOPLE CONCERNS

*Only 27.4% are concerned about cost as opposed to 65.2% being able to have some provider choice*

# WASLEY PRODUCTS BENEFITS REDUCTION PROJECT COST ESTIMATES

PROJECT PAYROLL/$3,317,970
CURRENT FRINGE RATE = 48%
CURRENT FRINGE COST/ $1,592,626
FRINGE COST GOAL = 37%
SAVINGS GOAL = $364,976

| BUDGET ITEM | CURRENT COST | PROJECTED COST | SAVINGS |
|---|---|---|---|
| FICA | $239,030.00 | $239,030.00 | $0.00 |
| SUTA | $97,364.00 | $97,364.00 | $0.00 |
| FUTA | $7,954.00 | $7,954.00 | $0.00 |
| PER/DAYS | $22,643.00 | $22,643.00 | $0.00 |
| MEDICAL | $520,944.00 | $364,660.00 | $156,284.00 |
| COMP | $206,014.00 | $206,014.00 | $0.00 |
| HOLIDAY | $111,020.00 | $60,000.00 | $51,020.00 |
| VACATION | $116,082.00 | $70,000.00 | $46,082.00 |
| PENSION PLAN | $102,505.00 | $60,000.00 | $42,505.00 |
| LIFE/DI | $133,360.00 | $79,000.00 | $54,360.00 |
| SEN BONUS | $15,385.00 | $0.00 | $15,385.00 |
| DENTAL | $20,325.00 | $20,325.00 | $0.00 |
| | | | $0.00 |
| TOTAL | $1,592,626.00 | $1,226,990.00 | $365,636.00 |

NEW FRINGE COST/PROJECTED    36.98%    11.02%

WAS/5R/101

# WASLEY PRODUCTS, INC.    1995 BUDGET WORKSHEET

| EMP # | FRINGE RATE | TOTAL FRINGES | FICA | SUTA | FUTA | PERSONAL DAYS $15 | MEDICAL INS | WORKERS COMP | HOLIDAY PAY | VACATION PAY | PENSION PLAN | Life/Disability Pay Insurance | SENIORITY BONUS | DENTAL INSURANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 57% | $106,537 | $35,541 | $19,616 | $1,607 | $2,491 | $105,252 | $42,020 | $26,215 | $15,363 | $19,134 | $27,200 | $2,246 | $3,100 |
| 10 | 63% | $106,174 | $13,512 | $6,669 | $560 | $1,178 | $35,213 | $13,385 | $9,230 | $7,797 | $5,403 | $9,640 | $712 | $1,695 |
| 90 | 55% | $92,970 | $12,035 | $5,520 | $448 | $1,521 | $30,000 | $11,864 | $8,147 | $7,966 | $5,000 | $7,680 | $769 | $1,440 |
| 10 | 66% | $236,662 | $26,415 | $14,490 | $1,176 | $4,348 | $76,750 | $31,143 | $18,263 | $22,266 | $14,380 | $20,160 | $1,551 | $1,780 |
| 10 | 83% | $38,095 | $3,622 | $2,070 | $168 | $4,181 | $11,250 | $4,449 | $2,302 | $4,181 | $2,040 | $2,880 | $212 | $540 |
| 10 | 48% | $22,439 | $3,015 | $1,320 | $112 | $186 | $7,500 | $2,966 | $2,991 | | $1,160 | $1,520 | $117 | $360 |
| 50 | 46% | $32,438 | $4,568 | $3,020 | $168 | $171 | $11,250 | $4,449 | $3,170 | $354 | $2,040 | $2,880 | $248 | $540 |
| 10 | 44% | $5,143 | $718 | $647 | $75 | | $1,876 | $742 | $152 | | $140 | $460 | $43 | $90 |
| 10 | 47% | $10,557 | $1,556 | $690 | $56 | $310 | $3,750 | $1,431 | $1,980 | | $480 | $900 | $32 | $188 |
| 60 | 58% | $32,910 | $4,194 | $2,010 | $168 | $1,029 | $11,250 | $5,449 | $2,923 | $1,899 | $2,040 | $2,880 | $247 | $549 |
| 180 | 55% | $207,215 | $26,301 | $12,420 | $1,008 | $4,368 | $62,303 | $24,715 | $18,744 | $22,076 | $11,133 | $16,000 | $1,547 | $3,000 |
| 10 | 68% | $48,314 | $6,040 | $2,740 | $24 | | $15,000 | $4,190 | | $5,544 | $2,720 | $3,840 | $335 | $728 |
| 10 | 29% | $55,142 | $13,849 | $3,430 | $80 | $589 | $18,750 | $7,415 | $3,184 | | $5,470 | $4,800 | $1,028 | $9 |
| 10 | 54% | $36,658 | $5,014 | $2,020 | $68 | $2,231 | $11,250 | $4,449 | $6,933 | $5,879 | $2,040 | $2,880 | $285 | $540 |
| 10 | 55% | $69,833 | $9,955 | $3,020 | $280 | | $18,750 | $7,415 | | $11,152 | $3,400 | $4,800 | $585 | $900 |
| 160 | 30% | $27,006 | $6,259 | $3,090 | $168 | | $11,250 | $4,449 | | | | | | |
| 10 | 55% | $60,761 | $11,664 | $3,430 | $280 | | $18,750 | $7,615 | | $4,513 | $4,103 | $4,800 | $1,236 | $360 |
| 170 | 27% | $44,436 | $11,775 | $2,760 | $224 | | $15,000 | $5,932 | | | $4,163 | $3,840 | $744 | $9 |
| 120 | 29% | $34,441 | $9,124 | $2,020 | $168 | | $11,250 | $5,449 | | | $3,578 | $2,880 | $922 | $9 |
| 22 | 22% | $42,241 | $14,645 | $3,070 | $168 | | $11,250 | $4,449 | | | $5,743 | $5,760 | $1,036 | $9 |
| 160 | 33% | $60,224 | $8,948 | $2,760 | $224 | | $15,000 | $5,932 | | | $2,416 | $3,840 | $704 | $9 |
| 180 | 30% | $11,235 | $2,860 | $690 | $56 | | $3,750 | $1,483 | | | $1,122 | $960 | $374 | $9 |
| 98 | 55% | $30,923 | $4,320 | $3,020 | $168 | | $11,350 | $4,449 | $2,294 | | $2,640 | $2,880 | $212 | $540 |
| 484 | | $1,592,626 | $239,030 | $97,364 | $7,154 | $22,643 | $520,944 | $206,014 | $111,420 | $116,082 | $102,005 | $133,360 | $15,385 | $20,325 |



## Wasley Benefit Project

Lincoln Financial Group Inc.

# COST REDUCTION STRATEGIES FOR MEDICAL PLAN

- *PLAN MODIFICATIONS/WITHIN CURRENT AETNA PLAN*
- *INCREASING EMPLOYEE CO-PAYMENTS/COST SHARING*
- *EMPLOYEE DROP OUTS*
- *USING MSA'S(Medical Savings Accounts)*
- *MEDICAL REIMBURSEMNET PLANS*
- *SELF-FUNDED PLANS*
- *NLRB RULINGS*



# Wasley Benefit Project

Lincoln Financial Group Inc.

## *RETIREMENT PLAN OPTIONS UNDER CONSIDERATION:*

*FREEZE DB PLAN, FRESH START UNDER DISTRESS TERMINATION*

*REPLACE DB PLAN WITH K PLAN MATCHING SALARIED PLAN*

*REPLACE 3% WITH 50% MATCH PLAN CAPPED AT 2% OF BASE COMP*

*REPLACE DB PLAN WITH ESOP WITH K PLAN OPTION*

*REPLACE ALL PLANS WITH PROFIT SHARING K PLAN*



Lincoln Financial Group, Inc.        **Barry L. Bulakites, CIC**
75 Kings Highway Cut-Off             Regional Chief Executive Officer
Fairfield, CT 06430
Tel. (203) 330-9696
Tel. (800) 634-2955
Fax (203) 330-9677

## LINCOLN FINANCIAL GROUP

**EMPLOYEE NAMES REDACTED**

July 17, 1995

Sandi Dumas-Laferriere, PHR

VIA FAX 203-747-4832

Dear Sandi:

Per our conversation this morning, I will be drafting a letter of
confirmation to            based on the 10 year certain payment
method, commencing August 1, 1995.  I will send a copy of the
letter to        to your attention.

We are still checking on the FSA letter to         however, if you
could check with someone else for me, it would be helpful.

As I told you, I held up the participant identification report
for the withdrawals since you were away.  I didn't want it
floating around.  I'll either overnight it, or since I'm seeing
Andy Brady on Wednesday, may just drop it off to you there and
review it with you.

If you think of anything, please let me know.

Sincerely,

Barry L. Bulakites

BLB/st

cc:  Wasley File

P.S. I'll be at the MADISON office this afternoon.

Lincoln Financial Group, Inc. is an affiliate of Lincoln National Life Insurance Co.

Lincoln Financial Group, Inc.     · Barry L. Bulakites, CIC
75 Kings Highway Cut-Off     Regional Chief Executive Officer
Fairfield, CT 06430
Tel. (203) 330-9696
Tel. (800) 634-2955
Fax (203) 330-9677

# LINCOLN FINANCIAL GROUP

October 17, 1995

**EMPLOYEE NAMES
REDACTED**

Ms. Sandi Dumas-Laferriere, PHR
Wasley Products Inc.
87 Spring Lane
Plainville, CT  06062

Dear Sandi:

Please find enclosed a copy of a letter sent to          regarding a recent FSA claim. Unfortunately, she did not submit any documentation to support the claim and we have asked her to do so.

On another issue, as I'm sure you are aware, employers such as Wasley are required to sit down with each employee to determine if they are eligible for the earned income tax credit. This credit can literally mean thousands of dollars to some of your employees.

Lincoln has a special program to communicate this to the employees and we'll be happy to do it for Wasley at <u>no cost!</u>

If you are interested in doing this, please let me know.

Sincerely,

Barry L. Bulakites

BLB/st

cc:  B. Connell
     J. Winslow



# Important Meeting Schedule Notice
# 401 (k) Annual Enrollment

Our Pension Administrators (Mr. Barry Bulakites & Mr. Jim Winslow - Lincoln Financial Group) will be on-site **Friday, March 29, 1996** to conduct required 401(k) Plan Updates. **ALL Salaried Personnel** are required to meet with our pension administrators to complete documents relative to the 401(k) Plan. Completion of the required updates will be conducted on an individual basis which will allow you time as well to ask any questions you may have regarding your pension and/or retirement planning. In order that we may process everyone as efficiently as possible, meeting times have been arranged as follows:

| | |
|---|---|
| 8:45 a.m. | |
| 9:00 | EMPLOYEE NAMES REDACTED |
| 9:15 | |
| 9:30 | |
| 9:45 | |
| 10:00 | |
| 10:15 | |
| 10:30 | |
| 10:45 | |
| 11:00 | |
| 11:15 | |
| 11:30 | |
| 11:45 | |
| 1:00 p.m. | |
| 1:15 | |
| 1:30 | |
| 1:45 | |
| 2:00 | |
| 2:15 | |

Barry and Jim are scheduled to arrive at 8:30 a.m. and will set up in the Business Development Office (former C. Karnolt location) in the main office. Please report promptly to that office to keep our schedule as close as possible. If there are any conflicts with the above schedule, please advise Sandi as soon as possible to make other arrangements.

If you have any special personal inquiries you would like to discuss at this meeting, you may call Barry Bulakites directly, prior to 3/29, so he may offer you greater personal guidance or assistance as needed. Barry may be reached at 1-203-330-9696

Please remember that everyone's participation is required for this update enrollment, and your assistance in accomplishing this during the above period will be greatly appreciated!