UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREGORY PRENTISS, JOHN RIZZI, RICHARD SEICH, and DOROTHY BROWN, individually and on behalf of the Wasley Products Inc. 401(k) Profit Sharing Plan, | : MASTER CONSOLIDATED CASE<br>: CIVIL NO. 3:03 CV 383 (DJS)<br>: |
| Plaintiffs, | : THIS PLEADING PERTAINS TO:<br>: CIVIL NO. 3:03 CV 1790 (DJS) |
| V. | : |
| WASLEY PRODUCTS, INC., ALAN A. WASLEY, ANDREW BRADY, SANDI DUMAS-LAFERRIERE, BARRY CONNELL, | : |
| Defendants and Crossclaim Defendants, | : JUNE 14, 2004 |

### DEFENDANTS/CROSSCLAIM DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO CO-DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES AND CROSSCLAIMS

Pursuant to D. Conn. L. Civ. R. 7(b), Defendants/crossclaim defendants Wasley Products, Inc. ("Wasley Products"), Alan Wasley, Andrew Brady, Sandi Dumas-Laferriere and Barry Connell (collectively, the "Wasley Defendants") hereby request a 30-day extension of time, to and including July 21, 2004, to respond to the Answer, Affirmative Defenses, and Crossclaims dated May 27, 2004 filed by co-defendants Barry Bulakites, James Winslow, and Joshua Adams Corp. (collectively, the "Bulakites Defendants").

The reasons for this motion are as follows. The answer of the Bulakites Defendants is lengthy and includes a four-count cross complaint against the Wasley Defendants, alleging both ERISA and common-law claims. Additional time is necessary in order to fully research the issues presented, review documents, and prepare an appropriate response.

-2-

This is the Wasley Defendants' first request for an extension of this deadline. The undersigned contacted Peter Rydel, counsel for the Bulakites Defendants, who has no objection to the granting of this motion.

>DEFENDANTS and CROSSCLAIM DEFENDANTS
>
>WASLEY PRODUCTS, INC., ALAN A. WASLEY, ANDREW BRADY, SANDI DUMAS-LAFERRIERE, AND BARRY CONNELL
>
>By: /s/ Jean E. Tomasco
>Theodore J. Tucci (ct05249)
>ttucci@rc.com
>Jean E. Tomasco (ct09635)
>jtomasco@rc.com
>Robinson & Cole LLP
>280 Trumbull Street
>Hartford, CT 06103-3597
>Tel. No.: (860) 275-8200
>Fax: (860) 275-8299

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, first class postage prepaid on the 14th day of June, 2004 to the following:

Maurice T. Fitzmaurice, Esq.
Peter K. Rydel, Esq.
Reid & Riege, P.C.
One Financial Plaza
Hartford, CT  06103-3185

Deborah S. Freeman, Esq.
Bryan D. Short, Esq.
Bingham McCutchen
One State Street
Hartford, CT  06103-3178

Albert Zakarian, Esq.
Victoria Woodin Chavey, Esq.
Eric L. Sussman, Esq.
Day, Berry & Howard
CityPlace
Hartford, CT  06103-3499

Thomas G. Moukawsher, Esq.
Ian O. Smith, Esq.
Moukawsher & Walsh
21 Oak Street, Suite 209
Hartford, CT  06106

Thomas W. Witherington, Esq.
Mary E.R. Bartholic, Esq.
Cohn, Birnbaum & Shea
100 Pearl Street
Hartford, CT  06103-4500

_____
Jean E. Tomasco