UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INCORPORATED, ET AL<br>    Plaintiffs | : |
| v. | : CIVIL NO.: 3:03cv383(DJS)-Lead Case<br>   Consolidated w/ 3:03cv1790 |
| BARRY LEONARD BULAKITES, ET AL<br>    Defendants | : |

### ORDER

Defendants/Crossclaim Defendants' Unopposed Motion for Extension of Time to Respond to Co-Defendants' Answer, Affirmative Defenses and Crossclaims (Doc. #103) is hereby **GRANTED to and including July 21, 2004**.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this ___18th___ day of June, 2004.

　　　　　　　　　　　　　　　　　　　　/s/DJS_____
　　　　　　　　　　　　　　　　　　　　Dominic J. Squatrito
　　　　　　　　　　　　　　　　　　　　United States District Judge