## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GREGORY PRENTISS, JOHN RIZZI, | : | **MASTER CONSOLIDATED CASE** |
| RICHARD SEICH, and DOROTHY BROWN, individually and on behalf of the Wasley Products Inc. 401(k) Profit Sharing Plan, | : | **CIVIL NO. 3:03CV383 (DJS)** |
| Plaintiffs, | : | |
| V. | : | |
| WASLEY PRODUCTS, INC., ALAN A. WASLEY, ANDREW BRADY, SANDI DUMAS-LAFERRIERE, BARRY CONNELL, | : | CIVIL NO. 3:03-CV-1790 (DJS) |
| Defendants and Third Party Plaintiffs, | : | |
| V. | : | |
| PROVIDENT MUTUAL LIFE INSURANCE COMPANY and LINCOLN NATIONAL LIFE INSURANCE COMPANY, | : | |
| Third Party Defendants. | : | JUNE 25, 2004 |

**REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS THIRD PARTY PLAINTIFFS'
COMPLAINT AS IT APPLIES TO THIRD PARTY DEFENDANT
<u>LINCOLN NATIONAL LIFE INSURANCE COMPANY</u>**

Third Party Defendant Lincoln National Life Insurance Company hereby joins in the reply brief submitted by Third Party Defendant Nationwide Life Insurance Company in Support of its Motion to Dismiss.

              THE DEFENDANT,
              LINCOLN NATIONAL LIFE
              INSURANCE COMPANY

            By:_____
              Albert Zakarian (ct04201)
              Eric L. Sussman (ct19723)
            For: Day, Berry & Howard LLP
              CityPlace I
              Hartford, Connecticut 06103-3499
              (860) 275-0100
              Its Attorneys

## **CERTIFICATE OF SERVICE**

  THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, postage prepaid, to:

| | |
|---|---|
| Mary Bartholic, Esq.<br>Cohn Birnbaum & Shea, P.C.<br>100 Pearl Street<br>Hartford, CT  06103 | Rupal S. Shah, Esq.<br>Deborah S. Freeman, Esq.<br>Bryan D. Short, Esq.<br>Bingham McCutchen<br>One State Street<br>Hartford, CT  06103-3178 |
| Maurice T. FitzMaurice, Esq.<br>Reid and Riege, P.C.<br>One State Street<br>Hartford, CT  06103-3185 | Theodore J. Tucci, Esq.<br>Jean E. Tomasco, Esq.<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT  06103-3597 |

            _____
            Eric L. Sussman