UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREGORY PRENTISS, JOHN RIZZI, RICHARD SEICH, and DOROTHY BROWN, individually and on behalf of the Wasley Products Inc. 401(k) Profit Sharing Plan, : : : : : Plaintiffs, : : V. : : BARRY CONNELL, BARRY L. BULAKITES, JAMES A. WINSLOW, JOSHUA ADAMS CORP., : : : : Defendants and Crossclaim Plaintiffs, : : V. : : WASLEY PRODUCTS, INC., ALAN A. WASLEY, ANDREW BRADY, SANDI DUMAS-LAFERRIERE, BARRY CONNELL, : : : : Defendants and Crossclaim Defendants. : | **MASTER CONSOLIDATED CASE CIVIL NO. 3:03 CV 383 (DJS)** <br><br> THIS PLEADING PERTAINS TO: CIVIL NO. 3:03 CV 1790 (DJS) <br><br><br><br> JULY 21, 2004 |

**WASLEY DEFENDANTS'
MOTION TO DISMISS CROSSCLAIMS
ASSERTED BY THE BULAKITES DEFENDANTS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, defendants/crossclaim defendants Wasley Products, Inc., Alan Wasley, Andrew Brady, Sandi Dumas-Laferriere and Barry Connell (collectively, the "Wasley Defendants") move the court to dismiss all of the crossclaims brought against them by co-defendants Barry Bulakites, James Winslow, and Joshua Adams Corp. (collectively, the "Bulakites Defendants") in their Answer, Affirmative Defenses, and Crossclaims dated May 27, 2004. Pursuant to Local Rule 7(a)(1), a memorandum of law accompanies this motion.

**ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED**

As set forth in more detail in the accompanying memorandum, the Wasley Defendants make this motion on the grounds that the Bulakites Defendants have failed to state claims upon which relief can be granted. The cross-complaint therefore should be dismissed in its entirety.

        DEFENDANTS and CROSSCLAIM DEFENDANTS

        WASLEY PRODUCTS, INC., ALAN A. WASLEY, ANDREW BRADY, SANDI DUMAS-LAFERRIERE, AND BARRY CONNELL

By: _____
    Theodore J. Tucci (ct05249)
    ttucci@rc.com
    Jean E. Tomasco (ct09635)
    jtomasco@rc.com
    Robinson & Cole LLP
    280 Trumbull Street
    Hartford, CT 06103-3597
    Tel. No.: (860) 275-8200
    Fax: (860) 275-8299

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, first class postage prepaid on the 21st day of July, 2004 to the following:

Maurice T. Fitzmaurice, Esq.
Peter K. Rydel, Esq.
Reid & Riege, P.C.
One Financial Plaza
Hartford, CT  06103-3185

Deborah S. Freeman, Esq.
Bryan D. Short, Esq.
Bingham McCutchen
One State Street
Hartford, CT  06103-3178

Albert Zakarian, Esq.
Victoria Woodin Chavey, Esq.
Eric L. Sussman, Esq.
Day, Berry & Howard
CityPlace
Hartford, CT  06103-3499

Thomas G. Moukawsher, Esq.
Ian O. Smith, Esq.
Moukawsher & Walsh
21 Oak Street, Suite 209
Hartford, CT  06106

Thomas W. Witherington, Esq.
Mary E.R. Bartholic, Esq.
Cohn, Birnbaum & Shea
100 Pearl Street
Hartford, CT  06103-4500

_____
Jean E. Tomasco