UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INCORPORATED )<br>AND PRECISION MOLDING )<br>COMPANY, INC. )<br>    ) | |
| Plaintiffs,    ) | **MASTER CONSOLIDATED**<br>**CASE 3:03 CV 0383 (DJS)** |
|     ) | |
| v.    ) | |
|     ) | |
| BARRY LEONARD BULAKITES, )<br>JAMES ALBERT WINSLOW, )<br>JOSHUA ADAMS CORPORATION, )<br>NATIONWIDE LIFE INSURANCE )<br>CO. OF AMERICA f/k/a PROVIDENT )<br>MUTUAL LIFE INSURANCE CO. AND )<br>LINCOLN NATIONAL LIFE INSURANCE CO. )<br>    ) | |
| Defendants.    ) | AUGUST 11, 2004 |

### MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b), and Local Rule of Civil Procedure 7(b)(2), Defendants Barry L. Bulakites, James A. Winslow, and Joshua Adams Corporation (the "Bulakites Defendants") hereby move for an extension of time of twenty-one (21) days to and including September 13, 2004 to file comments and/or suggestions to the Special Master regarding his Draft Report, issued July 31, 2004. Pursuant to the Court's June 24, 2003 Order of Reference, the parties have twenty-one (21) days after issuance of the Special Master's Draft Report to serve comments and/or suggestions upon the Special Master. That

19410.000/366583.1

deadline is August 21, 2004. Due to the complexity of the issues raised in the Special Master's Draft Report, the Bulakites Defendants require additional time to analyze and respond. In addition, Defendant James A. Winslow recently has been hospitalized and is unable to review the Special Master's Draft Report at all. Accordingly, the Bulakites Defendants submit that there is good cause to extend the time within which they must respond to the Draft Report to September 13, 2004.

All parties consent to this Motion. This is the Bulakites Defendants' first motion for extension of time related to the Special Master's Draft Report.

**WHEREFORE,** the Bulakites Defendants respectfully request that their Motion for Extension of Time be granted.

DEFENDANTS
BARRY LEONARD BULAKITES, JAMES ALBERT WINSLOW & JOSHUA ADAMS CORPORATION

By _/s/ Peter K. Rydel_
Peter K. Rydel
Fed. #ct24793
REID AND RIEGE, P.C.
One Financial Plaza, 21st Flr.
Hartford, CT 06103
Tel. 860-278-1150
Fax 860-240-1002

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August 2004, a copy of the foregoing was sent via first class mail, postage prepaid, to the following:

Mary E.R. Bartholic
Cohn Birnbaum & Shea, P.C.
100 Pearl Street
Hartford, CT  06103

Victoria Woodin Chavey, Esq.
Eric L. Sussman, Esq.
Day, Berry & Howard, LLP
CityPlace I
185 Asylum Street
Hartford, CT  06103

Theodore J. Tucci, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

Deborah S. Freeman, Esq.
Bryan D. Short, Esq.
Bingham McCutchen
One State Street
Hartford, CT 06103

Alan R. Mandell, CPA, CFE, DABFA
Blum Shapiro Litigation Consulting
   Group, LLC
29 South Main Street
P.O. Box 272000
West Hartford, CT  06127-2000

Thomas G. Moukasher, Esq.
Ian O. Smith, Esq.
Moukasher & Walsh, LLC
Capitol Place
21 Oak Street
Hartford, CT 06106

_____
Peter K. Rydel