UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WASLEY PRODUCTS, INCORPORATED | ) | |
| AND PRECISION MOLDING | ) | |
| COMPANY, INC. | ) | |
| | ) | **MASTER CONSOLIDATED** |
| Plaintiffs, | ) | **CASE 3:03 CV 0383 (DJS)** |
| | ) | |
| v. | ) | |
| | ) | THIS PLEADING PERTAINS TO |
| BARRY LEONARD BULAKITES, | ) | CIVIL NO. 3:03 CV 1790 (DJS) |
| JAMES ALBERT WINSLOW, | ) | |
| JOSHUA ADAMS CORPORATION, | ) | |
| NATIONWIDE LIFE INSURANCE | ) | |
| CO. OF AMERICA f/k/a PROVIDENT | ) | |
| MUTUAL LIFE INSURANCE CO. AND | ) | |
| LINCOLN NATIONAL LIFE INSURANCE CO. | ) | |
| | ) | |
| Defendants. | ) | AUGUST 11, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b), and Local Rule of Civil Procedure 7(b)(2), Defendants Barry L. Bulakites, James A. Winslow, and Joshua Adams Corporation (the "Bulakites Defendants") hereby move for an extension of time of thirty (30) days to and including September 13, 2004 to file a memorandum of law in opposition to Wasley Products, Inc., Alan A. Wasley, Andrew Brady, Sandi Dumas-Laferriere, and Barry Connells' (the "Wasley Defendants") Motion to Dismiss Crossclaims Asserted by the Bulakites Defendants, filed on July 21, 2004. The Bulakites Defendants require additional

time to respond to the Wasley Defendants' Motion because counsel requires additional time to research and brief the legal issues presented therein.  In addition, Defendant James A. Winslow recently has been hospitalized and is unable to review any material.  Accordingly, the Bulakites Defendants submit that there is good cause to extend the time within which they must object.

The Wasley Defendants consent to an extension of time to respond to their Motion to Dismiss, but only a twenty-one day extension.  This is the Bulakites Defendants' first motion for extension of time related to the Wasley Defendants' Motion to Dismiss.

**WHEREFORE,** the Bulakites Defendants respectfully request that their Motion for Extension of Time be granted.

DEFENDANTS
**BARRY LEONARD BULAKITES, JAMES ALBERT WINSLOW & JOSHUA ADAMS CORPORATION**

By _Peter Rydel_
Peter K. Rydel
Fed. #ct24793
REID AND RIEGE, P.C.
One Financial Plaza, 21st Flr.
Hartford, CT 06103
Tel. 860-278-1150
Fax 860-240-1002

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August 2004, a copy of the foregoing was sent via first class mail, postage prepaid, to the following:

Mary E.R. Bartholic
Cohn Birnbaum & Shea, P.C.
100 Pearl Street
Hartford, CT 06103

Victoria Woodin Chavey, Esq.
Eric L. Sussman, Esq.
Day, Berry & Howard, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103

Theodore J. Tucci, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

Deborah S. Freeman, Esq.
Bryan D. Short, Esq.
Bingham McCutchen
One State Street
Hartford, CT 06103

Thomas G. Moukasher, Esq.
Ian O. Smith, Esq.
Moukasher & Walsh, LLC
Capitol Place
21 Oak Street
Hartford, CT 06106

_Peter K. Rydel_

Peter K. Rydel