UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| WASLEY PRODUCTS INCORPORATED, ET AL | * |
| Plaintiffs | * Civil No. 3:03CV383 (DJS) |
| V. | * APPEARANCE |
| BARRY LEONARD BULAKITES, ET AL | * |
| Defendants | * AUGUST 30, 2004 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

### THE PLAINTIFFS

August 30, 2004
Date

Signature

CT 04315
Connecticut Federal Bar Number

Joseph V. Meaney, Jr., Esq.
Type Name

(860) 522-9100
Telephone Number

49 Wethersfield Avenue
Hartford, CT 06114-1102
Address

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See attached.

Joseph V. Meaney, Jr., Esq.

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Mary E. R. Bartholic, Esq.
Cohn Birnbaum Shea, P.C.
100 Pearl Street
Hartford, CT 06103

Maurice T. FitzMaurice, Esq.
Peter K. Rydel, Esq.
Reid & Riege, P.C.
One Financial Plaza
Hartford, CT 06103-3185

Deborah S. Freeman, Esq.
Bryan D. Short, Esq.
Bingham McCutchen, LLP
One State Street
Hartford, CT 06103-3178

Eric L. Sussman, Esq.
Day, Berry & Howard
CityPlace I
185 Asylum Street
Hartford, CT 06103