## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INCORPORATED AND PRECISION MOLDING COMPANY, INC., <br>     Plaintiffs <br><br> vs. <br><br> BARRY LEONARD BULAKITES, <br> JAMES ALBERT WINSLOW, <br> JOSHUA ADAMS CORPORATION, <br> NATIONWIDE LIFE INSURANCE <br> CO. OF AMERICA f/k/a PROVIDENT <br> MUTUAL LIFE INSURANCE CO. AND <br> LINCOLN NATIONAL LIFE INSURANCE CO. <br>     Defendants | ) <br> ) <br> ) <br> ) CIVIL ACTION NO.: 3:03CV383 (DJS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) SEPTEMBER 1, 2004 |

### MOTION TO WITHDRAW APPEARANCE

The undersigned hereby moves to withdraw her appearance on behalf of the Plaintiffs, **Wasley Products, Incorporated and Precision Molding Company, Inc.**, in the above-entitled action. Joseph V. Meaney, Jr., Esq. has entered an Appearance as replacement counsel on behalf of the Plaintiffs.

                                                Respectfully submitted,

                                                By: /s/ Mary E.R. Bartholic
                                                     Mary E.R. Bartholic, Esq.
                                                     Federal Bar No. ct17518
                                                     Cohn Birnbaum & Shea P.C.
                                                     100 Pearl Street
                                                     Hartford, CT 06103
                                                     Telephone: 860/493-2200
                                                     Facsimile: 860/727-0361
                                                     mbartholic@cb-shea.com

## CERTIFICATION

I hereby certify that on September 1, 2004, copies of the foregoing Motion to Withdraw Appearance were sent via First Class mail, postage prepaid, to:

| | |
|---|---|
| Maurice T. FitzMaurice, Esq.<br>Peter K. Rydel, Esq.<br>Reid & Riege, P.C.<br>One Financial Plaza<br>Hartford, CT 06103-3185 | Deborah S. Freeman, Esq.<br>Bryan D. Short, Esq.<br>Bingham McCutchen LLP<br>One State Street<br>Hartford, CT 06103-3178 |
| Albert Zakarian, Esq.<br>Eric L. Sussman, Esq.<br>Victoria Woodin Chavey, Esq.<br>Day, Berry & Howard<br>CityPlace 1, 185 Asylum Street<br>Hartford, CT 06103-3499 | Thomas G. Moukawsher, Esq.<br>Ian O. Smith, Esq.<br>Moukawsher & Walsh<br>Capitol Place<br>21 Oak Street, Suite 209<br>Hartford, CT 06106 |
| Theodore J. Tucci, Esq.<br>Jean Elizabeth Tomasco, Esq.<br>Robinson & Cole<br>280 Trumbull Street<br>Hartford, CT 06103 | Joseph V. Meaney, Jr., Esq.<br>49 Wethersfield Avenue<br>Hartford, CT 06114-1102 |

/s/   Mary E.R. Bartholic
   Mary E. R. Bartholic

125155   67783.009