UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INCORPORATED ) <br> AND PRECISION MOLDING ) <br> COMPANY, INC., ) <br>     Plaintiffs ) <br> ) <br> vs. ) <br> ) <br> BARRY LEONARD BULAKITES, ) <br> JAMES ALBERT WINSLOW, ) <br> JOSHUA ADAMS CORPORATION, ) <br> NATIONWIDE LIFE INSURANCE ) <br> CO. OF AMERICA f/k/a PROVIDENT ) <br> MUTUAL LIFE INSURANCE CO. AND ) <br> LINCOLN NATIONAL LIFE INSURANCE CO. ) <br>     Defendants ) | CIVIL ACTION NO.: 3:03CV383 (DJS) <br><br><br><br><br><br><br><br><br><br><br><br> SEPTEMBER 1, 2004 |

### MOTION TO WITHDRAW APPEARANCE

The undersigned hereby moves to withdraw his appearance on behalf of the Plaintiffs, **Wasley Products, Incorporated and Precision Molding Company, Inc.**, in the above-entitled action. Joseph V. Meaney, Jr., Esq. has entered an Appearance as replacement counsel on behalf of the Plaintiffs.

    Respectfully submitted,

    By: /s/ Thomas W. Witherington
        Thomas W. Witherington, Esq.
        Federal Bar No. ct05711
        Cohn Birnbaum & Shea P.C.
        100 Pearl Street
        Hartford, CT 06103
        Telephone: 860/493-2200
        Facsimile: 860/727-0361
        twitherinton@cb-shea.com

## CERTIFICATION

     I hereby certify that on September 1, 2004, copies of the foregoing Motion to Withdraw Appearance were sent via First Class mail, postage prepaid, to:

| | |
|---|---|
| Maurice T. FitzMaurice, Esq.<br>Peter K. Rydel, Esq.<br>Reid & Riege, P.C.<br>One Financial Plaza<br>Hartford, CT 06103-3185 | Deborah S. Freeman, Esq.<br>Bryan D. Short, Esq.<br>Bingham McCutchen LLP<br>One State Street<br>Hartford, CT 06103-3178 |
| Albert Zakarian, Esq.<br>Eric L. Sussman, Esq.<br>Victoria Woodin Chavey, Esq.<br>Day, Berry & Howard<br>CityPlace 1, 185 Asylum Street<br>Hartford, CT 06103-3499 | Thomas G. Moukawsher, Esq.<br>Ian O. Smith, Esq.<br>Moukawsher & Walsh<br>Capitol Place<br>21 Oak Street, Suite 209<br>Hartford, CT 06106 |
| Theodore J. Tucci, Esq.<br>Jean Elizabeth Tomasco, Esq.<br>Robinson & Cole<br>280 Trumbull Street<br>Hartford, CT 06103 | Joseph V. Meaney, Jr., Esq.<br>49 Wethersfield Avenue<br>Hartford, CT 06114-1102 |

                                            /s/    Thomas W. Witherington
                                                  Thomas W. Witherington

125156   67783.009