FILED

2004 SEP 20  A 11: 4

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INCORPORATED AND PRECISION MOLDING COMPANY, INC.<br><br>Plaintiffs,<br><br>v.<br><br>BARRY LEONARD BULAKITES, ET AL.,<br><br>Defendants. | MASTER CONSOLIDATED CASE 3:03 CV 0383 (DJS)<br><br><br><br>SEPTEMBER 16, 2004 |

### MOTION FOR ORDER PERMITTING MOTION FOR LEAVE TO WITHDRAW APPEARANCE TO BE FILED UNDER SEAL

Maurice T. FitzMaurice and Peter K. Rydel ("Movants") hereby move for an Order permitting them to file their Motion for Leave to Withdraw Appearance with the Court under seal.

The Movants request permission to file their Motion under seal because the papers filed in support of said Motion may contain information protected by the attorney-client and/or attorney work-product privileges.

In addition, pursuant to Federal Rule of Civil Procedure 77(b), the Movants request that any hearing or argument held in connection with their Motion to Withdraw Appearance be held in camera and ex parte, with only the Movants and the Movant's clients in

19410.000/365943.1

attendance. This request is made to ensure that all privileged communications and documents in the hands of the Movants and its clients are protected from disclosure.

The Movant's Motion for Leave to Withdraw Appearance and accompanying Memorandum of Law in Support of Motion for Leave to Withdraw Appearance are submitted herewith under seal.

> MAURICE T. FITZMAURICE
> PETER K. RYDEL
> **COUNSEL TO**
> **DEFENDANTS**
>
> BARRY LEONARD BULAKITES, JAMES ALBERT WINSLOW & JOSHUA ADAMS CORPORATION
>
> By _/s/ Peter K. Rydel_
> Peter K. Rydel
> Fed. # ct24793
> REID AND RIEGE, P.C.
> One Financial Plaza, 21st Flr.
> Hartford, CT 06103
> Tel. 860-278-1150
> Fax 860-240-1002

19410.000/365943.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September 2004, a copy of the foregoing Motion for Order Permitting Motion for Leave to Withdraw Appearance to be Filed Under Seal was sent via first class mail, postage prepaid, to the following:

Joseph V. Meaney, Jr., Esq.
49 Wethersfield Avenue
Hartford, CT 06114-1102

Eric L. Sussman, Esq.
Day, Berry & Howard, LLP
CityPlace I
185 Asylum Street
Hartford, CT  06103

Thomas G. Moukasher, Esq.
Moukasher & Walsh, LLC
Capitol Place
21 Oak Street
Hartford, CT 06106

Deborah S. Freeman, Esq.
Bryan D. Short, Esq.
Bingham McCutchen
One State Street
Hartford, CT 06103

Theodore J. Tucci, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597

*Peter K. Rydel*
Peter K. Rydel

I further certify that on this 16th day of September 2004, a copy of the foregoing Motion for Leave to Withdraw Appearance was sent via certified mail, postage prepaid, to the following:

Barry L. Bulakites
558 Castle Pines Pkwy.
Unit B4 # 401
Castle Pines, CO 80108

James A. Winslow
61 Muller Drive
Westbrook, CT 06498

*Peter K. Rydel*
Peter K. Rydel

19410.000/365943.1

3