UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WASLEY PRODUCTS, INCORPORATED and PRECISION MOLDING COMPANY, INC., | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | No. 3:03CV383(DJS) |
| BARRY LEONARD BULAKITES, JAMES ALBERT WINSLOW, JOSHUA ADAMS CORPORATION, NATIONWIDE LIFE INSURANCE CO. OF AMERICA f/k/a PROVIDENT MUTUAL LIFE INSURANCE CO., and LINCOLN NATIONAL LIFE INSURANCE CO., | : : : : : : : : | |
| Defendants. | : | |

<u>ORDER</u>

Maurice FitzMaurice and Peter Rydel (collectively the "movants"), of the law firm Reid & Reige, P.C., have filed a second motion to withdraw their appearances on behalf of defendants Barry L. Bulakites, James A. Winslow, and the Joshua Adams Corporation (dkt. # 118).  With respect to this filing, the court orders the following:

1.    The Clerk shall docket the motion for leave to withdraw appearance and memorandum of law in support of motion for leave to withdraw appearance.

2.    Movants' motion for order permitting motion for leave to withdraw appearance to be filed under seal (dkt. # 118) is **GRANTED in part.**  The motion for leave to withdraw appearance shall not be placed under seal.  The memorandum of law in support

of motion for leave to withdraw appearance shall be filed <u>ex parte</u> and placed under seal.  Access to the sealed document is restricted to the movants and Bulakites, Winslow, and the Joshua Adams Corporation.

3.    Defendants Bulakites, Winslow, and the Joshua Adams Corporation shall, if necessary, file an opposition to movants' motion to withdraw on or before **October 21, 2004**.  This opposition shall be filed <u>ex parte</u> and under seal, and shall be served upon the movants only.  Upon filing, the Clerk shall place the opposition papers under seal, with access restricted to the court, the movants, and Bulakites, Winslow, and the Joshua Adams Corporation.

4.    Movants shall serve a copy of this order upon Bulakites, Winslow, and the Joshua Adams Corporation forthwith.

So ordered this 28th day of September, 2004.


**/s/DJS**
_____
        **DOMINIC J. SQUATRITO**
    **UNITED STATES DISTRICT JUDGE**