UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INCORPORATED AND PRECISION MOLDING COMPANY, INC.<br><br>    Plaintiffs,<br><br>v.<br><br>BARRY LEONARD BULAKITES, ET AL.,<br><br>    Defendants. | MASTER CONSOLIDATED<br>CASE 3:03 CV 0383 (DJS)<br><br><br><br><br><br>SEPTEMBER 16, 2004 |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Civil Rules of the United States District Court for the District of Connecticut, Maurice T. FitzMaurice and Peter K. Rydel hereby move for leave to withdraw their appearance as counsel for Defendants Barry L. Bulakites, James A. Winslow, and Joshua Adams Corporation in the above-captioned matter.

The grounds for this Motion are set forth in counsel's accompanying Memorandum of Law, filed herewith under seal.

MAURICE T. FITZMAURICE
PETER K. RYDEL
COUNSEL TO
DEFENDANTS

BARRY LEONARD BULAKITES, JAMES
ALBERT WINSLOW & JOSHUA ADAMS
CORPORATION

By *(signature)*
Peter K. Rydel
Fed. # ct24793
REID AND RIEGE, P.C.
One Financial Plaza, 21st Flr.
Hartford, CT 06103
Tel. 860-278-1150
Fax 860-240-1002

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September 2004, a copy of the foregoing Motion for Leave to Withdraw Appearance was sent via first class mail, postage prepaid, to the following:

Joseph V. Meaney, Jr., Esq.
49 Wethersfield Avenue
Hartford, CT 06114-1102

Eric L. Sussman, Esq.
Day, Berry & Howard, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103

Thomas G. Moukasher, Esq.
Moukasher & Walsh, LLC
Capitol Place
21 Oak Street
Hartford, CT 06106

Deborah S. Freeman, Esq.
Bryan D. Short, Esq.
Bingham McCutchen
One State Street
Hartford, CT 06103

Theodore J. Tucci, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597

_____
Peter K. Rydel

I further certify that on this 16th day of September 2004, a copy of the foregoing Motion for Leave to Withdraw Appearance was sent via certified mail, postage prepaid, to the following:

Barry L. Bulakites
558 Castle Pines Pkwy.
Unit B4 # 401
Castle Pines, CO 80108

James A. Winslow
61 Muller Drive
Westbrook, CT 06498

_____
Peter K. Rydel

3