UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2004 OCT -7 A 10: 41

| | |
|---|---|
| WASLEY PRODUCTS, INCORPORATED ET AL. | ) CIVIL ACTION NO. 3:03CV383 (DJS) ) ) |
| vs. | ) ) |
| BARRY LEONARD BULAKITES, ET AL. | ) OCTOBER 7, 2004 |

### PLAINTIFFS' MEMORANDUM IN OPPOSITION TO MOTION FOR LEAVE TO WITHDRAW APPEARANCE

The Plaintiffs hereby object to the Motion For Leave To Withdraw Appearance (the "Motion to Withdraw") filed by Maurice T. FitzMaurice and Peter K. Rydel of the law firm Reid and Reige ("Defendants' Counsel") as counsel for Defendants Barry L. Bulakites, James W. Winslow and Joshua Adams Corporation (the "Bulakites Defendants"). Apparently, the claimed basis for the Motion to Withdraw has been set forth in a memorandum of law, which has been filed under seal. Thus, the Plaintiffs have been provided no basis or explanation whatsoever for the Motion to Withdraw. In the absence of any basis or explanation for Defendants' Counsel's withdrawal, the Plaintiffs object thereto.

According to Rule 7(e) of the Local Rules of Civil Procedure, withdrawal of appearance "normally shall not be granted except upon a showing that other counsel has appeared or the party has elected to proceed pro se. . . ." In cases where the party fails to engage other counsel or to file a pro se appearance, the Court may grant a motion to

withdraw only upon a showing of "good cause." L. Civ. R. 7(e). In its Motion to Withdraw, Defendants' Counsel gives no indication that substitute counsel will appear on behalf of the Bulakites Defendants or that the individual defendants, Bulakites and Winslow, have elected to proceed pro se. It is doubtful that Defendants' Counsel intends to suggest that any particular information regarding substitute counsel is privileged and should only be disclosed under seal. The Plaintiffs should be provided with a meaningful opportunity to object to the Motion to Withdraw. Unless information regarding substitute counsel, along with a full explanation of the basis for the withdrawal is provided to the Plaintiffs, the Motion to Withdraw should be denied.

Ultimately, it is the Plaintiffs who will be prejudiced if the attorneys representing the Bulakites Defendants are permitted to withdraw their Appearances. This matter has been pending since March, 2003. The Bulakites Defendants are well aware that the Plaintiffs are under severe financial pressure, in part, as a consequence of the misappropriation of pension funds, which are the subject of this litigation. In addition, the Bulakites Defendants are cognizant that with each passing month, that financial pressure on the Plaintiffs is exacerbated. If the attorneys for the Bulakites Defendants are permitted to withdraw at this time, without the immediate appearance of substitute counsel, further progress in this case will be impeded, leaving little possibility of moving toward an expeditious resolution. It is important to note that Defendants' Counsel previously filed a Motion for Leave to Withdraw Appearance from this case in January, 2004 (the "former Motion to

**CRANMORE, FITZGERALD & MEANEY** • *ATTORNEYS AT LAW*
49 WETHERSFIELD AVENUE • HARTFORD, CONNECTICUT 06114-1102 • (860) 522-9100

Withdraw"). The accompanying Memorandum of Law in support of such former Motion to Withdraw was filed under seal. The Plaintiffs objected to such Motion for the same reasons the Plaintiffs now object to the current Motion to Withdraw at hand, and this Court subsequently denied the former Motion to Withdraw (under seal). Accordingly, the current Motion to Withdraw should likewise be denied.

For the reasons set forth above, and in the absence of an immediate appearance by substitute counsel for the Bulakites Defendants, or the demonstration of good cause by Defendants' Counsel, the Motion to Withdraw should be denied.

        WASLEY PRODUCTS, INCORPORATED
        AND PRECISION MOLDING COMPANY,
        INC., THE PLAINTIFFS

By: _____
        Joseph V. Meaney, Jr.
        Cranmore, FitzGerald & Meaney
        49 Wethersfield Avenue
        Hartford, CT 06114
        Phone: (860) 522-9100
        Federal Bar No. ct315

3

CRANMORE, FITZGERALD & MEANEY • ATTORNEYS AT LAW
49 WETHERSFIELD AVENUE • HARTFORD, CONNECTICUT 06114-1102 • (860) 522-9100

## **CERTIFICATION**

This is to certify that a copy of the following was mailed, first class postage prepaid on the 7th of October, 2004 to the following:

Maurice T. Fitzmaurice, Esq.
Peter K. Rydel, Esq.
Reid & Riege, P.C.
One Financial Plaza
Hartford, CT 06103-3185

Deborah S. Freeman, Esq.
Bryan D. Short, Esq.
Bingham McCutchen
One State Street
Hartford, CT 06103-3178

Albert Zakarian, Esq.
Victoria Woodin Chavey, Esq.
Eric L. Sussman, Esq.
Day, Berry & Howard
City Place
Hartford, CT 06103-3499

Thomas G. Moukawsher, Esq.
Ian O. Smith, Esq.
Moukawsher & Walsh
21 Oak Street, Suite 209
Hartford, CT 06106

Theodore J. Tucci, Esq.
Jean E. Tomasco, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

Joseph V. Meaney, Jr.

**CRANMORE, FITZGERALD & MEANEY** • *ATTORNEYS AT LAW*
49 WETHERSFIELD AVENUE • HARTFORD, CONNECTICUT 06114-1102 • (860) 522-9100