UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WASLEY PRODUCTS, INCORPORATED AND PRECISION MOLDING COMPANY, INC. | ) ) ) ) ) | |
| Plaintiffs, | ) ) | MASTER CONSOLIDATED CASE 3:03 CV 0383 (DJS) |
| v. | ) ) ) | |
| BARRY LEONARD BULAKITES, ET AL., | ) ) | |
| Defendants. | ) | OCTOBER 13, 2004 |

## REQUEST FOR HEARING

Maurice T. FitzMaurice and Peter K. Rydel ("Movants") hereby request an in camera, ex parte hearing on the Movant's Motion for Leave to Withdraw Appearance ("Motion") dated September 16, 2004 involving the Court, the Movants, and the Movants' clients Barry Bulakites, James Winslow, and Joshua Adams Corporation. The Movants request a hearing in order to address the circumstances related to the Motion.

COUNSEL TO
DEFENDANTS

BARRY LEONARD BULAKITES,
JAMES ALBERT WINSLOW &
JOSHUA ADAMS CORPORATION

By _/s/ Peter K. Rydel_
Peter K. Rydel
Fed. # ct24793
REID AND RIEGE, P.C.
One Financial Plaza, 21st Flr.
Hartford, CT 06103
Tel. 860-278-1150
Fax 860-240-1002

## CERTIFICATE OF SERVICE

      I hereby certify that on this 13th of October 2004, a copy of the foregoing Request for Hearing was sent via overnight mail to the following:

Barry L. Bulakites  
558 Castle Pines Pkwy.  
Unit B4 # 401  
Castle Pines, CO 80108

James A. Winslow  
61 Muller Drive  
Westbrook, CT 06498

_____  
Peter K. Rydel