*To be treated as the original document*

United States District Court

District of Connecticut

Wasley Products, Incorporated and ) Case No.: 3:03 CV 0383 (DJS)
)
Precision Molding Company, Inc., )
)
     Plaintiff, )
)
  vs. )
)
Barry Leonard Bulakites, James Albert )
)
Winslow, Joshua Adams Corporation, )
)
     Defendant )
)

**CONSENT MOTION FOR EXTENSION OF TIME ON BEHALF OF DEFENDANTS TO RESPOND TO COUNSELS MOTION TO WITHDRAW**

Defendants request that court grant an extension of time to submit an objection to Reid and Riege's motion to withdraw. While to court ordered Attorney FitzMaurice and Rydel to serve the us copy of the court order regarding their motion to withdraw on September 28th, 2004, Attorney Rydel did not notify us until October 13th, 2004 by email that we would need to respond and the actual order with all the details did not arrive in our possession until October 18th, 2004. Reasons to grant the motion are as follows:

1) Defendants do wish to oppose the motion to withdraw.

2) Defendants did not obtain a copy of the court's September 28th order until October 18th, 2004.

-1-

3) Attorney Rydel as indicated in his letter of October 13th admits that they just received the courts order and that they would not object to allowing us sufficient time to respond to their motion and the courts order.

4) Defendants request at least 14 days to prepare an adequate response and objection to Attorney FitzMaurice and Attorney Rydel's motion to withdraw.

Defendants therefore respectfully request that their motion be granted.

DEFENDANTS

Barry L. Bulakites, James A. Winslow & Joshua Adams Corporation

Dated this 19th day of October, 2004

By: *(signature)*