UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INCORPORATED and PRECISION MOLDING COMPANY, INC., : : : : Plaintiffs, : : v. : : BARRY LEONARD BULAKITES, JAMES ALBERT WINSLOW, JOSHUA ADAMS CORPORATION, NATIONWIDE LIFE INSURANCE CO. OF AMERICA f/k/a PROVIDENT MUTUAL LIFE INSURANCE CO., and LINCOLN NATIONAL LIFE INSURANCE CO., : : : : : : : : : Defendants. : | No. 3:03CV383(DJS) |

## ORDER

Pursuant to Rules 37 and 53 of the Federal Rules of Civil Procedure, defendant **BARRY LEONARD BULAKITES** is hereby **ORDERED** to permit the Special Master to inspect the following materials or serve copies of the following materials upon the Special Master relating to the "**Provident Mutual Life Insurance Company Connecticut Agency Account**," Account Number 44-67038242, presently maintained at the Bank of America, formerly Fleet Bank, formerly Shawmut National, formerly Hartford National Bank, for the period of January 1, 1992 through December 31, 2002:

    1.   Cash receipts journals;

    2.   Cash disbursement journals;

    3.   Bank statements supporting cash receipts journals and

cash disbursement journals;

    4.   Cancelled checks supporting cash receipts journals and cash disbursement journals; and

    5.   Any other documents that support or explain any entry or transaction relating to Wasley Products, Incorporated or to funds contributed into this account or removed from this account by, for, or to Barry Bulakites, James Winslow, of the Joshua Adams Corporation.

Defendant **BARRY LEONARD BULAKITES** shall permit inspection or serve copies of these materials on or before **March 25, 2005.**

    So ordered this 22nd day of February, 2005.

                                          **/s/DJS**

                                   _____
                                   **DOMINIC J. SQUATRITO**
                                   **UNITED STATES DISTRICT JUDGE**