UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WASLEY PRODUCTS, INCORPORATED :
and PRECISION MOLDING COMPANY, :
INC., :
 :
    Plaintiffs, :
 :
v. : No. 3:03CV383(DJS)
 :
BARRY LEONARD BULAKITES, JAMES :
ALBERT WINSLOW, JOSHUA ADAMS :
CORPORATION, NATIONWIDE LIFE :
INSURANCE CO. OF AMERICA f/k/a :
PROVIDENT MUTUAL LIFE :
INSURANCE CO., and LINCOLN :
NATIONAL LIFE INSURANCE CO., :
 :
    Defendants. :

## ORDER

The court's January 7, 2005 order (dkt. # 131) on Maurice FitzMaurice and Peter Rydel's second motion to withdraw their appearances on behalf of defendants Barry L. Bulakites, James A. Winslow, and the Joshua Adams Corporation (dkt. # 118) is **VACATED**. For the reasons set forth in the memorandum of decision filed under seal this same day, Maurice FitzMaurice and Peter Rydel's second motion to withdraw their appearances on behalf of defendants Barry L. Bulakites, James A. Winslow, and the Joshua Adams Corporation (dkt. # 118) is **GRANTED**. Bulakites and Winslow shall file pro se appearances on or before March 10, 2005 if no substitute appearances are filed on their behalf prior to that date. The Joshua Adams Corporation shall obtain new counsel who must file an appearances on its behalf on or before April 4,

2005. If no new appearances are filed by the dates provided herein then default may be entered against the party failing to appear. FitzMaurice and Rydel shall serve a copy of this order upon their clients and shall advise them of the consequences for failing to appear. This order shall not affect any deadline currently in place for this matter.

So ordered this 3rd day of March, 2005.

/s/DJS

_____
DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE