# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

WASLEY PRODUCTS,
INCORPORATED, ET AL                        :
    Plaintiffs

    v.                                     : CIVIL NO.: 3:03cv383(DJS)-Lead Case
                                 Consolidated w/ 3:03cv1790

BARRY LEONARD BULAKITES,
ET AL                                      :
    Defendants

## ORDER

The attached letters regarding Maurice FitzMaurice and Peter Rydel's Motion to

Withdraw shall be placed under seal with access limited to Barry Bulakites, James Winslow,

The Joshua Adams Corporation and their counsel.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __8th__ day of March, 2005.


                                /s/DJS
                                Dominic J. Squatrito
                                United States District Judge