March 10, 2005



Clerk of The Court
United States District Court
450 Main Street
Hartford, CT 06103

## MOTION FOR EXTENSION OF TIME

Re: Wasley Products, Et al. v. Barry Leonard Bulakites, and James Albert Winslow et al.
   No. 3:03CV383(DJS)

Defendants Bulakites and Winslow request an extension of time be granted to obtain counsel to replace Attorney's Fitzmaurice and Rydel. This letter is pursuant to conversation with Judge Squatrito on March 9th pertaining to his order of March 3rd 2005 granting Fitzmaurice and Rydel's motion to withdraw.

Mr. Bulakites phoned the Court and spoke to Judge Squatrito on the morning of March 9th regarding the Courts order and to request an extension of time. Defendents Bulakites and Winslow had not received the Court's order until March 7th therefore allowing only a few days to secure replacement counsel. Defendants Bulakites and Winslow are actively engaged in conversation with a new firm that they desire represent them in this matter who requested that we phone the Court. Unfortunately, the Attorney that has been selected has been on trial and was unavailable to review case files and has not had the opportunity to speak with Attorney Fitzmaurice.

Given these facts we were asked to call the court and request a brief extension of time to allow them to get files and file an appearance. Mr. Bulakites called the Court and spoke to Judge Squatrito on the morning on March 9th, 2005 and explained the predicament. Judge Squatrito indicated that he felt a brief extension should not be a problem and indicated he would inform his Clerk and have him call Mr. Bulakites later that day if there was a problem.

On March 10, 2005 we called the Clerk to verify if a letter needed to be submitted and were informed to file this motion. Therefore, Bulakites and Winslow respectfully request an extension until March 24th to retain appropriate counsel and have them file an appearance on our behalf.

Thank You


Barry Leonard Bulakites
558 Castle Pines Parkway Unit B4 #401
Castle Rock, CO 80108

James Albert Winslow
45 Sagamore Terrace South
Westbrook, CT 06498

By: _____
Barry L. Bulakites for Defendants