UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **WASLEY PRODUCTS, INCORPORATED, ET AL**<br>    **Plaintiffs** | : |
| v. | : CIVIL NO.: 3:03cv383(DJS)-Lead Case<br>   Consolidated w/ 3:03cv1790 |
| **BARRY LEONARD BULAKITES, ET AL**<br>    **Defendants** | : |

### ORDER

In the interest of justice, the above-captioned case is hereby transferred to the Honorable **Mark R. Kravitz**, United States District Judge, who sits in **New Haven**, Connecticut. All further pleadings or documents in this matter should be filed with the Clerk's Office in **New Haven** and bear the docket number **3:03cv383(DJS)**. Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled. See Local Rule 3(a).

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this ___11th___ day of March, 2005.

  /s/DJS
Dominic J. Squatrito
United States District Judge