UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREGORY PRENTISS, JOHN RIZZI, RICHARD SEICH, and DOROTHY BROWN, individually and on behalf of the Wasley Products Inc. 401(k) Profit Sharing Plan, | : **MASTER CONSOLIDATED CASE** <br> : **CIVIL NO. 3:03 CV 383 (MRK)** |
| Plaintiffs, | : THIS PLEADING PERTAINS TO: <br> : CIVIL NO. 3:03 CV 1790 (MRK) |
| V. | : |
| BARRY CONNELL, BARRY L. BULAKITES, JAMES A. WINSLOW, JOSHUA ADAMS CORP., | : |
| Defendants and Crossclaim Plaintiffs, | : |
| V. | : |
| WASLEY PRODUCTS, INC., ALAN A. WASLEY, ANDREW BRADY, SANDI DUMAS-LAFERRIERE, BARRY CONNELL, | : |
| | : MARCH 17, 2005 |
| Defendants and Crossclaim Defendants. | : |

**MOTION FOR EXTENSION OF TIME TO RESPOND
TO CROSSCLAIMS**

Wasley Products, Inc., Alan Wasley, Andrew Brady, Sandi Dumas-Laferriere and Barry Connell (collectively, the "Wasley Defendants") hereby request a brief extension of time, up to and including April 15, 2005, to respond to the Crossclaims filed by Defendants Barry Bulakites, James Winslow and Joshua Adams Corporation (collectively the "Bulakites Defendants") on September 16, 2004.

The reasons for this motion are as follows.

On September 16, 2004 the Bulakites Defendants filed a Second Answer, Affirmative Defenses and Crossclaims against the Wasley Defendants. The Wasley Defendants moved to

ORAL ARGUMENT NOT REQUESTED

Dismiss all of the Crossclaims. By decision dated March 10, 2005, the Court denied the Wasley Defendants' Motion to Dismiss the Crossclaims. In addition, the court recently permitted counsel for the Bulakites Defendants to withdraw from the case and ordered the Bulakites Defendants to file substitute appearances. On March 11, 2005, the Bulakites Defendants filed a Motion for Extension of Time up to and including March 24, 2005 to retain new counsel.[1] Counsel for the Wasley Defendants are requesting additional time so as to confer with their clients concerning the recent developments in the case and prepare an answer to the Crossclaims. In addition, it is hoped that by that time new appearances will be filed on behalf of the Bulakites Defendants which should facilitate service of the pleading.

This is the Wasley Defendants first request for an extension of this deadline. This office contacted Mr. Bulakites who has no objection to this motion but was not able to contact Mr. Winslow to ascertain his position.

DEFENDANTS and CROSSCLAIM DEFENDANTS

WASLEY PRODUCTS, INC., ALAN A. WASLEY, ANDREW BRADY, SANDI DUMAS-LAFERRIERE, AND BARRY CONNELL

By: /s/ Jean E. Tomasco
Theodore J. Tucci (ct05249)
ttucci@rc.com
Jean E. Tomasco (ct09635)
jtomasco@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax: (860) 275-8299

---

[1] The Wasley Defendants were not notified of this request until it was filed with the court but do not oppose the Motion for Extension of Time.

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, first class postage prepaid on the 17th day of March, 2005 to the following:

Barry Bulakites
558 Castle Pines Parkway Unit B4 #401
Castle Rock, CO  80108

James Albert Winslow
45 Sagamore Terrace South
Westbrook, CT  06498

Deborah S. Freeman, Esq.
Bryan D. Short, Esq.
Bingham McCutchen
One State Street
Hartford, CT  06103-3178

Albert Zakarian, Esq.
Victoria Woodin Chavey, Esq.
Eric L. Sussman, Esq.
Day, Berry & Howard
CityPlace
Hartford, CT  06103-3499

Thomas G. Moukawsher, Esq.
Ian O. Smith, Esq.
Moukawsher & Walsh
21 Oak Street, Suite 209
Hartford, CT  06106

Joseph V. Meaney, Jr., Esq.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Ave.
Hartford, CT  06114-1102

Jean E. Tomasco