2005 MAR 21 P 2: 10

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREGORY PRENTISS, JOHN RIZZI, RICHARD SEICH, and DOROTHY BROWN, individually and on behalf of the Wasley Products Inc. 401(k) Profit Sharing Plan<br>Plaintiffs, | |
| V. | MASTER CONSOLIDATED CASE<br>3:03 CV 0383 (MRK) |
| WASLEY PRODUCTS, INC., ALAN A. WASLEY, ANDREW BRADY, SANDI DUMAS-LAFERRIERE, BARRY CONNELL, BARRY L. BULAKITES, JAMES A. WINSLOW, and JOSHUA ADAMS CORP.<br>Defendants | THIS PLEADING PERTAINS TO:<br>3:03 CV 01790 (MRK) |
| WASLEY PRODUCTS, INC., ALAN A. WASLEY, ANDREW BRADY, SANDI DUMAS-LAFERRIERE, and BARRY CONNEL<br>Third Party Plaintiffs | |
| V. | |
| NATIONWIDE LIFE INSURANCE CO. OF AMERICA f/k/a PROVIDENT MUTUAL LIFE INSURANCE CO. and LINCOLN NATIONAL LIFE INSURANCE CO.<br>Third Party Defendants | MARCH 17, 2005 |

## APPEARANCE

Please enter the appearance of the undersigned on behalf of Nationwide Life Insurance Company of America, an interested party, in the above-captioned matter.

Dated at Hartford, Connecticut, this 17th day of March, 2005.

CTDOCS:1573657.1
CTDOCS/1622318.1

DEFENDANT,
NATIONWIDE LIFE INSURANCE
COMPANY OF AMERICA

By: *[signature]*
Sara R. Simeonidis [ct25566]
BINGHAM MCCUTCHEN LLP
One State Street
Hartford, CT 06103
(860) 240-2700
(860) 240-2800 (fax)
Its Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing Appearance has been served this 17th day of March, 2005, via first class mail, postage prepaid, to all counsel and pro se parties of record in these consolidated actions as follows:

Thomas G. Moukawsher, Esq.
Ian O. Smith, Esq.
Moukawsher & Walsh
21 Oak Street, Suite 209
Hartford, CT 06106

Theodore J. Tucci, Esq.
Jean E. Tomasco, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Barry Leonard Bulakites
558 Castle Pines Parkway Unit B4 #401
Castle Rock, CO 80108

James Albert Winslow
45 Sagamore Terrace South
Westbrook, CT 06498

Joshua Adams Corporation
149 Durham Road Suite 25
Madison, CT 06443

Joseph V. Meany, Jr.
Cranmore, Fitzgerald & Meany
49 Wethersfield Avenue
Hartford, CT 06114-1102

Albert Zakarian, Esq.
Victoria Woodin Chavey, Esq.
Eric Sussman, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103

_____
Sara R. Simeonidis

3

CTDOCS:1573657.1
CTDOCS/1622318.1