FILED

2005 APR -5 P 12: 21

U.S. DISTRICT COURT
NEW HAVEN CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INCORPORATED AND PRECISION MOLDING COMPANY Inc<br><br>Plaintiffs,<br><br>v.<br><br>Barry Leonard Bulakites, James Albert Winslow et al. | Master Consolidated Case<br><br>Civil No.3:03CV 383 (MRK)<br><br>Formerly<br><br>No. 3:03CV383 (DJS) |

**MOTION FOR EXTENSION OF TIME TO REPLACE COUNSEL**

Defendants Bulakites and Winslow request a brief extension of time up to and including April 11, 2005 be granted to obtain counsel to replace Attorney's Fitzmaurice and Rydel. This letter is pursuant to conversation with Judge Squatrito on March 9th pertaining to his order of March 3rd 2005 granting Fitzmaurice and Rydel's motion to withdraw.

Mr. Bulakites phoned the Court and spoke to Judge Squatrito on the morning of March 9th regarding the Courts order and to request an extension of time. Defendants Bulakites and Winslow had not received the Court's order until March 7th therefore allowing only a few days to secure replacement counsel. Defendants Bulakites and Winslow are actively engaged in conversation with a new firm that they desire represent them in this matter who requested that we phone the Court. Unfortunately, the Attorney that has been selected has been

- 1

on trial and was unavailable to review case files and has not had the opportunity to speak with Attorney Fitzmaurice.

Given these facts we were asked to call the court and request a brief extension of time to allow them to get files and file an appearance. Mr. Bulakites called the Court and spoke to Judge Squatrito on the morning on March 9th, 2005 and explained the predicament. Judge Squatrito indicated that he felt a brief extension should not be a problem and indicated he would inform his Clerk and have him call Mr. Bulakites later that day if there was a problem.

On March 10, 2005 we called the Clerk to verify if a letter needed to be submitted and were informed to file this motion. Defendants Bulakites and Winslow filed a motion for extension of time up to an including March 24th 2005 to have replacement counsel file an appearance.

Subsequent to that motion defendants were notified that Judge Squatrito had transferred the consolidated case Judge Kravitz in New Haven. Defendants are therefore in discussion with firms in New Haven regarding these new developments. The firm we have selected is in the process of obtaining files and prior records from the case. We expect that they will file their appearance on or before April 1, 2005 and therefore respectfully request the extension.

1  Defendants have also recently learned that Attorney Zakarian of Day, Berry &
2  Howard represents one of the plaintiff's in this case. We believe that this
3  represents a conflict in that Attorney Zakarian has represented Defendant
4  Bulakites as part of an employment matter in the past. Further Day, Berry &
5  Howard were consulted with regard to this case by defendants during which
6  discussions Day, Berry & Howard may have obtained confidential information
7  that the defendants provided. We are researching this further and expect to
8  make further motions based on this fact.

10 DEFENDENTS:
11 Barry Leonard Bulakites
12 And
13 James Albert Winslow

15 BY:
16 _____
17 Barry Leonard Bulakites

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, first class mail on March 24th to:

Deborah S Freeman Esq.
Bryan Short Esq.
Bingham McCutchen
One State Street
Hartford, CT 06103

Albert Zakarian, Esq.
Vistoria Woodin Chavey, Esq.
Eric Suusman Esq.
Day, Berry & Howard
CityPlace
Hartford, CT 06103

Thomas G Moukawsher Esq
Ian O. Smith Esq.
Moukawsher & Walsh
21 Oak Street Suite 209
Hartford, CT 06106

Joseph V. Meaney, Jr. Esq.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Ave.
Hartford, CT 06114

Dated March 24, 2005

By: _____
Barry L. Bulakites