UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS ET AL., : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> BULAKITES, ET AL. : <br> : <br> Defendants. : | CIVIL NO.   3:03CV383 (MRK) |

## ORDER

The Court having held an on-the-record telephonic status conference with the parties on **April 11, 2005**, enters the following orders:

1. Defendants Barry Bulakites and James Winslow shall have until **April 22, 2005** to either (a) obtain replacement counsel or (b) file *pro se* appearances. If Defendants Bulakites and Winslow have not appeared, either as *pro se* litigants or through counsel by April 22, 2005, plaintiffs are free to move for entry of default. Defendants Bulakites and Winslow are hereby cautioned that if a default is entered against them as a result of their failure to appear, a substantial award of damages may also be awarded against them by way of a default judgment. Therefore, the consequence of Defendants Bulakites' and Winslow's failure to appear, either *pro se* or through counsel, by April 22, 2005, may be severe.

2. Defendant Joshua Adams Corporation ("JAC") shall have until **April 22, 2005** to have replacement counsel file an appearance on JAC's behalf. Because JAC is a corporation, it may not file a *pro se* appearance but must be represented by counsel. *See, e.g., Eagle*

*Assocs. v. Bank of Montreal*, 926 F.2d 1305, 1308 (2d Cir. 1991).  If no counsel appears for Defendant JAC by April 22, 2005, plaintiffs are free to move for entry of default.  Defendant JAC is hereby cautioned that if a default is entered as a result of JAC's failure to file an appearance of counsel, a substantial award of damages may also be awarded against JAC them by way of a default judgment.  Therefore, the consequence of Defendant JAC's failure to file an appearance of counsel by April 22, 2005, may be severe.

                                                  IT IS SO ORDERED.

                              /s/ _____Mark R. Kravitz_____
                                      United States District Judge

**Dated at New Haven, Connecticut on April 12, 2005.**