UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, ET AL. | CASE NO. 3:03CV383 (MRK) |
| Plaintiffs V. | |
| BUKLAKITES, ET AL. | |
| Defendants | APRIL 25, 2005 |

### APPEARANCE

The undersigned hereby appears in this case as counsel for the defendants, **Barry Bulakites, James Winslow** and **Joshua Adams Corporation.**

STEVEN J. ERRANTE, ESQ. ctO4292
Lynch, Traub, Keefe 85 Errante, P.C.
52 Trumbull Street P.O. Box 1612
New Haven, CT 06506-1612
(203)787-0275 (telephone) (203)782-0278 (fax) serrante@ltke. com

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW 52 TRUMBULL STREET P.O. BOX1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

H : \ FEDERAL APPEARANCE . DOC

-1-

CERTIFICATION OF SERVICE

    A copy of the foregoing appearance was served by first class mail on April 25, 2005 to all counsel of record as set forth below:

Mary E.R. Bartholic, Esq.
Cohn Birnbaum & Shea, P.C.

Steven J. Errante

100 Pearl Street Hartford, CT 06103

o

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW 52 TRUMBULL STREET P.O. BOX1612  NEW HAVEN, CONNECTICUT O65O6-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

H:\FEDERAL APPEARANCE.DOC