UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INC., ET AL., | MASTER CONSOLIDATED CASE<br>CIVIL NO. 3:03 CV 383 (MRK) |
| Plaintiffs, | |
| | THIS PLEADING PERTAINS TO:<br>CIVIL NO. 3:03 CV 1790 (MRK) |
| V. | (<u>Prentiss et al. v. Wasley Products, Inc. et al.</u>) |
| BARRY BULAKITES, ET AL., | |
| Defendants. | APRIL 26, 2005 |

## MOTION FOR JUDGMENT BY DEFAULT

Pursuant to Fed. R. Civ. P. 55 of the Federal Rules of Civil Procedure, defendants/crossclaim plaintiffs Wasley Products, Inc., Alan A. Wasley, Andrew Brady, Sandi Dumas-LaFerriere, and Barry Connell (collectively, the "Wasley Defendants") in the matter of <u>Prentiss et al. v. Wasley Products et al.</u>, docket # 3:03 CV 1790 (MRK), hereby move the court for a default judgment in their favor on all of the crossclaims brought by them against co-defendants Barry Bulakites, James Winslow, and Joshua Adams Corp. (collectively, the "Bulakites Defendants"). The crossclaims are set forth in the Wasley Defendants' Answer, Affirmative Defenses, and Crossclaims dated February 23, 2004.

The reasons for this motion are as follows. On April 12, 2005, following a telephonic status conference in which the Bulakites Defendants participated, the court

ordered the Bulakites Defendants to obtain replacement counsel or, if appropriate, to file pro se appearances on or before April 22, 2005.[1] The court clearly stated that, if appearances were not filed, it would entertain motions for default and warned the Bulakites Defendants of the consequences of default judgment. As of the date of this motion, no appearances have been filed on behalf of any of the Bulakites Defendants.

Rule 55(d) of the Federal Rules of Civil Procedure states that the provisions of the rule apply not only to plaintiffs but also to parties who have pleaded a crossclaim. The Wasley Defendants therefore request that the court enter a default judgment against the Bulakites Defendants on all of the Wasley Defendants' crossclaims.

DEFENDANTS and CROSSCLAIM PLAINTIFFS
WASLEY PRODUCTS, INC., ALAN A. WASLEY,
ANDREW BRADY, SANDI DUMAS-
LAFERRIERE, AND BARRY CONNELL

By: _____
Theodore J. Tucci (ct05249)
ttucci@rc.com
Jean E. Tomasco (ct09635)
jtomasco@rc.com
    Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax: (860) 275-8299

---

[1] The Wasley Defendants note that the Bulakites Defendants had filed two previous motions for extension of time to retain replacement counsel. The first motion for extension of time was filed on March 11, 2005. The second motion for extension of time was filed on April 15, 2005. The court granted both motions, but the Bulakites Defendants failed to comply with the deadlines for appearances.

2

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed by certified mail, return receipt requested, on the twenty-sixth day of April 2005 to the following:

Barry Bulakites
558 Castle Pines Parkway Unit B4 #401
Castle Rock, CO  80108
(via certified mail 7003 3110 0003 7068 9617)

James Albert Winslow
45 Sagamore Terrace South
Westbrook, CT  06498
(via certified mail 7003 3110 0003 7068 9624)

And that a copy was also mailed via first-class mail, postage prepaid, to the following:

Deborah S. Freeman, Esq.
Sara R. Simeonidis, Esq.
Bingham McCutchen LLP
One State Street
Hartford, CT  06103-3178

Albert Zakarian, Esq.
Victoria Woodin Chavey, Esq.
Eric L. Sussman, Esq.
Day, Berry & Howard LLP
CityPlace
Hartford, CT  06103-3499

Thomas G. Moukawsher, Esq.
Ian O. Smith, Esq.
Moukawsher & Walsh LLC
21 Oak Street, Suite 209
Hartford, CT  06106

Joseph V. Meaney, Jr., Esq.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Ave.
Hartford, CT  06114-1102

                                                    Theodore J. Tucci