# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INC., ET AL., | MASTER CONSOLIDATED CASE CIVIL NO. 3:03 CV 383 (MRK) |
| Plaintiffs, | |
| | THIS PLEADING PERTAINS TO: CIVIL NO. 3:03 CV 1790 (MRK) |
| V. | (<u>Prentiss et al. v. Wasley Products, Inc. et al.</u>) |
| BARRY BULAKITES, ET AL., | |
| Defendants. | APRIL 27, 2005 |

## MOTION FOR DISMISSAL OF CROSSCLAIMS

Pursuant to Fed. R. Civ. P. 41 of the Federal Rules of Civil Procedure, defendants/crossclaim plaintiffs Wasley Products, Inc., Alan A. Wasley, Andrew Brady, Sandi Dumas-LaFerriere, and Barry Connell (collectively, the "Wasley Defendants") in the matter of <u>Prentiss et al. v. Wasley Products et al.</u>, docket # 3:03 CV 1790 (MRK), hereby move the court to dismiss, with prejudice, all of the crossclaims brought by them against co-defendants Barry Bulakites, James Winslow, and Joshua Adams Corp. (collectively, the "Bulakites Defendants"). The crossclaims are set forth in the Bulakites Defendants' Second Amended Answer, Affirmative Defenses and Crossclaims dated September 16, 2004.

The reasons for this motion are as follows. On April 12, 2005, following a telephonic status conference in which the Bulakites Defendants participated, the court

ordered the Bulakites Defendants to obtain replacement counsel or, if appropriate, to file pro se appearances on or before April 22, 2005.[1] As of the date of this motion, no appearances have been filed on behalf of any of the Bulakites Defendants.

Rule 41(b) of the Federal Rules of Civil Procedure provides that, for failure of a plaintiff to prosecute or comply with any order of court, a defendant may move for dismissal of an action or of any claim against the defendant. Further, Rule 41(c) states that these provisions apply to the dismissal of any crossclaim. The Bulakites Defendants have repeatedly failed to comply with the court's orders concerning appearances. The Wasley Defendants therefore request that the court dismiss, with prejudice, all of the Bulakites Defendants crossclaims against the Wasley Defendants.

                          DEFENDANTS and CROSSCLAIM DEFENDANTS
                          WASLEY PRODUCTS, INC., ALAN A. WASLEY,
                          ANDREW BRADY, SANDI DUMAS-LAFERRIERE,
                          AND BARRY CONNELL

By: _____
      Theodore J. Tucci (ct05249)
      ttucci@rc.com
      Jean E. Tomasco (ct09635)
      jtomasco@rc.com
      Robinson & Cole LLP
      280 Trumbull Street
      Hartford, CT 06103-3597
      Tel. No.: (860) 275-8200
      Fax: (860) 275-8299

---

[1] The Wasley Defendants note that the Bulakites Defendants had filed two previous motions for extension of time to retain replacement counsel. The first motion for extension of time was filed on March 11, 2005. The second motion for extension of time was filed on April 15, 2005. The court granted both motions, but the Bulakites Defendants failed to comply with the deadlines for appearances.

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed by certified mail, return receipt requested, on the twenty-seventh day of April 2005 to the following:

Barry Bulakites
558 Castle Pines Parkway Unit B4 #401
Castle Rock, CO  80108
**(via certified mail 7003 3110 0003 7068 9648)**

James Albert Winslow
45 Sagamore Terrace South
Westbrook, CT  06498
**(via certified mail 7003 3110 0003 7068 9631)**

And that a copy was also mailed via first-class mail, postage prepaid, to the following:

Deborah S. Freeman, Esq.
Sara R. Simeonidis, Esq.
Bingham McCutchen LLP
One State Street
Hartford, CT  06103-3178

Albert Zakarian, Esq.
Victoria Woodin Chavey, Esq.
Eric L. Sussman, Esq.
Day, Berry & Howard LLP
CityPlace
Hartford, CT  06103-3499

Thomas G. Moukawsher, Esq.
Ian O. Smith, Esq.
Moukawsher & Walsh LLC
21 Oak Street, Suite 209
Hartford, CT  06106

Joseph V. Meaney, Jr., Esq.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Ave.
Hartford, CT  06114-1102

Theodore J. Tucci