UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INC. ET AL., | **MASTER CONSOLIDATED CASE CIVIL NO.: 3:03 CV 383 (MRK)** |
| Plaintiffs, | THIS PLEADING PERTAINS TO CIVIL NO.: 3:03 CV 1790 (MRK) |
| v. | |
| BARRY BULAKITES, JAMES WINSLOW, AND JOSHUA ADAMS CORPORATION | April 26, 2005 |
| Defendants. | |

**MOTION FOR DEFAULT PURSUANT TO RULE 55 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

The Plaintiff in the above-captioned matter, hereby moves that Defendants, **BARRY BULAKITES, JAMES WINSLOW,** and the **JOSHUA ADAMS CORPORATION** be defaulted pursuant to Federal Rule of Civil Procedure 55 for failure to appear. The Defendants were given several extensions of time during which to find representation. The final extensions expired on April 22, 2005, and no appearance was filed on the Defendants' behalf. As such default should enter.

**ORAL ARGUMENT NOT REQUESTED**

       PLAINTIFF,
       WASLEY PRODUCTS, INC.


BY:    _____
         JOSEPH V. MEANEY JR.
         Cranmore, FitzGerald & Meaney
         49 Wethersfield Avenue
         Hartford, CT 06114-1102
         Tel: (860) 522-9100
         CT 04315

## **ORDER**

The foregoing Motion for Default having been heard by the Court, it is hereby

**ORDERED** as **GRANTED/DENIED.**

By the Court

_____

Judge/Assistant Clerk

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, via First Class mail, this 26th day of April, 2005 to all counsel and pro se parties of record:

Barry Bulakites
558 Castle Pines Parkway
Unit B4 #401
Castle Rock, CO 80108

James Albert Winslow
45 Sagamore Terrace South
Westbrook, CT 06498

Sara Simeonidis, Esq.
Bryan Short, Esq.
Deborah S. Freeman, Esq.
Bingham McCutchen
One State Street
Hartford, CT 06103

Albert Zakarian, Esq.
Victoria Woodin Chavey, Esq.
Eric L. Sussman, Esq.
Day, Berry, & Howard
City Place
Hartford, CT 06103-3499

Thomas G. Moukawasher, Esq.
Ian O. Smith, Esq.
Moukawasher & Walsh
21 Oak Street, Suite 209
Hartford, CT 06106

Joshua Adams Corporation
Suite 25
149 Durham Rd.
Madison, CT 06443                                BY: _____
                                                              Joseph V. Meaney, Jr.