UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WASLEY PRODUCTS ET AL., | : | |
| | : | |
| Plaintiffs, | : | CIVIL NO.   3:03CV383 (MRK) |
| | : | |
| v. | : | |
| | : | |
| BULAKITES, ET AL. | : | |
| | : | |
| Defendants. | : | |

## RULING AND ORDER

Pending before the Court are a Motion for Judgment by Default [doc. #154] and Motion for Dismissal of Crossclaims [doc. #155] filed by the Wasley Defendants, and a Motion for Default Pursuant to Rule 55 of the Federal Rules of Civil Procedure filed by the Plaintiff Wasley Products.  All three motions are premised on the failure of Defendants Barry Bulakites, James Winslow and JAC to obtain representation within the time allowed by the Court.  However, these motions appear moot because attorney Steven Errante filed an appearance [doc. #152] on behalf of all three defendants on April 25, 2005.  Accordingly, the Court DENIES AS MOOT Wasley Products' Motion for Default Pursuant to Rule 55 of the Federal Rules of Civil Procedure [**doc. #156**] and the Wasley Defendants' Motion for Judgment by Default [**doc. #154**] and Motion for Dismissal of Crossclaims [**doc. #155**].

                                                                IT IS SO ORDERED.

                                              /s/      Mark R. Kravitz
                                                  United States District Judge

**Dated at New Haven, Connecticut on May 2, 2005.**