# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

WASLEY PRODUCTS ET AL.,                    :
                                           :
                        Plaintiffs,        :        CIVIL NO. 3:03CV383 (MRK)
                                           :
v.                                         :
                                           :
BULAKITES, ET AL.                          :
                                           :
                        Defendants.        :


## RULING AND ORDER

The Court, having conferred with the parties during an on-the-record telephonic phone

conference on May 6, 2005, enters the following orders.

1.   The parties shall file – preferably jointly, but if agreement cannot be reached, separately – a Proposed Case Management Schedule on or before **June 6, 2005**. The parties' proposal should adhere as closely as possible to the Form 26(f) of this District's Local Rules of Civil Procedure.

2.   Defendants Barry Bulakites, James Winslow and JAC shall have until **June 6, 2005** to produce to the Special Master any additional documents that he has requested.

3.   The Wasley Defendants' Request for Ruling on Motion to Dismiss Crossclaims Asserted by Bulakites Defendants [**doc. #122**] and Sealed Motion [**doc. #127**] are DENIED AS MOOT for the reasons stated on the record.


IT IS SO ORDERED.


/s/        Mark R. Kravitz
United States District Judge


**Dated at New Haven, Connecticut on <u>May 6, 2005</u>.**