UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WASLEY PRODUCTS, INC., ET AL. | : | |
| | : | |
| Plaintiffs, | : | CASE NO. 3:03-cv-383(MRK) |
| | : | |
| V. | : | |
| | : | |
| BARRY LEONARD BULAKITES, ET AL. | : | |
| | : | |
| Defendants. | : | JUNE 3, 2005 |

## **APPEARANCE**

**TO THE CLERK of this court and all parties of record:**

　　Please enter the appearance of **Eric P. Smith** as counsel to defendants **Barry L. Bulakites**, **James A. Winslow** and **Joshua Adams Corporation** IN ADDITION TO their counsel of record.

```
                              BY: _____
                                  ERIC P. SMITH, ESQ.
                                  Fed. Bar No. ct16141
```

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

**CERTIFICATION**

    I hereby certify that a copy of the foregoing was mailed on June 3, 2005 to all counsel and *pro se* parties of record via the United States Postal Service, postage prepaid, as follows:

Joseph V. Meaney, Jr., Esq.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114
Tel. 860 522 9100
Fax 860 522 3379

Ian O. Smith, Esq.
Thomas G. Moukawsher, Esq.
Moukawsher & Walsh
Capitol Place
21 Oak Street, Ste. 209
Hartford, CT 06106
Tel. 860 278 7000
Fax 860 548 1740

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\APPEARANCE BY EPS 6-3-05.DOC

2

Bryan D. Short, Esq.
Deborah S. Freeman
Sara Simeonidies, Esq.
Bingham & McCutchen
One State Street
Hartford, CT 06103
Tel. 860 240 2972
Fax 860 240 2818

Albert Zakarian, Esq.
Eric L. Sussman, Esq.
Victoria Woodin Chavey, Esq.
Day, Berry & Howard
CityPlace
185 Asylum Street
Hartford, CT 06103
Tel. 860 275 0290
Fax 860 275 0343

Jean Elizaneth Tomasco, Esq.
Theodore J. Tucci, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103
Tel. 860 275 8323
Fax 860 275 8299

_____
Eric P. Smith

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\APPEARANCE BY EPS 6-3-05.DOC

3