UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WASLEY PRODUCTS, INC., et al | : | CIVIL ACTION NO. |
| | : | 3:03 CV 00383 (MRK) |
| Plaintiffs, | : | |
| | : | THIS PLEADING |
| | : | PERTAINS |
| v. | : | TO ALL CASES |
| | : | |
| BARRY L. BULAKITES, et al, | : | |
| | : | |
| Defendants. | : | JUNE 28, 2005 |

**PRENTISS PLAINTIFFS' OBJECTION TO
MOTION FOR PHASED DISCOVERY**

The plaintiffs in the *Prentiss* case object to defendant Nationwide's motion for phased discovery. While ostensibly convenient to Nationwide, if the Court ordered the parties to conduct discovery in phases, it would actually only create confusion and undue delay.

Wasley Products, Precision Molding, and the plan trustees Wasley, Brady, Dumas-Laferriere, and Connell have thoroughly explained in their briefs the overlapping issues that make it impractical for the parties to conduct discovery in this case in phases. The plaintiffs in the *Prentiss* case adopt their arguments rather than repeat them in a separate memorandum.

For the reasons set forth by the other parties in the case, the plaintiffs in the *Prentiss* case ask the Court to deny Nationwide's motion for phased discovery.

THE PLAINTIFFS

By /s/Thomas G. Moukawsher
    Thomas G. Moukawsher (ct08940)
    Ian O. Smith (ct24135)
    Moukawsher & Walsh, LLC
    Capitol Place
    21 Oak Street
    Hartford, CT 06106
    (860) 278-7000

# **CERTIFICATION**

I hereby certify that a copy of the foregoing has been mailed on this date to the defendants at:

Sara Simeonidis, Esq.
Deborah S. Freeman, Esq.
Bryan D. Short, Esq.
Bringham McCutchen, LLP
1 State Street
Hartford, CT. 06103-3178

Albert Zakarian, Esq.
Victoria Woodin Chavey, Esq.
Eric Sussman, Esq.
Day, Berry & Howard, LLP
City Place I
Hartford, CT. 06103-3499

Steven Errante, Esq.
Eric P. Smith, Esq.
Lynch, Traub, Keefe, and Errante, LLP
52 Trumbull Street
P.O. Box 1612
New Haven, CT. 06506-1612

Theodore J. Tucci, Esq.
Jean Elizabeth Tomasco, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597

Joseph V. Meaney, Jr., Esq.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Ave.
Hartford, CT. 06114-1102

Dated this 28th day of June, 2005.    /s/Thomas G. Moukawsher
                                       Thomas G. Moukawsher