UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
_____
WASLEY PRODUCTS, INC., ET AL.  :
                               :
        Plaintiffs,            :   CASE NO. 3:03-cv-383(MRK)
                               :
V.                             :
                               :
BARRY LEONARD BULAKITES,       :
ET AL.                         :
                               :
        Defendants.            :   JUNE 30, 2005
_____:
```

**DEFENDANTS' MOTION TO DISQUALIFY
DAY, BERRY & HOWARD, LLP AND ITS ASSOCIATED ATTORNEYS**

Defendants **Barry L. Bulakites**, **James A. Winslow** and **Joshua Adams Corporation** (collectively the "Bulakites Defendants") respectfully move that the court disqualify the law firm of Day, Berry & Howard, LLP and all of its associated attorneys from representing co-defendant Lincoln National Insurance Company (hereinafter "Lincoln National") and any other party that is adverse to the interests of the Bulakites Defendants in these consolidated actions. The Bulakites Defendants submit the attached memorandum of law and an affidavit from Barry L. Bulakites in support of this motion.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2005\MOTION TO DISQUALIFY DBH.DOC

- 1 -

WHEREFORE, the Bulakites Defendants respectfully move that the court enter an order:

1. disqualifying the firm of Day, Berry & Howard, LLP and all of its associated attorneys as counsel for co-defendant Lincoln National and any other party that is adverse to the Bulakites Defendants in these consolidated actions; and

2. precluding the law firm of Day, Berry & Howard, LLP and all of its associated attorneys from assisting, in any way, any successor counsel for co-defendant Lincoln National and any other party that is adverse to the Bulakites Defendants in these consolidated actions, except for delivery of the files relating to the cases.

Respectfully submitted,

THE "BULAKITES DEFENDANTS"
Barry L. Bulakites, James A. Winslow, and Joshua Adams Corporation

BY: _____
   STEVEN J. ERRANTE, ESQ.
   Fed. Bar No. ct04292

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\MOTION TO DISQUALIFY DBH.DOC
-2-

**CERTIFICATION**

    I hereby certify that a copy of the foregoing was mailed on June 30, 2005 to all counsel and *pro se* parties of record via the United States Postal Service, postage prepaid, as follows:

Joseph V. Meaney, Jr., Esq.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114
Telephone: 860-522-9100
Facsimile: 860-522-3379

Ian O. Smith, Esq.
Thomas G. Moukawsher, Esq.
Moukawsher & Walsh
Capitol Place
21 Oak Street, Ste. 209
Hartford, CT 06106
Telephone: 860-278-7000
Facsimile: 860-548-1740

Bryan D. Short, Esq.
Deborah S. Freeman
Sara Simeonidies, Esq.
Bingham & McCutchen
One State Street
Hartford, CT 06103
Telephone: 860-240-2972
Facsimile: 860-240-2818

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\MOTION TO DISQUALIFY DBH.DOC

- 3 -

```
Albert Zakarian, Esq.
Eric L. Sussman, Esq.
Victoria Woodin Chavey, Esq.
Day, Berry & Howard
CityPlace
185 Asylum Street
Hartford, CT 06103
Telephone: 860-275-0290
Facsimile: 860-275-0343

Jean Elizabeth Tomasco, Esq.
Theodore J. Tucci, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103
Telephone: 860-275-8323
Facsimile: 860-275-8299
```

_____
Steven J. Errante, Esq.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\MOTION TO DISQUALIFY DBH.DOC

- 4 -

– 5 –