UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INC., ET AL. : | |
| : | |
| *Plaintiffs*, : | CASE NO. 3:03-cv-383(MRK) |
| : | |
| V. : | |
| : | |
| BARRY LEONARD BULAKITES, : | |
| ET AL. : | |
| : | |
| *Defendants*. : | JULY 12, 2005 |

**<u>APPEARANCE</u>**

**TO THE CLERK of this court and all parties of record:**

Please enter the appearance of **Nancy A. Fitzpatrick** as counsel to defendants **Barry L. Bulakites**, **James A. Winslow** and **Joshua Adams Corporation** IN ADDITION TO their counsel of record.

```
                            BY: _____
                                NANCY A. FITZPATRICK, ESQ.
                                Lynch, Traub, Keefe, & Errante
                                52 Trumbull Street
                                New Haven, CT 06510
                                Fed. Bar No. ct24353
                                Tel. 203-787-0275
                                Fax. 203-782-0278
                                E-mail: nfitzpatrick@ltke.com
```

1

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\APPEARANCE BY NAF 7-12-05.DOC

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on July 12, 2005 to all counsel and *pro se* parties of record via the United States Postal Service, postage prepaid, as follows:

Joseph V. Meaney, Jr., Esq.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114
Tel. 860 522 9100
Fax 860 522 3379

Ian O. Smith, Esq.
Thomas G. Moukawsher, Esq.
Moukawsher & Walsh
Capitol Place
21 Oak Street, Ste. 209
Hartford, CT 06106
Tel. 860 278 7000
Fax 860 548 1740

Bryan D. Short, Esq.
Deborah S. Freeman
Sara Simeonidies, Esq.
Bingham & McCutchen
One State Street
Hartford, CT 06103
Tel. 860 240 2972
Fax 860 240 2818

2

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\APPEARANCE BY NAF 7-12-05.DOC

Albert Zakarian, Esq.
Eric L. Sussman, Esq.
Victoria Woodin Chavey, Esq.
Day, Berry & Howard
CityPlace
185 Asylum Street
Hartford, CT 06103
Tel. 860 275 0290
Fax 860 275 0343

Jean Elizaneth Tomasco, Esq.
Theodore J. Tucci, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103
Tel. 860 275 8323
Fax 860 275 8299

_____
Nancy A. Fitzpatrick

3
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\APPEARANCE BY NAF 7-12-05.DOC