# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INC., ET AL., | MASTER CONSOLIDATED CASE |
| | CIVIL NO. 3:03 CV 383 (MRK) |
| Plaintiffs, | |
| | THIS PERTAINS TO: |
| | CIVIL NO. 3:03 CV 1790 (MRK) |
| V. | (Prentiss et at. v. Wasley Products, Inc. et al.) |
| BARRY BULAKITES, ET AL., | |
| Defendants. | JULY 14, 2005 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rules of Civil Procedure 6 and 33 and Local Rule 7, the Third-Party Defendant Nationwide Life Insurance Company of America f/k/a/ Provident Mutual Life Insurance Company ("Nationwide"), respectfully requests a thirty (30) day extension of time to respond to the Wasley Defendants' First Set of Interrogatories and Requests for Production dated June 15, 2005 (the "discovery requests"), up through and including August 15, 2005.

Counsel for Nationwide has consulted with counsel for the Wasley Defendants, who has no objection to the granting of this extension of time.

This is Nationwide's first request for an extension of time with respect to these discovery requests.

**THIRD-PARTY DEFENDANT,
NATIONWIDE LIFE INSURANCE
COMPANY OF AMERICA**

By: /s/ Sara R. Simeonidis
      Deborah S. Freeman [ct05257]
      Sara R. Simeonidis [ct25566]
      BINGHAM MCCUTCHEN LLP
      One State Street
      Hartford, CT 06103
      (860) 240-2700
      (860) 240-2800 (fax)
      Its Attorneys
      Tel. No.: (860) 275-8200
      Fax:   (860) 275-8299

CTDOCS/1633648.1

## CERTIFICATION

This is to certify that a copy of the foregoing Motion for Extension of Time has been

served this 14th day of July, 2005, via first class mail, postage prepaid, to all counsel and pro se

parties of record in these consolidated actions as follows:


Theodore J. Tucci, Esq.
Jean E. Tomasco, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Thomas G. Moukawsher, Esq.
Ian O. Smith, Esq.
Moukawsher & Walsh
21 Oak Street, Suite 209
Hartford, CT 06106

Steven J. Errante, Esq.
Eric P. Smith, Esq.
Lynch, Traub, Keefe & Errante, P.C.
52 Trumbull Street
P.O. Box 1612
New Haven, CT  06506-1612

Joseph V. Meany, Jr.
Cranmore, Fitzgerald & Meany
49 Wethersfield Avenue
Hartford, CT 06114-1102

Albert Zakarian, Esq.
Victoria Woodin Chavey, Esq.
Eric Sussman, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103

/s/ Sara R. Simeonidis
Sara R. Simeonidis

3-

4-