**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| WASLEY PRODUCTS, INCORPORATED AND PRECISION MOLDING COMPANY, INC. | : : | CIVIL ACTION NO. |
| Plaintiffs, | : : | 3:03-CV-00383 (MRK) |
| V. | : : | |
| BARRY LEONARD BULAKITES, JAMES ALBERT WINSLOW, JOSHUA ADAMS CORPORATION, NATIONWIDE LIFE INSURANCE CO. OF AMERICA f/k/a PROVIDENT MUTUAL LIFE INSURANCE CO. AND LINCOLN NATIONAL LIFE INSURANCE CO. | : : : : : : | |
| Defendants. | : | JULY 14, 2005 |

_____

**APPEARANCE**

Please enter the appearance of the undersigned, **DOUGLAS W. BARTINIK,** for the defendant, Lincoln National Life Insurance Co., in the above-entitled action.

Dated at Hartford, Connecticut this 14th day of July, 2005.

```
                            /s/
                        _____
                        Douglas W. Bartinik (ct26196)
                        Day, Berry & Howard LLP
                        CityPlace I
                        Hartford, Connecticut 06103-3499
                        Telephone: (860) 275-0100
                        Fax: (860) 275-0343
                        dwbartinik@dbh.com
                        Its Attorneys
```

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, postage prepaid, to:

Eric P. Smith, Esq.
Steven J. Errante, Esq.
Lynch, Traub, Keefe & Errante
52 Trumbull Street
New Haven, CT 06510

Ian O. Smith, Esq.
Thomas G. Moukawsher, Esq.
Capitol Place
21 Oak Street, Suite 209
Hartford, CT 06106

Deborah S. Freeman, Esq.
Bryan D. Short, Esq.
Sara Simeonidies, Esq.
Bingham McCutchen
One State Street
Hartford, CT 06103-3178

Joseph V. Meaney, Jr., Esq.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114

Jean Elizabeth Tomasco, Esq.
Theodore J. Tucci, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103

   /s/
Douglas W. Bartinik