UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WASLEY PRODUCTS, INCORPORATED AND PRECISION MOLDING COMPANY, INC. | : : | CIVIL ACTION NO. |
| Plaintiffs, | : : | 3:03-CV-00383 (MRK) |
| V. | : : | |
| BARRY LEONARD BULAKITES, JAMES ALBERT WINSLOW, JOSHUA ADAMS CORPORATION, NATIONWIDE LIFE INSURANCE CO. OF AMERICA f/k/a PROVIDENT MUTUAL LIFE INSURANCE CO. AND LINCOLN NATIONAL LIFE INSURANCE CO. | : : : : : : : | |
| Defendants. | : | JULY 14, 2005 |

**MOTION FOR EXTENSION OF TIME TO FILE AN OPPOSITION
TO THE BULAKITES DEFENDANTS' MOTION TO DISQUALIFY**

Pursuant to Local Rule 7 of the Federal Rules of Civil Procedure, Defendant Lincoln National Life Insurance Co. ("Lincoln National"), respectfully moves for a three-week extension of time, up to and including, Thursday, August 11, 2005, to file its Opposition to the Bulakites Defendants' Motion to Disqualify Day, Berry & Howard, LLP as counsel for Lincoln National. In support of this motion, Lincoln National states as follows:

1.      The Bulakites Defendants filed a Motion to Disqualify Day, Berry & Howard, LLP as attorneys for Lincoln National on June 30, 2005. Lincoln National's Opposition to that motion currently is due on Thursday, July 21, 2005.

-2-

2. The primary attorney on this matter currently is on a lengthy trial in Florida. That trial is expected to last until mid-August.

3. Lincoln National's counsel also has had a number of previously scheduled deadlines for submissions to this and other courts that have conflicted with this motion, including: (i) following a July 7, 2005 oral argument in this Court for a motion for summary judgment in the case of *Nichani v. Otis Elevator*, Docket No. 3:02-CV-1384 (MRK), Lincoln National's counsel must submit supplemental memoranda on July 21, 2005; (ii) on July 21, 2005, Lincoln National's counsel must submit a Reply Brief in the case of *Dillon v. Morano*, Docket No. 3:04-CV-00231 (AWT); (iii) on July 5, 2005, Lincoln National's counsel submitted a Reply brief in the case *Torello v. Sikorsky Aircraft*, Docket No. 3:04-CV-00848 (JCH); (iv) on June 24, 2005, Lincoln National's counsel submitted a motion for summary judgment and supporting papers in the case of *Edward Peters v. Sikorsky Aircraft Corporation,* Docket No. 3:04-CV-1066 (PCD), and expects the Plaintiff's Opposition to be filed on July 15, 2005; and (v) on July 15, 2005, Lincoln National's counsel must submit a brief to the Connecticut Appellate Court in a pro bono criminal matter.

4. Lincoln National's counsel also is in the midst of responding to discovery requests in this and other matters.

5. This is Lincoln National's first request for an extension of time to file an Opposition to the Bulakites Defendants' Motion to Disqualify.

-3-

6.      Lincoln National's counsel has contacted counsel for the Bulakites Defendants, who does not object to this request for an extension of time.

WHEREFORE, Lincoln National respectfully requests that this Court enter an order granting it three additional weeks, to and including, Thursday, August, 11, 2005, to file its Opposition to the Bulakites Defendants' Motion to Disqualify Day, Berry & Howard, LLP as counsel for Lincoln National.

>                    DEFENDANT, LINCOLN NATIONAL
>                    LIFE INSURANCE CO.,
>
>
>                    By: /s/ Douglas W. Bartinik
>                        Albert Zakarian (ct069465)
>                        Eric L. Sussman (ct19723)
>                        Douglas W. Bartinik (ct26196)
>                        Day, Berry & Howard LLP
>                        CityPlace I
>                        Hartford, Connecticut 06103-3499
>                        Telephone: (860) 275-0100
>                        Fax: (860) 275-0343
>                        azakarian@dbh.com
>                        elsussman@dbh.com
>                        dwbartinik@dbh.com
>                        Its Attorneys

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, postage prepaid, to:

Eric P. Smith, Esq.
Steven J. Errante, Esq.
Lynch, Traub, Keefe & Errante
52 Trumbull Street
New Haven, CT 06510

Joseph V. Meaney, Jr., Esq.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114

Ian O. Smith, Esq.
Thomas G. Moukawsher, Esq.
Capitol Place
21 Oak Street, Suite 209
Hartford, CT 06106

Jean Elizabeth Tomasco, Esq.
Theodore J. Tucci, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103

Deborah S. Freeman, Esq.
Bryan D. Short, Esq.
Sara Simeonidies, Esq.
Bingham McCutchen
One State Street
Hartford, CT  06103-3178

/s/_____
Douglas W. Bartinik