UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WASLEY PRODUCTS, INCORPORATED | : | CIVIL ACTION NO. |
| AND PRECISION MOLDING COMPANY, INC. | : | |
| Plaintiffs, | : | 3:03-CV-00383 (MRK) |
| | : | |
| V. | : | |
| | : | |
| BARRY LEONARD BULAKITES, JAMES | : | |
| ALBERT WINSLOW, JOSHUA ADAMS | | |
| CORPORATION, NATIONWIDE LIFE | : | |
| INSURANCE CO. OF AMERICA f/k/a | : | |
| PROVIDENT MUTUAL LIFE INSURANCE CO. | : | |
| AND LINCOLN NATIONAL LIFE INSURANCE | : | |
| CO. | : | |
| Defendants. | : | JULY 14, 2005 |

## **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY**

Pursuant to Local Rule 7, Defendant Lincoln National Life Insurance Co. ("Lincoln National") respectfully moves for a thirty day extension of time, to and including August 24, 2005, to respond to the Wasley Defendants' First Set of Interrogatories and Requests for Production. This is Lincoln National's first request for such an extension of time, and it will not affect other existing deadlines in this matter.

Defendant needs the additional time to gather the extensive information requested by the Wasley Defendants, some of which may relate back several years. Counsel for Lincoln National counsel contacted counsel for the Wasley Defendant's, who consented to this extension of time.

-2-

DEFENDANT, LINCOLN NATIONAL
LIFE INSURANCE CO.,


By: __/s/ Douglas W. Bartinik_____
    Albert Zakarian (ct069465)
    Eric L. Sussman (ct19723)
    Douglas W. Bartinik (ct26196)
    Day, Berry & Howard LLP
    CityPlace I
    Hartford, Connecticut 06103-3499
    Telephone: (860) 275-0100
    Fax: (860) 275-0343
    azakarian@dbh.com
    elsussman@dbh.com
    dwbartinik@dbh.com
    Its Attorneys

## CERTIFICATE OF SERVICE

       THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, postage prepaid, to:

Eric P. Smith, Esq.
Steven J. Errante, Esq.
Lynch, Traub, Keefe & Errante
52 Trumbull Street
New Haven, CT 06510

Ian O. Smith, Esq.
Thomas G. Moukawsher, Esq.
Capitol Place
21 Oak Street, Suite 209
Hartford, CT 06106

Deborah S. Freeman, Esq.
Bryan D. Short, Esq.
Sara Simeonidies, Esq.
Bingham McCutchen
One State Street
Hartford, CT  06103-3178

Joseph V. Meaney, Jr., Esq.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114

Jean Elizabeth Tomasco, Esq.
Theodore J. Tucci, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103

                                                                        /s/_____
                                                                      Douglas W. Bartinik