UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INC., ET AL., <br><br> Plaintiffs, <br><br> V. <br><br> BARRY BULAKITES, ET AL., <br><br> Defendants. | MASTER CONSOLIDATED CASE <br> CIVIL NO. 3:03 CV 383 (MRK) <br><br> THIS PERTAINS TO: <br> CIVIL NO. 3:03 CV 1790 (MRK) <br> (Prentiss et al. v. Wasley Products, Inc. et al.) <br><br><br><br> JULY 14, 2005 |

**WASLEY DEFENDANTS' UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFFS' FIRST SETS OF DISCOVERY REQUESTS**

Pursuant to Rules 26, 33, and 34 of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, defendants Wasley Products, Inc., Alan Wasley, Andrew Brady, Sandi Dumas-Laferriere and Barry Connell (the "Wasley Defendants") hereby move for an extension of time of thirty (30) days, up to and including August 25, 2005, to respond, by either answer or objection, to plaintiffs' first sets of interrogatories and requests for production of documents issued to each of the Wasley Defendants. In support of this motion, the undersigned represents that the discovery requests seeks information dating back over a period of more than ten years. Additional time is needed to locate and review information and prepare appropriate responses, particularly given that many of the defendants will be out of town at various times during the course of the next few weeks.

This is the Wasley Defendants' first motion seeking an extension of time to respond to plaintiffs' discovery requests. The undersigned contacted plaintiffs' counsel, Thomas

Moukawsher, who does not object to the requested extension. This matter has not yet been assigned for trial.

        DEFENDANTS

        WASLEY PRODUCTS, INC., ALAN A. WASLEY, ANDREW BRADY, SANDI DUMAS-LAFERRIERE, AND BARRY CONNELL

        By: /s/ Jean E. Tomasco
        Theodore J. Tucci (ct05249)
        ttucci@rc.com
        Jean E. Tomasco (ct09635)
        jtomasco@rc.com
        Robinson & Cole LLP
        280 Trumbull Street
        Hartford, CT 06103-3597
        Tel. No.: (860) 275-8200
        Fax: (860) 275-8299

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, first class postage prepaid, on the 14th day of July, 2005 to the following:

Thomas G. Moukawsher, Esq.
Ian O. Smith, Esq.
Moukawsher & Walsh
21 Oak Street, Suite 209
Hartford, CT 06106

Steven J. Errante, Esq.
Eric P. Smith, Esq.
Lynch, Traub, Keefe and Errante, P.C.
52 Trumbull Street
P. O. Box 1612
New Haven, CT 06506

Sara R. Simeonidis, Esq.
Deborah S. Freeman, Esq.
Bryan D. Short, Esq.
Bingham McCutchen
One State Street
Hartford, CT 06103-3178

Albert Zakarian, Esq.
Victoria Woodin Chavey, Esq.
Eric L. Sussman, Esq.
Day, Berry & Howard
CityPlace
Hartford, CT 06103-3499

Joseph V. Meaney, Jr., Esq.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Ave.
Hartford, CT 06114-1102

_____
Jean E. Tomasco