UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INC., ET AL., | MASTER CONSOLIDATED CASE CIVIL NO. 3:03 CV 383 (MRK) |
| Plaintiffs, | |
| | THIS PERTAINS TO: CIVIL NO. 3:03 CV 1790 (MRK) |
| V. | (Prentiss et al. v. Wasley Products, Inc. et al.) |
| BARRY BULAKITES, ET AL., | |
| Defendants. | JULY 19, 2005 |

### RESPONSE TO BULAKITES DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY

Defendants Wasley Products, Inc., Alan Wasley, Andrew Brady, Sandi Dumas-Laferriere and Barry Connell (the "Wasley Defendants") hereby respond to the motion for extension of time filed by defendants Barry Bulakites, James Winslow, and Joshua Adams Corp. (the "Bulakites Defendants") to respond to the Wasley Defendants' discovery requests, which were served in mid-June. The Bulakites Defendants seek an extension of time of 60 days, to and including September 15, 2005, to respond to the requests. The Wasley Defendants initially were willing to agree to an extension of 30 days (to and including August 15, 2005), which is the same time period agreed to for all other parties concerning responses to discovery.

During the case management conference, and as set forth in the proposed case management conference submitted to the court, counsel for all parties agreed that written discovery and document production would occur in advance of depositions and agreed upon a date of October 6, 2005 for the completion of interrogatories and requests for production.

These cases have been pending for well over a year and new counsel for the Bulakites Defendants filed an appearance nearly three months ago. As the court has recognized, it is imperative that this case move forward in a timely fashion. If the Bulakites Defendants require until September 15, 2005, to respond to the interrogatories and produce all documents, the Wasley Defendants do not object, provided that the Bulakites Defendants serve their objections (if any) by August 15th. There is no sound basis to delay the propounding of discovery objections by the Bulakites Defendants until the middle of September. The undersigned contacted counsel for the Bulakites Defendants concerning this issue; however, counsel would not commit to serving objections on behalf of the Bulakites Defendants by August 15, 2005.

In order to allow the case to move forward, in the event that the court grants the requested extension, the Wasley Defendants respectfully request that the Bulakites Defendants should be required to serve all objections by August 15, 2005. This will allow the opportunity for the potential resolution of discovery objections while the Bulakites Defendants are completing compliance with interrogatories and production requests as to which there is no objection.

DEFENDANTS

WASLEY PRODUCTS, INC., ALAN A. WASLEY, ANDREW BRADY, SANDI DUMAS-LAFERRIERE, AND BARRY CONNELL

By: _____
Theodore J. Tucci (ct05249)
ttucci@rc.com
Jean E. Tomasco (ct09635)
jtomasco@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax: (860) 275-8299

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, first class postage prepaid, on the 19th day of July, 2005 to the following:

Thomas G. Moukawsher, Esq.
Ian O. Smith, Esq.
Moukawsher & Walsh
21 Oak Street, Suite 209
Hartford, CT 06106

Steven J. Errante, Esq.
Eric P. Smith, Esq.
Nancy A. Fitzpatrick, Esq.
Lynch, Traub, Keefe and Errante, P.C.
52 Trumbull Street
P. O. Box 1612
New Haven, CT 06506

Sara R. Simeonidis, Esq.
Deborah S. Freeman, Esq.
Bryan D. Short, Esq.
Bingham McCutchen
One State Street
Hartford, CT 06103-3178

Albert Zakarian, Esq.
Victoria Woodin Chavey, Esq.
Eric L. Sussman, Esq.
Douglas W. Bartinik, Esq.
Day, Berry & Howard
CityPlace
Hartford, CT 06103-3499

Joseph V. Meaney, Jr., Esq.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Ave.
Hartford, CT 06114-1102

Theodore J. Tucci