UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INC., ET AL., | MASTER CONSOLIDATED CASE<br>CIVIL NO. 3:03 CV 383 (MRK) |
| Plaintiffs, | |
| | THIS PERTAINS TO<br>3:03 CV 383 (MRK)<br>(Wasley Products, Inc., et al. v. Barry L Bulakites, et al.) |
| V. | |
| BARRY BULAKITES, ET AL., | JULY 20, 2005 |
| Defendants. | |

### MOTION FOR DEFAULT OF DEFENDANTS BARRY BULAKITES, JAMES A. WINSLOW, AND THE JOSHUA ADAMS CORPORATION FOR FAILURE TO PLEAD

The Plaintiff, **WASLEY PRODUCTS, ET. AL**., hereby moves for an order of default against the Defendants **BARRY BULAKITES, JAMES WINSLOW, AND THE JOSHUA ADAMS CORPORATION** pursuant to Rule 12a of the Federal Rules of Civil Procedure, based upon the Defendants' failure to file a responsive pleading and reply to the Plaintiff's Complaint. These Defendants have had the verified complaint since it was sent to them on March 4, 2003 and to date have still not provided an answer.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

1

**WHEREFORE**, the Plaintiff respectfully requests that an Order of Default be entered against the Defendants.

                PLAINTIFFS,
                WASLEY PRODUCTS, INC., ET AL.

BY:_____
        JOSEPH V. MEANEY, JR.
        Cranmore, FitzGerald & Meaney
        49 Wethersfield Avenue
        Hartford, CT 06114-1102
        Tel: (860) 522-9100
        Juris No. 04315

## **ORDER**

The foregoing Motion having been duly presented to this Court, it is hereby **ORDERED**, that the same be and hereby is **GRANTED/DENIED**.

BY THE COURT,

_____
Clerk/Judge of the Superior Court

## **CERTIFICATION**

This is certify that a copy of the foregoing has been mailed, **via U.S. FIRST CLASS MAIL**, postage prepaid, this 20th day of July, 2005 to all counsel and pro se parties of record:

Sara Simeonidis, Esq.
Bingham McCutchen, LLP
1 State Street
Hartford, CT 06103-3178

Douglas W. Bartinik, Esq.
Eric Sussman, Esq.
Day, Berry & Howard, LLP
City Place I
Hartford, CT 06103-3499

Nancy A. Fitzpatrick, Esq.
Steven Errante, Esq.
Lynch, Traub, Keefe, and Errante, LLP
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

Thomas Moukasher, Esq.
Moukasher & Walsh, LLC
21 Oak Street, Suite 209
Hartford, CT 06106

Theodore Tucci, Esq
Jean Tomasco, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

_____
Joseph V. Meaney, Jr.
Cranmore, FitzGerald & Meaney