```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
_____
WASLEY PRODUCTS, INC., ET AL.    :
                                 :
         Plaintiffs,             :   CASE NO. 3:03-cv-383(MRK)
                                 :
V.                               :
                                 :
BARRY LEONARD BULAKITES,         :
ET AL.                           :
                                 :
         Defendants.             :   JULY 29, 2005
_____  :
```

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY

Defendant **Joshua Adams Corporation** (hereinafter "JAC") respectfully moves for an extension of time of thirty (30) days, or until September 5, 2005, to respond to Wasley Products, Inc.'s First Set of Interrogatories and Requests for Production dated July 5, 2005.  Currently, JAC's objections and responses are due by August 5, 2005.

The Defendant represents that good cause exists for the extension of time.  First, the defendant recently retained the

1

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\MOTION FOR EXTENSION OF TIME (DISCOVERY) 7-28-05.DOC

undersigned to represent it in this matter in mid-May, 2005.[1] However, the defendant's former counsel did not ship the files to Lynch, Traub, Keefe, & Errante until June, 2005. Thus, the undersigned needs additional time to become familiar with the files.

Second, the discovery requests seek extensive information and the production of voluminous documents. As such, the defendant needs additional time to conduct a proper investigation and respond accordingly. For instance, JAC is requested to identify all employees, agents and owners of JAC and all independent contractors or consultants over numerous years. JAC is also requested to produce extensive accounting and financial records, including bank statements, balance sheets and corporate minutes. Thirty days is not sufficient time to conduct the necessary investigation and prepare adequate responses.

---

[1] Specifically, James A. Winslow retained the undersigned to represent him and Joshua Adams Corp. on May 19, 2005 and Barry L. Bulakites retained the undersigned to represent him and Joshua Adams Corp. on May 13, 2005.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\MOTION FOR EXTENSION OF TIME (DISCOVERY) 7-28-05.DOC

The undersigned represents that this is the first request submitted by his office in this matter requesting an enlargement of time to respond to this particular discovery.  In addition, with respect to the present request, the undersigned represents that despite diligent efforts, counsel was unable to obtain opposing counsel's position on this motion.

Wherefore, the Defendant JAC respectfully requests that it be granted until September 5, 2005 to file its responses to Wasley Products, Inc.'s First Set of Interrogatories and Requests for Production dated July 5, 2005.

        Respectfully submitted,

        THE "BULAKITES DEFENDANTS"
        Barry L. Bulakites, James A. Winslow,
        and Joshua Adams Corporation


        BY: _____
          STEVEN J. ERRANTE, ESQ.
          ERIC P. SMITH, ESQ.
          Fed. Bar No. ct04292
          Lynch, Traub, Keefe, & Errante
          52 Trumbull Street
          New Haven, CT 06510
          Telephone: 203-787-0275
          Facsimile: 203-782-0278

3

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\MOTION FOR EXTENSION OF TIME (DISCOVERY) 7-28-05.DOC

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on July 29, 2005 to all counsel and *pro se* parties of record via the United States Postal Service, postage prepaid, as follows:

Joseph V. Meaney, Jr., Esq.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114
Telephone: 860-522-9100
Facsimile: 860-522-3379

Ian O. Smith, Esq.
Thomas G. Moukawsher, Esq.
Moukawsher & Walsh
Capitol Place
21 Oak Street, Ste. 209
Hartford, CT 06106
Telephone: 860-278-7000
Facsimile: 860-548-1740

Bryan D. Short, Esq.
Deborah S. Freeman
Sara Simeonidies, Esq.
Bingham & McCutchen
One State Street
Hartford, CT 06103
Telephone: 860-240-2972
Facsimile: 860-240-2818

4

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\MOTION FOR EXTENSION OF TIME (DISCOVERY) 7-28-05.DOC

Albert Zakarian, Esq.
Eric L. Sussman, Esq.
Victoria Woodin Chavey, Esq.
Day, Berry & Howard
City Place
185 Asylum Street
Hartford, CT 06103
Telephone: 860-275-0290
Facsimile: 860-275-0343

Jean Elizabeth Tomasco, Esq.
Theodore J. Tucci, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103
Telephone: 860-275-8323
Facsimile: 860-275-8299

                                                                                 _____
                                                                                 Steven J. Errante, Esq.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\MOTION FOR EXTENSION OF TIME (DISCOVERY) 7-28-05.DOC