UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WASLEY PRODUCTS, INC., ET AL. | : | |
| | : | |
| *Plaintiffs*, | : | CASE NO. 3:03-cv-383(MRK) |
| | : | |
| V. | : | |
| | : | |
| BARRY LEONARD BULAKITES, | : | |
| ET AL. | : | |
| | : | |
| *Defendants*. | : | AUGUST 4, 2005 |
| | : | |

**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS BARRY L.
BULAKITES, JAMES A. WINSLOW AND JOSHUA ADAMS CORPORATION**

Defendants **Barry L. Bulakites**, **James A. Winslow** and **Joshua
Adams Corporation** (collectively the "Bulakites Defendants"),
through undersigned counsel, hereby answer the Plaintiffs'
Verified Complaint dated March 4, 2003 as follows:

1.    Paragraph one is denied.

2.    Paragraph two is denied.

3.    Paragraph three is denied.

4.    As to paragraph four, the Bulakites Defendants have
insufficient knowledge upon which to form an opinion or belief
and, therefore, leave the plaintiffs to their proof.

1

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\ANSWER & AFF DEFENSES TO 3-4-03 COMPLAINT 8-05.DOC

5.   As to paragraph five, the Bulakites Defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

6.   The Bulakites Defendants admit that portion of paragraph six which states that Barry Bulakites is an individual residing in Colorado.  The rest and remaining portions of paragraph six are denied.

7.   The Bulakites Defendants admit that portion of paragraph seven which states that James Winslow is an individual residing in Westbrook, Connecticut.  The rest and remaining portions of paragraph seven are denied.

8.   Paragraph eight is denied.

9.   As to paragraph nine, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

10.  As to paragraph ten, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2005\ANSWER & AFF DEFENSES TO 3-4-03 COMPLAINT 8-05.DOC

11.  As to paragraph eleven, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

12.  As to paragraph twelve, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

13.  As to paragraph thirteen, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

14.  As to paragraph fourteen, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

15.  As to paragraph fifteen, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

16.  As to paragraph sixteen, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\ANSWER & AFF DEFENSES TO 3-4-03 COMPLAINT 8-05.DOC

Notwithstanding, should the letters referenced in paragraph sixteen exist, they speak for themselves.

17.   As to paragraph seventeen, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the plaintiffs to their proof. Notwithstanding, should the letter referenced in paragraph seventeen exist, it speaks for itself.

18.   As to paragraph eighteen, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

19.   As to paragraph nineteen, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

20.   As to paragraph twenty, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

21.   As to paragraph twenty-one, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\ANSWER & AFF DEFENSES TO 3-4-03 COMPLAINT 8-05.DOC

22.  As to paragraph twenty-two, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

23.  As to paragraph twenty-three, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

24.  As to paragraph twenty-four, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

25.  As to paragraph twenty-five, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

26.  As to paragraph twenty-six, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

27.  As to paragraph twenty-seven, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\ANSWER & AFF DEFENSES TO 3-4-03 COMPLAINT 8-05.DOC

28.  As to paragraph twenty-eight, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

29.  Paragraph twenty-nine is admitted.

30.  As to paragraph thirty, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

31.  As to paragraph thirty-one, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

32.  As to paragraph thirty-two, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

33.  As to paragraph thirty-three, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

34.  As to paragraph thirty-four, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275    FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\ANSWER & AFF DEFENSES TO 3-4-03 COMPLAINT 8-05.DOC

35.   As to paragraph thirty-five, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

36.   As to paragraph thirty-six, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

37.   Paragraph thirty-seven is admitted.

38.   Paragraph thirty-eight is admitted.

39.   As to paragraph thirty-nine, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

40.   As to paragraph forty, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

41.   As to paragraph forty-one, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

42.  As to paragraph forty-two, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

43.  As to paragraph forty-three, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

44.  As to paragraph forty-four, the Bulakites Defendants have insufficient knowledge to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

45.  The Bulakites Defendants deny that portion of paragraph forty-five which states that their services were terminated "due to problems with the service provided by JAC." As to the rest and remaining portions of paragraph forty-five, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

46.  As to paragraph forty-six, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2005\ANSWER & AFF DEFENSES TO 3-4-03 COMPLAINT 8-05.DOC

47.  As to paragraph forty-seven, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

48.  As to paragraph forty-eight, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

49.  As to that portion of paragraph forty-nine which states that "Based upon the research and investigation conducted by the Companies, subsequent to the termination of the Bulakites, Winslow and JAC," the Bulakites Defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.  The Bulakites Defendants deny the rest and remaining portions of paragraph forty-nine.

50.  The Bulakites Defendants deny that portion of paragraph fifty that implies that they are responsible for "the conversion of at least $825,000."  As to the rest and remaining portions of paragraph fifty, the Bulakites Defendants have

9

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\ANSWER & AFF DEFENSES TO 3-4-03 COMPLAINT 8-05.DOC

insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

**Count One:**

51.  The Bulakites Defendants' responses to the allegations in paragraphs 1 through 50 above are hereby made the responses to said allegations incorporated herein in Count One.

52.  Paragraph fifty-two is denied.

53.  As to paragraph fifty-three, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

54.  As to paragraph fifty-four, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

55.  As to paragraph fifty-five, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

56.  The Bulakites Defendants deny that portion of paragraph fifty-six which states that the defendants were "fiduciaries of the UAW Pension." As to the rest and remaining

10

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2005\ANSWER & AFF DEFENSES TO 3-4-03 COMPLAINT 8-05.DOC

portions, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

57.  The Bulakites Defendants deny that portion of paragraph fifty-seven which states that the defendants were "fiduciaries of the UAW Pension."  As to the rest and remaining portions, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

58.  Paragraph fifty-eight is denied.

59.  Paragraph fifty-nine is denied.

**Count Two:**

60.  The Bulakites Defendants' responses to the allegations in paragraphs 1 through 50 above are hereby made the responses to said allegations incorporated herein in Count Two.

61.  Paragraph sixty-one is denied.

62.  As to paragraph sixty-two, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\ANSWER & AFF DEFENSES TO 3-4-03 COMPLAINT 8-05.DOC

63.  As to paragraph sixty-three, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

64.  As to paragraph sixty-four, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

65.  The Bulakites Defendants deny that portion of paragraph sixty-five which states that the defendants were "fiduciaries of the UAW Pension." As to the rest and remaining portions, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

66.  The Bulakites Defendants deny that portion of paragraph sixty-six which states that the defendants were "fiduciaries of the UAW Pension." As to the rest and remaining portions, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

67.  Paragraph sixty-seven is denied.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\ANSWER & AFF DEFENSES TO 3-4-03 COMPLAINT 8-05.DOC

68.    Paragraph sixty-eight is denied.

**Count Three:**

69.    The Bulakites Defendants' responses to the allegations in paragraphs 1 through 50 above are hereby made the responses to said allegations incorporated herein in Count Three.

70.    Paragraph seventy is denied.

71.    As to paragraph seventy-one, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

72.    As to paragraph seventy-two, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

73.    As to paragraph seventy-three, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

74.    The Bulakites Defendants deny that portion of paragraph seventy-four which states that the defendants were "fiduciaries of the Wasley 401(k)."  As to the rest and

13

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2005\ANSWER & AFF DEFENSES TO 3-4-03 COMPLAINT 8-05.DOC

remaining portions, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

75.   The Bulakites Defendants deny that portion of paragraph seventy-five which states that the defendants were "fiduciaries of the Wasley 401(k)." As to the rest and remaining portions, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

76.   Paragraph seventy-six is denied.

77.   Paragraph seventy-seven is denied.

**Count Four:**

78.   The Bulakites Defendants' responses to the allegations in paragraphs 1 through 50 above are hereby made the responses to said allegations incorporated herein in Count Four.

79.   Paragraph seventy-nine is denied.

80.   As to paragraph eighty, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

14

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

81.  As to paragraph eighty-one, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

82.  As to paragraph eighty-two, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

83.  The Bulakites Defendants deny that portion of paragraph eighty-three which states that the defendants were "fiduciaries of the Wasley 401(k)."  As to the rest and remaining portions, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

84.  The Bulakites Defendants deny that portion of paragraph eighty-four which states that the defendants were "fiduciaries of the Wasley 401(k)."  As to the rest and remaining portions, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

85.  Paragraph eighty-five is denied.

15

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2005\ANSWER & AFF DEFENSES TO 3-4-03 COMPLAINT 8-05.DOC

86.  Paragraph eighty-six is denied.

**Count Five:**

87.  The Bulakites Defendants' responses to the allegations in paragraphs 1 through 50 above are hereby made the responses to said allegations incorporated herein in Count Five.

88.  Paragraph eighty-eight is denied.

89.  As to paragraph eighty-nine, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

90.  As to paragraph ninety, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

91.  As to paragraph ninety-one, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

92.  The Bulakites Defendants deny that portion of paragraph ninety-two which states that the defendants were "fiduciaries of the Precision Molding 401(k)." As to the rest and remaining portions, the Bulakites Defendants have

16

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2005\ANSWER & AFF DEFENSES TO 3-4-03 COMPLAINT 8-05.DOC

insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

93.  The Bulakites Defendants deny that portion of paragraph ninety-three which states that the defendants were "fiduciaries of the Precision Molding 401(k)."  As to the rest and remaining portions, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

94.  Paragraph ninety-four is denied.

95.  Paragraph ninety-five is denied.

**Count Six:**

96.  The Bulakites Defendants' responses to the allegations in paragraphs 1 through 50 above are hereby made the responses to said allegations incorporated herein in Count Six.

97.  Paragraph ninety-seven is denied.

98.  As to paragraph ninety-eight, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

17

99.  As to paragraph ninety-nine, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

100. As to paragraph one-hundred, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

101. The Bulakites Defendants deny that portion of paragraph one-hundred-one which states that the defendants were "fiduciaries of the Precision Molding 401(k)."  As to the rest and remaining portions, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

102. The Bulakites Defendants deny that portion of paragraph one-hundred-two which states that the defendants were "fiduciaries of the Precision Molding 401(k)."  As to the rest and remaining portions, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

103. Paragraph one-hundred-three is denied.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

104. Paragraph one-hundred-four is denied.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

To the extent that Plaintiffs have suffered loss or damage, all such loss or damage, if any, was caused by the acts and conduct of the Plaintiffs and not by the acts and conduct of the Bulakites Defendants.

### Second Affirmative Defense

Plaintiffs' claims are barred, in whole or in part, by the applicable statute of limitations.

### Third Affirmative Defense

Plaintiffs' claims are barred, in whole or in part, by the doctrine of laches.

### Fourth Affirmative Defense

The Bulakites Defendants acted in good faith and Plaintiffs are not entitled to recover attorneys' fees and costs from the Bulakites Defendants.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\ANSWER & AFF DEFENSES TO 3-4-03 COMPLAINT 8-05.DOC

**<u>Fifth Affirmative Defense</u>**

Plaintiffs' claims are barred, in whole or in part, by the doctrine of unclean hands.

                          Respectfully submitted,

                          THE "BULAKITES DEFENDANTS"
                          Barry L. Bulakites, James A. Winslow,
                          and Joshua Adams Corporation


                          BY: _____
                                STEVEN J. ERRANTE, ESQ.
                                ERIC P. SMITH, ESQ.
                                Fed. Bar No. ct04292
                                Lynch, Traub, Keefe, & Errante
                                52 Trumbull Street
                                New Haven, CT 06510
                                Telephone: 203-787-0275
                                Facsimile: 203-782-0278

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\ANSWER & AFF DEFENSES TO 3-4-03 COMPLAINT 8-05.DOC

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on August 1, 2005 to all counsel and *pro se* parties of record via the United States Postal Service, postage prepaid, as follows:

```
Joseph V. Meaney, Jr., Esq.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114
Telephone: 860-522-9100
Facsimile: 860-522-3379

Ian O. Smith, Esq.
Thomas G. Moukawsher, Esq.
Moukawsher & Walsh
Capitol Place
21 Oak Street, Ste. 209
Hartford, CT 06106
Telephone: 860-278-7000
Facsimile: 860-548-1740

Bryan D. Short, Esq.
Deborah S. Freeman
Sara Simeonidies, Esq.
Bingham & McCutchen
One State Street
Hartford, CT 06103
Telephone: 860-240-2972
Facsimile: 860-240-2818
```

21

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\ANSWER & AFF DEFENSES TO 3-4-03 COMPLAINT 8-05.DOC

```
Albert Zakarian, Esq.
Eric L. Sussman, Esq.
Victoria Woodin Chavey, Esq.
Day, Berry & Howard
City Place
185 Asylum Street
Hartford, CT 06103
Telephone: 860-275-0290
Facsimile: 860-275-0343

Jean Elizabeth Tomasco, Esq.
Theodore J. Tucci, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103
Telephone: 860-275-8323
Facsimile: 860-275-8299

Douglas W. Bartnik, Esq.
Day, Berry & Howard, LLP
CityPlace I
Hartford, CT 06103-3499
Telephone:  860-275-0100
Facsimile:  860-275-0343
```

_____
Steven J. Errante, Esq.

22

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\ANSWER & AFF DEFENSES TO 3-4-03 COMPLAINT 8-05.DOC