UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 AUG 11  A 9: 10
U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| WASLEY PRODUCTS, INCORPORATED AND PRECISION MOLDING COMPANY, INC.<br>Plaintiffs,<br><br>V.<br><br>BARRY LEONARD BULAKITES, JAMES ALBERT WINSLOW, JOSHUA ADAMS CORPORATION, NATIONWIDE LIFE INSURANCE CO. OF AMERICA f/k/a PROVIDENT MUTUAL LIFE INSURANCE CO. AND LINCOLN NATIONAL LIFE INSURANCE CO.<br>Defendants. | CIVIL ACTION NO.<br><br>3:03-CV-00383 (WIG)<br><br><br><br><br><br><br><br><br>AUGUST 10, 2005 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO
RESPOND TO THE BULAKITES DEFENDANTS' MOTION TO DISQUALIFY**

Pursuant to Local Rule 7 of the Federal Rules of Civil Procedure, Defendant Lincoln National Life Insurance Co. ("Lincoln National"), respectfully moves for a three-week extension of time, up to and including, Thursday, September 1, 2005, to respond to the Bulakites Defendants' Motion to Disqualify Day, Berry & Howard, LLP as counsel for Lincoln National. In support of this motion, Lincoln National states as follows:

1.      The Bulakites Defendants filed a Motion to Disqualify Day, Berry & Howard, LLP as attorneys for Lincoln National on June 30, 2005.  Lincoln National's response to that motion initially was due on Thursday, July 21, 2005.

2.      On July 20, 2005, this Court granted Lincoln National an extension of time to respond to the Bulakites Defendants' Motion to Disqualify, up to and including August 11, 2005.

3. Lincoln National's counsel plans on filing a Motion to Withdraw as counsel for Lincoln National in this action, and currently is helping to secure new counsel for Lincoln National. Additional time is needed, however, for this transition to take place.

5. This is Lincoln National's second request for an extension of time to respond to the Bulakites Defendants' Motion to Disqualify.

6. Lincoln National's counsel has contacted counsel for the Bulakites Defendants, who does not object to this proposed an extension of time.

WHEREFORE, Lincoln National respectfully requests that this Court grant it three additional weeks, up to and including, Thursday, September 1, 2005, to respond to the Bulakites Defendants' Motion to Disqualify Day, Berry & Howard, LLP as counsel for Lincoln National.

DEFENDANT, LINCOLN NATIONAL
LIFE INSURANCE CO.,

By: _____

Albert Zakarian (ct069465)
Eric L. Sussman (ct19723)
Douglas W. Bartinik (ct26196)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
Telephone: (860) 275-0100
Fax: (860) 275-0343
azakarian@dbh.com
elsussman@dbh.com
dwbartinik@dbh.com
Its Attorneys

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, postage prepaid, to:

Eric P. Smith, Esq.
Steven J. Errante, Esq.
Lynch, Traub, Keefe & Errante
52 Trumbull Street
New Haven, CT 06510

Ian O. Smith, Esq.
Thomas G. Moukawsher, Esq.
Capitol Place
21 Oak Street, Suite 209
Hartford, CT 06106

Deborah S. Freeman, Esq.
Bryan D. Short, Esq.
Sara Simeonidies, Esq.
Bingham McCutchen
One State Street
Hartford, CT 06103-3178

Joseph V. Meaney, Jr., Esq.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114

Jean Elizabeth Tomasco, Esq.
Theodore J. Tucci, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103

_____
Douglas W. Bartinik