UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WASLEY PRODUCTS, INCORPORATED AND PRECISION MOLDING COMPANY, INC. | : : | CIVIL ACTION NO. |
| Plaintiffs, | : : | 3:03-CV-00383 (MRK) |
| V. | : : | |
| BARRY LEONARD BULAKITES, JAMES ALBERT WINSLOW, JOSHUA ADAMS CORPORATION, NATIONWIDE LIFE INSURANCE CO. OF AMERICA f/k/a PROVIDENT MUTUAL LIFE INSURANCE CO. AND LINCOLN NATIONAL LIFE INSURANCE CO. | : : : : : : : | |
| Defendants. | : | AUGUST 16, 2005 |

_____

**DEFENDANT'S MOTION FOR EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS**

Pursuant to Local Rule 7, Defendant Lincoln National Life Insurance Co. ("Lincoln National") respectfully moves for a thirty-day extension of time, to and including Monday, September 19, 2005, to respond to Plaintiff Wasley Products, Inc.'s Interrogatories and Requests for Production. This is Lincoln National's first request for an extension of time. In support of this motion, Lincoln National states:

1. Responses to the above-mentioned discovery requests currently are due on August 18, 2005.

2. Lincoln National's counsel intends to file a Motion to Withdraw as counsel for Lincoln National in this matter. Lincoln National is in the process of obtaining alternate counsel, but requires additional time to do so.

3. Counsel for Lincoln National has contacted counsel for Plaintiff Wasley Products, Inc., Joseph V. Meaney Jr., who consents to this extension of time.

WHEREFORE, Lincoln National respectfully requests an additional thirty days, up to and including September 19, 2005, to respond to the above discovery requests.

        DEFENDANT, LINCOLN NATIONAL
        LIFE INSURANCE CO.,

        By: __/s/ Douglas W. Bartinik_____
            Albert Zakarian (ct069465)
            Eric L. Sussman (ct19723)
            Douglas W. Bartinik (ct26196)
            Day, Berry & Howard LLP
            CityPlace I
            Hartford, Connecticut 06103-3499
            Telephone: (860) 275-0100
            Fax: (860) 275-0343
            azakarian@dbh.com
            elsussman@dbh.com
            dwbartinik@dbh.com
            Its Attorneys

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, postage prepaid, to:

Eric P. Smith, Esq.
Steven J. Errante, Esq.
Lynch, Traub, Keefe & Errante
52 Trumbull Street
New Haven, CT 06510

Ian O. Smith, Esq.
Thomas G. Moukawsher, Esq.
Capitol Place
21 Oak Street, Suite 209
Hartford, CT 06106

Deborah S. Freeman, Esq.
Bryan D. Short, Esq.
Sara Simeonidies, Esq.
Bingham McCutchen
One State Street
Hartford, CT  06103-3178

Joseph V. Meaney, Jr., Esq.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114

Jean Elizabeth Tomasco, Esq.
Theodore J. Tucci, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103

_____/s/_____
Douglas W. Bartinik