## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WASLEY PRODUCTS, INCORPORATED AND PRECISION MOLDING COMPANY, INC. | : : | CIVIL ACTION NO. |
| Plaintiffs, | : : | 3:03-CV-00383 (MRK) |
| V. | : : | |
| BARRY LEONARD BULAKITES, JAMES ALBERT WINSLOW, JOSHUA ADAMS CORPORATION, NATIONWIDE LIFE INSURANCE CO. OF AMERICA f/k/a PROVIDENT MUTUAL LIFE INSURANCE CO. AND LINCOLN NATIONAL LIFE INSURANCE CO. | : : : : : : : | |
| Defendants. | : | AUGUST 16, 2005 |

_____

**DEFENDANT'S SECOND MOTION FOR EXTENSION OF TIME
TO RESPOND TO WASLEY DEFENDANTS' DISCOVERY REQUESTS**

Pursuant to Local Rule 7, Defendant Lincoln National Life Insurance Co. ("Lincoln National") respectfully moves for a thirty-day (30) extension of time, to and including September 15, 2005, to respond to Defendants and Third-Party Plaintiffs Wasley Products, Inc., Alan Wasley, Andrew Brady, Sandi Dumas-Laferriere, and Barry Connell's ("Wasley Defendants") First Set of Interrogatories and Requests for Production. This is Lincoln National's second request for such an extension of time. In support of this motion, Lincoln National states:

1. Responses to the above-mentioned discovery requests initially were due on July 25, 2005. Lincoln National requested, and this Court granted, a thirty-day extension to time to respond to these requests, which currently are due on August 24, 2005.

2. Lincoln National's counsel intends to file a Motion to Withdraw as counsel for Lincoln National in this matter. Lincoln National is in the process of obtaining alternate counsel, but requires additional time to do so.

-2-

3.      This Court previously has granted to Defendant Bulakites a sixty-day (60) extension of time to respond to the Wasley Defendants' discovery requests, up to and including September 15, 2005.  See Docket Entries 173, 183.

4.      Counsel for Lincoln National has contacted counsel for the Wasley Defendants, Attorney Jean Tomasco, who consents to this extension of time.

WHEREFORE, Lincoln National respectfully requests an additional thirty days, up to and including September 15, 2005, to respond to the above discovery requests.

                        DEFENDANT, LINCOLN NATIONAL
                        LIFE INSURANCE CO.,


                        By: _/s/ Douglas W. Bartinik_____
                            Albert Zakarian (ct069465)
                            Eric L. Sussman (ct19723)
                            Douglas W. Bartinik (ct26196)
                            Day, Berry & Howard LLP
                            CityPlace I
                            Hartford, Connecticut 06103-3499
                            Telephone: (860) 275-0100
                            Fax: (860) 275-0343
                            azakarian@dbh.com
                            elsussman@dbh.com
                            dwbartinik@dbh.com
                            Its Attorneys

## CERTIFICATE OF SERVICE

      THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, postage prepaid, to:

| | |
|---|---|
| Eric P. Smith, Esq.<br>Steven J. Errante, Esq.<br>Lynch, Traub, Keefe & Errante<br>52 Trumbull Street<br>New Haven, CT 06510 | Joseph V. Meaney, Jr., Esq.<br>Cranmore, Fitzgerald & Meaney<br>49 Wethersfield Avenue<br>Hartford, CT 06114 |
| Ian O. Smith, Esq.<br>Thomas G. Moukawsher, Esq.<br>Capitol Place<br>21 Oak Street, Suite 209<br>Hartford, CT 06106 | Jean Elizabeth Tomasco, Esq.<br>Theodore J. Tucci, Esq.<br>Robinson & Cole<br>280 Trumbull Street<br>Hartford, CT 06103 |
| Deborah S. Freeman, Esq.<br>Bryan D. Short, Esq.<br>Sara Simeonidies, Esq.<br>Bingham McCutchen<br>One State Street<br>Hartford, CT 06103-3178 | |

/s/_____
Douglas W. Bartinik