UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WASLEY PRODUCTS ET AL., | : | |
| | : | |
| Plaintiffs, | : | CIVIL NO.   3:03CV383 (MRK) |
| | : | |
| v. | : | |
| | : | |
| BULAKITES, ET AL. | : | |
| | : | |
| Defendants. | : | |

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

___ All purposes except trial, unless the parties consent to trial before the magistrate judge

___ A ruling on all pretrial motions except dispositive motions

___ To supervise discovery and resolve discovery disputes

___ A ruling on the following motions which are currently pending: Doc. #[__]
_____

 X   A settlement conference. **The pursuit of settlement negotiations, and a referral to a magistrate judge for purposes of a settlement conference, does not relieve the parties of their obligation to adhere to scheduling deadlines absent a court order to that effect.**

___ A conference to discuss the following:
_____

____ Other:
_____

SO ORDERED this 22nd day of August, 2005 at New Haven, Connecticut.


/s/    Mark R. Kravitz
United States District Judge