UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INCORPORATED AND PRECISION MOLDING COMPANY, INC.<br><br>    Plaintiffs,<br><br>V.<br><br>BARRY LEONARD BULAKITES, JAMES ALBERT WINSLOW, JOSHUA ADAMS CORPORATION, NATIONWIDE LIFE INSURANCE CO. AND LINCOLN NATIONAL LIFE INSURANCE CO.<br><br>    Defendants. | Civil Action No.<br>3:03-CV-00383 (MRK)<br><br><br><br><br><br><br><br><br><br><br><br>AUGUST 25, 2005 |

### APPEARANCE

Please enter my appearance on behalf of the defendant, Lincoln National Life Insurance Co., in the above-entitled action.

By: _/s/ James J. Reardon, Jr._
James J. Reardon, Jr., Esq.
LeBoeuf, Lamb, Greene & MacRae, LLP
225 Asylum Street
Hartford, CT 06103
860 293 3500
jreardon@llgm.com
Fed. Bar No.: CT 013802
Its Attorneys

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INCORPORATED AND PRECISION MOLDING COMPANY, INC.<br><br>    Plaintiffs,<br><br>V.<br><br>BARRY LEONARD BULAKITES, JAMES ALBERT WINSLOW, JOSHUA ADAMS CORPORATION, NATIONWIDE LIFE INSURANCE CO. AND LINCOLN NATIONAL LIFE INSURANCE CO.<br><br>    Defendants. | Civil Action No.<br>3:03-CV-00383 (MRK) |

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2005, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
James J. Reardon, Jr., Esq.
Fed. Bar No.: CT 013802
LeBoeuf, Lamb, Greene & MacRae, LLP
225 Asylum Street
Hartford, CT 06103
Phone: 860 293 3500
Fax: 860-293-3555
jreardon@llgm.com