## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WASLEY PRODUCTS, INCORPORATED | : | |
| AND PRECISION MOLDING COMPANY, INC. | : | |
|       Plaintiffs, | : | CIVIL NO.:  3:03-CV-00383 (MRK) |
| | : | |
| V. | : | |
| BARRY LEONARD BULAKITES, JAMES | : | |
| ALBERT WINSLOW, JOSHUA ADAMS | : | THIS PLEADING PERTAINS TO |
| CORPORATION, NATIONWIDE LIFE | : | CIVIL NO.:  3:03-CV-00383 (MRK) |
| INSURANCE CO. OF AMERICA f/k/a | : | |
| PROVIDENT MUTUAL LIFE INSURANCE CO. | : | |
| AND LINCOLN NATIONAL LIFE INSURANCE | : | |
| CO. | : | |
|       Defendants. | : | AUGUST 29, 2005 |

### MOTION TO WITHDRAW APPEARANCE

TO:    Clerk of Court
           U.S. District Court
           District of Connecticut
           141 Church Street
           New Haven, CT 06510

Pursuant to Rule 7(e) of the Local Rules of this Court, undersigned counsel respectfully moves this Court to withdraw his appearance in the above-captioned matter on behalf of Defendant, Lincoln National Life Insurance Co., in the above-referenced matter.  James J. Reardon, Jr., Esq. of LeBoeuf, Lamb, Greene & MacRae, LLP has entered an appearance on behalf of Lincoln National Life Insurance Company in lieu of Albert Zakarian, Eric Sussman and Douglas W. Bartinik of Day, Berry & Howard.

                    DEFENDANT, LINCOLN NATIONAL
                    LIFE INSURANCE CO.,


                    By: _____/s/ Albert Zakarian_____
                          Albert Zakarian (ct04201)
                          Day, Berry & Howard LLP
                          CityPlace I
                          Hartford, Connecticut 06103-3499
                          Telephone: (860) 275-0100
                          Fax: (860) 275-0343
                          azakarian@dbh.com
                          Its Attorneys

## **CERTIFICATE OF SERVICE**

     I hereby certify that on August 29, 2005, a copy of the foregoing Motion To Withdraw Appearance was filed electronically [and served by mail on anyone unable to accept electronic filing].  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].  Parties may access this filing through the Court's system.


                          _____/s/ Albert Zakarian_____
                          Albert Zakarian