## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WASLEY PRODUCTS, INCORPORATED | : | MASTER CONSOLIDATED |
| AND PRECISION MOLDING COMPANY, INC. | : | CASE |
| Plaintiffs, | : | CIVIL NO.:  3:03-CV-00383 (MRK) |
| | : | |
| V. | : | |
| BARRY LEONARD BULAKITES, JAMES | : | |
| ALBERT WINSLOW, JOSHUA ADAMS | : | THIS PLEADING PERTAINS TO |
| CORPORATION, NATIONWIDE LIFE | : | CIVIL NO.:  3:03-CV-00383 (MRK) |
| INSURANCE CO. OF AMERICA f/k/a | : | |
| PROVIDENT MUTUAL LIFE INSURANCE CO. | : | |
| AND LINCOLN NATIONAL LIFE INSURANCE | : | |
| CO. | : | |
| Defendants. | : | AUGUST 29, 2005 |

## MOTION TO WITHDRAW APPEARANCE

TO:   Clerk of Court
U.S. District Court
District of Connecticut
141 Church Street
New Haven, CT 06510

Pursuant to Rule 7(e) of the Local Rules of this Court, undersigned counsel respectfully moves this Court to withdraw his appearance in the above-captioned matter on behalf of Defendant, Lincoln National Life Insurance Co., in the above-referenced matter.  James J. Reardon, Jr., Esq. of LeBoeuf, Lamb, Greene & MacRae, LLP has entered an appearance on behalf of Lincoln National Life Insurance Company in lieu of Albert Zakarian, Eric Sussman and Douglas W. Bartinik of Day, Berry & Howard LLP.

          DEFENDANT, LINCOLN NATIONAL
          LIFE INSURANCE CO.,


By: __/s/_____
     Douglas W. Bartinik (ct26196)
     Day, Berry & Howard LLP
     CityPlace I
     Hartford, Connecticut 06103-3499
     Telephone: (860) 275-0100
     Fax: (860) 275-0343
     dwbartinik@dbh.com
     Its Attorneys

### **CERTIFICATE OF SERVICE**

     I hereby certify that on August 29, 2005, a copy of the foregoing Motion To Withdraw Appearance was filed electronically [and served by mail on anyone unable to accept electronic filing].  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].  Parties may access this filing through the Court's system.


          __/s/_____
          Douglas W. Bartinik