UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WASLEY PRODUCTS ET AL., | : | |
| | : | |
| Plaintiffs, | : | CIVIL NO.    3:03CV383 (MRK) |
| | : | **LEAD CASE** |
| v. | : | |
| | : | |
| BULAKITES, ET AL. | : | |
| | : | |
| Defendants. | : | |

## ORDER

Having held an on-the-record telephonic status conference with the parties on August 31, 2005, the Court enters the following orders in this consolidated case:

1.     The Motion to Disqualify Counsel [doc. # 169] is DENIED as moot in view of the Court's Order [doc. # 205] granting the motions of prior counsel for Lincoln National Life Insurance ("Lincoln National") to withdraw from the case.

2.     The Motion for Default Entry [doc. # 185] is DENIED as moot in view of the fact that the Defendants who were the subject of the motion have now answered the complaint.

3.     Lincoln National's Motion for Extension of Time [doc. # 194] is GRANTED. Lincoln National shall have until **September 15, 2005**, to respond to the Wasley Defendants' First Set of Interrogatories and Requests for Production.

4.     For the reasons stated during the telephonic conference and in accordance with the provisions of Connecticut's Personnel Files Act, Conn. Gen. Stat. § 31-128f, the Court orders and directs Nationwide Life Insurance Company of America f/k/a Provident Mutual Life Insurance Company ("Nationwide") to produce and disclose to any other party in this

consolidated case, any personnel information regarding Messrs. Bulakites and Winslow that may be requested in discovery, subject to any confidentiality stipulation to which the parties may agree.

5. The Wasley Defendants' Objection to Nationwide's Motion for Extension of Time is SUSTAINED IN PART. Nationwide shall respond to the Wasley Defendants' discovery requests no later than **September 7, 2005**.

                                                IT IS SO ORDERED,


                                    /s/      Mark R. Kravitz
                                            United States District Judge


Dated at New Haven, Connecticut: **August 31, 2005**