UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

WASLEY PRODUCTS, INC., ET AL. :
                               :
        *Plaintiffs*,          :     CASE NO. 3:03-CV-383(MRK)
                               :
V.                             :
                               :
BARRY LEONARD BULAKITES,       :
ET AL.                         :
                               :
        *Defendants*.          :     AUGUST 31, 2005
_____:

### BULAKITES DEFENDANTS' OBJECTIONS TO SPECIAL MASTER'S FINAL REPORT DATED JULY 26, 2005

The Defendants, Barry L. Bulakites, James A. Winslow and Joshua Adams Corporation (hereinafter the "Bulakites Defendants"), hereby respectfully submit the following responses and objections to the Special Master's Final Report ("Report") dated July 26, 2005. These responses and objections are based on a review of the Report, the exhibits to the Report, and all presently available documentation.

The Bulakites Defendants responses and objections set forth herein are not intended as a final analysis, defense, admission, or answer to the claims asserted against them or to the issues

1

raised by the audit of the benefit plans at issue.  The
Bulakites Defendants reserve the right to modify and/or to
supplement any position set forth herein whether in future
proceedings before the Special Master (Alan R. Mandell) or
before the Court.  These responses and objections shall not be
construed as a waiver of any defense, claim, setoff, or right
which the Bulakites Defendants may possess against any party.

**1.    The Report Excludes Analysis of Entire Time Period
Identified in Consolidated Lawsuits.**

These consolidated lawsuits cover the period from January
1990 through November 2002.  However, the Report only covers the
period from January 1992 through December 2002.  (Report, pg.
1).  The Bulakites Defendants object to the exclusion of
relevant information from this time period.

**2.    The Report Incorrectly States that a Defined Benefit
Plan was Established in 1991 with Provident Mutual Life Ins. Co.
("PMLIC").**

The Report states that a "defined benefit plan was
established with PMLIC in March of 1991."  (Report, pg. 2).

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278
W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\OBJECTIONS TO SM REPORT 8-31-05.DOC

This is incorrect because a group annuity contract (rather than a defined benefit plan) was established in 1991 for the purpose of investing the plans' retirement funds.

**3.    The Report Fails to Recognize and Credit that Check No. 6247 for $14,975.42 Constituted a Life Insurance Premium Payment by Wasley Products, Inc. to PMLIC on Behalf of John Wiblyi.**

The Report found that check no. 6247 dated Feb. 27, 1996 cleared Wasley Product, Inc.'s bank account but has not been found or traced to any depository.  It further states that "none of the parties involved have been able to shed light on the check." (Report, pp. 3-4).  The Bulakites Defendants object to such findings because they have represented that this check constituted a Wasley Products, Inc. payment for a life insurance premium on behalf of John Wiblyi (one of its salaried plan pensioners).  Moreover, the Bulakites Defendants believe that the Special Master was provided with a P.A.C.T. sheet on 3/16/04 showing the premiums paid on this life insurance policy.

3

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\OBJECTIONS TO SM REPORT 8-31-05.DOC

**4.   The Report Wrongly Assumes that Funds Were Diverted to Winslow Simply Because Wasley Products, Inc.'s Checks Were Addressed to Winslow.**

The Report states that checks no. 5789 and no. 6247 from Wasley Products, Inc. have not been traced to any depository since being issued and then implies that the funds from these two checks were diverted to James Winslow simply because the checks were addressed to him.  (Report, pp. 3-4, 8).  The Bulakites Defendants object to such an implication and assumption on the part of the Special Master.  Notably absent from his findings is that all the Wasley Products, Inc. checks were addressed to Mr. Winslow, including the accounted for money.

**5.   The Report's Page 6 Chart Incorrectly Calculates Credits Due to the Bulakites Defendants.**

The chart on page 6 of the Report fails to calculate the full credits due to the Bulakites Defendants.  (Report, pg. 6). First, the Report attributes only $34,185.78 to deposits from Debra Bulakites, which is incorrect.  In addition to this sum,

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\OBJECTIONS TO SM REPORT 8-31-05.DOC

Debra Bulakites provided Wasley Products, Inc. $33,211.96 on Nov. 30, 1994 to allow it to make insurance premium payments and deposited $10,000.00 into the Wasley Pension Account on Oct. 2, 1996.  Thus, the total deposits from Debra Bulakites was $77,397.44 (rather than $34,185.78).  Second, the chart fails to credit the Bulakites Defendants with providing Wasley Products, Inc. with $19,583.80 on May 18, 1994 for yet another insurance premium payment.  Lastly, the Report fails to credit a $30,000 deposit made by Mr. Bulakites into the Connecticut Agency Account to support Wasley Products, Inc.'s payment of annuities. (Report, pp. 6, 10).  Therefore, the Bulakites Defendants should be credited with an additional $92,795.76, which brings the total on the first chart on page 6 to $362,318.70 (rather than only $269,522.94).

**6.    The Report Unfairly Assumes that the Bulakites Defendants Owned and Controlled the Connecticut Agency Account.**

The Report represents that the Connecticut Agency Account did not belong to PMLIC and that Mr. Bulakites exercised some control over said account because he provided copies of eight

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\OBJECTIONS TO SM REPORT 8-31-05.DOC

checks from this account signed by him.   (Report, pp. 10-11).

The Bulakites Defendants object to these findings because this

account belonged to PMLIC, not Mr. Bulakites.   The checks

themselves note that the title of the account is "<u>Provident</u>

<u>Mutual Life Insurance Co.</u> Connecticut Agency Account." At the

very least, it is improper to attribute control over the funds

in said account to any party at this time because full records

of this account have not been produced.

   **7.   The Report Wrongly Assumes that Winslow's $13,380.00**

**Withdrawal from the Bank One Account was Wasley Products, Inc.'s**

**Money.**

   In the "Disbursement to Barry Bulakites et al." table of

the Report, the Special Master lists a payment to James Winslow

from the Bank One account in the amount of $13,380.00 and

implies that this disbursement came from funds owned by Wasley

Products, Inc.  (Report. Pg. 6).  However, the documentary

evidence shows that while $46,280.00 of Wasley Products, Inc.'s

funds were deposited into that account during the relevant

period, $65,278.25 was paid from the account to retirees and

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2005\OBJECTIONS TO SM REPORT 8-31-05.DOC

Wasley Products, Inc.  Thus, the Bulakites Defendants object to the claim that the disbursement of $13,380 came from Wasley Products, Inc.'s funds.

**8.   The Report Wrongly Assumes that All Money in the People's Bank Account Belonged to Wasley Products, Inc. and Incorrectly Deducts Bulakites' Withdrawal of $262,390.00 from the People's Bank Account.**

The Report represents that Mr. Bulakites withdrew $262,390.00 of Wasley Products, Inc. money from the People's Bank account.  (Report, pg. 6).  However, this is based on the incorrect assumption that the account was used exclusively for Wasley Products, Inc.'s distributions.

**9.   The Report Incorrectly Calculates the Amount of Payments Made to Retirees.**

The Report states that payments to retirees totaled $519,034.07.  (Report, pg. 8).  This is incorrect because such payments totaled $523,429.98.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\OBJECTIONS TO SM REPORT 8-31-05.DOC

**10.   The Report Incorrectly Offsets a Death Benefit Payment to Mr. Mamerrow with a Distribution from Travelers.**

The Report represents that a death benefits payment of $50,000 was made to Mr. Mammerow from Wasley Products, Inc.'s money and that Travelers Insurance Company reimbursed said funds with a payment of $50,402.00.  (Report, pg. 8).  The Bulakites Defendants object to this because the Special Master failed to recognize that there were two separate death benefit payments for Mr. Mamerrow:  one $50,000 payment from the 401(k) plan and another $50,000 payment from the UAW plan.  Thus, the second $50,000 payment should not be offset by the Travelers reimbursement.

**11.   The Report Incorrectly Credits Wasley Products, Inc. with Check No. 5956 ($22,308.82) When Said Check Constituted Reimbursement to the Connecticut Agency Account for a Premium Payment to Mass Mutual Insurance Company.**

The Report represents that Check No. 5956 dated Sept. 1, 1993 in the amount of $22,308.82 is a credit to Wasley Products, Inc. and represents a 401(k) deduction.  (Report, Exhibit titled

8

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2005\OBJECTIONS TO SM REPORT 8-31-05.DOC

"Wasley Products, Inc. Disputed Items Classified as Missing by Wasley").  This is incorrect because the $22,308.82 was a reimbursement to the Connecticut Agency Account for a premium payment made on Wasley Products, Inc.'s behalf to Mass Mutual Insurance Company.

12.  **The Report Incorrectly Credits Wasley Products, Inc. with Check No. 9052 ($5,000.00) When Said Check Constituted Payment for a Service Outside the Administration of the Pension Plans at Issue.**

The Report represents that Check No. 9052 dated July 21, 1992 in the amount of $5,000 is a credit to Wasley Products, Inc.  (Report, Exhibit titled "Wasley Products, Inc. Disputed Items Classified as Missing by Wasley").  Such a representation is incorrect and a credit should not be given to Wasley Products, Inc. because the $5,000 payment to the Bulakites Defendants was for services unrelated to the pension plans at issue.

9

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\OBJECTIONS TO SM REPORT 8-31-05.DOC

**13.  The Report Incorrectly Represents that a Deposit of $112,222.38 was <u>Not</u> Received by PMLIC and that $1,787,595.84 was Intended to be Deposited with PMLIC.**

The chart on page 8 of the Report represents that Wasley Products, Inc. issued checks totaling $1,787,595.84 to PMLIC and that $929,470.90 of that total was actually received by PMLIC. (Report, pg. 8).  The chart then concludes that $858,124.94 was not received by PMLIC but rather was received by other institutions/individuals.  (Report, pg. 8).  Specifically, it states that $112,222.38 was received by Shawmut/Fleet rather than PMLIC.  (Report, pg. 8).

The Bulakites Defendants object to these representations on the following grounds.  One, the chart is incorrect that all the Wasley Products, Inc.'s checks (totaling $1,787,595.84) were intended to go to PMLIC.  Second, the $112,222.38 should be credited as received by PMLIC because the Shawmut/Fleet account is the Connecticut Agency Account, which belonged to PMLIC.

10

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\OBJECTIONS TO SM REPORT 8-31-05.DOC

**14.  The Report Incorrectly Credits Wasley Products, Inc.
for Check No. 345 ($52,310.00) When Said Check Constituted a
Repayment to the Plan for a Loan Wasley Products, Inc. Took to
Pay Health Insurance Premiums.**

The Report states that "Wasley Products Inc. disbursed
funds totaling $1,787,595.84 on behalf of its employees for
either contributions to its defined benefit plan, its 401(k)
plan and fees."  (Report, pg. 2).  This amount includes check
no. 345 dated Feb. 21, 1994 in the amount of $52,310.00.
(Report, Chart attached to Report titled "Analysis of Checks
Drawn on Wasley Account for Pension or 401(k) Contributions").
The $52,310 should not be credited to Wasley Products, Inc. as a
contribution because it was instead a repayment to the plan for
a loan Wasley Products, Inc. took out to pay health insurance
premiums.

11

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\OBJECTIONS TO SM REPORT 8-31-05.DOC

Respectfully submitted,

THE "BULAKITES DEFENDANTS"
Barry L. Bulakites, James A. Winslow,
and Joshua Adams Corporation


BY: _____
        STEVEN J. ERRANTE, ESQ.
        ERIC P. SMITH, ESQ.
        NANCY FITZPATRICK MYERS, ESQ.
        Fed. Bar No. ct04292
        Lynch, Traub, Keefe, & Errante
        52 Trumbull Street
        New Haven, CT 06510
        Telephone: 203-787-0275
        Facsimile: 203-782-0278

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on

August 31, 2005 to all counsel and *pro se* parties of record via

the United States Postal Service, postage prepaid, as follows:

Joseph V. Meaney, Jr., Esq.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114
Telephone: 860-522-9100
Facsimile: 860-522-3379

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\OBJECTIONS TO SM REPORT 8-31-05.DOC

Ian O. Smith, Esq.
Thomas G. Moukawsher, Esq.
Moukawsher & Walsh
Capitol Place
21 Oak Street, Ste. 209
Hartford, CT 06106
Telephone: 860-278-7000
Facsimile: 860-548-1740

Bryan D. Short, Esq.
Deborah S. Freeman
Sara Simeonidies, Esq.
Bingham & McCutchen
One State Street
Hartford, CT 06103
Telephone: 860-240-2972
Facsimile: 860-240-2818

Albert Zakarian, Esq.
Eric L. Sussman, Esq.
Victoria Woodin Chavey, Esq.
Day, Berry & Howard
City Place
185 Asylum Street
Hartford, CT 06103
Telephone: 860-275-0290
Facsimile: 860-275-0343

Jean Elizabeth Tomasco, Esq.
Theodore J. Tucci, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103
Telephone: 860-275-8323
Facsimile: 860-275-8299

13

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2005\OBJECTIONS TO SM REPORT 8-31-05.DOC

Douglas W. Bartnik, Esq.
Day, Berry & Howard, LLP
CityPlace I
Hartford, CT 06103-3499
Telephone:  860-275-0100
Facsimile:  860-275-0343

James J. Reardon, Jr., Esq.
LeBoeuf, Lamb, Green & MacRae, LLP
225 Asylum Street
Hartford, CT 06103
Telephone:  860-293-3500
Facsimile:  860-293-3555

_____
    Steven J. Errante, Esq.

14

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\OBJECTIONS TO SM REPORT 8-31-05.DOC