UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INCORPORATED AND PRECISION MOLDING COMPANY, INC.<br><br>Plaintiffs,<br><br>V.<br><br>BARRY LEONARD BULAKITES, JAMES ALBERT WINSLOW, JOSHUA ADAMS CORPORATION, NATIONWIDE LIFE INSURANCE CO. AND LINCOLN NATIONAL LIFE INSURANCE CO.<br><br>Defendants. | Civil Action No.<br>3:03-CV-00383 (MRK)<br><br><br><br><br><br><br><br><br>SEPTEMBER 13, 2005 |

FILED 2005 SEP 14 A 9 45 U.S. DISTRICT COURT NEW HAVEN, CT

## APPEARANCE

Please enter my appearance on behalf of the defendant, Lincoln National Life Insurance Co., in the above-entitled action.

By: _/s/ Doug Dubitsky_
Doug Dubitsky
LeBoeuf, Lamb, Greene & MacRae, LLP
225 Asylum Street
Hartford, CT 06103
(860) 293-3500
doug.dubitsky@llgm.com
Fed. Bar No.: CT 21558
Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent by first class mail, postage prepaid on this 13th day of September, 2005 to the following counsel of record:

Joseph V. Meaney, Jr.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114-1102

Thomas G. Moukawsher
Ian O. Smith
Moukawsher & Walsh
21 Oak Street, Suite 209
Hartford, CT 06106

Bryan D. Short
Debroah S. Freeman
Sara R. Simeonidis
Bingham McCutchen
One State Street
Hartford, CT 06103-3178

Eric P. Smith
Nancy Fitzpatrick Myers
Steven J. Errante
Lynch, Traub, Keefe & Errante
52 Trumbull Street
New Haven, CT 06506

Maurice T. Fitzmaurice
Reid & Riege, P.C.
One Financial Plaza
755 Main Street, 21st Floor
Hartford, CT 06103-3185

Jean Elizabeth Tomasco
Theodore J. Tucci
Robinson & Cole
280 Trumbull Street
New Haven, CT 06103-3597

_____
Doug Dubitsky