UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WASLEY PRODUCTS, INC., ET AL. | : | CASE NO. 3:03CV383 (MRK) |
| Plaintiffs | : | |
| | : | |
| V. | : | |
| | : | |
| BUKLAKITES, ET AL. | : | |
| Defendants | : | SEPTEMBER 14, 2005 |

## APPEARANCE

The undersigned hereby appears in this case as counsel for the defendants, **Barry Bulakites**, **James Winslow** and **Joshua Adams Corporation**.

---
MARISA A. BELLAIR, ESQ. ct23802
Lynch, Traub, Keefe & Errante, P.C.
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612
(203)787-0275 (telephone)
(203)782-0278 (fax)
mbellair@ltke.com

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION – SJE\PLEADINGS\2005\FEDERAL APPEARANCE MAB.DOC
-1-

CERTIFICATION OF SERVICE

     A copy of the foregoing appearance was served by first class mail on September 14, 2005 to all counsel of record as set forth below:

Joseph V. Meaney, Jr., Esq.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114-1102

*(Attorney for Plaintiffs, Wasley Products, Inc. and*
  *Precision Molding Co, Inc.)*


Ian O. Smith, Esq.
Thomas Moukawsher, Esq.
Moukawsher & Walsh
21 Oak Street, Suite 209
Hartford, CT 06106

*(Attorneys for Consol Plaintiffs, Gregory T. Prentiss,*
  *John Rizzi, Richard Seich, Dorothy Brown)*


Bryan D. Short, Esq.
Deborah S. Freeman, Esq.
Sara R. Simeonidis, Esq.
Bingham McCutchen
One State Street
Hartford, CT 06103-3178

*(Attorneys for Defendant, Nationwide Life Insurance Company of America)*

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\FEDERAL APPEARANCE MAB.DOC
-2-

James J. Reardon, Esq.
Thomas G. Rohback
LeBeouf, Lamb, Greene & MacRae
225 Asylum Street
Hartford, CT 06103

*(Attorneys for Defendant, Lincoln National Insurance Company)*

Jean Elizabeth Tomasco, Esq.
Theodore J. Tucci, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597

*(Attorneys for Consol Defendants, Wasley Products, Inc., Alan Wasley, Andrew Brady, Sandi Dumas-LaFerriere and Barry Connell)*

                                                                            Marisa A. Bellair

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\FEDERAL APPEARANCE MAB.DOC
-3-