UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INC., ET AL., | MASTER CONSOLIDATED CASE CIVIL NO. 3:03 CV 383 (MRK) |
| Plaintiffs, | |
| | THIS PERTAINS TO: CIVIL NO. 3:03 CV 1790 (MRK) |
| V. | (Prentiss et al. v. Wasley Products, Inc. et al.) |
| BARRY BULAKITES, ET AL., | |
| Defendants. | SEPTEMBER 14, 2005 |

WASLEY DEFENDANTS' UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND
TO BULAKITES DEFENDANTS' FIRST SETS OF DISCOVERY REQUESTS

Pursuant to Rules 26, 33, and 34 of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, defendants Wasley Products, Inc., Alan Wasley, Andrew Brady, Sandi Dumas-Laferriere and Barry Connell (the "Wasley Defendants") hereby move for an extension of time of thirty (30) days, up to and including October 26, 2005,[1] to respond, by either answer or objection, to the Bulakites Defendants' first sets of interrogatories and requests for production of documents issued to each of the Wasley Defendants.[2] In support of this motion, the undersigned represents that the discovery requests seeks information dating back over a period of more than ten years. Additional time is needed to locate and review information

---

[1] Although the requests are dated August 24, 2005, they were mailed on August 26, 2005 and were not received by Wasley Defendants' counsel until the following week.

[2] Wasley Products, Inc. is also a plaintiff in the lead case and is represented by other counsel in that case who will respond to the requests directed to Wasley Products, Inc. as they pertain to the lead case.

and prepare appropriate responses, particularly given that many of the defendants have been out of town for the past two weeks and have not yet had an opportunity to review the requests.

This is the Wasley Defendants' first motion seeking an extension of time to respond to the Bulakites Defendants' discovery requests. Counsel for the Bulakites Defendants does not object to the requested extension. This matter has not yet been assigned for trial.

>DEFENDANTS
>
>WASLEY PRODUCTS, INC., ALAN A. WASLEY, ANDREW BRADY, SANDI DUMAS-LAFERRIERE, AND BARRY CONNELL
>
>By: /s/ Jean E. Tomasco
>Theodore J. Tucci (ct05249)
>ttucci@rc.com
>Jean E. Tomasco (ct09635)
>jtomasco@rc.com
>Robinson & Cole LLP
>280 Trumbull Street
>Hartford, CT 06103-3597
>Tel. No.: (860) 275-8200
>Fax: (860) 275-8299

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, first class postage prepaid, on the 14th day of September, 2005 to the following:

Steven J. Errante, Esq.
Nancy A. Fitzpatrick, Esq.
Eric P. Smith, Esq.
Lynch, Traub, Keefe and Errante, P.C.
52 Trumbull Street, P. O. Box 1612
New Haven, CT 06506

Sara R. Simeonidis, Esq.
Deborah S. Freeman, Esq.
Bingham McCutchen
One State Street
Hartford, CT 06103-3178

James J. Reardon, Jr., Esq.
Thomas G. Rohback, Esq.
Doug Dubitsky, Esq.
LeBoeuf, Lamb, Greene & MacRae, LLP
225 Asylum Street
Hartford, CT 06103

Thomas G. Moukawsher, Esq.
Ian O. Smith, Esq.
Moukawsher & Walsh
21 Oak Street, Suite 209
Hartford, CT 06106

Joseph V. Meaney, Jr., Esq.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Ave.
Hartford, CT 06114-1102

Jean E. Tomasco