UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GREGORY T. PRENTISS, | : | CIVIL ACTION NO. |
| JOHN RIZZI, RICHARD SEICH, and | : | 3:03 CV 00383 (MRK) |
| DOROTHY BROWN each individually | : | |
| and on behalf of the Wasley Products, Inc. | : | |
| 401(K) Profit Sharing Plan, | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| WASLEY PRODUCTS, INC., | : | |
| ALAN A. WASLEY, ANDREW | : | |
| BRADY, SANDI DUMAS-LAFERRIERE | : | |
| BARRY CONNELL, BARRY L. | : | |
| BULAKITES, JAMES A. WINSLOW, | : | |
| JOSHUA ADAMS CORPORATION. | : | SEPTEMBER 16, 2005 |

**PLAN PARTICIPANTS' MOTION FOR PERMISSION
TO JOIN ADDITIONAL PARTIES, TO AMEND COMPLAINT,
AND FOR CERTIFICATION OF
DERIVATIVE ACTION UNDER RULE 23.1**

Plaintiffs Gregory T. Prentiss, John Rizzi, Richard Seich, and Dorothy Brown ("Plan Participants") ask the Court for permission to amend their complaint to join three additional parties, supplement their claims with claims about the Wasley Products, Inc. Retirement Plan, and ask the Court to certify this as a derivative action under Rule 23.1. As is more particularly set forth in the accompanying memorandum, the amendment is timely brought and proposed in good faith by the plaintiffs. The proposed amended complaint is attached hereto as Exhibit A.

THE PLAINTIFFS


By /s/ Thomas G. Moukawsher
    Thomas G. Moukawsher ct08940
    Ian O. Smith ct24135
    Moukawsher & Walsh, LLC
    21 Oak Street
    Hartford, CT 06106
    (860) 278-7000
    tmoukawsher@mwlawgroup.com

    ATTORNEYS FOR PLAINTIFFS

# CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed on this date to the defendant at:

| | |
|---|---|
| Theodore J. Tucci, Esq.<br>Jean Elizabeth Tomasco, Esq.<br>Robinson & Cole<br>280 Trumbull Street<br>Hartford, CT 06103-3597 | Sara Simeonidis, Esq.<br>Deborah S. Freeman, Esq.<br>Bryan D. Short, Esq.<br>Bringham McCutchen, LLP<br>1 State Street<br>Hartford, CT 06103-3178 |
| Joseph V. Meaney, Jr., Esq.<br>Cranmore, Fitzgerald & Meaney<br>49 Wethersfield Ave.<br>Hartford, CT. 06114-1102 | Maurice T. Fitzmaurice<br>Reid & Riege, P.C.<br>One Financial Plaza<br>755 Main Street, 21st Floor<br>Hartford, CT 06103-3185 |
| Marissa A. Bellair, Esq.<br>Steven Errante, Esq.<br>Eric P. Smith, Esq.<br>Nancy Fitzpatrick Myers<br>Lynch, Traub, Keefe, and Errante, LLP<br>52 Trumbull Street<br>P.O. Box 1612<br>New Haven, CT. 06506-1612 | James J. Reardon, Jr.<br>Thomas G. Rohback<br>Doug Dubitsky<br>LeBoeuf, Lamb, Greene & MacRae<br>225 Asylum St.<br>Hartford, CT 06103 |

Dated this 16th day of September, 2005.

                                           /s/ Thomas G. Moukawsher
                                           Thomas G. Moukawsher