# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREGORY T. PRENTISS, JOHN RIZZI, RICHARD SEICH, and DOROTHY BROWN each individually and on behalf of the Wasley Products, Inc. 401(K) Profit Sharing Plan,<br><br>        Plaintiffs<br><br>        v.<br><br>WASLEY PRODUCTS, INC., ALAN A. WASLEY, ANDREW BRADY, SANDI DUMAS-LAFERRIERE BARRY CONNELL, BARRY L. BULAKITES, JAMES A. WINSLOW, JOSHUA ADAMS CORPORATION. | CIVIL ACTION NO.<br>3:03 CV 00383 (MRK)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>SEPTEMBER    , 2005 |

### DECLARATION OF GREGORY T. PRENTISS

Gregory T. Prentiss declares under the penalty of perjury:

1. I am a plaintiff in the above-captioned lawsuit.

2. With my motion for certification of this case as a derivative lawsuit I have filed a proposed First Amended Complaint which I have read and verified.

3. I bring this lawsuit to recover pension losses in good faith and not in collusion with any defendant.

4. I don't know of any financial interest I have in conflict with other plan participants and I don't know of any unique defenses any party could assert against me. I understand my duty to vigorously pursue this litigation in the interest of the 401(k) Plan, the Wasley Products Pension plan and their participants.

Dated: 9-7-05

                                                        Gregory T. Prentiss