# EXHIBIT 4

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREGORY T. PRENTISS, JOHN RIZZI, RICHARD SEICH, and DOROTHY BROWN each individually and on behalf of the Wasley Products, Inc. 401(K) Profit Sharing Plan,<br><br>Plaintiffs<br><br>v.<br><br>WASLEY PRODUCTS, INC., ALAN A. WASLEY, ANDREW BRADY, SANDI DUMAS-LAFERRIERE BARRY CONNELL, BARRY L. BULAKITES, JAMES A. WINSLOW, JOSHUA ADAMS CORPORATION. | : CIVIL ACTION NO.<br>: 3:03 CV 00383 (MRK)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: SEPTEMBER    , 2005 |

## DECLARATION OF DOROTHY BROWN

Dorothy Brown declares under the penalty of perjury:

1. I am a plaintiff in the above-captioned lawsuit.

2. With my motion for certification of this case as a derivative lawsuit I have filed a proposed First Amended Complaint which I have read and verified.

3. I bring this lawsuit to recover pension losses in good faith and not in collusion with any defendant.

4. I don't know of any financial interest I have in conflict with other plan participants and I don't know of any unique defenses any party could assert against me. I understand my duty to vigorously pursue this litigation in the interest of the 401(k) Plan, the Wasley Products Pension plan and their participants.

Dated: 9-7-05

_____
Dorothy Brown