# EXHIBIT 5

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GREGORY T. PRENTISS, | : | CIVIL ACTION NO. |
| JOHN RIZZI, RICHARD SEICH, and | : | 3:03 CV 00383 (MRK) |
| DOROTHY BROWN each individually | : | |
| and on behalf of the Wasley Products, Inc. | : | |
| 401(K) Profit Sharing Plan, | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| WASLEY PRODUCTS, INC., | : | |
| ALAN A. WASLEY, ANDREW | : | |
| BRADY, SANDI DUMAS-LAFERRIERE | : | |
| BARRY CONNELL, BARRY L. | : | |
| BULAKITES, JAMES A. WINSLOW, | : | |
| JOSHUA ADAMS CORPORATION. | : | SEPTEMBER     , 2005 |

**DECLARATION OF JOHN M. WIBLYI**

John M. Wiblyi declares under the penalty of perjury:

1. I am a plaintiff in the above-captioned lawsuit.

2. With my motion for certification of this case as a derivative lawsuit I have filed a proposed First Amended Complaint which I have read and verified.

3. I bring this lawsuit to recover pension losses in good faith and not in collusion with any defendant.

4. I don't know of any financial interest I have in conflict with other plan participants and I don't know of any unique defenses any party could assert against me. I understand my duty to vigorously pursue this litigation in the interest of the 401(k) Plan, the Wasley Products Pension plan and their participants.

Dated: 9/7/05                                    _____
                                                            John M. Wiblyi