UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INC. ET AL., | MASTER CONSOLIDATED CASE CIVIL NO.: 3:03 CV 383 (MRK) |
| Plaintiffs, | |
| | THIS PLEADING PERTAINS TO CIVIL NO.: 3:03 CV 1790 (MRK) |
| v. | |
| BARRY BULAKITES, JAMES WINSLOW, & JOSHUA ADAMS CORPORATION. | September 19, 2005 |
| Defendants. | |

### WASLEY PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO THE DISCOVERY REQUESTS OF THE BULAKITES DEFENDANTS

Pursuant to Local Rule 7, Plaintiff WASLEY PRODUCTS, INC AND PRECISION MOLDING COMPANY, collectively known as the "Wasley Plaintiffs" requests an extension of time of 30 days, until October 23rd, 2005 to respond to the discovery requests of BARRY BULAKITES, JAMES WINSLOW, & THE JOSHUA ADAMS CORPORATION, collectively known as the "Bulakites Defendants". Defendants have requested a large number of documents from the Plaintiffs and an extension of 30 days is respectfully requested in order to fully comply. The Plaintiff

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

made several attempts to contact the Defendant's counsel for their approval but was unable to ascertain an answer.

        PLAINTIFFS
        WASLEY PRODUCTS, ET AL.


        BY:_____
        JOSEPH V. MEANEY, JR.
        Cranmore, FitzGerald & Meaney
        49 Wethersfield Avenue
        Hartford, CT 06114
        Fed Bar No:  04315

## **ORDER**

The foregoing Motion for Extension of Time to Respond to Defendant's Discovery Requests having been heard by the Court, it is hereby **ORDERED** as **GRANTED/DENIED.**

                        By the Court

                        _____
                        Judge/Assistant Clerk

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, via First Class mail, this 19th day of September, 2005 to all counsel and pro se parties of record:

Sara Simeonidis, Esq.
Bingham McCutchen, LLP
1 State Street
Hartford, CT 06103-3178

Douglas W. Bartinik, Esq.
Eric Sussman, Esq.
Day, Berry & Howard, LLP
City Place I
Hartford, CT 06103-3499

Nancy A. Fitzpatrick, Esq.
Steven Errante, Esq.
Lynch, Traub, Keefe, and Errante, LLP
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

Thomas Moukawsher, Esq.
Moukawsher & Walsh, LLC
21 Oak Street, Suite 209
Hartford, CT 06106

Theodore Tucci, Esq
Jean Tomasco, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

BY: _____
        Joseph V. Meaney, Jr.