# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

WASLEY PRODUCTS ET AL.,       :
                                  :
                   Plaintiffs,   :     CIVIL NO.    3:03CV383 (MRK)
                                  :
v.                           :
                                  :
BULAKITES, ET AL.         :
                                  :
                  Defendants.  :

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

__X__    All purposes except trial, unless the parties consent to trial before the magistrate judge

_____    A ruling on all pretrial motions except dispositive motions

_____    To supervise discovery and resolve discovery disputes

_____    A ruling on the following motions which are currently pending: Doc. #[___]
               _____

_____    A settlement conference. **The pursuit of settlement negotiations, and a referral to a magistrate judge for purposes of a settlement conference, does not relieve the parties of their obligation to adhere to scheduling deadlines absent a court order to that effect.**

_____    A conference to discuss the following:
               _____

_____    Other:
               _____

SO ORDERED this 23rd day of September, 2005 at New Haven, Connecticut.


                              /s/ _____Mark R. Kravitz_____
                                United States District Judge