FILED

2005 SEP 23 P 1:59

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WASLEY PRODUCTS, INC. ET AL.,

Plaintiffs,

v.

BARRY BULAKITES, JAMES WINSLOW, & JOSHUA ADAMS CORPORATION.

Defendants.

**MASTER CONSOLIDATED CASE**
**CIVIL NO.: 3:03 CV 383 (MRK)**

THIS PLEADING PERTAINS TO
CIVIL NO.: 3:03 CV 1790 (MRK)

September 22, 2005

**WASLEY PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO THE SECOND SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF THE BULAKITES DEFENDANTS**

Pursuant to Local Rule 7, Plaintiff WASLEY PRODUCTS, INC AND PRECISION MOLDING COMPANY, collectively known as the "Wasley Plaintiffs" requests an extension of time of 30 days, until November 5th, 2005 to respond to the second set of interrogatories and requests for production of BARRY BULAKITES, JAMES WINSLOW, & THE JOSHUA ADAMS CORPORATION, collectively known as the "Bulakites Defendants". Defendants have requested a large number of documents and Interrogatory answers from their first set of Interrogatories and

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

Requests for Product while simultaneously sending a supplementary Second set of Interrogatories. The Plaintiffs respectfully request an extension of 30 days in order to fully comply.

PLAINTIFFS
WASLEY PRODUCTS, ET AL.

BY: ______________________
JOSEPH V. MEANEY, JR.
Cranmore, FitzGerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114
Fed Bar No: 04315

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, via First Class mail, this 22nd day of September, 2005 to all counsel and pro se parties of record:

Sara Simeonidis, Esq.
Bingham McCutchen, LLP
1 State Street
Hartford, CT 06103-3178

Douglas W. Bartinik, Esq.
Eric Sussman, Esq.
Day, Berry & Howard, LLP
City Place I
Hartford, CT 06103-3499

Nancy A. Fitzpatrick, Esq.
Steven Errante, Esq.
Lynch, Traub, Keefe, and Errante, LLP
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

Thomas Moukawsher, Esq.
Moukawsher & Walsh, LLC

21 Oak Street, Suite 209
Hartford, CT 06106

Theodore Tucci, Esq
Jean Tomasco, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

BY: ______________________
Joseph V. Meaney, Jr.