| | |
|---|---|
| WASLEY PRODUCTS, INCORPORATED, ) | MASTER CONSOLIDATED |
| PRECISION MOLDING COMPANY, INC., ) | CASE NO. 3:03 CV 383 |
| Individually and on behalf of WASLEY ) | (MRK) |
| PRODUCTS- UAW LOCAL 376 ) | |
| RETIREMENT PLAN, PRECISION MOLDING ) | |
| 401(K) PLAN, AND WASLEY ) | |
| PRODUCTS 401(K) PLAN ) | THIS PLEADING |
|     Plaintiffs ) | PERTAINS TO: CIVIL |
| ) | NO. 3:03 CV 383 (MRK) |
| ) | |
| Vs. ) | |
| ) | |
| BARRY LEONARD BULAKITES, ) | |
| JAMES ALBERT WINSLOW, ) | |
| JOSHUA ADAMS CORPORATION, ) | |
| NATIONWIDE LIFE INSURANCE CO. OF ) | |
| AMERICA F/K/A/ PROVIDENT MUTUAL ) | |
| LIFE INSURANCE CO. AND LINCOLN ) | |
| NATIONAL LIFE INSURANCE CO. ) | |
|     Defendants ) | SEPTEMBER 29, 2005 |

### AMENDED PLAINTIFFS' MOTION FOR PERMISSION TO JOIN ADDITIONAL PARTIES AND AMEND COMPLAINT

The Plaintiffs, Wasley Products, Incorporated, Wasley Products- UAW Local 376 Retirement Plan, Precision Molding 401(k) Plan, Wasley Products 401(k) Plan and Precision Molding Company, Inc. (jointly referred to as the "Companies"),

Argument not requested
Testimony not required

respectively ask the Court for permission to join additional parties and amend their complaint. The proposed amendment is timely brought and in good faith by the Plaintiffs. The amended complaint is attached hereto.

**PLAINTIFFS**,

By:_____
Joseph V. Meaney, Jr.
Cranmore, FitzGerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114
Connecticut Federal Bar No. CT 04315

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent via first class mail, postage prepaid this 29th day of September, 2005 to all counsel and pro se parties of record, as follows:

Steven J. Errante, Esq.
Eric P. Smith, Esq.
Lynch, Traub, Keefe and Errante, PC
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506

Thomas G. Moukawsher, Esq.
Ian O. Smith, Esq.
Moukawsher & Walsh
21 Oak Street, Suite 209
Hartford, CT 06106

Sara R. Simeonidis, Esq.
Deborah S. Freeman, Esq.
Bryan D. Short, Esq.
Bingham McCutchen
One State Street
Hartford, CT 06103-3178

Albert Zakarian, Esq.

Victoria Woodin Chavey, Esq.
Eric L. Sussman, Esq.
Day, Berry & Howard
CityPlace
Hartford, CT 06103-3499

Jean E. Tomasco, Esq.
Theodore J. Tucci, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

By: _____

                Joseph V. Meaney, Jr.

                Cranmore, FitzGerald & Meaney