UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INC., ET AL., | MASTER CONSOLIDATED CASE<br>CIVIL NO. 3:03 CV 383 (MRK) |
| Plaintiffs, | |
| | THIS PERTAINS TO:<br>CIVIL NO. 3:03 CV 1790 (MRK) |
| V. | (<u>Prentiss et al. v. Wasley Products, Inc. et al.</u>) |
| BARRY BULAKITES, ET AL., | |
| Defendants. | OCTOBER 3, 2005 |

**WASLEY DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFFS' MOTION TO AMEND THEIR
COMPLAINT AND SEEK DERIVATIVE STATUS UNDER RULE 23.1**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, defendants Wasley Products, Inc., Alan Wasley, Andrew Brady, Sandi Dumas-Laferriere and Barry Connell (the "Wasley Defendants") hereby move for a brief extension of time of 11 days, up to and including October 21, 2005, to respond to the <u>Prentiss</u> Plaintiffs' Sept. 16th Motion to Amend their Complaint and Motion for Certification of Derivative Status under Rule 23.1.

In support of this motion, the undersigned states that the Wasley Defendants do not object to the Plaintiffs' request to amend their complaint to add Nationwide Life Insurance Co. f/k/a Provident Mutual Life Insurance Co., and Lincoln National Life Ins. Co. as defendants in their action. However, Plaintiffs also seek to add claims pertaining to the accrued balance calculations in establishing opening balances for the Wasley 401(k) Plan. They also seek to add a new plaintiff, John Wiblyi, whose claims date back to the late 1980s. His claims do not pertain

to the Wasley 401(k) Plan but pertain to the predecessor plan, and his claims appear to be unique from those of the other plaintiffs. The Wasley Defendants require additional time to locate and review information concerning these claims and to determine whether or not to object to these portions of Plaintiffs' requested amendment and to Plaintiffs' motion for certification of derivative status.

This is the Wasley Defendants' first motion seeking an extension of time of this deadline. Counsel for the plaintiffs does not object to the requested extension. This matter has not yet been assigned for trial.

DEFENDANTS

WASLEY PRODUCTS, INC., ALAN A. WASLEY, ANDREW BRADY, SANDI DUMAS-LAFERRIERE, AND BARRY CONNELL

By: _____
Theodore J. Tucci (ct05249)
ttucci@rc.com
Jean E. Tomasco (ct09635)
jtomasco@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax: (860) 275-8299

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, first class postage prepaid on this 3rd day of October, 2005 to the following:

Steven J. Errante, Esq.
Nancy A. Fitzpatrick Myers, Esq.
Marisa A. Bellair, Esq.
Lynch, Traub, Keefe and Errante, P.C.
52 Trumbull Street
P. O. Box 1612
New Haven, CT  06506

Sara R. Simeonidis, Esq.
Deborah S. Freeman, Esq.
Bryan D. Short, Esq.
Bingham McCutchen
One State Street
Hartford, CT  06103-3178

Thomas G. Rohback, Esq.
Doug Dubistsky, Esq.
James J. Reardon, Jr., Esq.
LeBoeuf, Lamb, Greene & MacRae, LLP
225 Asylum Street
Hartford, CT  06103

Thomas G. Moukawsher, Esq.
Ian O. Smith, Esq.
Moukawsher & Walsh
21 Oak Street, Suite 209
Hartford, CT  06106

Joseph V. Meaney, Jr., Esq.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Ave.
Hartford, CT  06114-1102

Theodore J. Tucci