# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WASLEY PRODUCTS, INC., ET AL.,          :

                        :          MASTER CONSOLIDATED CASE CIVIL

          Plaintiff,          :          NO. 3:03 CV 383 (MRK)

                        :

      v.          :          THIS PERTAINS TO:

                        :          3:03 CV 1790 (MRK)

BARRY BULAKITES, ET AL.,          :          <u>Prentiss, et al. v. Wasley Products, Inc., et al.</u>

                        :

         Defendant.          :          October 7, 2005

                        :

                        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## <u>LINCOLN NATIONAL LIFE INSURANCE COMPANY'S STIPULATED MOTION FOR AN EXTENSION OF TIME TO FILE ITS OPPOSITION TO PLAN PARTICIPANTS' MOTION TO AMEND THEIR COMPLAINT</u>

Pursuant to Local Rule 7(b), Defendant Lincoln National Life Insurance Company

("Lincoln National"), by and through its undersigned counsel, hereby move for an eleven (11)

day extension of time, up to and including October 21, 2005, to file its Opposition to Plan

Participants' Motion for Permission to Join Additional Parties, to Amend Complaint, and

Certification of Derivative Action Under Rule 23.1 ("Motion to Amend").  Counsel for the Plan

Participants has stipulated to this Motion for Extension of Time.

Plan Participants' proposed Amended Complaint seeks, for the first time, to add Lincoln

National as a defendant, and puts forth factual allegations and legal theories not contained within

its Original Complaint.  Specifically, the Plan Participants seek to hold Lincoln National

vicariously liable for the alleged misdeeds of persons who have not been associated with Lincoln

National in many years.  Plan Participants' proposed Amended Complaint also seeks to add John

M. Wiblyi as new plaintiff, asserting new factual allegations and legal theories, and to certify this

as a derivative action under Fed. R. Civ. P. 23.1.  Lincoln National needs the additional time to

investigate the Plan Participants' factual allegations, to determine how the Plan Participants' new

allegations factually and legally relate to Lincoln National, and to determine whether or not to

object to certain parts of the Plan Participant's multi-part Motion to Amend.

This is Lincoln National's first request for an extension of time on this deadline.

Defendants, Wasley Prod Inc, Alan A. Wasley, Andrew Brady, Sandi Dumas-LaFerriere, and

Barry Connell have sought, and have been granted, an extension of time until October 21, 2005,

on this same deadline.  This matter has not yet been assigned for trial.


Dated:  Hartford, CT              LeBOEUF, LAMB, GREENE & MacRAE, L.L.P.
October 7, 2005


By:  _____

Thomas G. Rohback
James J. Reardon, Jr.
Doug Dubitsky
LEBOEUF, LAMB, GREENE & MacRAE, L.L.P.
225 Asylum Street
Hartford, CT 06103
(860) 293-3500
(860) 293-3730 (fax)
Counsel for Defendant
Lincoln National Life Insurance Company

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
WASLEY PRODUCTS, INC., ET AL.,                :
                                              :          MASTER CONSOLIDATED CASE CIVIL
                        Plaintiff,            :          NO. 3:03 CV 383 (MRK)
                                              :
            v.                                :          THIS PERTAINS TO:
                                              :          3:03 CV 1790 (MRK)
BARRY BULAKITES, ET AL.,                      :          Prentiss, et al. v. Wasley Products, Inc., et al.
                                              :
                                              :
                        Defendant.            :
                                              :          October 7, 2005
                                              :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


<u>ORDER</u>


   The foregoing Stipulated Motion for Extension of Time, having been heard, it is hereby

ORDERED:


        GRANTED/DENIED


                                          _____
                                                                    , J.