-3-

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

------------------------------------ x
WASLEY PRODUCTS, INC., ET AL.,           :
                                         :   MASTER CONSOLIDATED CASE CIVIL
       Plaintiff,                        :   NO. 3:03 CV 383 (MRK)
                                         :
v.                                       :   THIS PERTAINS TO:
                                         :   3:03 CV 383 (MRK)
BARRY BULAKITES, ET AL.,                 :
                                         :
       Defendant.                        :   <u>Wasley Products, Inc., et al. v. Bulakites, et al.</u>
                                         :
                                         :   October 17, 2005
                                         :
------------------------------------ x

## ORDER

The foregoing Stipulated Motion for Extension of Time, having been heard, it is hereby

ORDERED:

       GRANTED/DENIED

       _____
       , J.