UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------- x
WASLEY PRODUCTS, INC., ET AL., :
: MASTER CONSOLIDATED CASE CIVIL
Plaintiff, : NO. 3:03 CV 383 (MRK)
:
v. : THIS PERTAINS TO:
: 3:03 CV 1790 (MRK)
BARRY BULAKITES, ET AL., : <u>Prentiss, et al. v. Wasley Products, Inc., et al.</u>
:
Defendant. :
: October 17, 2005
:
:
------------------------------- x

## LINCOLN NATIONAL LIFE INSURANCE COMPANY'S MOTION FOR AN EXTENSION OF TIME TO FILE ITS OPPOSITION TO PLAINTIFFS' MOTION FOR PERMISSION TO JOIN ADDITIONAL PARTIES AND TO AMEND THEIR COMPLAINT

Pursuant to Local Rule 7(b), Defendant Lincoln National Life Insurance Company ("Lincoln National"), by and through its undersigned counsel, hereby moves for a thirty (30) day extension of time, up to and including November 18, 2005, to file its Opposition to the Motion for Permission to Join Additional Parties and to Amend Complaint ("Motion to Amend"), filed by Plaintiffs Wasley Products, Inc., Wasley Products UAW Local 376 Retirement Plan, Precision Molding 401(k) Plan, Wasley Products 401(k) Plan and Precision Molding Company, Inc. (together, the "Plaintiffs"). Counsel for the Plaintiffs has consented to this Motion for Extension of Time.

Plaintiffs' proposed Amended Complaint seeks, for the first time, to add Lincoln National as a defendant, and puts forth factual allegations and legal theories not contained within its Original Complaint. Specifically, the Plaintiffs seek to hold Lincoln National liable for the alleged misdeeds of persons who have not been associated with Lincoln National in many years.

Plaintiffs' proposed Amended Complaint also seeks to join several new plaintiffs, and assert new factual allegations and legal theories. Lincoln National needs the additional time to investigate the Plaintiffs' factual allegations, to determine how the Plaintiffs' new allegations factually and legally relate to Lincoln National, and to determine whether or not to object to certain parts of the Plan Participant's multi-part Motion to Amend.

  This is Lincoln National's first request for an extension of time on this deadline. This matter has not yet been assigned for trial.

| | |
|---|---|
| Dated: Hartford, CT<br>October 17, 2005 | LeBOEUF, LAMB, GREENE & MacRAE, L.L.P. |
| | By: /s/ Thomas G. Rohback<br>  Thomas G. Rohback<br>  James J. Reardon, Jr.<br>  Doug Dubitsky<br>  LEBOEUF, LAMB, GREENE & MacRAE, L.L.P.<br>  225 Asylum Street<br>  Hartford, CT 06103<br>  (860) 293-3500<br>  (860) 293-3730 (fax)<br>  Counsel for Defendant<br>  Lincoln National Life Insurance Company |