-3-

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------ x
WASLEY PRODUCTS, INC., ET AL.,    :
                                  :   MASTER CONSOLIDATED CASE CIVIL
           Plaintiff,             :   NO. 3:03 CV 383 (MRK)
                                  :
     v.                           :   THIS PERTAINS TO:
                                  :   3:03 CV 1790 (MRK)
BARRY BULAKITES, ET AL.,          :   Prentiss, et al. v. Wasley Products, Inc., et al.
                                  :
           Defendant.             :   October 17, 2005
                                  :
                                  :
------------------------------------ x

## ORDER

The foregoing Stipulated Motion for Extension of Time, having been heard, it is hereby

ORDERED:

GRANTED/DENIED

_____
                                                               , J.