UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GREGORY T. PRENTISS, | : | CIVIL ACTION NO. |
| JOHN RIZZI, RICHARD SEICH, | : | 3:03 CV 00383 (MRK)(LEAD) |
| and DOROTHY BROWN each individually | : | |
| and on behalf of the Wasley Products, Inc. | : | |
| 401(K) Profit Sharing Plan, and the Wasley | : | |
| Products, Inc. Retirement Plan and JOHN | : | |
| M.WIBLYI, individually and on behalf of | : | |
| the Wasley Products, Inc. Retirement Plan | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| WASLEY PRODUCTS, INC., | : | |
| ALAN A. WASLEY, ANDREW BRADY, | : | |
| SANDI DUMAS-LAFERRIERE | : | |
| BARRY CONNELL, BARRY L. | : | |
| BULAKITES, JAMES A. WINSLOW, | : | |
| JOSHUA ADAMS CORPORATION, | : | |
| THE WASLEY PRODUCTS | : | |
| RETIREMENT PLAN, NATIONWIDE | : | |
| LIFE INSURANCE CO., and LINCOLN | : | |
| NATIONAL LIFE INSURANCE CO., | : | |
| | : | |
| Defendants. | : | OCTOBER 13, 2005 |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR PERMISSION TO JOIN ADDITIONAL PARTIES, TO AMEND COMPLAINT AND FOR CERTIFICATION OF DERIVATIVE ACTION UNDER RULE 23.1**

Pursuant to Federal Rule of Civil Procedure ("Rule") 15(a), the plaintiffs move for an extension of time through and including November 4, 2005 to file their reply memorandum in support of their for permission to join additional parties, to amend complaint and for certification of derivative action under Rule 23.1. Plaintiffs believe the motion should be granted because:

1. Plaintiffs filed their motion on September 19, 2005.

2. Defendant Nationwide Life Insurance Company of America filed its opposition brief on October 5, 2005.

3. Plaintiffs' reply to Nationwide is due October 19, 2005.

4. Defendant's Wasley Prod Inc, Alan A. Wasley, Andrew Brady, Sandi Dumas-LaFerriere, Barry Connell, and Lincoln National Life Insurance Co. have all moved for an extension of time in which to respond to Plaintiffs' motion to join, amend and certify under Rule 23.1 until October 21, 2005. Plaintiffs' deadline to file a reply to these defendants' briefs will be November 4, 2005.

5. While plaintiffs' counsel has begun researching and drafting the reply brief, not all of the defendants have responded yet which would result in multiple reply briefs when one brief filed on November 4, 2005 could reply to all defendants.

6. Counsel for Nationwide does not oppose to this motion.

WHEREFORE, Plaintiffs request an extension of time, through and including November 4, 2005 in which to file their reply brief.

THE PLAINTIFFS:

By /s/ Thomas G. Moukawsher
    Thomas G. Moukawsher ct08940
    Moukawsher & Walsh, LLC
    21 Oak Street
    Hartford, CT 06106
    (860) 278-7000
    tmoukawsher@mwlawgroup.com

    ATTORNEYS FOR PLAINTIFFS

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed on this date to the defendant at:

| | |
|---|---|
| Theodore J. Tucci, Esq. | Sara Simeonidis, Esq. |
| Jean Elizabeth Tomasco, Esq. | Deborah S. Freeman, Esq. |
| Robinson & Cole | Bryan D. Short, Esq. |
| 280 Trumbull Street | Bringham McCutchen, LLP |
| Hartford, CT 06103-3597 | 1 State Street |
| | Hartford, CT 06103-3178 |
| Joseph V. Meaney, Jr., Esq. | |
| Cranmore, Fitzgerald & Meaney | Maurice T. Fitzmaurice |
| 49 Wethersfield Ave. | Reid & Riege, P.C. |
| Hartford, CT. 06114-1102 | One Financial Plaza |
| | 755 Main Street, 21st Floor |
| Marissa A. Bellair, Esq. | Hartford, CT 06103-3185 |
| Steven Errante, Esq. | |
| Eric P. Smith, Esq. | James J. Reardon, Jr. |
| Nancy Fitzpatrick Myers | Thomas G. Rohback |
| Lynch, Traub, Keefe, and Errante, LLP | Doug Dubitsky |
| 52 Trumbull Street | LeBoeuf, Lamb, Greene & MacRae |
| P.O. Box 1612 | 225 Asylum St. |
| New Haven, CT. 06506-1612 | Hartford, CT 06103 |

Dated this 13th day of October, 2005.

/s/ Thomas G. Moukawsher
Thomas G. Moukawsher