UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 OCT 20 P 1: 50

| | |
|---|---|
| WASLEY PRODUCTS, INC., PRECISION MOLDING CO., Individually and on behalf of Wasley Products UAW Local 376 Retirement Plan, Precision Molding 401(k) Plan and Wasley Products 401(k) Plan,<br><br>    Plaintiffs<br><br>vs.<br><br>BARRY LEONARD BULAKITES, et al.,<br><br>    Defendants | MASTER CIVIL ACTION NO. 3:03 CV 0383 (MRK)<br><br>THIS PLEADING PERTAINS TO CIVIL NO. 3:03 CV 0383 (MRK)<br><br>OCTOBER 18, 2005 |

**DEFENDANT NATIONWIDE LIFE INSURANCE COMPANY OF AMERICA'S F/K/A PROVIDENT MUTUAL LIFE INSURANCE COMPANY CONSENTED MOTION FOR EXTENSION OF TIME TO ANSWER AND/OR OTHERWISE PLEAD TO AMENDED PLAINTIFFS' SECOND AMENDED COMPLAINT**

Defendant Nationwide Life Insurance Company of America f/k/a Provident Mutual Life Insurance Co. ("**Nationwide**"), hereby respectfully requests an extension of time up through and including November 7, 2005, to answer and/or otherwise plead in the above-captioned matter. In support of this motion, Nationwide states the following:

1.    On September 29, 2005 the Amended Plaintiffs Wasley Products, Inc. and Precision Molding Company, Individually and on behalf of Wasley Products UAW Local 376 Retirement Plan, Precision Molding 401(k) Plan and Wasley Products 401(k) Plan (the "Amended Plaintiffs") filed a Second Amended Complaint in the above-captioned matter (the "Second Amended Complaint").

CTDOCS/1642222.1

-2-

2.  Through the Second Amended Complaint the Amended Plaintiffs assert various new theories of liability against Nationwide.

3.  Counsel requires additional time to obtain any underlying materials, review the complaint and consult with out-of-state Nationwide counsel to appropriately respond to the complaint.

4.  No prior request for an extension of time of any kind has been made by Nationwide with respect to the Second Amended Complaint.

5.  Undersigned Counsel for Nationwide spoke by telephone with attorney for the Amended Plaintiffs, Joseph Meaney, and he consents to an extension of time up to and including November 7, 2005.

WHEREFORE, Nationwide respectfully requests that its motion for extension of time to answer and/or otherwise plead be granted.

> DEFENDANT
> NATIONWIDE LIFE INSURANCE
> COMPANY OF AMERICA f/k/a PROVIDENT
> MUTUAL LIFE INSURANCE CO.
>
> */s/ Sara R. Simeonidis*
> Deborah S. Freeman [ct 05257]
> Sara R. Simeonidis [ct 25566]
> **BINGHAM MCCUTCHEN LLP**
> One State Street
> Hartford, CT 06103-3178
> Phone (860) 240-2700
> Fax  (860) 240-200
> deborah.freeman@bingham.com
> sara.simeonidis@bingham.com
> Its Attorneys

-3-

## CERTIFICATION

This is to certify that a copy of the foregoing Motion for Extension of Time has been served this 18th day of October, 2005, via first class mail, postage prepaid, to all counsel and pro se parties of record in these consolidated actions as follows:

Joseph V. Meaney, Jr.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114-1102

Theodore J. Tucci, Esq.
Jean E. Tomasco, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Nancy Fitzpatrick Myers, Esq.
Marisa A. Bellair, Esq.
Lynch, Traub, Keefe & Errante, P.C.
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

Thomas G. Moukawsher, Esq.
Ian O. Smith, Esq.
Moukawsher & Walsh
21 Oak Street, Suite 209
Hartford, CT 06106

Steven J. Errante, Esq.
Eric P. Smith, Esq.
Lynch, Traub, Keefe & Errante, P.C.
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

James J. Reardon, Jr., Esq.
Thomas G. Rhoback, Esq.
LeBouef, Lamb, Greene & MacRae
225 Asylum Street
Hartford, CT 06103

*Sara Simeonidis*
Sara R. Simeonidis