UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 OCT 20 P 1: 51
U.S. ...
... CT

| | |
|---|---|
| WASLEY PRODUCTS, INC., ET AL., | MASTER CONSOLIDATED CASE |
| | CIVIL NO. 3:03 CV 383 (MRK) |
| Plaintiffs, | |
| | THIS PERTAINS TO: |
| | 3:03 CV 1790 (MRK) |
| v. | (Prentiss, et al v. Wasley Products, Inc., et al) |
| BULAKITES, ET AL., | |
| Defendants. | OCTOBER 18, 2005 |

### NATIONWIDE LIFE INSURANCE COMPANY OF AMERICA f/k/a PROVIDENT MUTUAL LIFE INSURANCE COMPANY'S MOTION TO WITHDRAW OPPOSITION TO PLAINTIFFS' MOTION FOR PERMISSION TO JOIN ADDITIONAL PARTIES AND TO AMEND COMPLAINT

The Defendant Nationwide Life Insurance Company of America f/k/a Provident Mutual Life Insurance Company ("Nationwide") hereby respectfully withdraws its Opposition to Plaintiffs' Motion for Permission to Join Addition Parties and to Amend Complaint dated October 7, 2005 (the "Motion to Withdraw"). In furtherance of the Motion to Withdraw, Nationwide states the following:

1. On September 23, 2005, the Plaintiffs Wasley Products, Inc. and Precision Molding Co., (the "Plaintiffs"), filed a Motion for Permission to Join Additional Parties and to Amend Complaint (the "Plaintiffs' First Motion to Amend"). In the Plaintiffs' First Motion to Amend, the Plaintiffs indicated that the First Motion to Amend and the corresponding Amended Complaint pertained to Civil Action No. 3:03 CV 1790 (MRK) *Prentiss, et al v. Wasley Products, Inc., et al*, (the "Wasley II Litigation").

2. Thereafter, on September 29, 2005, the Plaintiffs filed a Motion for Permission to Join Additional Parties and to Amend Complaint (the "Plaintiffs' Second Motion to Amend). In the Plaintiffs' Second Motion to Amend, the Plaintiffs indicated that the Second Motion to

CTDOCS/1642333.1

Amend and the corresponding Second Amended Complaint pertained to Civil Action No. 3:03 CV 383 (MRK) *Wasley Products, Inc., et al v. Bulakites, et al*, (the "Wasley I Litigation").

3.   On October 17, 2005, Nationwide's undersigned counsel spoke with Joseph Meaney, counsel for the Plaintiffs, (the "Conference"). During the Conference, Mr. Meaney informed Nationwide's counsel that the inclusion of the case caption for the Wasley II Litigation on the First Motion to Amend was in error. According to Mr. Meaney, the Plaintiffs do not seek to amend to join as party plaintiffs in the Wasley II Litigation.

4.   During the Conference, Mr. Meaney further informed Nationwide's counsel that the Second Motion to Amend was filed to "amend" and replace the First Motion to Amend. Mr. Meaney explained to Nationwide's counsel that the Plaintiffs seek only to join as party plaintiffs in the Wasley I Litigation and seek only to amend their claims as set forth in the Second Motion to Amend and with its corresponding Second Amended Complaint.

5.   Based on Mr. Meaney's representations during the Conference, Nationwide's Opposition to Plaintiffs' Motion for Permission to Join Addition Parties and to Amend Complaint appears moot.[1]

For all of the reasons set forth above, Nationwide seeks to withdraw its Opposition to the Plaintiffs' First Motion to Amend.

---

[1]   Nationwide respectfully requests that this Court enter an order directing the Plaintiffs to withdraw the First Motion to Amend consistent with their representations that the First Motion to Amend was superseded by the Second Motion to Amend. Undersigned counsel represents that there has been much confusion regarding these dual motions to amend and the Plaintiffs' intent in filing and maintaining both motions.

Should the Plaintiffs fail to withdraw the First Motion to Amend and/or persist in their efforts to join in the Wasley II Litigation, Nationwide reserves all of its rights with respect to its Opposition to the Plaintiffs First Motion to Amend, including the right to renew its Opposition.

DEFENDANT,
NATIONWIDE LIFE INSURANCE
COMPANY OF AMERICA

By: ___*Sara Simeonidis*___
Deborah S. Freeman [ct05257]
Sara R. Simeonidis [ct25566]
BINGHAM MCCUTCHEN LLP
One State Street
Hartford, CT 06103
(860) 240-2700
(860) 240-2800 (fax)
Its Attorneys

CTDOCS/1642333.1