# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

------------------------------ x

WASLEY PRODUCTS, INC., ET AL.,  : MASTER CONSOLIDATED CASE CIVIL
                                : NO. 3:03 CV 383 (MRK)
         Plaintiff,             :
                                : THIS PERTAINS TO:
    v.                          : 3:03 CV 383 (MRK)
                                : Wasley Products, Inc., et al. v. Bulakites, et al.
BARRY BULAKITES, ET AL.,        :
                                :
         Defendant.             : October 20, 2005
                                :
                                :
------------------------------ x

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Lincoln National Life Insurance Company's Motion for An Extension of Time to File Its Opposition to Plaintiffs' Motion for Permission to Join Additional Parties and to Amend Their Complaint was electronically delivered on October 17, 2005 and delivered by regular mail on October 20, 2005 to the following counsel of record:

Jean Elizabeth Tomasco
Theodore J. Tucci
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597

Joseph V. Meaney, Jr.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114-1102

Thomas G. Moukawsher
Ian O. Smith
Moukawsher & Walsh
21 Oak Street, Suite 209
Hartford, CT 06106

Bryan D. Short
Deborah S. Freeman
Sara R. Simeonidis
Bingham McCutchen
One State Street
Hartford, CT 06103-3178

Eric P. Smith
Nancy Fitzpatrick Myers
Steven J. Errante
Lynch, Traub, Keefe & Errante
52 Trumbull Street
New Haven, CT 06506

_____
Eliana Almache
LEBOEUF, LAMB, GREENE & MacRAE, L.L.P.
225 Asylum Street
Hartford, CT 06103
(860) 293-3500
(860) 293-3730 (fax)