**custom
rubber/plastic
molding**



TEL. (860) 747-5586
FAX (860) 747-4832

March 09, 2005

John M. Wiblyi
205 Falls Brook Road
Bristol, CT  06010

Dear John:

This letter serves to address the history and issues you have presented regarding your
retirement benefit under the Wasley Products, Inc. Pension Plan.  We would like to
emphasize, John, that we understand your concerns in this matter and will continue to
make every effort to respond appropriately.  What follows is a brief summary of the
history of the facts relating to your benefit election and the manner in which you have
been receiving benefits.

Having received various explanations of modes of benefits, which may be payable to
participants and/or their beneficiaries under the Wasley Products Pension Plan, in July
1987, you elected a Normal Retirement with a Joint & Survivor 100% continuation.  As
such, you elected to receive a monthly pension of $1388.93 for your lifetime, with the
provision that if your spouse survived you the payment of $1388.93 would continue for
your spouse's lifetime.

During the first year of your retirement, your monthly pension benefit checks were issued
to you from a Trustee held retirement plan account with State Street Bank and Trust
Company.  Commencing July 1988 the pension fund account was transferred to Union
Trust Company and payments for continued benefits were issued direct to you from
Union Trust.  In a letter dated April 2, 1991 you were notified by letter under the
signature of Barry L. Bulakites that effective with your April 1991 payment, Provident
Mutual would assume responsibility for sending out your benefit checks as new pension
plan administrators.  Our records further show that from May through November 1991
there were several communications to you from Barry Bulakites regarding potential
options to restructure the mechanism for payment of your retirement benefit.

As a result of those discussions, you agreed with the proposal to fund your retirement
with a Life Annuity & Insurance product.  On November 6, 1991 with an income
commencement date of December 1991, a single premium Life Annuity contract was
purchased in your name with Provident Mutual Life Insurance Company of Philadelphia.
To date your monthly life annuity payments of $1388.93 have been issued under this
contract (2002 Provident Mutual Life Insurance Company Plan of Conversion was
approved and was officially changed to "Nationwide Life and Annuity Company of
America").  Also on November 01, 1991 an insurance policy was issued by Provident
Mutual, owned by the Trustees of the Wasley Products, Inc. Pension Plan, as a funding

John M. Wiblyi
March 09, 2005
Page 2

mechanism within the Plan for the future Joint & Survivor portion of your retirement election.

During the period of approximately November and December 2002, Wasley Products made a decision to change Third Party Administrators. Subsequent to the termination of the TPA, the Trustees filed a civil action in U.S. District Court in Connecticut against the TPA and various individuals arising out of improprieties in connection with the TPA's administration of the Plans.

In April, 2003 Wasley conducted an in-depth review of history activity reports with Provident Mutual and, as a result, Wasley reported to you that the insurance policy held by the Plan originally intended to assist in funding your Joint & Survivor election had been "surrendered". This particular matter was specifically addressed as part of the proceedings in connection with the District Court lawsuit, which is ongoing.

Regardless of what internal funding mechanisms are utilized at any given time to provide retirement benefits or changes that occurred over the years, your Joint & Survivor benefit entitlement is an obligation of the Plan. This specific obligation continues to be included in our annual valuations and remains a liability of the Plan. It is not possible to respond to hypothetical questions regarding potential future events, but we can confirm that payment of the Joint & Survivor benefit to your spouse upon the event of your death remains an obligation of the Plan.

We trust that the information set forth in this letter provides the factual information responsive to your questions. Please contact me if we can be of further assistance.

Very truly yours,

Alan A. Wasley