## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

------------------------------------ x

WASLEY PRODUCTS, INC., ET AL.,     :

                             :     MASTER CONSOLIDATED CASE CIVIL

            Plaintiff,      :     NO. 3:03 CV 383 (MRK)

                             :

     v.                   :     THIS PERTAINS TO:

                             :     3:03 CV 1790 (MRK)

BARRY BULAKITES, ET AL.,        :     <u>Prentiss, et al. v. Wasley Products, Inc., et al.</u>

                             :

          Defendant.     :     October 24, 2005

                             :

------------------------------------ x

## <u>LINCOLN NATIONAL LIFE INSURANCE COMPANY'S CONSENTED MOTION FOR A *NUNC PRO TUNC* EXTENSION OF TIME TO FILE ITS OPPOSITION TO PLAN PARTICIPANTS' MOTION TO AMEND THEIR COMPLAINT</u>

Defendant Lincoln National Life Insurance Company ("Lincoln National"), by and through its undersigned counsel, hereby moves, *nunc pro tunc*, for a three (3) day extension of time, up to and including October 24, 2005, to file its Opposition to Plan Participants' Motion for Permission to Join Additional Parties, to Amend Complaint, and Certification of Derivative Action Under Rule 23.1 ("Motion to Amend"). Counsel for the Plan Participants has stipulated to this *nunc pro tunc* Motion for Extension of Time.

Lincoln National's Opposition was mailed to counsel for all parties and sent by commercial messenger service for filing on the due date, Friday, October 21, 2005. However, although said messenger arrived at the court house in time to enter the building, the messenger did not reach the Clerk's office before it closed for business.

Lincoln National had previously requested, and been granted, an extension of time to file its Opposition to the Motion to Amend. This is Lincoln National's first *nunc pro tunc* request for an extension of time on this deadline.

Dated: Hartford, CT
October 24, 2005

LeBOEUF, LAMB, GREENE & MacRAE, L.L.P.

By:  _____

Thomas G. Rohback
James J. Reardon, Jr.
Doug Dubitsky
LEBOEUF, LAMB, GREENE & MacRAE, L.L.P.
225 Asylum Street
Hartford, CT 06103
(860) 293-3500
(860) 293-3730 (fax)
Counsel for Defendant
Lincoln National Life Insurance Company

-3-

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X
WASLEY PRODUCTS, INC., ET AL.,            :
                                          :
              Plaintiff,                  :
                                          :
                                          :
      v.                                  :
                                          :
BARRY BULAKITES, ET AL.,                  :
                                          :
                                          :
              Defendant.                  :
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

MASTER CONSOLIDATED CASE CIVIL
NO. 3:03 CV 383 (MRK)

THIS PERTAINS TO:
3:03 CV 1790 (MRK)
Prentiss, et al. v. Wasley Products, Inc., et al.

October 24, 2005

## ORDER

The foregoing *nunc pro tunc* Consented Motion for Extension of Time, having been heard, it is hereby ORDERED:

GRANTED/DENIED

_____

, J.

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was delivered by regular mail on this 24th day of October, 2005 to the following counsel of record:

Jean Elizabeth Tomasco
Theodore J. Tucci
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597

Joseph V. Meaney, Jr.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114-1102

Thomas G. Moukawsher
Ian O. Smith
Moukawsher & Walsh
21 Oak Street, Suite 209
Hartford, CT 06106

Bryan D. Short
Deborah S. Freeman
Sara R. Simeonidis
Bingham McCutchen
One State Street
Hartford, CT 06103-3178

Eric P. Smith
Nancy Fitzpatrick Myers
Steven J. Errante
Lynch, Traub, Keefe & Errante
52 Trumbull Street
New Haven, CT 06506

Doug Dubitsky