UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WASLEY PRODUCTS, INC., et al. | : | MASTER CONSOLIDATED CASE: |
| | : | CIVIL NO. 3:03 CV 383 (MRK)(LEAD) |
| Plaintiffs | : | |
| | : | THIS PERTAINS TO: |
| v. | : | CIVIL NO. 3:03 CV 1790 (MRK) |
| | : | (Prentiss, et al. v. Wasley Products, Inc., et al.) |
| | : | |
| BARRY BULAKITES et al. | : | |
| | : | |
| Defendants. | : | NOVEMBER 2, 2005 |

**CONSENT MOTION TO PARTICIPATE IN ELECTRONIC FILING**

Pursuant to this Court's Local Rules and its Electronic Filing Policies and Procedures, the parties move the Court for an Order authorizing them to participate in this Court's electronic filing process.

FOR GREGORY T. PRENTISS, JOHN RIZZI, RICHARD SEICH, and DOROTHY BROWN each individually and on behalf of the Wasley Products, Inc. 401(K) Profit Sharing Plan, and the Wasley Products, Inc. Retirement Plan and JOHN M.WIBLYI, individually and on behalf of the Wasley Products, Inc. Retirement Plan

By /s/ Thomas G. Moukawsher
Thomas G. Moukawsher (ct08940)
Ian O. Smith (ct24135)
Moukawsher & Walsh, LLC
328 Mitchell Street, PO Box 966
Groton, CT  06340
(860) 445-1809

THEIR ATTORNEYS

FOR WASLEY PROD INC, ALAN A. WASLEY, ANDREW BRADY, BARRY CONNELL, SANDI DUMAS-LAFERRIERE,

By /s/ Jean E. Tomasco

Theodore J. Tucci, Esq.
ttucci@rc.com
Jean Elizabeth Tomasco, Esq.
jtomasco@rc.com
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597
860-275-8323
860-275-8299 (fax)

THEIR ATTORNEYS

3

      FOR PRECISION MOLDING CO INC and
      WASLEY PRODUCTS, INC.


      By     /s/ Joseph V. Meaney, Jr.
      Joseph V. Meaney, Jr., Esq.
      jmeaney@cfmlawfirm.com
      Cranmore, Fitzgerald & Meaney
      49 Wethersfield Ave.
      Hartford, CT. 06114-1102
      860-522-9100
      860-522-3379 (fax)

      ITS ATTORNEYS

FOR JOSHUA ADAMS CORP, BARRY LEONARD BULAKITES, JAMES ALBERT WINSLOW

By  /s/ Marissa A. Bellair
Marissa A. Bellair, Esq.
mbellair@ltke.com
Steven Errante, Esq.
serrante@ltke.com
Eric P. Smith, Esq.
esmith@ltke.com
Nancy Fitzpatrick Myers
nfitzpatrick@ltke.com
Lynch, Traub, Keefe, and Errante, LLP
52 Trumbull Street
P.O. Box 1612
New Haven, CT. 06506-1612
203-787-0275
203-782-0278 (fax)

Maurice T. Fitzmaurice
fitz@reidandriege.com
Reid & Riege, P.C.
One Financial Plaza
755 Main Street, 21st Floor
Hartford, CT 06103-3185
860-278-1150
860-240-1002 (fax)

THEIR ATTORNEYS

5

        FOR NATIONWIDE LIFE INS CO OF AMERICA


        By   /s/ Sara Simeonidis
        Sara Simeonidis, Esq.
        sara.simeonidis@bingham.com
        Deborah S. Freeman, Esq.
        deborah.freeman@bingham.com
        Bryan D. Short, Esq.
        Bringham McCutchen, LLP
        1 State Street
        Hartford, CT 06103-3178
        860-240-2700
        860-240-2818 (fax)

        ITS ATTORNEYS

FOR LINCOLN NATL LIFE INS CO

By    /s/ James J. Reardon, Jr.
James J. Reardon, Jr.
James.Reardon@llgm.com
Thomas G. Rohback
trohback@llgm.com
Doug Dubitsky
doug.dubitsky@llgm.com
LeBoeuf, Lamb, Greene & MacRae
225 Asylum St.
Hartford, CT 06103
860-293-3500
860-293-3730 (fax)

ITS ATTORNEYS

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed on this date to all counsel and pro se parties of record at:

Theodore J. Tucci, Esq.
Jean Elizabeth Tomasco, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597

Joseph V. Meaney, Jr., Esq.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Ave.
Hartford, CT. 06114-1102

Marissa A. Bellair, Esq.
Steven Errante, Esq.
Eric P. Smith, Esq.
Nancy Fitzpatrick Myers
Lynch, Traub, Keefe, and Errante, LLP
52 Trumbull Street

P.O. Box 1612
New Haven, CT. 06506-1612

Sara Simeonidis, Esq.
Deborah S. Freeman, Esq.
Bryan D. Short, Esq.
Bringham McCutchen, LLP
1 State Street
Hartford, CT 06103-3178

James J. Reardon, Jr.
Thomas G. Rohback
Doug Dubitsky
LeBoeuf, Lamb, Greene & MacRae
225 Asylum St.
Hartford, CT 06103

Dated this 2nd day of November, 2005.

    /s/ Thomas G. Moukawsher
Thomas G. Moukawsher