UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INC., ET AL., <br><br> Plaintiffs, <br><br> V. <br><br> BARRY BULAKITES, ET AL., <br><br> Defendants. | MASTER CONSOLIDATED CASE <br> CIVIL NO. 3:03 CV 383 (MRK/WIG) <br><br> THIS PERTAINS TO: <br> CIVIL NO. 3:03 CV 1790 (MRK/WIG) <br> (Prentiss et al. v. Wasley Products, Inc. et al.) <br><br><br><br> NOVEMBER 4, 2005 |

### WASLEY DEFENDANTS' MOTION
### TO COMPEL DISCOVERY

Pursuant to Rule 37 of the Federal Rules of Civil Procedure and Rule 37 of the Local Rules of Civil Procedure, defendants and cross-claim plaintiffs, Wasley Products, Inc., Alan Wasley, Andrew Brady, Sandi Dumas-Laferriere and Barry Connell (the "Wasley Defendants") hereby move the court for an order compelling defendants and cross-claim defendants Barry Bulakites, James Winslow, and Joshua Adams Co. (JAC) (collectively, the "Bulakites Defendants") to respond to certain of the Wasley Defendants' discovery requests.

Pursuant to Local Rules 7(a)(1) and 37, a Memorandum of Law, including an Affidavit of Counsel, accompanies this motion. The discovery sought by the Wasley Defendants and the reasons therefore are more fully set forth in the memorandum.

DEFENDANTS and CROSS-CLAIM
PLAINTIFFS

WASLEY PRODUCTS, INC., ALAN A.
WASLEY, ANDREW BRADY, SANDI DUMAS-
LAFERRIERE, AND BARRY CONNELL

By: *[signature]*

Theodore J. Tucci (ct05249)
ttucci@rc.com
Jean E. Tomasco (ct09635)
jtomasco@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax: (860) 275-8299

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, first class postage prepaid on this 4th day of November, 2005 to the following:

Steven J. Errante, Esq.
Nancy A. Fitzpatrick Myers, Esq.
Marisa A. Bellair, Esq.
Lynch, Traub, Keefe and Errante, P.C.
52 Trumbull Street
P. O. Box 1612
New Haven, CT  06506

Sara R. Simeonidis, Esq.
Deborah S. Freeman, Esq.
Bingham McCutchen
One State Street
Hartford, CT  06103-3178

Thomas G. Rohback, Esq.
Doug Dubitsky, Esq.
James J. Reardon, Jr., Esq.
LeBoeuf, Lamb, Greene & MacRae, LLP
225 Asylum Street
Hartford, CT  06103

Thomas G. Moukawsher, Esq.
Ian O. Smith, Esq.
Moukawsher & Walsh
21 Oak Street, Suite 209
Hartford, CT  06106

Joseph V. Meaney, Jr., Esq.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Ave.
Hartford, CT  06114-1102

_____
Theodore J. Tucci