# EXHIBIT A

## Tomasco, Jean

**From:** Tomasco, Jean
**Sent:** Monday, July 25, 2005 9:12 AM
**To:** Tomasco, Jean
**Subject:** FW: Summary of ECF Activity


-----Original Message-----
**From:** CMECF@ctd.uscourts.gov [mailto:CMECF@ctd.uscourts.gov]
**Sent:** Saturday, July 23, 2005 12:02 AM
**To:** CMECF@ctd.uscourts.gov
**Subject:** Summary of ECF Activity

**Activity has occurred in the following cases:**

**3:03-cv-00383-MRK Wasley Prod Inc, et al v. Bulakites, et al**
**Docket Annotation**

**Docket Text:**
Docket Entry Correction re [184] MOTION for Extension of Time until 9/15/05 to respond to discovery; changed date to 8/15/05 to object to discovery (Rodko, B.)

10/31/2005