# EXHIBIT E

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INC., ET AL., | MASTER CONSOLIDATED CASE<br>CIVIL NO. 3:03 CV 383 (MRK/WIG) |
| Plaintiffs, | |
| | THIS PERTAINS TO:<br>CIVIL NO. 3:03 CV 1790 (MRK/WIG) |
| V. | (Prentiss et al. v. Wasley Products, Inc. et al.) |
| BARRY BULAKITES, ET AL., | |
| Defendants. | NOVEMBER 2, 2005 |

### AFFIDAVIT OF JEAN E. TOMASCO

I, Jean E. Tomasco, being duly sworn, do depose and state as follows:

1. I am over the age of eighteen and I believe in the obligations of an oath.

2. I am an attorney with the firm of Robinson & Cole LLP of Hartford, Connecticut, and I represent the defendants and cross-claim plaintiffs, Wasley Products, Inc., Alan Wasley, Andrew Brady, Sandi Dumas-Laferriere and Barry Connell (the "Wasley Defendants") in the Prentiss case in the above-captioned matter.

3. On June 15, 2005, on behalf the Wasley Defendants, I served interrogatories and production requests upon defendants and cross-claim defendants Barry Bulakites, James Winslow, and Joshua Adams Corporation (JAC) (the "Bulakites Defendants"). On or about September 20, 2005, I received objections and limited responses from the Bulakites Defendants to those discovery requests.

4.  On October 4, 2005, I spoke with Attorney Marisa Bellair, counsel for the Bulakites Defendants, about the discovery issues in dispute between the parties in a good faith effort to eliminate or reduce the area of controversy and to arrive at a mutually satisfactory resolution without intervention of the court. The discussion with Attorney Bellair was continued on October 14, 2005 by Attorney Theodore J. Tucci of this office. While the parties have been able to resolve some of the issues and the Bulakites Defendants supplemented some of their responses, certain discovery issues remain in dispute.

5.  The issues that remain unresolved as of the date hereof are described in the Wasley Defendants' Motion to Compel and memorandum in support thereof.

_____
Jean E. Tomasco

Subscribed and sworn to
before me this 2nd day of
November, 2005.

_____
Notary Public
My Commission Expires:

**BETTY ANN BOWMAN**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES MAR. 31, 2006