# EXHIBIT F

# LYNCH, TRAUB, KEEFE AND ERRANTE

### A PROFESSIONAL CORPORATION
### ATTORNEYS AND COUNSELLORS AT LAW

** HUGH F. KEEFE
† STEVEN J. ERRANTE
°° JOHN J. KEEFE, JR.
* DONN A. SWIFT
   CHARLES E. TIERNAN III
   ROBERT W. LYNCH
   RICHARD W. LYNCH
† TIMOTHY P. POTHIN
   ERIC P. SMITH
   NICOLE FOURNIER GELSTON
   LOUIS M. RUBANO
† MARISA A. BELLAIR
£ NANCY FITZPATRICK MYERS
† STACY M. ERRANTE

* STEPHEN I. TRAUB, OF COUNSEL
° WILLIAM C. LYNCH, RETIRED

**52 TRUMBULL STREET**
**P.O. BOX 1612**
**NEW HAVEN, CONNECTICUT 06506-1612**

*"CELEBRATING 50 YEARS OF LEGAL SERVICE"*

PHONE:        (203) 787-0275
FAX:          (203) 782-0278
E-MAIL:       LAWYERS@LTKE.COM
INTERNET:     HTTP://WWW.LTKE.COM

* BOARD CERTIFIED CIVIL TRIAL LAWYER
°° BOARD CERTIFIED CRIMINAL TRIAL LAWYER
** BOARD CERTIFIED CIVIL AND
   CRIMINAL TRIAL LAWYER
† ALSO ADMITTED IN NEW YORK
° ALSO ADMITTED IN DISTRICT OF COLUMBIA
£ ALSO ADMITTED IN FLORIDA

October 25, 2005

**VIA E-MAIL AND FIRST CLASS MAIL**

Joseph V. Meaney, Jr., Esq.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114

Jean Elizabeth Tomasco, Esq.
Theodore J. Tucci, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103

Dear Counsel:

Enclosed please find supplemental discovery responses pertaining to requests propounded upon defendants, Barry Bulakites, James Winslow and Joshua Adams Corporation.  Please note that to date we have not withheld any documents on the basis of privilege.  Also, please assume that for any interrogatory discussed, but not accordingly supplemented, we will be maintaining our originally asserted objections.

Very truly yours,

*Marisa Bellair*

Marisa A. Bellair