# EXHIBIT G

**BARRY L. BULAKITES**
Denver, CO
(303) 898 – 0148
Bbulakites@aol.com

**CAREER OBJECTIVE:**   Seeking a senior level Marketing/Sales Management position in the financial services industry

## PROFESSIONAL EXPERIENCE

**JACKSON NATIONAL LIFE**                                                                   1997 – Present
**Senior Vice President, National Sales Development**                           2001 – Present
RESPONSIBILITIES:
- Direct the following business units: National Sales Desk, National Personnel Training, Sales Development, including the Seminar/Road Show Unit and Sales Concepts Development Group, Advanced Markets, National Recruiting, and National Events Planning.
- Run the National Sales Desk of 110 Internal Wholesalers representing 3 distribution channels, Deal Direct, JNLD, and Regional Broker Dealer
- Manage the annuity support unit that wrote over $2 million in new business and saved over $59 million in business under threat of exchange.

ACCOMPLISHMENTS:
- Launched the National Sales Desk by hiring 78 new Internal Wholesalers in 3 weeks and transitioning the internal sales support personnel from eighteen regional offices into one consolidated arena.
- Integrated all key functional areas of NSD through two major company-wide re-organizations and a complete NSD unit move from Los Angeles, CA to Denver, CO.
- Launched JNL's first VIP (Very Important Producer) meetings 4 four proprietary Broker-Dealers.
- Launched JNL's first Intern Development program which hosts six interns.
- Architected, designed, and opened a state-of-the-art national training center.
- Designed and implemented a sales-based compensation structure for Internal Wholesalers.
- Authored a periodic development review program to track Internal Wholesaler progress.
- Ran a "Newly Appointed Producers" contest that lead to appointing 2,417 new producers who proceeded to write over $34 million in sales.
- In its inaugural year, the national sales desk appointed over 15,000 new producers, scheduled over 85,000 appointments, and processed over 1 million calls.
- Promoted 14 Internal Wholesalers to External Wholesalers in 2002.
- Wrote the business plan for and launched the sales concepts development group who conceived, drafted, and released over 200 sales pieces including.
- Wrote the business plan for and launched the Seminar Business Unit who conceived, drafted, and released 36 presentations, for continuing education, client audiences, and producers
- Conceptualized and created JNL's first drip marketing campaign called "Corner the Market."
- Established the national recruiting team in 2002. In its first year, hired 162 people, representing a total of $8.1 million in payroll, and consequently saved JNL $1.6 million.
- Through National Events Planning, executed 26 regional meetings for all six distribution channels; over 200 road shows; an updated and the national sales meeting.

**Vice President Resource Development**                                              1998 – 2001
- Responsible for the Training, Professional Development and Skill Sets of all External and Internal Wholesalers, including presentation skills, one on one interview skills and territory management.
- Responsible for the leadership and professional training and development of internal JNL personnel.
- Directly responsible for CEO special projects across JNL, spanning all business units.

**Vice President Sales**      1997 – 1998
RESPONSIBILITIES:
- Managed 19 Regional Marketing Offices (RMOs), including 19 Regional Managers and 189 External and Internal wholesalers for the Deal Direct distribution channel
- Handled all hiring, recruiting, skill development and customer service issues related to 19 RMOs.

ACCOMPLISHMENTS:
- Increased sales from $1.46 Million in 1996 to $1.78 Million in 1997.
- Successfully reorganized the Deal Direct channel into a more effective and efficient organization.

**LINCOLN NATIONAL**      1995 – 1997
**Regional CEO**
RESPONSIBILITIES:
- Directed New England territory for the (then) 11th largest insurance and financial services company
- Ran all regional activities including sales, distribution, facilities, property management, investments, and Broker/Dealer relations.
- Responsible for all hiring, recruiting, training and development of over 300 agents.

ACCOMPLISHMENTS:
- Implemented a comprehensive training program and an innovative compensation plan
- Developed and implemented a comprehensive budget to assure a return to profitability
- Successfully turned around operation resulting in monthly record increases in productivity and profitability and a 200% increase in sales.
- Coordinated negotiations with the UAW to enhance the benefits package for a medium sized manufacturing client. Negotiations averted the strike, and saved the company $350,000.

**JOSHUA ADAMS INC. (Consulting firm)**      1993 – 1995
**Principal**
RESPOSIBILITIES:
- Co-founded a $1.2 Billion business venture specializing in Third Party Administration of retirement plans, investment management, and benefits consulting.
- Responsible for all business development and contracting

ACOMPLISHMENTS:
- Grew the business from a start up to over $1 Billion in assets under management
- Attracted and maintained extensive clientele including United Jersey Bank, Long Island Lighting, United Technologies, Key Foods, Lillian Vernon, Oprah Winfrey, and the Cleveland Browns.

**PROVIDENT MUTUAL**      1989 – 1993
**Agency Manager**, Connecticut
RESPONSIBILITIES
- Responsible for 60 career field agents and over 400 Brokers in Connecticut and Massachusetts
- Responsible for all hiring, recruiting, training and development of sales force and support staff

ACCOMPLISHMENTS:
- Created a financial planning seminar series for WABC, WELI, and WALK radio stations that focused on wealth creation and preservation. Business from the seminars generated over $550,000 in comp.
- Developed a program to market Insurance and Annuities through one of the country's leading banks. Partnership resulted in over $500,000 in commissions and $20 Million in monthly annuity sales.
- Negotiated a $3 Million employee stock ownership loan with major New Jersey bank to enable the successful transfer of a small company from proprietorship to corporation.

**MASS MUTUAL**      1987 – 1989
**General Agent**, New York and Connecticut
RESPONSIBILITIES:

- Responsible for 250 field representatives and over 1,000 Brokers for New York and Connecticut
- Responsible for all hiring, recruiting, training and development of all sales forces

ACCOMPLISHMENTS:
- #1 recruiting General Agent in Mass Mutual 1988 – 1989
- Increased premium 250% both years 1978-1988 and 1988-1989
- Took the General Agency from last place in pension sales to first place for all Mass Mutual

**MONY**                                                                                                        1985 – 1987
Agency Manager, Territory – Connecticut
- Responsible for all hiring, recruiting, and sales development for distribution in Connecticut
- Increased ranking from 96/100 agencies within MONY to #2 of 100 within 2 years

**EQUITABLE LIFE**                                                                                              1977 – 1985
**District Manager**
- Responsible for supervision, recruiting, training and development of a 40 sales agent unit.
- Started as an agent and worked way up to Senior District Manager

**EDUCATION:**
**Bachelor of Science in Marketing Management, Western New England College, Springfield, MA**

**CERTIFICATIONS:**
**NASD Series 1, 6, 63 and Registered Principal Series 26**

**References Furnished Upon Request**