UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WASLEY PRODUCTS, INC., ET AL.,

    Plaintiffs,

        vs.

BARRY BULAKITES, ET AL.,

    Defendants.
-----------------------------------------------------------x

Master Consolidated Case
No. 3:03cv383(MRK)(LEAD)

This pertains to:
Civil No. 3:03cv1790(MRK)

## **ORDER**

The Court orders that after the date hereof, the parties shall file all documents in this case electronically. Counsel are reminded that they must comply with the following requirements:

1. Counsel must comply with all applicable Federal Rules of Criminal Procedure and Civil Procedure, the District's Local Rules, and the requirements set forth in the District's CM/ECF Policies and Procedures Manual, and any other rules and administrative procedures which implement the District's CM/ECF system.

2. Unless otherwise ordered, on the business day next following the day on which a document is filed electronically, counsel must provide Chambers with one paper copy of the following e-filed documents:

**Civil Cases**: All pleadings (including briefs and exhibits) relating to the following:

a.    Applications for temporary restraining orders, preliminary injunctions or prejudgment remedies;
b.    Dispositive motions (motions to dismiss, motion for judgment on the pleadings, or for summary judgment);
c.    Requested jury instructions;
d.    Compliance with Pretrial Orders;
e.    Trial briefs, including proposed findings of fact and conclusions of law;

      f.      **Any other filing that is in excess of 20 pages.**

**Criminal Cases**: All pleadings (including briefs and exhibits) relating to the following:
- a. Motions to dismiss;
- b. Motions to suppress;
- c. Motions to modify presentence reports;
- d. Requested jury instructions;
- e. Trial briefs; and
- f. **Any other filing that is in excess of 20 pages.**

**SO ORDERED.**

Dated at Bridgeport, Connecticut, this   14th   day of   November  , 2005.


        /s/ *William I. Garfinkel*
    WILLIAM I. GARFINKEL,
    United States District Judge