```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
_____
                                  :
WASLEY PRODUCTS, INC., ET AL.     :
                                  :   MASTER CONSOLIDATED CASE
          Plaintiffs,             :   CASE NO. 3:03-CV-383(MRK/WIG)
                                  :
V.                                :
                                  :
BARRY LEONARD BULAKITES,          :
ET AL.                            :
                                  :
          Defendants.             :
_____:       NOVEMBER 17, 2005
```

**BULAKITES' DEFENDANTS OBJECTION TO**
**WASLEY DEFENDANTS' MOTION TO COMPEL**

The defendants, Barry Bulakites, James Winslow and Joshua Adams Corporation (hereinafter collectively the "Bulakites defendants"), hereby object to the Motion to Compel filed by the defendants and cross-claim plaintiffs Wasley Products, Inc., Alan Wasley, Andrew Brady, Sandi Dumas-Laferriere and Barry Connell (the "Wasley defendants").

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

1

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\OBJ TO MTN TO COMPEL DISCOVERY.DOC

## I.    **OBJECTIONS TO DISCOVERY REQUESTS**

### A.    Timeliness of Objections

The Bulakites defendants admit that the Wasley defendants served them with Interrogatories and Requests for Production (the "Requests") on or around June 15, 2005. Upon receipt of the Requests, counsel for the Bulakites defendants moved for an extension of time to respond the Requests due to the extensive amount of information and documents sought by said Requests and because counsel had, at that time, only recently become involved in this litigation and was supplied with the Bulakites defendants' files from predecessor counsel in late June 2005. (See Motion for Extension attached hereto as Exhibit 1). By way of an electronic order dated July 19, 2005, this honorable court granted the Bulakites defendants' Motion for Extension thereby permitting them until September 15, 2005 to respond and object to the Requests propounded by the Wasley defendants (See Electronic Order attached hereto as Exhibit 2).

In full reliance upon this order, the Bulakites defendants served responses and objections to the Wasley defendants

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

2

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\OBJ TO MTN TO COMPEL DISCOVERY.DOC

Requests on September 15, 2005.  The Wasley defendants now contend that the Bulakites defendants' objections are untimely based upon a docket annotation dated July 22, 2005 (See Exhibit A attached to Wasley defendants Motion to Compel Discovery).  While this annotation appears to alter the date upon which the Bulakites defendants were to file their objections to the Wasley defendants' requests, counsel for the Bulakites defendants inadvertently overlooked this annotation, and therefore, served objections to the Wasley Defendants Requests in accordance with the original court order dated July 19, 2005.  At no time did the Bulakites defendants intend to waive their rights to object to the Wasley defendants' discovery requests.  As such, the Bulakites defendants request that the court acknowledge the objections they asserted to the Wasley defendants' discovery requests on September 15, 2005.

   Notwithstanding the aforementioned objections, and contrary to the representations made by the Wasley defendants, the Bulakites defendants have made every effort to comply, in good faith, with the Wasley defendants' Requests.  For instance, in

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

3

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\OBJ TO MTN TO COMPEL DISCOVERY.DOC

response to almost each and every interrogatory request, while the Bulakites defendants asserted general objections, they nonetheless provided information in response to the Requests despite their objections.  In addition, counsel for the Bulakites defendants has participated in numerous telephone conferences with counsel for the Wasley defendants in an attempt to resolve apparent disputes related to the Bulakites defendants' discovery responses, and as a result of these conferences, counsel for the Bulakites defendants supplied additional information to counsel representing the Wasley defendants.

### B.  Substance of Objections

While counsel for the Wasley defendants contends that the objections asserted by the Bulakites defendants are without merit, the Bulakites defendants respectfully disagree.  On the contrary, the objections asserted are pertinent and appropriate considering the phraseology, subject matter and breadth of the Requests propounded by the Wasley defendants.  In support of the

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

4

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\OBJ TO MTN TO COMPEL DISCOVERY.DOC

substance of their objections, the Bulakites defendants state the following:

### 1. For Barry Bulakites and James Winslow

**Interrogatory No. 6 (Bulakites)/Interrogatory No. 5 (Winslow): Compensation History and Employment Agreements**

This interrogatory sought detailed information regarding the Bulakites defendants' employment history, including the identification of each employer, job title, duties and responsibilities, dates of employment, information on employment status, names of supervisors, basis and amount of compensation, whether there were employment-related agreements, and reasons and dates employment was discontinued.  The Bulakites defendants objected to this interrogatory on the basis that it is overly broad, unduly burdensome, is not limited to any specific time period, and seeks material that is irrelevant and immaterial to this litigation.  Despite these objections, the Bulakites defendants supplied information regarding their employment history and job functions dating back to 1977.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

5

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\OBJ TO MTN TO COMPEL DISCOVERY.DOC

The Bulakites defendants did not supply information regarding their compensation or employment-related agreements as such information is not relevant to this litigation.  The Bulakites defendants should not be forced to identify the amount of their compensation or to what extent they had contracts with their employers over undefined periods of time.  Any money the Bulakites defendants may have earned over the years has no bearing on the main issue in this case --- which is the Bulakites defendants ability to manage the Wasley pension plans.  As such, the Bulakites defendants request that the court sustain their objections to these Requests.

**Interrogatory No. 21:  Complaints and Investigations (Bulakites)**

As is indicated in the Wasley defendants' Motion to Compel, Bulakites did respond to this interrogatory notwithstanding objections asserted on the basis of overbreath, burden, irrelevance and immateriality.  Bulakites should not be forced to provide details regarding investigations the National Association of Securities Dealers chose not to pursue, since no rules or procedures were been violated.  Clearly, no matter when

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

6

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\OBJ TO MTN TO COMPEL DISCOVERY.DOC

these investigations occurred, absent a violation the information can not be used by the Wasley defendants as evidence of Bulakites alleged misconduct.

**Interrogatory No. 22 (Bulakites)/Interrogatory No. 21 (Winslow): Identification of Bank Accounts**

The information sought by the Wasley defendants is not limited to accounts held by JAC or for the benefit of the subject pension plans.  The Wasley defendants should not be allowed to obtain information regarding the personal bank accounts of the Bulakites defendants, or those of Debra Bulakites, who is not even a party to this action, simply because these individuals may have had access to the Wasley pension plan account.  This litigation does not give the Wasley defendants the rights to delve into the personal affairs of involved individuals without a showing of necessity, which is lacking in this instance.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

7

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\OBJ TO MTN TO COMPEL DISCOVERY.DOC

**Interrogatories 24 through 27 (Bulakites)/Interrogatories 23 through 26 (Winslow): Financial Information concerning the Wasley 401(k) Plan**

The Wasley defendants have been involved in this litigation since its inception. Therefore, they have been privy to the requests of the Special Master and the information provided in response to his requests. For the Wasley defendants to now ask the Bulakites defendants to supply information that has previously been supplied as part of this litigation is overly burdensome.

**Requests for Production No. 12 through No. 14 (Bulakites and Winslow): Documents Concerning Income and Taxes**

The information sought by the Wasley defendants is not in any way limited to documents concerning the income and tax filings of JAC, which unquestionably acted as the Wasley defendants plan administrator. The Bulakites defendants should not be forced to produce documents concerning their personal income and tax filings. This litigation does not give the Wasley defendants the rights to delve into the personal affairs

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

8

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\OBJ TO MTN TO COMPEL DISCOVERY.DOC

of involved individuals without a showing of necessity, which is lacking in this instance.

**Request for Production No. 20 (Bulakites): Diaries, Appointment Books, and Calendars**

Once again, the Wasley defendants have sought to access information that is not directly related to this litigation, but relates to the personal affairs of a party to this lawsuit. Clearly, during the time frame at issue, Bulakites attended to various personal and business related tasks that were unrelated to his activities for JAC or the Wasley defendants. Moreover, the request is not limited to the time period specified in the underlying lawsuit. As such, the court should overrule the Wasley defendants request to access such materials.

**Request for Production 25 through 28, 31, and 33-34 (Bulakites and Winslow): (Plan Documents)**

While the Bulakites defendants objected to this request, they also responded notwithstanding the objection by stating that a majority of its records had been destroyed. While a limited number of documents still exist, those documents were made available to counsel for the Wasley defendants. As for the

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\OBJ TO MTN TO COMPEL DISCOVERY.DOC

9

substance of the objection, certainly, the Wasley defendants themselves should have copies of the plan documents requested for each year in question.

**2.    For Joshua Adams Corp. (JAC):**

**Interrogatory No. 9:  Records of JAC**

The Bulakites defendants objected to this interrogatory on the basis that it is overly broad and unduly burdensome. Notwithstanding these objections, the Bulakites defendants supplied information regarding the records of JAC.  The Bulakites defendants represented that this was a complete response as such was verified under oath.  The Wasley defendants should not be entitled to anything more.

**Interrogatory No. 10:  JAC's Clients and Customers**

The Bulakites defendants also objected to this interrogatory on the basis that it is overly broad and unduly burdensome, and also that it seeks information that is irrelevant to this litigation.  Notwithstanding these objections, the Bulakites defendants stated that they are unable to produce a complete listing of all of its former clients and

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

10

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\OBJ TO MTN TO COMPEL DISCOVERY.DOC

customers without access to all of its records, some of which have been destroyed. The Bulakites defendants cannot provide information regarding issues for which the underlying materials are no longer available.

**Interrogatory No. 15:  Property of JAC**

While the Bulakites defendants objected to this interrogatory, they also responded despite the objection and stated that all of its property has been disposed of or sold. They later supplemented their responses to state the year in which the sale/disposal took place. Under the circumstances, the Bulakites defendants should not be required to supply any additional information as their original and supplemental response is adequate considering the request.

**Request for Production Nos. 4, 5, 8 and 9:  Corporate and tax records of JAC**

The Bulakites defendants maintain their objections as originally asserted.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

11

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\OBJ TO MTN TO COMPEL DISCOVERY.DOC

### III. **CONCLUSION**

    For the foregoing reasons, the Bulakites defendants respectfully request that this court deny the Wasley defendants' Motion to Compel and sustain their objections to the Wasley defendants' Interrogatories and Requests for Production dated June 15, 2005 in their entirety.

                  Respectfully submitted,

                  THE "BULAKITES DEFENDANTS"
                  Barry L. Bulakites, James A. Winslow,
                  and Joshua Adams Corporation

        BY: _/s/ Marisa Bellair_____
              STEVEN J. ERRANTE, ESQ.
              ERIC P. SMITH, ESQ.
              MARISA A. BELLAIR, ESQ.
              Fed. Bar No. ct04292
              Lynch, Traub, Keefe, & Errante
              52 Trumbull Street
              New Haven, CT 06510
              Telephone: 203-787-0275
              Facsimile: 203-782-0278

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\OBJ TO MTN TO COMPEL DISCOVERY.DOC

12

**CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing was mailed on November 17, 2005 and electronically e-filed to all counsel and *pro se* parties of record as follows:

Joseph V. Meaney, Jr., Esq.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114-1102
*(Attorney for Plaintiffs, Wasley Products, Inc. and Precision Molding Co, Inc.)*

Ian O. Smith, Esq.
Thomas Moukawsher, Esq.
Moukawsher & Walsh
21 Oak Street, Suite 209
Hartford, CT 06106
*(Attorneys for Consol Plaintiffs, Gregory T. Prentiss, John Rizzi, Richard Seich, Dorothy Brown)*

Bryan D. Short, Esq.
Deborah S. Freeman, Esq.
Sara R. Simeonidis, Esq.
Bingham McCutchen
One State Street
Hartford, CT 06103-3178
*(Attorneys for Defendant, Nationwide Life Insurance Company of America)*

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\OBJ TO MTN TO COMPEL DISCOVERY.DOC

Thomas G. Rohback, Esq.
James J. Reardon, Esq.
Doug Dubitsky, Esq.
LeBeouf, Lamb, Greene & MacRae
225 Asylum Street
Hartford, CT 06103
*(Attorneys for Defendant, Lincoln National Insurance Company)*

Theodore J. Tucci, Esq.
Jean Elizabeth Tomasco, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597
*(Attorneys for Consol Defendants, Wasley Products, Inc., Alan Wasley, Andrew Brady, Sandi Dumas-LaFerriere and Barry Connell)*

```
                                    _____
                                    Steven J. Errante
```

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\OBJ TO MTN TO COMPEL DISCOVERY.DOC

14