UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
WASLEY PRODUCTS, INC., ET AL. :
                              :
         *Plaintiffs*,        :   CASE NO. 3:03-cv-383(MRK)
                              :
V.                            :
                              :
BARRY LEONARD BULAKITES,      :
ET AL.                        :
                              :
         *Defendants*.        :   JULY 12, 2005
_____:

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO RESPOND TO DISCOVERY**

Defendants **Barry L. Bulakites**, **James A. Winslow** and **Joshua Adams Corporation** (collectively the "Bulakites Defendants") respectfully move for an extension of time of sixty (60) days, or until September 15, 2005, to respond to the Wasley Defendants'[1] First Set of Interrogatories and Requests for Production dated June 15, 2005.  Currently, the Bulakites Defendants' objections and responses are due by July 15, 2005.

The Defendants represent that good cause exists for the extension of time.  First, the defendants recently retained the

1

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\MOTION FOR EXTENSION OF TIME (DISCOVERY) 7-12-05.DOC

undersigned to represent them in this matter in mid-May, 2005.[2] However, the Bulakites defendants' former counsel did not ship the files to Lynch, Traub, Keefe, & Errante until June, 2005. Thus, the undersigned needs additional time to become familiar with the files.

Second, the undersigned recently completed a medical malpractice trial in <u>Costantini, et al. v. Zarcu, et al.</u>, Docket No. CV-03-0473217-S, in Connecticut Superior Court in New Haven. Preparation for said trial took extensive time thereby making it impossible to prepare the discovery responses in this matter by July 15, 2005.

Lastly, the discovery requests seek extensive information and the production of voluminous documents.  As such, the defendants need additional time to conduct a proper investigation and respond accordingly.  For instance, the Bulakites defendants are requested to identify all employees,

---

[1] The Wasley Defendants include Wasley Products, Inc., Alan Wasley, Andrew Brady, Sandi Dumas-Laferriere and Barry Connell.
[2] Specifically, James A. Winslow retained the undersigned to represent him and Joshua Adams Corp. on May 19, 2005 and Barry

2

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\MOTION FOR EXTENSION OF TIME (DISCOVERY) 7-12-05.DOC

consultants and independent contractors hired by the Joshua Adams Corporation over numerous years.  The Bulakites defendants are also requested to produce extensive accounting and financial records, including monthly bank statements, tax returns and corporate minutes. Thirty days is not sufficient time to conduct the necessary investigation and prepare adequate responses.

   The undersigned represents that this is the first request submitted by his office in this matter requesting an enlargement of time to respond to this particular discovery.  In addition, with respect to the present request, the undersigned represents that counsel for the Wasley Defendants, Attorney Jean Tomasco, has no objection to a 30-day extension but does object to a 60-day extension.

   Wherefore, the Bulakites Defendants respectfully request that they be granted until September 15, 2005 to file their responses to the Wasley Defendants' First Set of Interrogatories and Requests for Production.

---

L. Bulakites retained the undersigned to represent him and

3

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\MOTION FOR EXTENSION OF TIME (DISCOVERY) 7-12-05.DOC

        Respectfully submitted,

        THE "BULAKITES DEFENDANTS"
        Barry L. Bulakites, James A. Winslow,
        and Joshua Adams Corporation


BY: _____
    ERIC P. SMITH, ESQ.
    STEVEN J. ERRANTE, ESQ.
    Fed. Bar No. ct04292
    Lynch, Traub, Keefe, & Errante
    52 Trumbull Street
    New Haven, CT 06510
    Telephone: 203-787-0275
    Facsimile: 203-782-0278

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on July 12, 2005 to all counsel and *pro se* parties of record via the United States Postal Service, postage prepaid, as follows:

Joseph V. Meaney, Jr., Esq.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114
Telephone: 860-522-9100
Facsimile: 860-522-3379

---

Joshua Adams Corp. on May 13, 2005.

4

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\MOTION FOR EXTENSION OF TIME (DISCOVERY) 7-12-05.DOC

Ian O. Smith, Esq.
Thomas G. Moukawsher, Esq.
Moukawsher & Walsh
Capitol Place
21 Oak Street, Ste. 209
Hartford, CT 06106
Telephone: 860-278-7000
Facsimile: 860-548-1740

Bryan D. Short, Esq.
Deborah S. Freeman
Sara Simeonidies, Esq.
Bingham & McCutchen
One State Street
Hartford, CT 06103
Telephone: 860-240-2972
Facsimile: 860-240-2818

Albert Zakarian, Esq.
Eric L. Sussman, Esq.
Victoria Woodin Chavey, Esq.
Day, Berry & Howard
City Place
185 Asylum Street
Hartford, CT 06103
Telephone: 860-275-0290
Facsimile: 860-275-0343

Jean Elizabeth Tomasco, Esq.
Theodore J. Tucci, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103
Telephone: 860-275-8323
Facsimile: 860-275-8299

_____
Eric P. Smith, Esq.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITAGATION - SJE\PLEADINGS\2005\MOTION FOR EXTENSION OF TIME (DISCOVERY) 7-12-05.DOC