| | | |
|---|---|---|
| 07/19/2005 | 182 | NOTICE OF E-FILED ORDER: THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. ORDER granting 173 Motion for Extension of Time. Defendants Barry L. Bulakites, James A. Winslow and Joshua Adams Corporation shall respond to Wasley Products, Inc.'s, Alan Wasley's, Andrew Brady's, Sandi Dumas-Laferriere's and Barry Connell's First Set of Interrogatories and Requests for Production, dated June 15, 2005, no later than September 15, 2005. All other deadlines remain unchanged. Further extensions should not be anticipated. Signed by Judge Mark R. Kravitz on 7/19/2005. (Carotenuto, R.) (Entered: 07/19/2005) |