UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WASLEY PRODUCTS, INC. | : | CIVIL ACTION NO. |
| et al | : | 3:03 CV 00383 (MRK) |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| BULAKITES, et al | : | |
| | : | NOVEMBER 28, 2005 |

**MOTION FOR PERMISSION TO FILE OVERLENGTH REPLY
MEMORANDUM OF LAW IN SUPPORT OF
PLAN PARTICIPANTS' MOTION FOR PERMISSION
TO JOIN ADDITIONAL PARTIES, TO AMEND COMPLAINT,
AND FOR CERTIFICATION OF
DERIVATIVE ACTION UNDER RULE 23.1**

The plaintiff plan participants Prentiss, Rizzi, Seich and Brown hereby move for permission to file a reply brief in excess of the 10 page limit in L.Civ. R. 7 (d). In support of their motion, the Plan Participants represent that the body of the proposed reply brief is two pages in excess of the limit because the Plan Participants must reply in this document to three lengthy opposition briefs raising complex legal issues.

Accordingly, the Plan Participants seek leave to file a reply brief the text of which is two pages in excess of the ten page limit in the form attached hereto as Exhibit A.

THE PLAINTIFFS


By /s/ Thomas G. Moukawsher
    Thomas G. Moukawsher ct08940
    Ian O. Smith ct24135
    Moukawsher & Walsh, LLC
    21 Oak Street
    Hartford, CT 06106
    (860) 278-7000
    tmoukawsher@mwlawgroup.com

    ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2005, a copy of foregoing MOTION FOR PERMISSION TO FILE OVERLENGTH REPLY MEMORANDUM OF LAW IN SUPPORT OF PLAN PARTICIPANTS' MOTION FOR PERMISSION TO JOIN ADDITIONAL PARTIES, TO AMEND COMPLAINT, AND FOR CERTIFICATION OF DERIVATIVE ACTION UNDER RULE 23.1 was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Theodore J. Tucci
Jean Elizabeth Tomasco,
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103

Joseph V. Meaney, Jr.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Ave.
Hartford, CT. 06114

Marissa A. Bellair
Steven Errante
Eric P. Smith
Nancy Fitzpatrick Myers
Lynch, Traub, Keefe, and Errante, LLP
52 Trumbull Street
P.O. Box 1612
New Haven, CT. 06506

Sara Simeonidis
Deborah S. Freeman,
Bryan D. Short
Bringham McCutchen
1 State Street
Hartford, CT 06103

Maurice T. Fitzmaurice
Reid & Riege, P.C.
One Financial Plaza
755 Main Street, 21st Floor
Hartford, CT 06103-3185

James J. Reardon, Jr.
Thomas G. Rohback
Doug Dubitsky
LeBoeuf, Lamb, Greene & MacRae
225 Asylum St.
Hartford, CT 06103

Dated this 28th day of November, 2005.

    /s/ Thomas G. Moukawsher
Thomas G. Moukawsher ct08940
Ian O. Smith ct24135
Moukawsher & Walsh, LLC
21 Oak Street
Hartford, CT 06106
(860) 278-7000
tmoukawsher@mwlawgroup.com