## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WASLEY PRODUCTS, INC. et al | : | CIVIL ACTION NO. 3:03 CV 00383 (MRK) |
| Plaintiffs | : | |
| v. | : | |
| BULAKITES, et al | : | |
| | : | NOVEMBER 28, 2005 |

### MOTION TO APPOINT SPECIAL MASTER

The plaintiff plan participants Prentiss, Rizzi, Seich and Brown hereby move that that a special master be appointed in this case pursuant to Fed. R. Civ. P. 53. As is more particularly set forth in the accompanying memorandum of law, the appointment of a special master is needed to handle complex calculations concerning the appropriate relief in this matter.

THE PLAINTIFFS

By /s/ Thomas G. Moukawsher
    Thomas G. Moukawsher ct08940
    Ian O. Smith ct24135
    Moukawsher & Walsh, LLC
    21 Oak Street
    Hartford, CT 06106
    (860) 278-7000
    tmoukawsher@mwlawgroup.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2005, a copy of foregoing MOTION TO APPOINT SPECIAL MASTER was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | | |
|---|---|---|
| Theodore J. Tucci<br>Jean Elizabeth Tomasco,<br>Robinson & Cole<br>280 Trumbull Street<br>Hartford, CT 06103<br><br>Joseph V. Meaney, Jr.<br>Cranmore, Fitzgerald &<br>Meaney<br>49 Wethersfield Ave.<br>Hartford, CT. 06114 | Marissa A. Bellair<br>Steven Errante<br>Eric P. Smith<br>Nancy Fitzpatrick Myers<br>Lynch, Traub, Keefe, and<br>Errante, LLP<br>52 Trumbull Street<br>P.O. Box 1612<br>New Haven, CT. 06506<br><br>Sara Simeonidis<br>Deborah S. Freeman,<br>Bryan D. Short<br>Bringham McCutchen<br>1 State Street<br>Hartford, CT 06103 | Maurice T. Fitzmaurice<br>Reid & Riege, P.C.<br>One Financial Plaza<br>755 Main Street, 21st<br>Floor<br>Hartford, CT 06103-3185<br><br>James J. Reardon, Jr.<br>Thomas G. Rohback<br>Doug Dubitsky<br>LeBoeuf, Lamb, Greene<br>& MacRae<br>225 Asylum St.<br>Hartford, CT 06103 |

Dated this 28th day of November, 2005.

                                              /s/ Thomas G. Moukawsher
                                              Thomas G. Moukawsher ct08940
                                              Ian O. Smith ct24135
                                              Moukawsher & Walsh, LLC
                                              21 Oak Street
                                              Hartford, CT 06106
                                              (860) 278-7000
                                              tmoukawsher@mwlawgroup.com