# EXHIBIT A

EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RECEIVED

JUN 27 2003

BINGHAM McCUTCHEN LLP

WASLEY PRODUCTS, INCORPORATED
and PRECISION MOLDING COMPANY,
INC.,

    Plaintiffs,

v.

BARRY LEONARD BULAKITES, JAMES
ALBERT WINSLOW, JOSHUA ADAMS
CORPORATION, NATIONWIDE LIFE
INSURANCE CO. OF AMERICA f/k/a
PROVIDENT MUTUAL LIFE
INSURANCE CO., and LINCOLN
NATIONAL LIFE INSURANCE CO.,

    Defendants.

No. 3:03CV383(DJS)

## ORDER OF REFERENCE

A special master is appointed to act as the factfinder in the above-captioned matter pursuant to Rule 53 of the Federal Rules of Civil Procedure. With respect to this reference, the court orders the following:

I.    **Special Master**

Alan R. Mandell, CPA, CFE, DABFA, shall act as special master in this matter.

II.    **Rate of Compensation**

Mr. Mandell's rate of compensation shall be $225.00 per hour. Mr. Mandell's staff's rate of compensation shall not be greater than $170.00 per hour.

III.    **Apportionment of Costs**

Plaintiffs Wasley Products, Incorporated and Precision Molding Company, Inc. shall be responsible for fifty percent (50%) of the master's compensation and costs incurred. Defendants Barry Leonard Bulakites, James Albert Winslow, and Joshua Adams Corporation (collectively); Nationwide Life Insurance Company of America f/k/a Provident Mutual Life Insurance Company; and Lincoln National Life Insurance Company shall each be responsible for an equal share of the remaining fifty percent (50%) of the master's compensation and costs incurred, which is seventeen percent (17%). The costs may be re-apportioned upon an appropriate motion to this court following a final decision in this matter.

IV.    **Mandate**

a.    The master shall perform an accounting with respect to each of the following employee pension plans (the "Plans") for the period from November 1990 to the present:

(1)    Wasley Products - UAW Local 376 retirement Plan;

(2)    Wasley Products 401(k) Plan; and

(3)    Precision Molding Company 401(k) Plan.

In performing the accountings, the master shall examine all relevant records of funds, bank accounts, places of deposit, or any other source necessary in order to identify and trace (i) all payments made for the benefit of any or all of the Plans; and

-2-

Case 3:03-cv-00583-WIG    Document 261-2    Filed 11/28/2005    Page 4 of 7

(ii) all withdrawals of funds identified with or held for the benefit of any or all of the Plans.

b.    In connection therewith, the master may require the production of evidence upon all matters embraced in the accounting, including, without limitation, the production of all books, records, papers, vouchers, documents and writings connected thereto.

c.    Upon receipt of the Order of Reference to the master, the master shall forthwith set a time and place for the first meeting of the parties or their counsel and shall notify counsel for the parties in writing ten (10) days prior to this meeting.

d.    It is the duty of the master to proceed with all reasonable diligence. Any party, upon notice to the parties and master, may apply to the court for an order requiring the master to speed the proceedings.

e.    The master may engage in ex parte communications with the Court.

f.    The master shall not engage in ex parte communications with any party or counsel for any party. All communications with and from the master shall be in writing (with copies to all counsel), in person or by telephone with all counsel present. However, if the master has provided reasonable notice of a meeting to all counsel, and a party and/or its counsel fails to appear at the time and place appointed, the master may proceed ex

-3-

parte or, in the master's discretion, adjourn the proceedings to a future day, giving notice to counsel of the absent party of the new date and time.

g.    The master shall have authority to regulate all proceedings and take all appropriate measures to perform the assigned duties fairly and efficiently.  The master may impose upon a party any noncontempt sanctions provided by Fed. R. Civ. P. 37 or 45, and may recommend a contempt sanction against a party and sanctions against a nonparty.

h.    With consent of the Court and after notice to the parties and an opportunity for the parties to object within ten (10) days of the written notice, the master shall be authorized to retain appropriate assistance and experts, as may be reasonably necessary, for him to perform the assigned duties.

i.    The master shall preserve all materials reviewed and relied upon in preparing the report.  These materials shall be returned to the producing party within thirty (30) days of the filing of a final order by the Court.

j.    Before the tenth day of the month after the initial meeting with the parties, and before the tenth day of each month thereafter until the final report is filed, the master shall file with the Clerk of the Court a status report setting forth the tasks completed by the master, the tasks that the master anticipates will need to be completed before his final report may

-4-

be generated, and the time frame anticipated for completing all outstanding tasks and generating the final report. A copy of each status report shall be provided to counsel for the Parties on the date each report is filed.

k.    The master shall prepare a final report upon the matters submitted to the master and shall set forth each and every finding of fact which forms the basis for the final report by numbered paragraph. The master shall file the final report with the Clerk of the Court and serve on counsel for all parties a copy of the final report. Before filing the final report, the master shall submit a draft report to counsel for all parties for the purpose of receiving their suggestions. Within twenty-one (21) days of receiving the draft report, the Parties shall submit any comments or suggestions to the master.

## V. Effect of Report

The parties reserve the right to challenge the findings of fact set forth in the final report. The parties shall file written objections to the special master's findings of fact within thirty (30) days of the date the final report is filed with the court.

So ordered this 24th day of June, 2003.

DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE

-5-

```
*****************************************************************************************
*                           TRANSACTION REPORT                                         *
*                                                          NOV-17-2005 THU 02:17 PM     *
*                                                                                       *
*            FOR:   MOUKAWSHER&WALSH          860 446 8161                               *
*--------------------------------------------------------------------------------------*
*  RECEIVE                                                                              *
*                                                                                       *
*  DATE     START      SENDER              PAGES    TIME    NOTE            M#           *
*--------------------------------------------------------------------------------------*
*  NOV-17   02:15 PM   860 548 1740          6     1'44"   OK                           *
*--------------------------------------------------------------------------------------*
*****************************************************************************************
```