# EXHIBIT B

# Coty & Bruce Benefits Inc

# COTY & BRUCE BENEFITS INC

# INTRODUCTION

COTY & BRUCE BENEFITS, INC (COTY & BRUCE) is a corporation comprised of employee benefit consultants and administration consultants. Our services include the consulting, administration, compliance and communication of pension, profit sharing, savings, 401(k), welfare and other employee benefit plans. We provide consulting services to a diverse group of 200 clients in 26 states with plans covering over 20,000 employees. Our offices are located in San Diego, CA. COTY & BRUCE provides quality, cost-effective services to clients based on the following precepts:

> **MANAGEMENT AND STAFF** - We employ consultants who demonstrate a high degree of technical expertise and who are committed to providing quality service for our clients. All employees are required to complete courses and developmental programs which will keep them abreast of the ever-changing tax laws and give them better tools to meet our client needs. We recruit and compensate our professional staff in a manner that attracts loyal, knowledgeable and creative consulting professionals.
>
> **INDEPENDENCE** - We are not affiliated with any bank, accounting, insurance, brokerage or any other commission based company. Our employees are not licensed to sell investment products. As a result, one hundred percent of our effort is directed toward properly consulting and administering employee benefit programs.
>
> **QUALITY OF WORK** - We have dedicated ourselves to providing the highest quality service possible. The principals of the firm each have in excess of 25 years of employee benefit experience with the Internal Revenue Service, insurance companies, and/or multi-national corporations. We understand the necessity of quality and, therefore, rigorous quality control procedures are in place.
>
> **TECHNOLOGY** - We utilize up to date computer technology to insure accurate, timely and cost-effective services for our clients. This insures compliance with the latest laws and regulations applicable to employee benefit plans and translates to lower net costs for our clients.
>
> **VALUE OF SERVICE** - We define value as the proper mixture of quality and responsiveness at a reasonable cost. A low quality product that is low in cost will often result in high fees later on to correct a serious problem. We believe that our consulting services provide the best value to our clients.

The following pages more fully describe our services and introduce you to the principals at COTY & BRUCE.

# COTY & BRUCE BENEFITS INC

## SERVICES

**ACTIVE AND FORMER EMPLOYEE ADMINISTRATION** - Many companies spend considerable time and effort administering employee benefit plans for former employees. COTY & BRUCE will administer such plans for both single and multiple employers. Services vary between sponsors, but generally include all communication with plan participants (both in pay status and awaiting eligibility), maintenance of participant census information on a database, providing easy access by company officials and advisors, client's government filings, annual audits, withdrawal liabilities, estimated benefit calculations, group insurance administration and numerous other functions. Sponsors have experienced substantial savings in administration costs, as well as an increased confidence level that the plans are being properly administered and participants are receiving the attention they desire and deserve.

**EXECUTIVE COMPENSATION ADMINISTRATION AND RECORDKEEPING** – COTY & BRUCE administers and provides recordkeeping for several different types of Executive Compensation plans to include Stock Purchase, Excess Savings, Supplemental Executive Retirement Pension (SERP), Stock Option and other Deferred Compensation Arrangements. Clients often prefer to outsource this administration due to the highly sensitive nature of the plans. COTY & BRUCE coordinates payroll information and benefit payment with the Clients and Trustees. Sponsors have experienced substantial savings in administration costs, as well as an increased confidence level that the plans are being properly administered and participants are receiving the attention they desire and deserve.

**GOVERNMENT COMPLIANCE SERVICES** - COTY & BRUCE will provide complete government compliance services for its clients. All employee benefit government filings, including DOL/IRS Form 5500, PBGC Form-1, fiduciary bonding, Summary Annual Reports, Summary Plan Descriptions, Summary of Material Modifications, EE0-1, Veterans Reports, and government agency correspondence will be prepared and filed for our clients. COTY & BRUCE prepares not only qualified plan returns, but also all welfare benefit plan returns. COTY & BRUCE gathers all information directly from the Plans' actuaries, accountants, attorneys, record keepers, trustees and insurance companies. Clients who previously performed these tasks in-house have found that the quality of the filings has improved. Employee benefits staff may then concentrate on assigned functions, for which they are trained, and case control has improved; outside consultant fees have been reduced significantly. Since all compliance work is centralized, plan sponsors have quick access, without in-house storage, to most plan data needed in the daily operations of their benefits department. COTY & BRUCE will also provide clients with a compliance audit and coordinate and represent clients at government audits.

# COTY & BRUCE BENEFITS INC

## SERVICES
### (Continued)

**DISCRIMINATION TESTING** - COTY & BRUCE will provide complete discrimination testing pursuant to IRC Code Section 410(b) and 401(a) (4) for any defined benefit and defined contribution plan. It is important that all retirement programs be tested for compliance in this area because the IRS has recently published a notice that this will be a primary focus in their audit process in the future.

We have software that allows us to download directly from a client's recordkeeping files into our computers to simplify the transfer of data. We run the necessary tests and notify the client of any problems. If the tests are not passed, we can advise the client of possible alternatives available that will enable them to meet the tests.

**PLAN TERMINATIONS, MERGERS AND SPIN-OFF'S** - Plan terminations, mergers and spin-off's are complex matters. COTY & BRUCE will supervise the entire task from the initial notification of plan participants through the final allocation of assets. Services include final employee benefit calculations, employee communication and meetings, filing appropriate forms and supplying required information to government agencies, such as Internal Revenue Service, Pension Benefit Guaranty Corporation and Department of Labor.

**FINANCIAL STATEMENTS AND NOTES TO FINANCIAL STATEMENTS** – COTY & BRUCE prepares Financial Statements and Notes to Financial Statements, along with audit work papers for the annual audit of employee benefit plans. We work closely with our Clients and their trustees and independent auditors to save our Clients' time and control fees.

**TRUST MONITORING** - COTY & BRUCE will track master and non-master trusts for retirement and welfare benefit plans to determine if the transactions between the trust, outside vendors and participants are correct. Source documents supplied to us by the client are compared to actual receipts and disbursements recorded by the trustee for accuracy. Often we find discrepancies which we research and correct, if necessary.

Also, based on the testing criteria given to us by the client, we will test the accuracy of pricing of purchase and sales of investments. We give the client a letter each month setting forth the results of the testing and we interface directly with the trustee to have any noted discrepancies resolved.

# COTY & BRUCE BENEFITS INC

## SERVICES
### (Continued)

Companies involved in acquisitions, mergers and spin-offs have special accounting needs. COTY & BRUCE BENEFITS, INC. works with the client's actuaries and attorneys to prepare these schedules and reports based on the trust statement information.

**OUTSOURCING** - COTY & BRUCE will provide clients with a convenient and cost-effective alternative to in-house administration of employee benefit plans. We will typically integrate well with a client's staff to do this work on a temporary or permanent basis when staff reductions are unavoidable.

**CONSULTING** - COTY & BRUCE professionals have the necessary experience and skill to provide specific consultations in all areas of employee benefit programs. Our in-depth understanding of our client's business, financial and human resource needs allows us to provide the proper consulting advice for any situation.

**DATA COLLECTION** - Often, the largest cost of preparing an actuarial valuation for a retirement plan is the collection, editing and reporting of accurate data. COTY & BRUCE has saved its clients thousands of dollars by:

- Coordinating the collection of data from various client locations in whatever form that is easiest for the location

- Loading a data base with prior and current year's data

- Editing current year's data with prior year's data to be sure all participants are accounted for and each data item is reasonable

- Comparing retiree data with monthly payments from the trust

- Reporting discrepancies to the locations and obtaining corrected data

- Providing the actuary with complete, accurate reconciled data in a form that the actuary requires

COTY & BRUCE is a cost effective option that uses a minimum amount of client involvement.

# COTY & BRUCE BENEFITS INC

## SERVICES
## (Continued)

**PROVIDER SEARCH** - COTY & BRUCE assists its clients with the search for new employee benefit providers. Clients considering retaining a new recordkeeping actuary or trustee have found that COTY & BRUCE provides a thorough, unbiased approach to selecting the best candidates by:

- Providing a description of the best candidates based on our client's objectives
- Preparing a detailed Request for Proposal (RFP) and time table, summarizing RFP responses in a concise manner and in accordance with client priorities
- Conducting on-site interviews of providers to review responses to the RFP
- Assist client in narrowing positive providers to a reasonable number
- Conduct final interviews at client location
- Assist clients in assuring a smooth transition to the new provider

**RETIREE MEDICAL PREMIUM ACCOUNTING** – COTY & BRUCE provides medical premium and accounting services for several clients. We receive medical premium checks, on a monthly basis, from the retirees and record the activity in their accounts. Instead of our clients receiving several hundred checks each month, we send one check to our client, saving time and costs to process these checks. We post premium changes to the retiree's accounts, if applicable, on an annual or semi-annual basis. In addition, COTY & BRUCE corresponds with retirees on a regular basis regarding changes to their accounts or delinquent payments.

# COTY & BRUCE BENEFITS INC

## CLIENTS

## CORPORATE FACT SHEET

COTY & BRUCE helps corporations maximize effectiveness in meeting human resource and benefit priorities by providing comprehensive independent employee benefits administration and consulting services. The majority of our clients are Fortune 500 or Fortune 1,000 Companies.

**Representative Client Industries**

- Aerospace and defense
- Automotive and transport
- Business services
- Chemicals
- Construction
- Consumer packaging
- Consumer products manufacturing
- Electronics
- Environmental services
- Financial services
- Health care products
- Hotels and resorts
- Industrial manufacturing
- Pharmaceuticals
- Real estate
- Satellite communications
- Scientific instrumentation and support services

# COTY & BRUCE BENEFITS INC

## THE PRINCIPALS

**JAMES R. BRUCE**

Mr. Bruce received his Bachelor of Science Degree, Magna Cum Laude from New Hampshire College, majoring in accounting. He also received the Gold Key Award from that institution for 1970 graduates in the accounting department. His experience includes fifteen years with the Internal Revenue Service, holding various technical positions in both the Examination Division and Employee Plans (Pension) Division. He has conducted seminars on qualified retirement plans for various groups and taught classes on related subjects. Eleven of his fifteen years with the Internal Revenue Service were in the Employee Plans Division. He is licensed to practice before the Internal Revenue Service. He also spent three years with a large regional bank where he was the Employee Benefits Department Head. His department consisted of nine employees and was responsible for the administration of 350 retirement plans with assets of approximately $170 million. He has been a lay pastor in the United Methodist Church and is active in civic affairs.

**WILLIAM E. COFFEY**

Mr. Coffey received his Bachelor of Science degree from St. John's University, majoring in mathematics and completed Northeastern University's Master of Science work/study program, majoring in Actuarial Science. His experience includes five years with a large Boston-based life insurance company, eight years with one of the three largest employee benefit consulting firms in the United States, and the last twelve years as the Director of Compensation and Employee Benefits for a Fortune 500 corporation. He is a Fellow of the Society of Actuaries, Fellow of the Conference of Consulting Actuaries, Member of the American Academy of Actuaries and an Enrolled Actuary. Mr. Coffey has held a position on the Board of Directors of the Juvenile Diabetes Foundation International.

**ROBERT A. COTY**

Mr. Coty received his Bachelor of Science Degree, Magna Cum Laude from New Hampshire College, majoring in accounting. He also received the Gold Key Award from that institution for 1971 graduates in the accounting department. For six years he was president of a regional pension administration company. In that capacity he was responsible for all managerial, technical and procedural aspects of the operation of that firm. In a short period of time that firm grew into one of the largest pension administration firms in Northern New England. His experience includes twelve years with the Internal Revenue Service, holding various technical and managerial positions in both the Examination and Employee Plans (Pension) Division. He was a Group Manager in both the Audit Division and Pension Division from 1978 to 1982. He has conducted seminars on qualified retirement plans and employee benefit programs at numerous professional associations nationwide. Mr. Coty was an instructor of accounting and taxes at New Hampshire College and the University of New Hampshire. He was on the Board of Directors of Northeast Federal Credit Union for fifteen years, serving as its Chairman for eleven years.

# COTY & BRUCE BENEFITS INC

## THE PRINCIPALS
### (Continued)

**NANCY D. KLEIN, PRESIDENT**

Ms. Klein received her Bachelor of Science Degree from Rochester Institute of Technology in Rochester, New York. In 1987, she received her Certified Public Accountant certificate. Ms Klein has over 12 years experience with public accounting firms, most recently in the taxation department. Prior to that time she was a self-employed accountant. She is licensed to practice before the Internal Revenue Service. In addition, Ms. Klein has 13 years experience in Employee Benefits Compliance and Consulting in both public and private companies. She has receiving her Certified Employee Benefit Specialist (CEBS) designation from the Wharton School of Business. Prior to joining COTY & BRUCE, Ms. Klein held the position of Compliance Manager in the Human Resource Department for Sempra Energy, San Diego's first Fortune 500 Company. For fifteen years she has been active with the Juvenile Diabetes Foundations on both a local and international level, serving as president of the San Diego Chapter and international conference chair person for two years each.

**ELIZABETH A. BARNIER, MANAGING DIRECTOR**

Ms. Barnier manages COTY & BRUCE's Pension Administration department, oversees the Information Technology department and assists the President with various aspects of managing the Company. She is in her sixth year with Coty & Bruce and has 20 years of experience in pension and benefits administration. Prior to joining COTY & BRUCE, Elizabeth was a consultant with a nationally recognized benefits consulting firm and she spent several years administering benefits for large employers. Elizabeth holds a Bachelor of Science degree from New York University's Stern School of Business and she holds a Certified Employee Benefits Specialist (CEBS) designation from the Wharton School of Business. She has also completed the American Society of Pension Professionals & Actuaries (ASPPA) Pension Administrator Course and is working toward the Qualified Pension Administrator (QPA) credential.