# EXHIBIT C

# EXHIBIT "C"
Hourly Rate Schedule
Cote & Bruce, Inc.

| | |
|---|---|
| Robert Coty, Principal | $200 |
| James Bruce, Principal | $200 |
| William Coffey, Principal | $200 |
| Nancy Klein, CPA, CEBS, President | $150 |
| Elizabeth Barnier, CEBS, Managing Director | $125 |
| Barbara Johnson, Special Projects Manager | $110 |
| Judy Abegglen, Sr. Benefits Analyst | $110 |
| Administrative Assistant | $ 45 |

**Outside costs**: In the event Klein needs the services of a vendor outside of Coty & Bruce, such as an actuary, she would pass on the cost with no mark up. Any costs for travel, postage, copies, phone, etc. will also be passed along at cost.