UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------- x
WASLEY PRODUCTS, INC., ET AL.,                :
                                              :   MASTER CONSOLIDATED CASE CIVIL
                    Plaintiff,                :   NO. 3:03 CV 383 (MRK)
                                              :
    v.                                        :
                                              :
BARRY BULAKITES, ET AL.,                      :
                                              :
                    Defendant.                :   December 8, 2005
                                              :
                                              :
------------------------------- x

## LINCOLN NATIONAL LIFE INSURANCE COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION TO APPOINT SECOND SPECIAL MASTER

Defendant Lincoln National Life Insurance Company ("Lincoln National"), by and through its undersigned counsel, hereby submits this Opposition to Plan Participants' Motion to Appoint Special Master ("Motion for Special Master").

This Court has already appointed one Special Master to investigate the financial transactions at issue. After many months of work, the Special Master issued a report. This report did not show <u>any</u> money flowing to Lincoln National. Based on that fact, Lincoln National should be dismissed from this case. Lincoln National should certainly not be required to "chip in" for the cost of a second special master to determine how much each Plan Participant lost when it has already been established that none of the money went to Lincoln National.[1]

---

[1] In the Motion for Special Master, the Plan Participants ask the Court to Order the Defendants to pay for the entire cost of retaining the second Special Master. See Motion for Special Master at p.7 ("Here the defendants should bear the full cost of the special master's work."). However, the Plan Participants then ask that the cost be allocated in the same percentages as were the costs of the first Special Master's work. Id. at 7-8 ("Accordingly, in the absence of any other proposal, the plan participants ask the Court to order the defendants to share the special master's expenses the same way they shared the last special master's expenses."). What the Plan Participants fail to acknowledge is that the court's June 24, 2003 Order of Reference ordered that the <u>Plaintiffs</u> pay for fifty percent (50%) of the cost of

Simply stated, if the Plan Participants feel the need for the services of a damages expert, they should retain one.

Since the Special Master has found none of the Plan Participants' money flowing to Lincoln National, the Plan Participants have no justifiable basis for demanding Lincoln National pay for a second special master to determine how much the Plan Participants should demand from other Defendants.

## CONCLUSION

For the reasons stated herein, the Court should deny the Plan Participants' Motion to Appoint Special Master.

Dated: Hartford, CT  
December 8, 2005

L<small>E</small>BOEUF, LAMB, GREENE & M<small>A</small>CRAE LLP

By:  /s/ Doug Dubitsky
Thomas G. Rohback (Fed Bar No. CT01096)
James J. Reardon, Jr. (Fed Bar No. CT13802)
Doug Dubitsky (Fed Bar No. CT21558)
L<small>E</small>BOEUF, LAMB, GREENE & M<small>A</small>CRAE LLP
225 Asylum Street
Hartford, CT 06103
(860) 293-3500
(860) 293-3730 (fax)
Counsel for Defendant
Lincoln National Life Insurance Company

---

the first Special Master, and that the Defendants combined pay for the remaining fifty percent (50%). If the Plan Participants now want the Defendants to cover the entire cost of a second Special Master, they are asking the Court to impose a burden on the Defendants which is twice that imposed to retain the first Special Master.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INC., ET AL., | : |
| Plaintiff, | : MASTER CONSOLIDATED CASE CIVIL NO. 3:03 CV 383 (MRK) |
| v. | : |
| BARRY BULAKITES, ET AL., | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2005, a copy of the foregoing Opposition to Plaintiffs' Motion to Appoint Second Special Master was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: December 8, 2005       By:   /s/ Doug Dubitsky
                                    Doug Dubitsky (Fed Bar No. CT21558)
                                    LeBOEUF, LAMB, GREENE & MacRAE LLP
                                    225 Asylum Street
                                    Hartford, CT 06103
                                    (860) 293-3500
                                    (860) 293-3730 (fax)
                                    ddubitsky@llgm.com
                                    Counsel for Defendant
                                    Lincoln National Life Insurance Company