UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

----------------------------------- x
WASLEY PRODUCTS, INC., ET AL.,    :
                                  :  MASTER CONSOLIDATED CASE CIVIL
           Plaintiff,             :  NO. 3:03 CV 383 (MRK)
                                  :
      v.                          :  THIS PERTAINS TO:
                                  :  3:03 CV 1790 (MRK)
BARRY BULAKITES, ET AL.,          :  Prentiss, et al. v. Wasley Products, Inc., et al.
                                  :
           Defendant.             :  December 8, 2005
                                  :
                                  :
----------------------------------- x

### LINCOLN NATIONAL LIFE INSURANCE COMPANY'S MOTION FOR PERMISSION TO FILE SUR-REPLY IN OPPOSITION TO PLAN PARTICIPANT'S MOTION TO AMEND THEIR COMPLAINT

Defendant Lincoln National Life Insurance Company ("Lincoln National"), by and through its undersigned counsel, hereby requests permission to file a Sur-Reply in Opposition to Plan Participants' Motion for Permission to Join Additional Parties, to Amend Complaint, and Certification of Derivative Action Under Rule 23.1 ("Motion to Amend"). Lincoln National's proposed Sur-Reply is attached hereto as Exhibit A.

In support of its Motion, Lincoln National states as follows:

For the first time in their Reply Brief, the Plan Participants seek to invoke the "fraud and concealment exception" to ERISA § 413's statute of limitations. Nothing in the Plan Participants' Motion to Amend, nor in their proposed Amended Complaint indicated that the Plan Participants believed the "fraud and concealment exception" applied to the new claims it seeks to assert against Lincoln National. As a result, Lincoln National did not previously brief the issue. Now that the Plan Participants seek, for the first time, to circumvent ERISA's statute of

limitations by invoking this exception, Lincoln National should be given the opportunity to explain why the exception does not apply to Plan Participants' proposed new claims.

Dated: Hartford, CT
December 8, 2005

LeBOEUF, LAMB, GREENE & MacRAE LLP

By: /s/ Doug Dubitsky
Thomas G. Rohback (Fed Bar No. CT10196)
James J. Reardon, Jr. (Fed Bar No. CT138092)
Doug Dubitsky (Fed Bar No. CT21558)
LeBOEUF, LAMB, GREENE & MacRAE LLP
225 Asylum Street
Hartford, CT 06103
(860) 293-3500
(860) 293-3730 (fax)
Counsel for Defendant
Lincoln National Life Insurance Company

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ------------------------------- x | |
| WASLEY PRODUCTS, INC., ET AL., : | |
| : | MASTER CONSOLIDATED CASE CIVIL NO. |
| Plaintiff, : | 3:03 CV 383 (MRK) |
| : | |
| v. : | THIS PERTAINS TO: |
| : | 3:03 CV 1790 (MRK) |
| BARRY BULAKITES, ET AL., : | <u>Prentiss, et al. v. Wasley Products, Inc., et al.</u> |
| : | |
| Defendant. : | |
| : | |
| : | |
| : | |
| ------------------------------- x | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2005, a copy of the foregoing Motion for Permission to File Sur-Reply in Opposition to Plan Participants' Motion to Amend Their Complaint was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: December 8, 2005       By:  /s/Doug Dubitsky
                                   Doug Dubitsky (Fed Bar No. CT21558)
                                   LeBOEUF, LAMB, GREENE & MacRAE LLP
                                   225 Asylum Street
                                   Hartford, CT 06103
                                   (860) 293-3500
                                   (860) 293-3730 (fax)
                                   ddubitsky@llgm.com
                                   Counsel for Defendant
                                   Lincoln National Life Insurance Company