# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WASLEY PRODUCTS, INCORPORATED and
PRECISION MOLDING COMPANY, INC.,

       Plaintiffs,

v.

BARRY LEONARD BULAKITES, JAMES
ALBERT WINSLOW, JOSHUA ADAMS
CORPORATION, NATIONWIDE LIFE
INSURANCE CO. OF AMERICA f/n/a
PROVIDENT MUTUAL LIFE
INSURANCE CO., and LINCOLN
NATIONAL LIFE INSURANCE CO.,

       Defendants.

3:03CV00383 MRK

## SPECIAL MASTER'S FINAL REPORT

This report is submitted pursuant to the June 24, 2003 order of United States District Judge Dominic J. Squatrito appointing the undersigned as Special Master, pursuant to FRCP Rule 53, to perform an accounting with respect to the employee retirement plans of Plaintiff including but not limited to examination of all relevant records of funds paid out by plaintiff on behalf of employees and the subsequent disposition of those funds for the period January, 1992 through December of 2002.

BACKROUND

During the period under investigation Wasley Products, Inc. disbursed funds totaling $1,787,595.84 on behalf of its employees for either contributions to its defined benefit plan, its 401(k) plan and fees. The plans were established with Provident Mutual Life Insurance Company (PMLIC). A defined benefit plan was established with PMLIC in March of 1991 and was identified as GR-3094-201-001. Contributions for both the defined benefit plan and the 401(k) plan were deposited into this account until May of 1995 when a separate account for the 401(k) plan was established at PMLIC. At this time assets of $207,802.56 were transferred into the newly establish 401(k) account.

**Findings:**

1. A total of 560 checks were drawn on the plaintiff's corporate account to PMLIC from 1991 to 2002 representing contributions to the defined benefit plan and 401(k) plan. All checks were made payable to PMLIC in one form or another.

**The breakdown as to payee is as follows:**

| Number of Checks | Payee | Amount | Comments |
|---|---|---|---|
| 410 | Prov Mut-401k deduct | $507,768.64 | |
| 8 | Provident Mutual Pension Payment | 18,217.82 | |
| 12 | Provident Mutual | 276,451.46 | |
| 1 | Provident Mutual | 52,310.00 | To repay loan |
| 8 | Provident Mut-Pension Payment | 148,820.76 | |
| 57 | Wasley Pension Acct-Prov Mut | 728,843.16 | |
| 59 | Unknown (assumed Prov Mut) Deposited by PMLIC | 55,184.00 | All traced to PMLIC |
| | | | |
| Total  560 | | $1,787,595.84 | |

2

**The breakdown as to where the funds were ultimately deposited is as follows:**

| Number of checks | Depository | Amount | Comments |
|---|---|---|---|
| 134 | Corestates Bank (PMLIC) | $ 384,138.57 | |
| 4 | New Haven Savings Bank | 29,000.00 | |
| 50 | People's Bank | 689,920.14 | |
| 79 | Provident National Bank | 117,596.94 | |
| 8 | Shawmut Bank (Fleet) | 112,222.38 | |
| 2 | Unknown | 26,900.42 | |
| 278 | Unknown (PMLIC) | 424,804.39 | Assumed one of PMLIC's depositories as funds were recorded by PMLIC as received. |
| 5 | Unknown | 3,013.00 | To PMLIC clrd Bk 2/96 |
| 560 | | $1,787,595.84 | |

To the best of our knowledge all of the checks were sent using one process or another to the third party administrators, defendants Bulakites and Winslow. These checks according to testimony[1] would be recorded as to their purpose and then forwarded to Provident Mutual for investment in the various funds selected by the trustees of the plans.

2. Upon appointment as special master, Wasley produced a document (WAS3818), which listed all checks they issued for retirement plans from 1992-2003. This list included many items, which were labeled missing or unknown. We have extracted those items and they are listed in **Exhibit A**. That exhibit shows the ultimate disposition of those "missing "checks resulting from our investigation and analysis of the various depositories listed above. Ten checks, which are highlighted, have not been traced physically to the known depository or have not been found. All but two have been deposited to Fleet Bank or its predecessor Shawmut National Bank either to JAC's business account[2] or to Provident Mutual Life Insurance Company Connecticut Agency account.[3] Two checks,

---

[1] Hearing October 27, 2003, Page 77
[2] Joshua Adams Corporation, Fleet Bank, Account # 9361724697
[3] Provident Mutual Life Insurance Company Connecticut Agency Account, Fleet Bank, Account # 44-67038242

3

#5789 dated December 21, 1995 and #6247 dated February 27, 1996, both clearing Wasley's bank on April 15, 1996 have not been found or traced to any depository. However, both checks are addressed to Mr. James Winslow. (See Exhibit K). The problem arises when we cannot obtain the back of the checks in question and the bank's records have been purged because of age. None of the parties involved have been able to shed any light on the above two checks. Nationwide has researched their records and found no evidence of ever receiving these items.

3. We have traced and reconciled funds deposited and received by Provident Mutual Life Insurance Company (PMLIC) and subsequently credited to Wasley accounts. An analysis of that reconciliation is found in **Exhibit B**. It appears that all checks turned over to PMLIC and cleared through their depositories have been recorded and credited to the Wasley accounts managed by PMLIC.

4. On January 11, 1995 a checking account was established by Mr. Bulakites and Winslow at New Haven Savings Bank[4] with the account title "JAC-Wasley Pension Account". (Document NHSB 0012) Four checks totaling $29,000.00 were deposited into that account, all bearing Provident Mutual in one form or another as the payee. In addition three disbursements by PMLIC in early 1995 were wired to the NHSB account. An accounting of this bank account is presented in **Exhibit C**. We are missing the bank statements and cancelled checks for the period January 1995 through April of 1995 and as such the reconciliation and analysis of this account cannot be completed at this time.

5. In September of 1996, a checking account was opened by Mr. Bulakites at People's Bank [5] under the title "Joshua Adams Corporation Wasley Pension Account".(Document PB0001) 50 Checks totaling $689,920.14 drawn on Wasley's corporate account were deposited into this account between September 26, 1996 and January 17, 2003 when the account was closed. An accounting of this bank account is presented in **Exhibit D**.

---

[4] New Haven Saving Bank, Account # 571036437
[5] Peoples Bank, Account # 081-7002846

4

6. In December of 1998, a person of unknown relationship to the defendants, Lori Ryan, opened an account with National Bank of Detroit later to become Bank One[6] in Michigan titled "Adams Consulting" (Document BO 0043). Over the period December 9, 1998 through December 12, 2002 this account received deposits of $115,567.63 of which $46,280.00 were checks from the above-mentioned People's Bank account. A reconciliation and analysis of this account can be found in **Exhibit E**.

Mr. Bulakites has told us that the main purpose of these accounts was to facilitate the payment of benefits to retirees, as Wasley was experiencing severe cash flow problems and Bulakites and Winslow had to advance significant funds to avert disaster[7]. Mr. Bulakites explanation is that the checks drawn to his wife Debra, himself and Mr. Winslow were repayments for advances made to pay Wasley retirees. The checks sent to or wired to Wasley on December 19, 2002 for $8,200.00 and on January 17, 2003 for $37,766.03 represented the balance in the accounts after Bulakites and Winslow were reimbursed for their advances.[8]

7. Our analysis of the three accounts is presented on the following page.

---

[6] Bank One, Account # 275000634640
[7] Hearing, October 27, 2003, Pages 123-125
[8] Ibid, Page 125

5

**Deposits from Barry Bulakites et.al.**

| SOURCE | Account if Known | AMOUNT | DEPOSITORY |
|---|---|---|---|
| Joshua Adams Corp | NHSB-571036429 | 28,679.16 | New Haven Savings Bk |
| Debra Bulakites | NHSB-516024126 | 6,700.00 | New Haven Savings Bk |
| Debra Bulakites | NHSB-520026730 | 2,584.21 | New Haven Savings Bk |
| Debra Bulakites | NHSB-20-20004972 | 3,800.00 | New Haven Savings Bk |
| Barry Bulakites | | 21,000.00 | New Haven Savings Bk |
| Joshua Adams | NHSB-571036429 | 750.00 | Peoples Bank |
| Debra Bulakites | | 11,601.57 | Peoples Bank |
| Barry Bulakites | Peoples-81-0029384 | 150.00 | Peoples Bank |
| Joshua Adams Corp | Peoples-81-7002496 | 10,100.00 | Peoples Bank |
| Debra Bulakites | MBNA Check | 9,500.00 | Peoples Bank |
| Barry Bulakites | Comerica-6812356852 | 112,900.00 | Peoples Bank |
| Barry Bulakites | Comerica- | 61,758.00 | Bank One |
| | | | |
| TOTAL | | $269,522.94 | |

**Disbursement to Barry Bulakites et al is as follows:**

| SOURCE | PAYEE | AMOUNT |
|---|---|---|
| New Haven Savings Bank | Joshua Adams Corp | 169,950.00 |
| New Haven Savings Bank | Barry Bulakites | 200.00 |
| Peoples Bank | Debra Bulakites | 60,840.00 |
| Peoples Bank | Barry Bulakites | 262,390.00 |
| Bank One | James Winslow | 13,380.00 |
| | | |
| | | |
| TOTAL | | 506,760.00 |

**8.** Exhibit F is a recreation of documents 001793-001806 produced by Bulakites and Winslow. It outlines distributions allegedly paid by Bulakites and Winslow from 1992

6

through 2002. **Exhibit G** is an analysis of our reconciliation of checks drawn to retirees from Peoples Bank, New Haven Savings Bank and Bank One. Distributions to retirees from these three banks total $474,994.24 over the period January 1995-December 2002. However, distributions to retirees per the exhibit provided by Bulakites indicate distributions from 1992 forward. The difference of approximately $48,000.00 came from the Connecticut Agency Account for which we have no records. However, both sides admit that the retirees were paid and as such we have created **Exhibit F** which reconciles the Bulakites analysis of payments to retirees with the amounts we have reviewed and are recognizing as funds disbursed.

9. The reconciliation of all funds in question is outlined on the following page.

## RECONCILIATION OF WASLEY PENSION FUNDS

| | | |
|---|---|---|
| Checks drawn by Wasley to PMLIC | | $1,787,595.84 |
| Above checks received by PMLIC | | 929,470.90 |
| Amount not received by PMLIC | | 858,124.94 |
| New Haven Savings Bank | 29,000.00 | |
| Peoples Bank | 689,920.14 | |
| Shawmut/Fleet | 112,222.38 | |
| Mailed to James Winslow: | | |
| Check 5789 clrd bnk 4/15/96 | 11925.00 | |
| Check 6247 clrd bnk 4/15/96 | 14,975.42 | |
| Check # 27100 not cashed | 82.00 | ($      82.00) |
| | 858,124.94 | 858,042.94 |
| Additional funds transferred from PMLIC | | |
| 2/07/95 | 32,154.50 | |
| 3/10/95 | 25,622.00 | |
| 4/03/95 | 19,212.00 | |
| 4/21/95 | 48,211.13 | |
| 7/27/95 | 100,000.00 | |
| To New Haven Saving Bank | | 225,199.63 |
| **Total source of funds** | | $1,083,242.57 |
| **USE OF FUNDS:** | | |
| Payments to retirees (**Exhibit F**) | 519,034.07 | |
| Death Benefits paid to Mamerow | 50,000.00 | |
| Less: amount received from Travelers Ins. (**Exhibit L**) | (50,402.00) | |
| Repayment to Wasley from Bank One | 8,200.00 | |
| Repayment to Wasley from Peoples | 37,776.03 | |
| Paid to Nadler (Actuary) | 3,500.00 | |
| Paid to Corbel | 1,701.37 | |
| Payments To CBIA (See Para. 17) | 52,795.76 | |
| Payment to John Rampi from Ct Agy A/C | 3,845.73 | |
| | | $ 626,450.96 |
| **Unaccounted Funds** | | $ 456,791.61 |
| Additional unaccounted funds Exhibit J | | $ 258,540.83 |
| **Total unaccounted funds** | | $ 715,332.44 |

8

**Additional issues:**

**Accounting records**

10. Despite numerous requests, Mr. Bulakites has been unable to provide us with any basic accounting records such as a cash receipts and cash disbursement journals reflecting the Wasley moneys received and their ultimate disposition. Therefore we have had to construct schedules from information supplied to us by all parties over the last twenty four months. To this date we have not received an answer as to the type of records maintained by JAC and or its principals, i.e. computerized, Quickbooks, hand written.

**Filing with the Department of Labor and other governmental groups**

11. Throughout our investigation we have requested of all parties, copies of forms 5500 and attachments, actuarial reports, and copies of checks written to the PBGC. The only document provided was an unsigned form 5500 for 1995. From our investigation and request for public filings with the DOL, it appears that no 5500 forms and attachments have been filed during the ten-year period under review.

Upon the dismissal of Mr. Bulakites and Mr. Winslow as administrators, the Company hired Edward Vigneau of Grathwohl Associates, Inc. They filed form 5500 and Schedule B in October of 2003 for the year 2002. Attached to the report was a statement by Mr. Vigneau as follows: "In addition, the Third Party Administrator may not have filed the 5500 Schedule B or other 5500's for the Prior year. Repeated requests have produced no information about actuarial reports for 2001 and earlier"

Mr. Bulakites' explanation for not filing the forms was that the Wasley people refused to sign the reports and that the actuaries were not being paid. (See October 27th 2003 hearing Pages 91-101) Plaintiffs specifically deny this explaination.

9

**Precision Molding, Inc.**

12. Based on representations from plaintiff that they were satisfied that all monies from Precision Molding (PMC) were received and credited to the proper account at PMLIC, we did not investigate or trace any of the funds unless prompted by information discovered during our investigation of Wasley funds. We found one check from PMC deposited into Peoples Bank for $1,431.00. There is no evidence of those funds being transferred back to PMLIC from the People's Bank account. [11]

**Provident Mutual Life Insurance Company Connecticut Agency Account**

13. There exists, as previously mentioned on page 7 of this report, a checking account at Fleet Bank, or its predecessor Shawmut Bank. The account number is 44-67038242. Into this account at least eight checks from Wasley were deposited during the period from February 1992-October 1994. A listing of these checks can be found in **Exhibit I.** The eight checks total $112,222.38. Three of these checks (#1261, 1994, 2412) totaling $34,558.97 represent 401(k) money either withheld from employees pay or employer contributions on behalf of these employees. There is no evidence that PMLIC ever received these monies. The purpose of the other five checks is unknown. Access to this account could provide answers to many outstanding issues.

Defendants Bulakites and Winslow have also provided us with cancelled checks evidencing payments from Debra Bulakites to CBIA for $33,211.96 drawn on November 30, 1994 and $19,583.80 drawn on May 18, 1994 from Joshua Adams Corporation signed by James Winslow..[9] Mr. Bulakites has also presented us with a bank check drawn on New Haven Savings Bank for $30,000 deposited into the PMLIC Connecticut Agency Account.[10] The explanation for this money is seed money to fund retirement payments. We have not seen any records from the PMLIC Connecticut Agency Account and

---

[11] Check # 5418, dated 1/8/97, see document PB0225.
[9] Bulakites exhibit #3431 and #3433
[10] Bulakites exhibit # 3432

therefore cannot confirm the ultimate use of these funds. Nationwide Insurance (PMLIC) has informed us through their attorneys that the "Connecticut Agency Account" is not an account of PMLIC or Nationwide and that they have never maintained a checking account in Connecticut [11] On June 2, 2004, counsel for Mr. Bulakites and Winslow provided me with eight checks drawn on the CT Agency Account and signed by Barry Bulakites. Based on that evidence it is obvious that Mr. Bulakites had some control over the account. Mr. Bulakites on March 23, 2005 informed the special master that they do not possess any accounting records other than those limited items already provided regarding this account.[12] Further, Bulakites and Winslow state that :

1. The Provident Mutual Connecticut Agency Account was established sometime in 1989 by Provident Mutual as a local operating account in its name for the purpose of collecting premiums, deposits and other amounts due the company.
2. The records and day to day activity were handled by Provident's onsite Office Manager Betty Roberts.
3. In addition to Mr. Bulakites there were at least three others with signatory authority over the account.
4. Banks Statements and cancelled checks were sent to Mrs. Roberts and maintained by her. Detailed reports of the month's activities were prepared by Mrs. Roberts and sent to PMLIC.
5. Mr. Bulakites is unaware of what became of the records or who has possession of them.

Because of the inability to access and review the transactions in this account that may have impacted the parties, the questions raised remained unresolved.

---

[11] E-mail dated January 10, 2005 from Bryan Short, counsel for Nationwide. "According to Nationwide....the bank through which these checks cleared is not a bank used by Nationwide or Provident Mutual."
[12] Letter dated March 23, 2005 to Special Master in response to Judge Squatritro's order re production of documents from Connecticut Agency Account.

11

**Interest not earned on funds**

14. Our review of the records show that Wasley funds not received by PMLIC did not earn any interest or other form of return while held in the various depositories such as Peoples Bank, New Haven Savings Bank or Bank One.

**Failure of various Banks to question deposits.**

15. Throughout the years in question, Peoples Bank and New Haven Savings Bank routinely accepted checks for deposit made payable to Provident Mutual et al where Provident Mutual was not named on the account.

**Expenditure to Corbel**

16. Corbel, now known as Sungard Corbel, is a leading provider of software and services for the employee benefits industry. The charges were expended for either software or services to provide Wasley employees with quarterly and annual reports.

**Health Insurance payments to the CBIA**
17. In 1994 defendants paid to CBIA two checks totaling $52,795.76 for premiums on Wasley's health insurance plan maintained by Aetna. Although these funds are accounted for in the reconciliation on page 8 as "use of funds", there is an issue as to whether these were pension and 401(k) funds that were used for non pension purposes and therefore they represent a loan to Wasley that remains unpaid. Plaintiffs have provided us with cancelled checks evidencing payments to Aetna for 1994. Defendants have provided documentation to support the requirement for the disbursement of these funds to CBIA.[13]

---

[13] September 13, 2004 letter from Reid & Riege

**Conclusion and unresolved issues:**

Much work has been done to reconcile and establish the ultimate source and use of Wasley Pension and 401(k) funds. However many questions remain.. Many other issues have been raised by both sides and explanations given in the two hearings held in October and November of 2003. However this report deals only with funds, bank accounts, places of deposit, and withdrawal of funds committed to the plan(s) from January 1992 to December 2002.

Outstanding questions as to various money disbursed by Travelers to the trustees, checks from PMLIC to beneficiaries and the like are detailed in **Exhibit J** to this report and are reflected as unaccounted funds in the reconciliation on page 8.

Respectfully submitted this 26th day of July 2005.

Alan R. Mandell, CPA, CFE, DABFA
Special Master

**Copies of this final report were delivered to the following parties:**

Thomas G. Moukawsher, Esq.
Moukawsher & Walsh
21 Oak Street
Hartford, Ct 06106

Jean E. Tomasco, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Steven J. Errante, Esq.
Lynch, Traub, Keefe & Errante, P.C.
52 Trumbull Street
New Haven CT 06506-1612

Joseph V. Meany, Jr. Esq.
Cranmore, Fitzgerald & Meany
49 Wethersfield Avenue
Hartford, CT 06114-1102

Eric Sussman, Esq.
Day Berry & Howard LLP
CityPlace I
Hartford, CT 06103

Sara R. Simeonidis, Esq
Bingham McCutchen LLP
One State Street
Hartford, CT 06103


Clerk of the Court
United States District Court
District of Connecticut
141 Church Street
New Haven, CT 06510