UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INC., ET AL., | MASTER CONSOLIDATED CASE<br>CIVIL NO. 3:03 CV 383 (MRK/WIG) |
| Plaintiffs, | |
| | THIS PERTAINS TO:<br>CIVIL NO. 3:03 CV 1790 (MRK/WIG) |
| V. | (<u>Prentiss et al. v. Wasley Products, Inc. et al.</u>) |
| BARRY BULAKITES, ET AL., | |
| Defendants. | DECEMBER 12, 2005 |

**WASLEY DEFENDANTS' MOTION FOR PERMISSION TO
FILE SURREPLY MEMORANDUM IN RESPONSE TO
PLAINTIFFS' REPLY BRIEF**

Defendants Wasley Products, Inc., Alan Wasley, Andrew Brady, Sandi Dumas-Laferriere and Barry Connell (the "Wasley Defendants") hereby move for permission to file a brief surreply memorandum, attached hereto as Exhibit 1, in response to plaintiffs' Reply Memorandum concerning the plaintiffs' Motion to Amend their Complaint and Motion for Certification of Derivative Status under Rule 23.1 in the case of <u>Prentiss et al. v. Wasley Products, Inc. et al.</u>, Civ. No. 3:03 CV 1790 (MRK/WIG) ("<u>Prentiss</u>").

Plaintiffs raise new arguments in their reply memorandum, such as a claim that the fraud or concealment exception to ERISA's statute of limitations applies to the proposed claims concerning Wiblyi. The Wasley Defendants wish to have an opportunity to respond to these arguments and believe that the attached surreply memorandum will be helpful to the Court in deciding the various issues raised by plaintiffs' motion.

**ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED**

DEFENDANTS
WASLEY PRODUCTS, INC., ALAN A.
WASLEY, ANDREW BRADY, SANDI DUMAS-
LAFERRIERE, AND BARRY CONNELL


By: /s/ Jean E. Tomasco
    Theodore J. Tucci (ct05249)
    ttucci@rc.com
    Jean E. Tomasco (ct09635)
    jtomasco@rc.com
    Robinson & Cole LLP
    280 Trumbull Street
    Hartford, CT 06103-3597
    Tel. No.: (860) 275-8200
    Fax: (860) 275-8299

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2005, a copy of the foregoing Wasley Defendants' Motion for Permission to File a Surreply Memorandum In Response To Plaintiffs' Reply Brief, along with a copy of the proposed Surreply and Supporting Affidavit, was filed electronically. Notice of this filing shall be sent by E-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Eric P. Smith, Esq.
Steven J. Errante, Esq.
Nancy A. Fitzpatrick Myers, Esq.
Marisa A. Bellair, Esq.
Lynch, Traub, Keefe and Errante, P.C.
52 Trumbull Street
P. O. Box 1612
New Haven, CT  06506

Sara R. Simeonidis, Esq.
Deborah S. Freeman, Esq.
Bryan D. Short, Esq.
Bingham McCutchen
One State Street
Hartford, CT  06103-3178

Thomas G. Rohback, Esq.
Doug Dubistsky, Esq.
James J. Reardon, Jr., Esq.
LeBoeuf, Lamb, Greene & MacRae, LLP
225 Asylum Street
Hartford, CT  06103

Thomas G. Moukawsher, Esq.
Ian O. Smith, Esq.
Moukawsher & Walsh
21 Oak Street, Suite 209
Hartford, CT  06106

Joseph V. Meaney, Jr., Esq.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Ave.
Hartford, CT  06114-1102

                                                 /s/
                                                Jean E. Tomasco