UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GREGORY T. PRENTISS, | : | CIVIL ACTION NO. |
| JOHN RIZZI, RICHARD SEICH, | : | 3:03 CV 00383 (MRK)(LEAD) |
| and DOROTHY BROWN each individually | : | |
| and on behalf of the Wasley Products, Inc. | : | |
| 401(K) Profit Sharing Plan, and the Wasley | : | |
| Products, Inc. Retirement Plan and JOHN | : | |
| M.WIBLYI, individually and on behalf of | : | |
| the Wasley Products, Inc. Retirement Plan | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| WASLEY PRODUCTS, INC., | : | |
| ALAN A. WASLEY, ANDREW BRADY, | : | |
| SANDI DUMAS-LAFERRIERE | : | |
| BARRY CONNELL, BARRY L. | : | |
| BULAKITES, JAMES A. WINSLOW, | : | |
| JOSHUA ADAMS CORPORATION, | : | |
| THE WASLEY PRODUCTS | : | |
| RETIREMENT PLAN, NATIONWIDE | : | |
| LIFE INSURANCE CO., and LINCOLN | : | |
| NATIONAL LIFE INSURANCE CO., | : | |
| | : | |
| Defendants. | : | DECEMBER 15, 2005 |

**PLAINTIFFS' MOTION TO EXTEND THE TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION TO APPOINT A SPECIAL MASTER**

The plaintiffs move under Fed. R.Civ. P. 15(a) to extend the time to file their reply memorandum in support of their motion to appoint a special master to ten (10) days after the day the last brief by other parties is filed. Plaintiffs believe the motion should be granted because:

1. Plaintiffs filed their motion on November 28, 2005.

2. Defendant Lincoln National Life Insurance Co. filed its opposition brief on December 8, 2005.

3. Plaintiffs' reply to Lincoln is due December 22, 2005.

4. Defendant Nationwide Life Insurance Company of America filed its opposition brief on December 12, 2005.

5. Plaintiffs' reply to Nationwide is due December 26, 2005.

6. Defendant's Wasley Prod Inc, Alan A. Wasley, Andrew Brady, Sandi Dumas-LaFerriere, Barry Connell, Joshua Adams. Barry Bulakites, and James Winslow have until December 19, 2005 to file a response.

7. While plaintiffs' counsel has begun researching and drafting the reply brief, not all of the defendants have responded yet which would result in multiple reply briefs when one brief could reply to all defendants.

8. Counsel for Lincoln and Nationwide do not oppose to this motion.

For these reasons, the Plaintiffs ask the Court to extend the time to file their reply brief to ten (10) days after the last brief by other parties is filed.

THE PLAINTIFFS:

By /s/ Thomas G. Moukawsher
    Thomas G. Moukawsher ct08940
    Moukawsher & Walsh, LLC
    21 Oak Street
    Hartford, CT 06106
    (860) 278-7000
    tmoukawsher@mwlawgroup.com

    ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2005, a copy of foregoing PLAINTIFFS' MOTION TO EXTEND THE TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION TO APPOINT A SPECIAL MASTER was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | | |
|---|---|---|
| Theodore J. Tucci<br>Jean Tomasco<br>Robinson & Cole<br>280 Trumbull Street<br>Hartford, CT 06103<br><br>Joseph V. Meaney, Jr.<br>Cranmore, Fitzgerald<br>& Meaney<br>49 Wethersfield Ave.<br>Hartford, CT. 06114 | Marissa A. Bellair<br>Steven Errante<br>Eric P. Smith<br>Nancy F. Myers<br>Lynch, Traub, Keefe,<br>and Errante, LLP<br>52 Trumbull Street<br>P.O. Box 1612<br>New Haven, CT 06506 | Sara Simeonidis<br>Deborah S. Freeman,<br>Bryan D. Short<br>Bringham McCutchen<br>1 State Street<br>Hartford, CT 06103<br><br>James J. Reardon, Jr.<br>Thomas G. Rohback<br>Doug Dubitsky<br>LeBoeuf, Lamb,<br>Greene & MacRae<br>225 Asylum St.<br>Hartford, CT 06103 |

Dated this 15th day of December, 2005.

/s/ Thomas G. Moukawsher
Thomas G. Moukawsher ct08940
Ian O. Smith ct24135
Moukawsher & Walsh, LLC
21 Oak Street
Hartford, CT 06106
(860) 278-7000
tmoukawsher@mwlawgroup.com