UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INC. ET AL., | MASTER CONSOLIDATED CASE<br>CIVIL NO.: 3:03 CV 383 (MRK) |
| Plaintiffs, | |
| | THIS PLEADING PERTAINS TO<br>CIVIL NO.: 3:03 CV 1790 (MRK) |
| v. | |
| BARRY BULAKITES, JAMES<br>WINSLOW, & JOSHUA ADAMS<br>CORPORATION. | December 19, 2005 |
| Defendants. | |

### WASLEY PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO APPOINT SPECIAL MASTER

Pursuant to Local Rule 7, Plaintiff WASLEY PRODUCTS, INC AND PRECISION MOLDING COMPANY, collectively known as the "Wasley Plaintiffs" requests an extension of time of 20 days, until January 9, 2006 to respond to the Motion to Appoint Special Master submitted by the party collectively known as the "Prentiss Plaintiffs" of the consolidated case 3:03 CV 1790. The "Wasley Plaintiffs" require this extension of time to properly reply in opposition to this motion to appoint special master and respectfully request an extension of 20 days in order to do so.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

PLAINTIFFS
WASLEY PRODUCTS, ET AL.


BY:_____
JOSEPH V. MEANEY, JR.
Cranmore, FitzGerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114
Fed Bar No:  04315

## **ORDER**

The foregoing Motion for Extension of Time to Respond to The Motion to Appoint Special Master having been heard by the Court, it is hereby **ORDERED** as **GRANTED/DENIED.**

                                                  By the Court

                                                  _____

                                                  Judge/Assistant Clerk

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent electronically and via U.S. First Class Mail this 19th day December, 2005 to all counsel of record and pro se parties as follows:

Theodore J. Tucci, Esq.  
Jean E. Tomasco, Esq.  
Robinson & Cole, LLP  
280 Trumbull Street  
Hartford, CT 06103-3597  

Thomas G. Moukawsher, Esq.  
Ian O. Smith  
Moukawsher & Walsh  
21 Oak Street, Suite 209  
Hartford, CT 06106  

Steven J. Errante, Esq.  
Eric P. Smith, Esq.  
Nancy Fitzpatrick Myers, Esq.  
Marisa A. Bellair, Esq.  
Lynch, Traub, Keefe & Errante, P.C.  
52 Trumbull Street  
P.O. Box 1612  
New Haven, CT 06506-1612  

James J. Reardon, Jr., Esq  
Thomas G. Rhoback, Esq.  
Doug Dubitsky, Esq.  
LeBouef, Lamb, Greene, & MacRae  
225 Asylum Street  
Hartford, CT 06103  

Deborah S. Freeman, Esq.  
Sara R. Simeonidis, Esq.  
Bingham McCutchen, LLP  
One State Street  
Hartford, CT 06103  

BY: _____  
JOSEPH V. MEANEY, JR.  
Cranmore, FitzGerald & Meaney