UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREGORY T. PRENTISS, : | CIVIL ACTION NO. |
| JOHN RIZZI, RICHARD SEICH, : | 3:03 CV 00383 (MRK)(LEAD) |
| and DOROTHY BROWN each individually : | |
| and on behalf of the Wasley Products, Inc. : | |
| 401(K) Profit Sharing Plan, and the Wasley : | |
| Products, Inc. Retirement Plan : | |
| : | |
| Plaintiffs : | |
| : | |
| v. : | |
| : | |
| WASLEY PRODUCTS, INC., : | |
| ALAN A. WASLEY, ANDREW BRADY, : | |
| SANDI DUMAS-LAFERRIERE : | |
| BARRY CONNELL, BARRY L. : | |
| BULAKITES, JAMES A. WINSLOW, : | |
| JOSHUA ADAMS CORPORATION, : | |
| THE WASLEY PRODUCTS : | |
| RETIREMENT PLAN, NATIONWIDE : | |
| LIFE INSURANCE CO., and LINCOLN : | |
| NATIONAL LIFE INSURANCE CO., : | |
| : | |
| Defendants. : | JANUARY 3, 2006 |

**PLAN PARTICIPANTS' SECOND MOTION TO EXTEND THE TIME TO JANUARY 10, 2006 TO FILE REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION TO APPOINT A SPECIAL MASTER**

Plaintiff Plan Participants move under Fed. R.Civ. P. 15(a) to extend the time to file their reply memorandum in support of their motion to appoint a special master from January 3, 2005 to January 10, 2006. Plan Participants believe the motion should be granted because:

1. Plan Participants filed their motion on November 28, 2005.

2. Defendant Lincoln National Life Insurance Co. filed its opposition brief on December 8, 2005.

3. Defendant Nationwide Life Insurance Company of America filed its opposition brief on December 12, 2005.

4. Defendant's Wasley Prod Inc, Alan A. Wasley, Andrew Brady, Sandi Dumas-LaFerriere and Barry Connell filed their opposition brief on December 19, 2005.

5. Plaintiffs Wasley Product, Inc. and Precision Molding Co. Inc. filed their opposition brief on December 30, 2005.

6. Defendants Joshua Adams, Barry Bulakites, and James Winslow did not file an opposition brief before the December 19, 2005 deadline.

7. Plan Participants' counsel has begun researching and drafting the reply brief but is also occupied with a Second Circuit reply brief due on January 6, 2006.

8. The last response was filed on December 30, 2005. Undersigned counsel only received the response on January 3, 2005 because counsel's office was closed on January 2, 2006 in observance of the New Years holiday. Accordingly, under the current due date undersigned counsel would have had to begin and complete a reply to Wasley on the day it is due.

Counsel needs more time to prepare a reasonable response to Wasley's arguments.

9. Counsel for Nationwide, Wasley Products, Inc., Precision Molding Co. Inc., Alan A. Wasley, Andrew Brady, Sandi Dumas-LaFerriere and Barry Connell do not oppose to this motion. Undersigned counsel tried to contact Lincoln's counsel for its position but was unable to reach them.

For these reasons, the Plan Participants ask the Court to extend the time to file their reply brief to January 10, 2006.

                THE PLAINTIFFS:

                By/s/ Thomas G. Moukawsher
                    Thomas G. Moukawsher ct08940
                    Moukawsher & Walsh, LLC
                    21 Oak Street
                    Hartford, CT 06106
                    (860) 278-7000
                    tmoukawsher@mwlawgroup.com

                ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2006, a copy of foregoing PLAN PARTICIPANTS' SECOND MOTION TO EXTEND THE TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION TO APPOINT A SPECIAL MASTER TO JANUARY 10, 2006 was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Theodore J. Tucci
Jean Tomasco
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103

Joseph V. Meaney, Jr.
Cranmore, Fitzgerald
& Meaney
49 Wethersfield Ave.
Hartford, CT. 06114

Marissa A. Bellair
Steven Errante
Eric P. Smith
Nancy F. Myers
Lynch, Traub, Keefe,
and Errante, LLP
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506

Sara Simeonidis
Deborah S. Freeman,
Bryan D. Short
Bringham McCutchen
1 State Street
Hartford, CT 06103

James J. Reardon, Jr.
Thomas G. Rohback
Doug Dubitsky
LeBoeuf, Lamb,
Greene & MacRae
225 Asylum St.
Hartford, CT 06103

Dated this 3rd day of January, 2006.

    /s/ Thomas G. Moukawsher
Thomas G. Moukawsher ct08940
Ian O. Smith ct24135
Moukawsher & Walsh, LLC
21 Oak Street
Hartford, CT 06106
(860) 278-7000
tmoukawsher@mwlawgroup.com