**BINGHAM McCUTCHEN**

CHAMBERS OF
WILLIAM I. GARFINKEL
U.S. MAGISTRATE JUDGE

2006 JAN 12 P 12: 12

FILED

Sara R. Simeonidis
Direct Phone: (860) 240-2760
Direct Fax:    (860) 240-2585
sara.simeonidis@bingham.com

January 10, 2006

**Via First Class Mail**

The Honorable William Garfinkel
Unites States Magistrate Judge
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT  06604

**Re:  Wasley Products, Inc. v. Bulakites, et al**
      **Prentiss, et al v. Wasley Products, et al v. Nationwide, et al,**
      **Master Consolidated Case No. 3:03cv383 (MRK)**

Dear Magistrate Garfinkel:

As you know, this firm represents Nationwide Life Insurance Company f/k/a Provident Mutual Life Insurance Company ("Nationwide") in the above-referenced matters.

Brian Short is currently listed as counsel of record for Nationwide in these consolidated matters. Mr. Short left Bingham's employ nearly a year ago and no longer represents Nationwide. Unfortunately, Nationwide has been unsuccessful in contacting Mr. Short to formally withdraw his appearances.

Nationwide is fully and competently represented by Ms. Freeman and Ms. Simeonidis in this matter and requests that Mr. Short no longer be copied on pleadings and correspondence in the above-referenced matters.

Thank you for your kind attention to this matter.

Sincerely yours,

*Sara R. Simeonidis*
Sara R. Simeonidis

cc:    All Counsel of Record

Bingham McCutchen LLP
One State Street
Hartford, CT
06103-3178

860.240.2700
860.240.2800 fax

bingham.com

Boston
Hartford
London
Los Angeles
New York
Orange County
San Francisco
Silicon Valley
Tokyo
Walnut Creek
Washington