UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INC., PRECISION MOLDING CO., Individually and on behalf of Wasley Products UAW Local 376 Retirement Plan, Precision Molding 401(k) Plan and Wasley Products 401(k) Plan,<br><br>    Plaintiffs,<br><br>vs.<br><br>BARRY LEONARD BULAKITES, et al.,<br><br>    Defendants. | MASTER CIVIL ACTION NO. 3:03 CV 0383 (MRK) (WIG)<br><br><br><br>THIS PLEADING PERTAINS TO CIVIL NO. 3:03 CV 0383 (MRK) (WIG)<br><br><br><br>JANUARY 25, 2006 |

**DEFENDANT NATIONWIDE LIFE INSURANCE COMPANY OF AMERICA'S F/K/A PROVIDENT MUTUAL LIFE INSURANCE COMPANY CONSENTED MOTION FOR EXTENSION OF TIME TO ANSWER AND/OR OTHERWISE PLEAD TO AMENDED PLAINTIFFS' SECOND AMENDED COMPLAINT**

Defendant Nationwide Life Insurance Company of America f/k/a Provident Mutual Life Insurance Co. ("**Nationwide**"), hereby respectfully requests an extension of time up through and including March 4, 2006, to answer and/or otherwise plead in the above-captioned matter. In support of this motion, Nationwide states the following:

    1.    On September 29, 2005 the Plaintiffs Wasley Products, Inc. and Precision Molding Company, Individually and on behalf of Wasley Products UAW Local 376 Retirement Plan, Precision Molding 401(k) Plan and Wasley Products 401(k) Plan (the "Plaintiffs") filed a Motion to For Permission to Join Additional Parties and Amend Complaint in the above-captioned matter (the "Motion to Amend") (the "Amended Complaint").

-2-

2. This Court, Garfinkel, J., granted the Motion to Amend on January 19, 2006.

3. Through the Amended Complaint the Plaintiffs assert various new theories of liability against Nationwide.

4. Counsel requires additional time to obtain any underlying materials, review the complaint and consult with out-of-state Nationwide counsel to appropriately respond to the Amended Complaint.

5. No prior request for an extension of time of any kind has been made by Nationwide with respect to the Amended Complaint.[1]

6. Undersigned Counsel for Nationwide conferred with counsel for the Plaintiffs, Joseph Meaney, and he consents to an extension of time up to and including March 4, 2006.

WHEREFORE, Nationwide respectfully requests that its motion for extension of time to answer and/or otherwise plead be granted.

---

[1] Nationwide previously requested an extension of time to respond to the Amended Complaint which was denied as moot by this Court, Garfinkel, J., on October 24, 2005 because the Court had not yet ruled upon the Plaintiffs' Motion to Amend.

CTDOCS/1651169.1

-3-

**THE DEFENDANT,
NATIONWIDE LIFE INSURANCE
COMPANY OF AMERICA f/k/a PROVIDENT
MUTUAL LIFE INSURANCE CO.**

/s/ Sara R. Simeonidis
Deborah S. Freeman [ct 05257]
Sara R. Simeonidis [ct 25566]
**BINGHAM MCCUTCHEN LLP**
One State Street
Hartford, CT 06103-3178
Phone (860) 240-2700
Fax  (860) 240-2800
deborah.freeman@bingham.com
sara.simeonidis@bingham.com
Its Attorneys

-4-

# CERTIFICATION

This is to certify that a copy of the foregoing Motion for Extension of Time has been served this 25th day of January, 2006, via operation of the court's electronic notification system, to all counsel and pro se parties of record in these consolidated actions as follows:

Theodore J. Tucci, Esq.
Jean E. Tomasco, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Thomas G. Moukawsher, Esq.
Ian O. Smith, Esq.
Moukawsher & Walsh
21 Oak Street, Suite 209
Hartford, CT 06106

Joseph V. Meaney, Jr.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114-1102

Steven J. Errante, Esq.
Eric P. Smith, Esq.
Nancy Fitzpatrick Myers, Esq.
Marisa A. Bellair, Esq.
Lynch, Traub, Keefe & Errante, P.C.
52 Trumbull Street
P.O. Box 1612
New Haven, CT  06506-1612

James J. Reardon, Jr., Esq.
Thomas G. Rhoback, Esq.
Doug Dubitsky, Esq.
LeBouef, Lamb, Greene & MacRae
225 Asylum Street
Hartford, CT  06103

                    /s/ Sara R. Simeonidis
                    Sara R. Simeonidis