UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |
| WASLEY PRODUCTS, INC., ET AL., | : | |
| | : | MASTER CONSOLIDATED CASE CIVIL |
| Plaintiff, | : | NO. 3:03 CV 383 (MRK) |
| | : | |
| v. | : | THIS PERTAINS TO: |
| | : | 3:03 CV 383 (MRK) |
| BARRY BULAKITES, ET AL., | : | |
| | : | |
| | : | |
| Defendant. | : | February 7, 2006 |
| | : | |
| | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |

## LINCOLN NATIONAL LIFE INSURANCE COMPANY'S CONSENTED MOTION FOR AN EXTENSION OF TIME TO ANSWER AND/OR OTHERWISE PLEAD TO AMENDED PLAINTIFFS' SECOND AMENDED COMPLAINT

Defendant Lincoln National Life Insurance Company ("Lincoln National"), hereby respectfully requests an extension of time of two weeks up through and including March 2, 2006, to answer and/or otherwise plead in the above captioned-matter. In support of this Motion, Lincoln National states the following:

1.  On September 29, 2005 the Plaintiffs Wasley Products, Inc. and Precision Molding Company, Individually and on behalf of Wasley Products UAW Local 376 Retirement Plan, Precision Molding 401(k) Plan and Wasley Products 401(k) Plan (the "Plaintiffs") filed a Motion for Permission to Join Additional Parties and Amend Complaint in the above-captioned matter (the "Motion to Amend") (the "Amended Complaint").

2.  This Court, Garfinkel, J. granted the Motion to Amend on January 19, 2006.

3.  Plaintiffs filed the Amended Complaint on February 1, 2006. Absent extension, a response is due February 15, 2006.

4. Through the Amended Complaint the Plaintiffs assert various new theories of liability against Lincoln National.

5. Counsel requires additional time to obtain any underlying materials, review the complaint and consult with out-of-state Lincoln National counsel to appropriately respond to the Amended Complaint.

6. No prior request for an extension of time of any kind has been made by Lincoln National with respect to the Amended Complaint. The Court, has already granted an identical extension for Defendant Nationwide.

7. Undersigned Counsel for Lincoln National conferred with counsel for the Plaintiffs, Joseph Meaney, and he consents to a two week extension of time up to and including March 2, 2006.

WHEREFORE, Lincoln National respectfully request that its motion for extension of time to answer and/or otherwise plead be granted.

Dated: February 7, 2006          LeBOEUF, LAMB, GREENE & MacRAE LLP


By:   s/ James J. Reardon
      Thomas G. Rohback
      James J. Reardon, Jr.
      Doug Dubitsky
      LEBOEUF, LAMB, GREENE & MacRAE LLP
      225 Asylum Street
      Hartford, CT 06103
      (860) 293-3500
      (860) 293-3730 (fax)
      Counsel for Defendant
      Lincoln National Life Insurance Company

2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2006, a copy of the foregoing Consented Motion for Extension of Time to Answer and/or Otherwise Plead to Amended Plaintiffs' Second Amended Complaint was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By:   s/ James J. Reardon
     James J. Reardon, Jr. (Fed. Bar No. CT13802)
     LEBOEUF, LAMB, GREENE & MacRAE LLP
     225 Asylum Street
     Hartford, CT 06103
     (860) 293-3500
     (860) 293-3730 (fax)
     Counsel for Defendant
     Lincoln National Life Insurance Company