UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INC., ET AL., | : |
| | : MASTER CONSOLIDATED CASE CIVIL |
| Plaintiff, | : NO. 3:03 CV 383 (MRK) |
| | : |
| v. | : THIS PERTAINS TO: |
| | : 3:03 CV 383 (MRK) |
| BARRY BULAKITES, ET AL., | : |
| | : |
| Defendant. | : March 1, 2006 |

**LINCOLN NATIONAL LIFE INSURANCE COMPANY'S CONSENTED MOTION FOR AN EXTENSION OF TIME TO ANSWER AND/OR OTHERWISE PLEAD TO AMENDED PLAINTIFFS' SECOND AMENDED COMPLAINT**

Defendant Lincoln National Life Insurance Company ("Lincoln National"), hereby respectfully requests an extension of time to answer and/or otherwise plead in the above captioned-matter, until fourteen (14) days after this Court has determined its efforts to resolve this matter without further litigation should not continue. In support of this Motion, Lincoln National states the following:

1. On September 29, 2005 the Plaintiffs Wasley Products, Inc. and Precision Molding Company, Individually and on behalf of Wasley Products UAW Local 376 Retirement Plan, Precision Molding 401(k) Plan and Wasley Products 401(k) Plan (the "Plaintiffs") filed a Motion for Permission to Join Additional Parties and Amend Complaint in the above-captioned matter (the "Motion to Amend") (the "Amended Complaint").

2. This Court, Garfinkel, J. granted the Motion to Amend on January 19, 2006.

3. Plaintiffs filed the Amended Complaint on February 1, 2006.

4.  On February 7, 2006, Lincoln National moved for an extension of time to respond to the Amended Complaint. Absent this current requested extension, a response is due March 2, 2006.

5.  Since February 7, 2006, this Court, Garfinkel, J., has expressed to the several parties an intention to pursue a negotiated resolution of this matter.

6.  Undersigned Counsel for Lincoln National has conferred with counsel for the Plaintiffs, Joseph Meaney, and he consents to an extension of time so as to give the Court's suggested course of discussions an opportunity to bear fruit.

WHEREFORE, Lincoln National respectfully moves this Court for extension of time to answer and/or otherwise plead until fourteen (14) days after this Court determines that further discussions, designed to achieve a negotiated resolution of this matter, are not warranted.

Dated: March 1, 2006                     LeBOEUF, LAMB, GREENE & MacRAE LLP


By:   s/ Doug Dubitsky
      Thomas G. Rohback (Fed. Bar No. CT01096)
      James J. Reardon, Jr. (Fed. Bar No. CT13802)
      Doug Dubitsky (Fed. Bar. No. CT21558)
      LEBOEUF, LAMB, GREENE & MacRAE LLP
      225 Asylum Street
      Hartford, CT 06103
      (860) 293-3500
      (860) 293-3730 (fax)
      Counsel for Defendant
      Lincoln National Life Insurance Company

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2006, a copy of the foregoing Consented Motion for Extension of Time to Answer and/or Otherwise Plead to Amended Plaintiffs' Second Amended Complaint was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By:   s/ Doug Dubitsky
Doug Dubitsky (Fed. Bar No. CT21558)
LEBOEUF, LAMB, GREENE & MacRAE LLP
225 Asylum Street
Hartford, CT 06103
(860) 293-3500
(860) 293-3730 (fax)
Counsel for Defendant
Lincoln National Life Insurance Company