UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INC., PRECISION MOLDING CO., Individually and on behalf of Wasley Products UAW Local 376 Retirement Plan, Precision Molding 401(k) Plan and Wasley Products 401(k) Plan, <br><br> Plaintiffs, <br><br> vs. <br><br> BARRY LEONARD BULAKITES, et al., <br><br> Defendants. | MASTER CIVIL ACTION NO. 3:03 CV 0383 (MRK) (WIG) <br><br><br><br> THIS PLEADING PERTAINS TO CIVIL NO. 3:03 CV 0383 (MRK) (WIG) <br><br><br> MARCH 3, 2006 |

**DEFENDANT NATIONWIDE LIFE INSURANCE COMPANY OF AMERICA'S F/K/A PROVIDENT MUTUAL LIFE INSURANCE COMPANY CONSENTED MOTION FOR EXTENSION OF TIME TO ANSWER AND/OR OTHERWISE PLEAD TO AMENDED PLAINTIFFS' AMENDED COMPLAINT**

Defendant Nationwide Life Insurance Company of America f/k/a Provident Mutual Life Insurance Co. ("**Nationwide**"), hereby requests an extension of time to answer and/or otherwise plead in the above-captioned matter until fourteen (14) days after this Court has determined its efforts to resolve this matter without further litigation should not continue. In support of this motion, Nationwide states the following:

1.      On September 29, 2005 the Plaintiffs Wasley Products, Inc. and Precision Molding Company, Individually and on behalf of Wasley Products UAW Local 376 Retirement Plan, Precision Molding 401(k) Plan and Wasley Products 401(k) Plan (the "Plaintiffs") filed a Motion to For Permission to Join Additional Parties and Amend

-2-

Complaint in the above-captioned matter (the "Motion to Amend") (the "Amended Complaint").

2.    This Court, Garfinkel, J., granted the Motion to Amend on January 19, 2006.

3.    Through the Amended Complaint the Plaintiffs assert various new theories of liability against Nationwide.

4.    Nationwide moved for an extension of time on January 25, 2006 to respond to the Amended Complaint.  Absent this current requested extension, a response is due from Nationwide on March 4, 2006.

5.    Since February 7, 2006, this Court, Garfinkel, J., has expressed to the parties an intention to pursue a negotiated resolution of the consolidated Wasley matters.

6.    Undersigned Counsel for Nationwide conferred with counsel for the Plaintiffs, Joseph Meaney, and he consents to an extension of time so as to give the Court's suggested course of settlement discussion an opportunity to come to fruition.

WHEREFORE, Nationwide respectfully requests that its motion for extension of time to answer and/or otherwise plead until fourteen (14) days after this Court determines that further discussions, designed to achieve a negotiated resolution of this matter are not warranted, be granted.

-3-

**THE DEFENDANT,**
**NATIONWIDE LIFE INSURANCE**
**COMPANY OF AMERICA f/k/a PROVIDENT**
**MUTUAL LIFE INSURANCE CO.**

_____
Deborah S. Freeman [ct 05257]
Sara R. Simeonidis [ct 25566]
**BINGHAM MCCUTCHEN LLP**
One State Street
Hartford, CT 06103-3178
Phone (860) 240-2700
Fax  (860) 240-2800
deborah.freeman@bingham.com
sara.simeonidis@bingham.com
Its Attorneys

-4-

## CERTIFICATION

This is to certify that a copy of the foregoing Motion for Extension of Time has been served this 3rd day of March, 2006, via operation of the court's electronic notification system, to all counsel and pro se parties of record in these consolidated actions as follows:

Theodore J. Tucci, Esq.
Jean E. Tomasco, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Thomas G. Moukawsher, Esq.
Ian O. Smith, Esq.
Moukawsher & Walsh
21 Oak Street, Suite 209
Hartford, CT 06106

Joseph V. Meaney, Jr.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114-1102

Steven J. Errante, Esq.
Eric P. Smith, Esq.
Nancy Fitzpatrick Myers, Esq.
Marisa A. Bellair, Esq.
Lynch, Traub, Keefe & Errante, P.C.
52 Trumbull Street
P.O. Box 1612
New Haven, CT  06506-1612

James J. Reardon, Jr., Esq.
Thomas G. Rhoback, Esq.
Doug Dubitsky, Esq.
LeBouef, Lamb, Greene & MacRae
225 Asylum Street
Hartford, CT  06103


_____
Sara R. Simeonidis