custom
rubber
molding



TEL. (203) 747-5586

July 2, 1987

Mr. John Wiblyi
205 Falls Brook Road
Bristol, CT  06010

Dear John:

    We are in receipt of your written requests for information regarding your pension benefits and related material.
    A copy of the most recent IRS Form 5500-R Annual Return/Report of Employee Benefit Plan was provided to you on June 29, 1987.  As I explained to you, the 5500-R is used in filing as the salaried plan (001) has fewer than 100 participants.  I also provided a copy of Schedule A, which was part of this filing, for plan 001 and the UAW plan 002 which was filed jointly.
    In response to your inquiries concerning a Lump Sum option, you indicated information desired on the formula, the amount of your benefit, and if denied approval of this option, the appeal procedure. We have explained to you previously our position on granting a lump sum payment and written correspondence from our attorney in explanation of that position was given to you.  In brief summary, we believe our pension plan is intended to provide a pre-determined flow of income after your retirement, and a lump sum benefit is inconsistent with that goal, since it conditions your (and your spouse's) future financial security on the success of your investment strategy. Since the plan calls for a determination of the form of benefit payment by the Plan Administrator, and does not provide for an appeal, we have no suggestions to make in that regard.  If you wish to pursue this matter outside the Company, you will have to seek your own counsel.
    However, in response to your inquiry of the "formula", if a lump sum benefit were to be available, it would be computed based on standard actuarial principles.  That is, since the plan is based on a "normal" retirement benefit of a fixed monthly payment for your life, the lump sum alternative would be computed by determining the "present value" of that lifetime benefit.  This requires insurance carriers to quote prices for options based on your monthly annuity amount.  On June 30, 1987 we provided you with a cover letter and three quotes recently obtained from carriers.  You were notified that four more quotes are pending response from the named carriers.  On the quotes provided to you, the amount of your lump sum and other options outside the life annuity option are given.  These figures reflect what the carriers feel the cost to buy your benefit is at "present value".
    The plan calls for a normal form of benefit to be provided by a

-2-

Life Annuity option only. This represents the figure given to you of $1831.00 per month. Enclosed you will find a detailed explanation on the computation of this amount as maintained by the Plan Document which was also provided to you. Any other option of payment beyond this constant is obtained by "shopping" it for present value. That is why on any material provided to you to date, the option values other than your life annuity amount change.

As we have discussed with you, any other form of payment other than your Life Annuity is the decision of the Plan Administrator as the Plan Document provides. It is the fiduciary responsibility to ensure that any decision made is prudent to both the plan participant and the plan itself. The lump sum and other such options, would be based on the lowest quote obtainable from a reputable carrier and you choose such options, if made available to you, with the understanding that in taking a benefit other than what the plan provides, you accept the present value rate determined by this "shopping" procedure.

When the remaining quotes still pending are received, we will be in contact with you and able to provide you with your final options and corresponding dollar amounts, so that you may then select and finalize your benefit.

We understand your concerns and are in good faith attempting to provide you with factual information so that you may understand and make your decision(s) for future years. We hope to maintain our open lines of communication as we have in the past and to reach a mutually acceptable resolution on this matter.

                                    Sincerely,

                                    WASLEY PRODUCTS, INC.

                                    Sandi Dumas
                                    Personnel Manager
                                    Plan Administrator

Enclosure(s)

PARTICIPANT RETIREMENT WORKSHEET - FOR WASLEY PRODUCTS, INC. RETIREMENT PLAN

PARTICIPANT NAME: John M. Wiblyi

| DATES OF: | MO/DA/YR | ROUNDED AGE: |
|---|---|---|
| BIRTH: | redacted 1922 | 0 |
| HIRE: | 09/01/1955 | 33 |
| PARTICIPATION: | 01/01/1966 | 44 |
| RETIREMENT: | 07/01/1987 | 65 |

| | |
|---|---|
| SOCIAL SECURITY TAXABLE WAGE BASE - MONTHLY INTEGRATION LEVEL | $1,300.00 |
| AVERAGE MONTHLY SALARY: | 3,673.50 |
| MONTHLY BENEFIT AT RETIREMENT: | 1,831.00 |
| TOTAL YEARS PARTICIPATION TO RETIREMENT: | 22 |
| TOTAL YEARS SERVICE TO RETIREMENT: | 32 |
| VESTING: | 100% |

CALCULATIONS:

$3,673.50 X .0075 = $27.55
$3,673.50 - $1,300.00 X .0125 = $29.67
$57.22

57.22 X 32 = $1,831.00

MONTHLY BENEFIT: $1,831.00

VESTED ACCRUED BENEFIT:

100% = $1,831.00

PRESENT VALUE OF ACCRUED BENEFIT:

$1,831.00 X 111.91* = $204,900.23

* ANNUITY PURCHASE RATE FOR 1951 GA PROJ. 1970 (FEMALE -2) AT 7%