# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

WASLEY PRODUCTS ET AL.,   :
           :
      Plaintiffs, :   CIVIL NO.  3:03CV383 (MRK)
           :
v.           :
           :
BULAKITES, ET AL.     :
           :
      Defendants. :

## <u>ORDER</u>

There being no objection to Magistrate Judge Garfinkel's Recommended Ruling [doc. #312], the Court adopts the Recommended Ruling and therefore GRANTS Plaintiffs' Motion for Certification [doc. #217].  The Court certifies *Wasley II* as a derivative action pursuant to Rule 23.1 of the *Federal Rules of Civil Procedure* under ERISA § 502(a)(2), brought by the Plan Participants to enforce certain rights of the Wasley Products 401(k) Profit-Sharing Plan.

IT IS SO ORDERED.

/s/_____Mark R. Kravitz_____
United States District Judge

**Dated at New Haven, Connecticut: June 13, 2006.**