UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------ x
WASLEY PRODUCTS, INC., ET AL.,           :    MASTER CONSOLIDATED CASE
                                         :    CIVIL NO. 3:03 CV 383 (MRK)
           Plaintiff,                    :
                                         :
    v.                                   :
                                         :
BARRY BULAKITES, ET AL.,                 :
                                         :
           Defendant.                    :    JULY 24, 2006
------------------------------ x

**MOTION FOR LEAVE TO WITH WITHDRAW APPEARANCE OF DOUG DUBITSKY
FOR DEFENDANT LINCOLN NATIONAL**

Pursuant to District of Connecticut Local Rule 7(e), the undersigned respectfully moves for leave to withdraw his appearance on behalf of Defendant Lincoln National Life Insurance Company ("Lincoln National") in the above-captioned matter as the undersigned no longer practices law at LeBoeuf, Lamb, Greene & MacRae LLP ("LeBoeuf"), but has moved to Updike, Kelly & Spellacy, P.C.  Lincoln National continues to be represented by Attorney James J. Reardon of LeBoeuf. Lincoln National's current counsel has received notice of this Motion and has consented to same. Opposing counsel will receive copies of this Motion by regular mail.

WHEREFORE, the undersigned respectfully requests that the Court grant his Motion for Leave to Withdraw his appearance and the incorporated Motion for Withdrawal.

                                        Respectfully submitted,

Doug Dubitsky
Updike, Kelly & Spellacy, PC
One State Street
Hartford, CT 06103
Telephone: (860)548-2600
Facsimile: (860)548-6043
Federal Bar No. ct21558

DATED: July 24, 2006

-3-

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on July 24, 2006, a copy of the the foregoing Motion for Leave to Withdraw Appearance of Doug Dubitsky was filed electronically. Notice of this filing will be sent, via e-mail, to all parties by operation of the Court's electronic filing system, and the undersigned did cause to be sent, via First Class U.S. Mail, postage prepaid, a copy of the foregoing to all counsel and pro se parties that do not have access to the Court's electronic filing system and to whom the court directs the undersigned to send a hard copy via mail. Parties may access this filing through the Court's system.

Doug Dubitsky, Esq.