UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WASLEY PRODUCTS, INC., ET AL., | : | MASTER CONSOLIDATED CASE |
| | : | CIVIL NO. 3:03 CV 383 (MRK/WIG) |
| Plaintiffs, | : | |
| | : | THIS PERTAINS TO: |
| | : | CIVIL NO. 3:03 CV 1790 (MRK/WIG) |
| V. | : | (<u>Prentiss et al. v. Wasley Products, Inc. et al.</u>) |
| | : | |
| BARRY BULAKITES, ET AL., | : | |
| | : | |
| Defendants. | : | OCTOBER 30, 2006 |

**WASLEY DEFENDANTS' UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, defendants Wasley Products, Inc., Alan Wasley, Andrew Brady, Sandi Dumas-Laferriere and Barry Connell (the "Wasley Defendants") hereby move for an extension of time to respond, by either answer or objection, to plaintiffs' First Amended Complaint. The Wasley Defendants request that their response be due 30 days after the date set for the next settlement conference.

In support of this motion, the Wasley Defendants state that the First Amended Complaint was filed on October 16, 2006, just two weeks ago. On October 23 and 24th, 2006, all of the parties to the consolidated cases participated in a settlement conference before U.S. Magistrate Judge Garfinkel. The parties were not able to resolve the cases but discussions are ongoing. Magistrate Judge Garfinkel has stated that a follow-up conference will be held; however, a date for this conference has not yet been scheduled. The Wasley Defendants therefore request that

**ORAL ARGUMENT NOT REQUESTED**

HART1-1362362-1

the deadline for responding to the First Amended Complaint be extended to 30 days after the date set for the settlement conference in order to allow adequate time after the conference for the Wasley Defendants to prepare a response to the First Amended Complaint if it remains necessary to do so.

This is the Wasley Defendants' first motion seeking an extension of time of this deadline. The undersigned contacted plaintiffs' counsel, Thomas Moukawsher, who does not object to the requested extension. This matter has not yet been assigned for trial.

DEFENDANTS
WASLEY PRODUCTS, INC., ALAN A. WASLEY, ANDREW BRADY, SANDI DUMAS-LAFERRIERE, AND BARRY CONNELL

By: /s/
Theodore J. Tucci (ct05249)
ttucci@rc.com
Jean E. Tomasco (ct09635)
jtomasco@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax: (860) 275-8299

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2006, a copy of the foregoing Wasley Defendants' Motion for Extension of Time was filed electronically. Notice of this filing shall be sent by E-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/
Jean E. Tomasco