UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INC., ET AL., | MASTER CONSOLIDATED CASE |
| | CIVIL NO. 3:03 CV 383 (MRK) |
| Plaintiffs, | |
| | THIS PERTAINS TO: |
| | CIVIL NO. 3:03 CV 1790 (MRK/WIG) |
| V. | (Prentiss, et al v. Wasley Products, et al) |
| BARRY BULAKITES, ET AL., | |
| Defendants. | NOVEMBER 1, 2006 |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rules of Civil Procedure 6 and Local Rule 7, the Defendant Nationwide Life Insurance Company of America f/k/a/ Provident Mutual Life Insurance Company ("Nationwide"), respectfully requests an extension of time to answer or otherwise plead to the Plaintiffs' First Amended Complaint up through and including thirty (30) days after the date of the next settlement conference in these consolidated matters.

In support of this motion, Nationwide states as follows:

1. On October 16, 2006, the Plaintiffs filed the First Amended Complaint.

2. Through the First Amended Complaint, the Plaintiffs assert theories of liability directly against Nationwide for the first time.

3. On October 23 and 24, 2006, the parties to these consolidated matters spent two days in mediation before Magistrate Judge William Garfinkle. While these matters did not settle during mediation, settlement discussions overseen by Magistrate Garfinkle continue to-date.

CTDOCS/1675036.1

-2-

Additionally, Magistrate Garfinkle has informed the parties that a follow-up settlement conference will be held, however, a date for this conference has not yet been scheduled.

4. This is Nationwide's first request for an extension of time in which to respond to the Plaintiffs' First Amended Complaint. The undersigned contacted Plaintiffs' counsel Tom Moukawsher, who does not object to the requested extension. This matter has not yet been assigned for trial.

WHEREFORE, Nationwide seeks an extension until thirty (30) days until after the date of the next settlement conference in these consolidated matters in which to respond and/or otherwise plead to the Plaintiffs' First Amended Complaint.

**DEFENDANT,**
**NATIONWIDE LIFE INSURANCE**
**COMPANY OF AMERICA**

By: /s/ Sara R. Simeonidis
    Deborah S. Freeman [ct05257]
    Sara R. Simeonidis [ct25566]
    BINGHAM MCCUTCHEN LLP
    One State Street
    Hartford, CT 06103
    (860) 240-2700
    (860) 240-2800 (fax)
    deborah.freeman@bingham.com
    sara.simeonidis@bingham.com
    Its Attorneys

## **CERTIFICATION**

      This is to certify that a copy of the foregoing Motion for Extension of Time has been served this 1st day of November, 2006, via operation of the court's electronic notification system or via first class mail, postage prepaid, to all counsel and pro se parties of record in these consolidated actions as follows:

Theodore J. Tucci, Esq.
Jean E. Tomasco, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Thomas G. Moukawsher, Esq.
Ian O. Smith, Esq.
Moukawsher & Walsh
21 Oak Street, Suite 209
Hartford, CT 06106

Joseph V. Meaney, Jr.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114-1102

Steven J. Errante, Esq.
Eric P. Smith, Esq.
Nancy Fitzpatrick Myers, Esq.
Marisa A. Bellair, Esq.
Lynch, Traub, Keefe & Errante, P.C.
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

James J. Reardon, Jr., Esq.
Thomas G. Rhoback, Esq.
LeBouef, Lamb, Greene & MacRae
225 Asylum Street
Hartford, CT 06103

                                        /s/ Sara R. Simeonidis
                                        Sara R. Simeonidis