```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
_____
WASLEY PRODUCTS, INC., ET AL.   :
                                :
        Plaintiffs,             :    MASTER CONSOLIDATED CASE
                                :    CIVIL NO. 3:03 CV383 (MRK/WIG)
                                :
V.                              :    THIS PERTAINS TO:
                                :    CIVIL NO. 3:03 CV 1790 (MRK/WIG)
BARRY BULAKITES,ET AL.          :
                                :
        Defendants.             :    NOVEMBER 1, 2006
_____
```

**BULAKITES DEFENDANTS' MOTION
FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, defendants **Barry L. Bulakites**, **James A. Winslow** and **Joshua Adams Corporation** (collectively the "Bulakites Defendants") respectfully move for an extension of time to respond, by either answer or objection, to plaintiffs' First Amended Complaint. The Bulakites Defendants request that their response be due 30 days after the date set for the next settlement conference.

In support of this motion, the Bulakites defendants state that the plaintiffs filed their First Amended Complaint on October 16, 2006. On October 23rd and 24th, 2006, the parties participated in a

1
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2006\MOTION FOR EXTENSION OF TIME 10-31-06.DOC

settlement conference with U.S. Magistrate Judge Garfinkel.  Although the parties were not able to resolve these matters during said conference, discussions are currently ongoing.  Magistrate Garfinkel stated that a follow-up conference will be held; however, to date this conference has not yet been scheduled.

In light of these circumstances, the Bulakites defendants request that the deadline for responding to the plaintiffs' First Amended Complaint be extended until 30 days after the date set for the next settlement conference.  This will allow the Bulakites defendants adequate time after the conference to prepare a response to the complaint, should this still be necessary.

This is the Bulakites defendants' first motion seeking additional time to respond to plaintiffs' First Amended Complaint.  Further, undersigned counsel states that they have contacted plaintiffs' counsel, Thomas Moukawsher, who stated that he does not object to the requested extension.  This matter has not yet been assigned for trial.

WHEREFORE, the Bulakites defendants' respectfully request that their Motion for Extension of Time be granted.

2

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2006\MOTION FOR EXTENSION OF TIME 10-31-06.DOC

```
                    Respectfully submitted,

                    THE "BULAKITES DEFENDANTS"
                    Barry L. Bulakites, James A. Winslow, and
                    Joshua Adams Corporation


                    BY: _____
                         STEVEN J. ERRANTE, ESQ. (ct04292)
                         ERIC P. SMITH, ESQ. (ct16141)
                         MARISA A. BELLAIR, ESQ. (ct23802)
                         Fed. Bar No. ct04292
                         Lynch, Traub, Keefe, & Errante
                         52 Trumbull Street
                         New Haven, CT 06510
                         Telephone: 203-787-0275
                         Facsimile: 203-782-0278
```

3

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2006\MOTION FOR EXTENSION OF TIME 10-31-06.DOC

**CERTIFICATION**

I hereby certify that a copy of the foregoing was sent electronically on November 1, 2006 to all counsel and *pro se* parties of record as follows:

Joseph V. Meaney, Jr., Esq.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114
Telephone: 860-522-9100
Facsimile: 860-522-3379

Ian O. Smith, Esq.
Thomas G. Moukawsher, Esq.
Moukawsher & Walsh
Capitol Place
21 Oak Street, Ste. 209
Hartford, CT 06106
Telephone: 860-278-7000
Facsimile: 860-548-1740

Deborah S. Freeman
Sara Simeonidies, Esq.
Bingham & McCutchen
One State Street
Hartford, CT 06103
Telephone: 860-240-2972
Facsimile: 860-240-2818

Jean Elizabeth Tomasco, Esq.
Theodore J. Tucci, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103
Telephone: 860-275-8323
Facsimile: 860-275-8299

```
Thomas G. Rohback, Esq.
James J. Reardon, Esq.
LeBeouf, Lamb, Greene & MacRae
225 Asylum Street
Hartford, CT 06103
```

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Marisa A. Bellair

5

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2006\MOTION FOR EXTENSION OF TIME 10-31-06.DOC