**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| WASLEY PRODUCTS, INC., ET AL., | : | |
| | : | MASTER CONSOLIDATED CASE CIVIL |
| Plaintiff, | : | NO. 3:03 CV 383 (MRK) |
| | : | |
| v. | : | THIS PERTAINS TO: |
| | : | 3:03 CV 1790 (MRK/WIG) |
| BARRY BULAKITES, ET AL., | : | Prentiss, et al. v. Wasley Products, Inc., et al. |
| | : | |
| Defendant. | : | November 3, 2006 |

## LINCOLN NATIONAL LIFE INSURANCE COMPANY'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, defendant, Lincoln National Life Insurance Company ("Lincoln") hereby moves for an extension of time to respond, by either answer or objection to Plaintiffs' First Amended Complaint. Lincoln respectfully requests that its response be due thirty (30) days after the date set for the next settlement conference.

In support of this motion, Lincoln states that the First Amended Complaint was filed on October 16, 2006, two weeks ago. On October 23 and 24th, 2006, all of the parties to the consolidated cases participated in a settlement conference before U.S. Magistrate Judge Garfinkel. The parties were not able to resolve the cases, but discussions remain ongoing. Magistrate Judge Garfinkel has stated that a follow-up conference will be held; however, a date for this conference has not been scheduled. At the conference, Magistrate Garfinkel

acknowledged that the parties would not be required to respond to the Amended Complaint while settlement discussions are ongoing and counsel for the Plaintiffs agreed.

Lincoln's counsel left voice mail messages for Plaintiffs' counsel on October 31, 2006 and November 2, 2006 requesting Plaintiffs' consent to the requested extension.  To date, Plaintiff's counsel has not returned those calls.

Lincoln therefore requests that the deadline for responding to the Plaintiffs' First Amended Complaint be extended to thirty (30) days after the date set for the settlement conference in order to allow adequate time after the conference for Lincoln to prepare a response to the First Amended Complaint if it remains necessary to do so.  On November 3, 2006, this Court has granted similar Motion for Extension of Time filed by the following defendants: the Wasley defendants, the Bulakites defendants, and Nationwide.

WHEREFORE, based on the foregoing, Lincoln respectfully seeks an extension of time in which to respond to Plaintiffs' First Amended Complaint.  This matter has not yet been assigned for trial.

Dated: Hartford, CT
November 3, 2006

LeBOEUF, LAMB, GREENE & MacRAE, L.L.P.

By:  s/Thomas G. Rohback
Thomas G. Rohback (ct01096)
James J. Reardon, Jr. (ct13802)
LEBOEUF, LAMB, GREENE & MacRAE LLP
225 Asylum Street
Hartford, CT 06103
(860) 293-3500
(860) 293-3730 (fax)
Counsel for Defendant
Lincoln National Life Insurance Company

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 3, 2006, a copy of the foregoing Defendant Lincoln National Life Insurance Company's Motion for Extension of Time was filed electronically. Notice of this filed shall be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                    s/Thomas G. Rohback
                                    Thomas G. Rohback