UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INC., ET AL., | : MASTER CONSOLIDATED CASE |
| | : CIVIL NO. 3:03 CV 383 (MRK/WIG) |
| Plaintiffs, | : |
| | : THIS PERTAINS TO: |
| | : CIVIL NO. 3:03 CV 1790 (MRK/WIG) |
| V. | : (<u>Prentiss et al. v. Wasley Products, Inc. et al.</u>) |
| | : |
| | : |
| BARRY BULAKITES, ET AL., | : |
| | : DECEMBER 13, 2006 |
| Defendants. | : |

**WASLEY DEFENDANTS' UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, defendants Wasley Products, Inc., Alan Wasley, Andrew Brady, Sandi Dumas-Laferriere and Barry Connell (the "Wasley Defendants") hereby move for an extension of time of 30 days, to and including January 15, 2007, to respond, by either answer or motion, to plaintiffs' First Amended Complaint.

In support of this motion, the Wasley Defendants state that, on October 23 and 24th, 2006, all of the parties to the consolidated cases participated in a settlement conference before U.S. Magistrate Judge Garfinkel. The parties were not able to resolve the cases but additional information was provided to the court in November and, with the assistance of the court, settlement discussions are ongoing.

In addition, plaintiffs' counsel indicated that he intends to amend (or move to amend) the First Amended Complaint to correct certain errors that appear in the current draft. For example,

**ORAL ARGUMENT NOT REQUESTED**

the current complaint includes allegations pertaining to Mr. Wiblyi and the Wasley Retirement Plan that should not be included in light of the court's ruling on the motion to amend. It would be helpful to have the revised complaint in place before defendants formulate a response.

The Wasley Defendants therefore request that the deadline for responding to the First Amended Complaint be extended 30 days, to and including January 15, 2007. The requested extension would allow time for the plaintiffs to correct their complaint and for all parties to engage in further settlement discussions of all of the pending claims before incurring the time and expense of responding to the First Amended Complaint if it remains necessary to do so.

This is the Wasley Defendants' second motion seeking an extension of time of this deadline. The undersigned contacted plaintiffs' counsel, Thomas Moukawsher, who does not object to the requested extension. This matter has not yet been assigned for trial.

DEFENDANTS
WASLEY PRODUCTS, INC., ALAN A. WASLEY, ANDREW BRADY, SANDI DUMAS-LAFERRIERE, AND BARRY CONNELL

By: /s/
Theodore J. Tucci (ct05249)
ttucci@rc.com
Jean E. Tomasco (ct09635)
jtomasco@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax: (860) 275-8299

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2006, a copy of the foregoing Wasley Defendants' Motion for Extension of Time was filed electronically. Notice of this filing shall be sent by E-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/
Jean E. Tomasco