**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
WASLEY PRODUCTS, INC., ET AL.,      :
                                    :   MASTER CONSOLIDATED CASE CIVIL
              Plaintiff,            :   NO. 3:03 CV 383 (MRK)
                                    :
     v.                             :   THIS PERTAINS TO:
                                    :   3:03 CV 1790 (MRK/WIG)
BARRY BULAKITES, ET AL.,            :   Prentiss, et al. v. Wasley Products, Inc., et al.
                                    :
              Defendant.            :
                                    :   December 15, 2006
                                    :
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## LINCOLN NATIONAL LIFE INSURANCE COMPANY'S SECOND MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, defendant, Lincoln National Life Insurance Company ("Lincoln") hereby moves for an extension of time to respond, by either answer or objection to Plaintiffs' First Amended Complaint. Lincoln respectfully requests an extension of time of thirty (30) days, including January 15, 2007, to respond, by either answer or motion to the First Amended Complaint.

In support of this motion, Lincoln states that the First Amended Complaint was filed on October 16, 2006. On October 23 and 24th, 2006, all of the parties to the consolidated cases participated in a settlement conference before U.S. Magistrate Judge Garfinkel. The parties were not able to resolve the cases, but discussions remain ongoing. Magistrate Judge Garfinkel has stated that a follow-up conference will be held; however, a date for this conference has not been scheduled. At the conference, Magistrate Garfinkel acknowledged that the parties would not be

required to respond to the Amended Complaint while settlement discussions are ongoing and counsel for the Plaintiffs agreed.

Lincoln's counsel a left voice mail message for Plaintiffs' counsel on December 15, 2006 requesting Plaintiffs' consent to the requested extension.  As is the time of this filing, Lincoln has not yet heard back from Plaintiffs' counsel.

Lincoln therefore requests that the deadline for responding to the Plaintiffs' First Amended Complaint be extended to thirty (30) days, to and including January 15, 2007.  The requested extension would allow adequate time for Lincoln to prepare a response to the First Amended Complaint if it remains necessary to do so.  On December 14, 2006, this Court has granted similar Motion for Extension of Time filed by the Wasley defendants.

WHEREFORE, based on the foregoing, Lincoln respectfully seeks an extension of time in which to respond to Plaintiffs' First Amended Complaint.  This matter has not yet been assigned for trial.

Dated: Hartford, CT  
December 15, 2006

LeBOEUF, LAMB, GREENE & MacRAE LLP

By:     s/James J. Reardon, Jr.
        Thomas G. Rohback (ct01096)
        James J. Reardon, Jr. (ct13802)
        LEBOEUF, LAMB, GREENE & MacRAE LLP
        225 Asylum Street
        Hartford, CT 06103
        (860) 293-3500
        (860) 293-3730 (fax)
        Counsel for Defendant
        Lincoln National Life Insurance Company

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 15, 2006, a copy of the foregoing Defendant Lincoln National Life Insurance Company's Motion for Extension of Time was filed electronically. Notice of this filed shall be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        s/James J. Reardon, Jr.
                                        James J. Reardon, Jr.