UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

WASLEY PRODUCTS, INC., ET AL.    :
                                 :
          *Plaintiffs*,          :    MASTER CONSOLIDATED CASE
                                 :    CIVIL NO. 3:03 CV383 (MRK/WIG)
                                 :
V.                               :    THIS PERTAINS TO:
                                 :    CIVIL NO. 3:03 CV 1790 (MRK/WIG)
BARRY BULAKITES, ET AL.          :
                                 :
          *Defendants*.          :    DECEMBER 21, 2006

_____

### BULAKITES DEFENDANTS' SECOND MOTION
### FOR EXTENSION OF TIME TO RESPOND
### TO PLAINTIFFS' FIRST AMENDED COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, defendants **Barry L. Bulakites**, **James A. Winslow** and **Joshua Adams Corporation** (collectively the "Bulakites Defendants") respectfully move for an extension of time to respond, by either answer or objection, to plaintiffs' First Amended Complaint.  The Bulakites Defendants request an extension of time of thirty (30) days, including January 21, 2007, to respond, by either answer or motion to the First Amended Complaint.

In support of this motion, the Bulakites defendants state that the plaintiffs filed their First Amended Complaint on October 16, 2006.  On October 23rd and 24th, 2006, the parties participated in a

1

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2006\SECOND MOTION FOR EXTENSION OF TIME 12-21-06.DOC

settlement conference with U.S. Magistrate Judge Garfinkel.  Although the parties were not able to resolve these matters during said conference, discussions are currently ongoing.  Magistrate Garfinkel stated that a follow-up conference will be held; however, to date this conference has not yet been scheduled.  At the conference, Magistrate Garfinkel acknowledged that the parties would not be required to respond to the Amended Complaint while settlement discussions are ongoing and counsel for the Plaintiffs agreed.

In light of these circumstances, the Bulakites defendants request that the deadline for responding to the plaintiffs' First Amended Complaint be extended up through and until January 21, 2007.  This will allow the Bulakites defendants adequate time after the conference to prepare a response to the complaint, should this still be necessary.

Counsel for the Bulakites defendants' sent an e-mail to Plaintiffs' counsel on December 21, 2006 requesting Plaintiffs' consent to the requested extension.  However, as of the time of this filing, counsel had not yet received a response.

WHEREFORE, the Bulakites defendants' respectfully request that their Motion for Extension of Time be granted.

2

Lynch, Traub, Keefe and Errante, p. c.  Attorneys at Law
52 Trumbull Street  P.O. Box 1612  New Haven, Connecticut 06506-1612
Telephone (203) 787-0275   Facsimile (203) 782-0278

W:\11000-11999\11437 B. Bulakites\013 Commercial Litigation - SJE\Pleadings\2006\Second Motion for Extension of Time 12-21-06.doc

Respectfully submitted,

THE "BULAKITES DEFENDANTS"
Barry L. Bulakites, James A. Winslow, and
Joshua Adams Corporation


BY: _____
        STEVEN J. ERRANTE, ESQ. (ct04292)
        ERIC P. SMITH, ESQ. (ct16141)
        MARISA A. BELLAIR, ESQ. (ct23802)
        Fed. Bar No. ct04292
        Lynch, Traub, Keefe, & Errante
        52 Trumbull Street
        New Haven, CT 06510
        Telephone: 203-787-0275
        Facsimile: 203-782-0278

3

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2006\SECOND MOTION FOR EXTENSION OF TIME 12-21-06.DOC

## <u>CERTIFICATION</u>

I hereby certify that a copy of the foregoing was sent electronically on December 21, 2006 to all counsel and *pro se* parties of record as follows:

Joseph V. Meaney, Jr., Esq.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114
Telephone: 860-522-9100
Facsimile: 860-522-3379

Ian O. Smith, Esq.
Thomas G. Moukawsher, Esq.
Moukawsher & Walsh
Capitol Place
21 Oak Street, Ste. 209
Hartford, CT 06106
Telephone: 860-278-7000
Facsimile: 860-548-1740

Deborah S. Freeman
Sara Simeonidies, Esq.
Bingham & McCutchen
One State Street
Hartford, CT 06103
Telephone: 860-240-2972
Facsimile: 860-240-2818

Jean Elizabeth Tomasco, Esq.
Theodore J. Tucci, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103
Telephone: 860-275-8323
Facsimile: 860-275-8299

4

Thomas G. Rohback, Esq.
James J. Reardon, Esq.
LeBeouf, Lamb, Greene & MacRae
225 Asylum Street
Hartford, CT 06103

_____
   Marisa A. Bellair

5

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278