UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INC., ET AL. : | |
| : | |
| Plaintiffs, : | MASTER CONSOLIDATED CASE |
| : | CIVIL NO. 3:03 CV383 (MRK/WIG) |
| : | |
| V. : | THIS PERTAINS TO: |
| : | CIVIL NO. 3:03 CV 1790 (MRK/WIG) |
| BARRY BULAKITES, ET AL. : | |
| : | |
| Defendants. : | JANUARY 19, 2007 |

**BULAKITES DEFENDANTS' MOTION
FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, defendants **Barry L. Bulakites**, **James A. Winslow** and **Joshua Adams Corporation** (collectively the "Bulakites Defendants") respectfully move for an extension of time to respond, by either answer or objection, to plaintiffs' First Amended Complaint. The Bulakites Defendants request an extension of time of thirty (30) days, to and including February 20, 2007, to respond, by either answer or motion to the plaintiffs' First Amended Complaint.

In support of this motion, the Bulakites defendants state that the plaintiffs filed their First Amended Complaint on October 16,

1

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C. ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2006\2007\MOTION FOR EXTENSION OF TIME 1-16-07.DOC

2006. On October 23rd and 24th, 2006, the parties participated in a settlement conference with U.S. Magistrate Judge Garfinkel. Although the parties were not able to resolve these matters during said conference, discussions are currently ongoing. Magistrate Garfinkel stated that a follow-up conference will be held; however, to date this conference has not yet been scheduled. At the conference, Magistrate Garfinkel acknowledged that the parties would not be required to respond to the Amended Complaint while settlement discussions are ongoing and counsel for the Plaintiffs agreed.

In light of these circumstances, the Bulakites defendants request that the deadline for responding to the plaintiffs' First Amended Complaint be extended 30 days, to and including February 20, 2007. This will allow the Bulakites defendants adequate time after the conference to prepare a response to the complaint, should this still be necessary.

This is the Bulakites defendants' third motion seeking an extension of time of this deadline. The undersigned contacted plaintiffs' counsel, Thomas Moukawsher, regarding this request; however, she has been unable to ascertain his position. This matter has not yet been assigned for trial.

2

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C. ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2006\2007\MOTION FOR EXTENSION OF TIME 1-16-07.DOC

WHEREFORE, the Bulakites defendants' respectfully request that their Motion for Extension of Time be granted.

        Respectfully submitted,

        THE "BULAKITES DEFENDANTS"
        Barry L. Bulakites, James A. Winslow, and
        Joshua Adams Corporation

BY: _____
        STEVEN J. ERRANTE, ESQ. (ct04292)
        ERIC P. SMITH, ESQ. (ct16141)
        MARISA A. BELLAIR, ESQ. (ct23802)
        Fed. Bar No. ct04292
        Lynch, Traub, Keefe, & Errante
        52 Trumbull Street
        New Haven, CT 06510
        Telephone: 203-787-0275
        Facsimile: 203-782-0278

3

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2006\2007\MOTION FOR EXTENSION OF TIME 1-16-07.DOC

**CERTIFICATION**

I hereby certify that a copy of the foregoing was sent electronically on January 19, 2007 to all counsel and *pro se* parties of record as follows:

Joseph V. Meaney, Jr., Esq.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114
Telephone: 860-522-9100
Facsimile: 860-522-3379

Ian O. Smith, Esq.
Thomas G. Moukawsher, Esq.
Moukawsher & Walsh
Capitol Place
21 Oak Street, Ste. 209
Hartford, CT 06106
Telephone: 860-278-7000
Facsimile: 860-548-1740

Deborah S. Freeman
Sara Simeonidies, Esq.
Bingham & McCutchen
One State Street
Hartford, CT 06103
Telephone: 860-240-2972
Facsimile: 860-240-2818

Jean Elizabeth Tomasco, Esq.
Theodore J. Tucci, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103
Telephone: 860-275-8323
Facsimile: 860-275-8299

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2006\2007\MOTION FOR EXTENSION OF TIME 1-16-07.DOC

Thomas G. Rohback, Esq.
James J. Reardon, Esq.
LeBeouf, Lamb, Greene & MacRae
225 Asylum Street
Hartford, CT 06103

_____
Marisa A. Bellair

5
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2006\2007\MOTION FOR EXTENSION OF TIME 1-16-07.DOC