UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INC., ET AL., | : MASTER CONSOLIDATED CASE |
| | : CIVIL NO. 3:03 CV 383 (MRK/WIG) |
| Plaintiffs, | : |
| | : THIS PERTAINS TO: |
| | : CIVIL NO. 3:03 CV 1790 (MRK/WIG) |
| V. | : (<u>Prentiss et al. v. Wasley Products, Inc. et al.</u>) |
| | : |
| BARRY BULAKITES, ET AL., | : |
| | : |
| Defendants. | : FEBRUARY 15, 2007 |

### WASLEY DEFENDANTS' UNOPPOSED MOTION
### FOR EXTENSION OF TIME TO RESPOND
### TO PLAINTIFFS' FIRST AMENDED COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, defendants Wasley Products, Inc., Alan Wasley, Andrew Brady, Sandi Dumas-Laferriere and Barry Connell (the "Wasley Defendants") hereby move for an extension of time of 30 days, to and including March 16, 2007, to respond, by either answer or motion, to plaintiffs' First Amended Complaint.

In support of this motion, the Wasley Defendants state that all of the parties are actively engaged in settlement discussions before U.S. Magistrate Judge Garfinkel. The discussions are progressing. In addition, plaintiffs' counsel has indicated that he intends to amend (or move to amend) the First Amended Complaint to correct certain errors that appear in the current draft. For example, the current complaint includes allegations pertaining to Mr. Wiblyi and the Wasley Retirement Plan that should not be included in light of the court's ruling on the motion to amend. It would be helpful to have the revised complaint in place before defendants formulate a

response. Further, a related case—involving Mr. Wiblyi—was recently transferred to this court and a motion to consolidate that case with these cases for pretrial purposes is still pending.

The Wasley Defendants therefore request that the deadline for responding to the First Amended Complaint be extended 30 days, to and including March 16, 2007. The requested extension would allow time for the plaintiffs to correct their complaint and for all parties to engage in further settlement discussions of all of the pending claims before incurring the time and expense of responding to the First Amended Complaint if it remains necessary to do so.

This is the Wasley Defendants' fourth motion seeking an extension of time of this deadline. The undersigned contacted plaintiffs' counsel, Thomas Moukawsher, who does not object to the requested extension. This matter has not yet been assigned for trial.

DEFENDANTS
WASLEY PRODUCTS, INC., ALAN A.
WASLEY, ANDREW BRADY, SANDI DUMAS-
LAFERRIERE, AND BARRY CONNELL

By: \_\_\_/s/_____
    Theodore J. Tucci (ct05249)
    ttucci@rc.com
    Jean E. Tomasco (ct09635)
    jtomasco@rc.com
    Robinson & Cole LLP
    280 Trumbull Street
    Hartford, CT 06103-3597
    Tel. No.: (860) 275-8200
    Fax: (860) 275-8299

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2007, a copy of the foregoing Wasley Defendants' Motion for Extension of Time was filed electronically. Notice of this filing shall be sent by E-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ _____
Jean E. Tomasco