UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INC., ET AL., | : **MASTER CONSOLIDATED CASE** |
| | : **CIVIL NO. 3:03 CV 383 (MRK/WIG)** |
| Plaintiffs, | : |
| | : |
| V. | : |
| | : |
| BARRY BULAKITES, ET AL., | : MARCH 5, 2007 |
| | : |
| Defendants. | : |

(This motion pertains to the Wiblyi case, Civil No. 3:06 CV 01435 (MRK))

**WASLEY DEFENDANTS' UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, defendants Wasley Products, Inc., Alan Wasley, and Sandi Dumas-Laferriere (collectively, the "Wasley Defendants") hereby move for an extension of time of 30 days, to and including April 6, 2007, to respond, by either answer or motion, to plaintiff's Complaint in the matter of Wiblyi v. Wasley Products Inc., et al, Civil No. 3:06 CV 01435 (MRK).

In support of this motion, the Wasley Defendants state that the Wiblyi case was only recently transferred to this court and consolidated for pretrial purposes with the above-captioned master consolidated case, Wasley Products et al. v. Bulakites, et al., Civil No. 3:03 CV 383 (MRK/WIG). The three pending consolidated actions involve many of the same defendants and are presently in the midst of active settlement discussions with Magistrate Judge Garfinkel. The

requested extension would allow time for the parties to engage in further settlement discussions of all of the pending claims before incurring the time and expense of responding to the Complaint.

This is the Wasley Defendants' fourth motion seeking an extension of time of this deadline. The undersigned contacted plaintiffs' counsel, Thomas Moukawsher, who does not object to the requested extension. This matter has not yet been assigned for trial.

DEFENDANTS
WASLEY PRODUCTS, INC., ALAN A.
WASLEY, and SANDI DUMAS-LAFERRIERE


By: /s/
    Jean E. Tomasco (ct09635)
    jtomasco@rc.com
    Robinson & Cole LLP
    280 Trumbull Street
    Hartford, CT 06103-3597
    Tel. No.: (860) 275-8200
    Fax: (860) 275-8299

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2007, a copy of the foregoing Wasley Defendants' Motion for Extension of Time was filed electronically. Notice of this filing shall be sent by E-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ _____
Jean E. Tomasco