UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WASLEY PRODUCTS, INC., ET AL. | : | MASTER CONSOLIDATED CASE |
| | : | CIVIL NO. 3:03 CV383 (MRK/WIG) |
| Plaintiffs | : | THIS PERTAINS TO: |
| | : | CIVIL NO. 3:06 CV1435 (MRK/WIG) |
| V. | : | |
| | : | |
| BARRY BUKLAKITES, ET AL. | : | |
| Defendants | : | MARCH 8, 2007 |

## **APPEARANCE**

The undersigned hereby appears in this case as counsel for the defendants, **Barry Bulakites**, **James Winslow** and **Joshua Adams Corporation**.

---
MARISA A. BELLAIR, ESQ. ct23802
Lynch, Traub, Keefe & Errante, P.C.
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612
(203)787-0275 (telephone)
(203)782-0278 (fax)
mbellair@ltke.com

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\FEDERAL APPEARANCE MAB (WIBLYI).DOC
-1-

◇

◇

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\FEDERAL APPEARANCE MAB (WIBLYI).DOC

-2-

## CERTIFICATION OF SERVICE

A copy of the foregoing appearance was sent electronically on March 8, 2007 to all counsel and pro se parties of record as follows:

Joseph V. Meaney, Jr., Esq.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114-1102
Telephone: 860-522-9100
Facsimile: 860-522-3379

*(Attorney for Plaintiffs, Wasley Products, Inc. and Precision Molding Co, Inc.)*


Ian O. Smith, Esq.
Thomas Moukawsher, Esq.
Moukawsher & Walsh
Capitol Place
21 Oak Street, Suite 209
Hartford, CT 06106
Telephone: 860-278-7000
Facsimile: 860-548-1740

*(Attorneys for Consol Plaintiffs, Gregory T. Prentiss, John Rizzi, Richard Seich, Dorothy Brown)*

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\FEDERAL APPEARANCE MAB (WIBLYI).DOC
-3-

Deborah S. Freeman, Esq.
Sara R. Simeonidis, Esq.
Bingham & McCutchen
One State Street
Hartford, CT 06103-3178
Telephone: 860-240-2972
Facsimile: 860-240-2818

*(Attorneys for Defendant, Nationwide Life Insurance Company of America)*

James J. Reardon, Esq.
Thomas G. Rohback, Esq.
LeBeouf, Lamb, Greene & MacRae
225 Asylum Street
Hartford, CT 06103

*(Attorneys for Defendant, Lincoln National Insurance Company)*

Jean Elizabeth Tomasco, Esq.
Theodore J. Tucci, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597
Telephone: 860-275-8323
Facsimile: 860-275-8299

*(Attorneys for Consol Defendants, Wasley Products, Inc., Alan Wasley, Andrew Brady, Sandi Dumas-LaFerriere and Barry Connell)*

_____
Marisa A. Bellair

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\FEDERAL APPEARANCE MAB (WIBLYI).DOC
-4-