## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INC., ET AL., | MASTER CONSOLIDATED CASE<br>CIVIL NO. 3:03 CV 383 (MRK) |
| Plaintiffs, | |
| | THIS PERTAINS TO: |
| | CIVIL NO. 3:03 CV 1790 (MRK/WIG) |
| V. | (Prentiss, et al v. Wasley Products, et al) |
| BARRY BULAKITES, ET AL., | |
| Defendants. | March 20, 2007 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rules of Civil Procedure 6 and Local Rule 7, the Defendant

Nationwide Life Insurance Company of America f/k/a/ Provident Mutual Life Insurance

Company ("Nationwide"), respectfully requests an extension of time of thirty (30) days, through

and including April 19, 2007, to respond and/or otherwise plead to Plaintiffs' First Amended

Complaint.

In support of this motion, Nationwide states as follows:

1.     On October 16, 2006, the Plaintiffs filed the First Amended Complaint.

2.     Through the First Amended Complaint, the Plaintiffs assert theories of liability

directly against Nationwide for the first time.

3.     On October 23 and 24, 2006, the parties to these consolidated matters spent two

days in mediation before Magistrate Judge William Garfinkle. While these matters did not settle

during mediation, settlement discussions overseen by Magistrate Garfinkle continue to-date.

CTDOCS/1685488.1

Additionally, Magistrate Garfinkle has informed the parties that a follow-up settlement conference will be held, however, a date for this conference has not yet been scheduled.

4.    On February 15, 2007 Nationwide requested an extension of time in which to respond to the Plaintiff's First Amended Complaint, which was granted by the Court. The response date set by the Court was until March 20, 2007.

5.    This is Nationwide's fifth request for an extension of time in which to respond to the Plaintiffs' First Amended Complaint. The undersigned contacted Plaintiffs' counsel Tom Moukawsher, who does not object to the requested extension. This matter has not yet been assigned for trial.

WHEREFORE, Nationwide seeks an extension until thirty (30) days, to and including April 19, 2007 in which to respond and/or otherwise plead to the Plaintiffs' First Amended Complaint.

DEFENDANT,
NATIONWIDE LIFE INSURANCE
COMPANY OF AMERICA

By: *Sarah Simeonidis*
Deborah S. Freeman [ct05257]
Sara R. Simeonidis [ct25566]
BINGHAM MCCUTCHEN LLP
One State Street
Hartford, CT 06103
(860) 240-2700
(860) 240-2800 (fax)
deborah.freeman@bingham.com
sara.simeonidis@bingham.com
Its Attorneys

CTDOCS/1685488.1

## CERTIFICATION

This is to certify that a copy of the foregoing Motion for Extension of Time has been served this 20th day of March, 2007, via operation of the court's electronic notification system or via first class mail, postage prepaid, to all counsel and pro se parties of record in these consolidated actions as follows:

Theodore J. Tucci, Esq.
Jean E. Tomasco, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Thomas G. Moukawsher, Esq.
Ian O. Smith, Esq.
Moukawsher & Walsh
21 Oak Street, Suite 209
Hartford, CT 06106

Joseph V. Meaney, Jr.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114-1102

Steven J. Errante, Esq.
Eric P. Smith, Esq.
Nancy Fitzpatrick Myers, Esq.
Marisa A. Bellair, Esq.
Lynch, Traub, Keefe & Errante, P.C.
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

James J. Reardon, Jr., Esq.
Thomas G. Rhoback, Esq.
LeBouef, Lamb, Greene & MacRae
225 Asylum Street
Hartford, CT 06103

Sara R. Simeonidis

CTDOCS/1685488.1