UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INC., ET AL., <br><br> Plaintiffs, <br><br> V. <br><br> BARRY BULAKITES, ET AL., <br> Defendants. | MASTER CONSOLIDATED CASE <br> CIVIL NO. 3:03 CV 383 (MRK) <br><br> THIS PERTAINS TO: <br> CIVIL NO. 3:06 CV 1435 <br> (Wiblyi v. Wasley Products, Inc., et al.) <br><br> March 6, 2007 |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rules of Civil Procedure 6 and Local Rule 7, the Defendant Nationwide Life Insurance Company of America f/k/a/ Provident Mutual Life Insurance Company ("Nationwide"), respectfully requests an extension of time of up to and including May 31, 2007, to answer or otherwise plead to the Plaintiff's Complaint.

In support of this motion, Nationwide states as follows:

1. This case was recently consolidated with the above-reference master consolidated case *Wasley Products, Inc., et al v. Bulakites, et al*, Civil Action No. 3:03 CV 383 (MRK/WIG) (the "Wasley I and II Actions") for pretrial purposes.

2. The parties to the Wasley I and II Actions are presently engaged in settlement discussions with Magistrate Judge Garfinkel.

CTDOCS/1686927.1

-2-

3.  Counsel for the Plaintiff John Wibyli is counsel for the Plaintiffs in the Wasley II Action and is engaged in the above-referenced settlement talks with Magistrate Judge Garfinkel, which talks included a universal settlement of all claims, including Mr. Wibyli's claim.

4.  The parties met with Magistrate Judge Garfinkel on April 4, 2007 and contemplate having another mediation session in late April.

5.  The requested extension would allow for the parties to further engage in their universal settlement discussions with Magistrate Judge Garfinkel, which have been progressing, before requiring Nationwide to respond to the Complaint.

5.  This is Nationwide's fifth request for an extension of time in which to respond to the Plaintiff's Complaint. Attorney Theodore Tucci contacted Plaintiffs' counsel Tom Moukawsher who consents to this extension for all parties. This matter has not yet been assigned for trial.

WHEREFORE, Nationwide seeks an extension up to and including May 31, 2007 in which to respond and/or otherwise plead to the Plaintiff's Complaint.

DEFENDANT,
NATIONWIDE LIFE INSURANCE
COMPANY OF AMERICA

By: *Sarah Simeonidis*
Deborah S. Freeman [ct05257]
Sara R. Simeonidis [ct25566]
BINGHAM MCCUTCHEN LLP
One State Street
Hartford, CT 06103
(860) 240-2700
(860) 240-2800 (fax)
deborah.freeman@bingham.com
sara.simeonidis@bingham.com
Its Attorneys

## CERTIFICATION

This is to certify that a copy of the foregoing Motion for Extension of Time has been served this 6th day of April, 2007, via operation of the court's electronic notification system or via first class mail, postage prepaid, to all counsel and pro se parties of record in this action as follows:

> Theodore J. Tucci, Esq.
> Jean E. Tomasco, Esq.
> Robinson & Cole LLP
> 280 Trumbull Street
> Hartford, CT 06103-3597
>
> Thomas G. Moukawsher, Esq.
> Ian O. Smith, Esq.
> Moukawsher & Walsh
> 21 Oak Street, Suite 209
> Hartford, CT 06106
>
> Steven J. Errante, Esq.
> Eric P. Smith, Esq.
> Nancy Fitzpatrick Myers, Esq.
> Marisa A. Bellair, Esq.
> Lynch, Traub, Keefe & Errante, P.C.
> 52 Trumbull Street
> P.O. Box 1612
> New Haven, CT 06506-1612
>
> James J. Reardon, Jr., Esq.
> Thomas G. Rhoback, Esq.
> LeBouef, Lamb, Greene & MacRae
> 225 Asylum Street
> Hartford, CT 06103

CTDOCS/1686927.1

Joseph V. Meaney, Jr.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114-1102

*Sara R. Simeonidis*
Sara R. Simeonidis