**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

_____
WASLEY PRODUCTS, INC., ET AL.    :
                                 :
    *Plaintiffs*,               :    MASTER CONSOLIDATED CASE
                                 :    CIVIL NO. 3:03 CV383 (MRK/WIG)
                                 :
V.                               :    THIS PERTAINS TO:
                                 :    CIVIL NO. 3:06 CV 1435 (MRK/WIG)
BARRY BULAKITES,ET AL.           :
                                 :
    *Defendants*.              :    APRIL 9, 2007
_____

**SECOND MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, defendants **Barry L. Bulakites**, **James A. Winslow** and **Joshua Adams Corporation** (collectively the "Bulakites Defendants") respectfully move for an extension of time through and including May 31, 2007, to respond, by either answer or objection, to plaintiffs' Complaint.

In support of this motion, the defendants state as follows:

1.   This case is consolidated with the above-referenced master consolidated case <u>Wasley Products, Inc., et al v. Bulakites, et al</u>, Civil Action No. 3:03 CV 383 (MRK/WIG) (the "Wasley I and II Actions") for pretrial purposes.

1

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\SECOND MOTION FOR EXTENSION OF TIME-WIBLYI.DOC

2.    The parties to the Wasley I and II Actions are presently engaged in settlement discussions with Magistrate Judge Garfinkel.

3.    Counsel for the plaintiff, John Wibyli, is counsel for the plaintiffs in the Wasley II Action and is engaged in the above-referenced settlement talks with Magistrate Judge Garfinkel, which talks included a universal settlement of all claims, including Mr. Wibyli's claim.

4.    The requested extension would allow for the parties to further engage in their settlement discussions, which have been progressing, before requiring the Bulakites defendants to respond to the plaintiff's Complaint.

5.    This is the Bulakites defendants' second motion seeking an extension of time to respond to the plaintiff's complaint. Plaintiff's counsel, Thomas Moukawsher, does not object to this request.  This matter has not yet been assigned for trial.

WHEREFORE, the Bulakites defendants' respectfully request that their Motion for Extension of Time be granted.

2

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\SECOND MOTION FOR EXTENSION OF TIME-WIBLYI.DOC

```
                    Respectfully submitted,

                    THE "BULAKITES DEFENDANTS"
                    Barry L. Bulakites, James A. Winslow, and
                    Joshua Adams Corporation


                    BY: _____
                         STEVEN J. ERRANTE, ESQ. (ct04292)
                         ERIC P. SMITH, ESQ. (ct16141)
                         MARISA A. BELLAIR, ESQ. (ct23802)
                         Fed. Bar No. ct04292
                         Lynch, Traub, Keefe, & Errante
                         52 Trumbull Street
                         New Haven, CT 06510
                         Telephone: 203-787-0275
                         Facsimile: 203-782-0278
```

3

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\SECOND MOTION FOR EXTENSION OF TIME-WIBLYI.DOC

**CERTIFICATION**

I hereby certify that a copy of the foregoing was sent electronically on April 9, 2007 to all counsel and *pro se* parties of record as follows:

Joseph V. Meaney, Jr., Esq.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114
Telephone: 860-522-9100
Facsimile: 860-522-3379

Ian O. Smith, Esq.
Thomas G. Moukawsher, Esq.
Moukawsher & Walsh
Capitol Place
21 Oak Street, Ste. 209
Hartford, CT 06106
Telephone: 860-278-7000
Facsimile: 860-548-1740

Deborah S. Freeman
Sara Simeonidies, Esq.
Bingham & McCutchen
One State Street
Hartford, CT 06103
Telephone: 860-240-2972
Facsimile: 860-240-2818

Jean Elizabeth Tomasco, Esq.
Theodore J. Tucci, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103
Telephone: 860-275-8323
Facsimile: 860-275-8299

Thomas G. Rohback, Esq.
James J. Reardon, Esq.
LeBeouf, Lamb, Greene & MacRae
225 Asylum Street
Hartford, CT 06103

                                                                                         _____
                                                                                            Marisa A. Bellair

5

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\SECOND MOTION FOR EXTENSION OF TIME-WIBLYI.DOC