# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WASLEY PRODUCTS, INC., ET AL., | : | **MASTER CONSOLIDATED CASE** |
| | : | **CIVIL NO. 3:03 CV 383 (MRK/WIG)** |
| Plaintiffs, | : | |
| | : | |
| | : | |
| V. | : | |
| | : | |
| | : | |
| BARRY BULAKITES, ET AL., | : | |
| | : | |
| Defendants. | : | APRIL 20, 2007 |

## WASLEY DEFENDANTS' MOTION
## FOR EXTENSION OF TIME TO RESPOND
## TO PLAINTIFFS' FIRST AMENDED COMPLAINT

THIS PERTAINS TO: CIVIL NO. 3:03 CV 1790 (MRK/WIG)
(Prentiss et al. v. Wasley Products, Inc. et al.)

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local

Rules of Civil Procedure, defendants Wasley Products, Inc., Alan Wasley, Andrew Brady, Sandi

Dumas-Laferriere and Barry Connell (the "Wasley Defendants") hereby move for an extension

of time, to and including May 31, 2007, to respond, by either answer or motion, to plaintiffs'

First Amended Complaint.

In support of this motion, the Wasley Defendants state that all of the parties are actively

engaged in settlement discussions before U.S. Magistrate Judge Garfinkel. The discussions are

progressing; a conference was held on April 4, 2007, and an additional conference with Judge

Garfinkel has been scheduled for April 30, 2007. A status conference with the court is also

scheduled for mid-May. In addition, plaintiffs' counsel has indicated that he intends to amend

(or move to amend) the First Amended Complaint to correct certain errors that appear in the

current draft. For example, the current complaint includes allegations pertaining to Mr. Wiblyi and the Wasley Retirement Plan that should not be included in light of the court's ruling on the motion to amend. It would be helpful to have the revised complaint in place before defendants formulate a response.

The Wasley Defendants therefore request that the deadline for responding to the First Amended Complaint be extended to and including May 31, 2007. The requested extension would allow time for all parties to engage in further settlement discussions of all of the pending claims before incurring the time and expense of responding to the First Amended Complaint if it remains necessary to do so. The requested extension deadline is the same date that has been granted by the court for responding to the other pending complaint in the consolidated cases.

This is the Wasley Defendants' sixth motion seeking an extension of time of this deadline. The undersigned contacted plaintiffs' counsel, Thomas Moukawsher, but was unable to obtain a response regarding this request. This matter has not yet been assigned for trial.

DEFENDANTS
WASLEY PRODUCTS, INC., ALAN A.
WASLEY, ANDREW BRADY, SANDI DUMAS-
LAFERRIERE, AND BARRY CONNELL

By:_____/s/  Theodore J. Tucci_____
     Theodore J. Tucci (ct05249)
     ttucci@rc.com
     Jean E. Tomasco (ct09635)
     jtomasco@rc.com
     Robinson & Cole LLP
     280 Trumbull Street
     Hartford, CT 06103-3597
     Tel. No.: (860) 275-8200
     Fax: (860) 275-8299

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2007, a copy of the foregoing Wasley Defendants' Motion for Extension of Time was filed electronically. Notice of this filing shall be sent by E-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/     Theodore J. Tucci
Theodore J. Tucci