```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
_____
WASLEY PRODUCTS, INC., ET AL.    :
                                 :
        Plaintiffs,              :    MASTER CONSOLIDATED CASE
                                 :    CIVIL NO. 3:03 CV383 (MRK/WIG)
                                 :
V.                               :    THIS PERTAINS TO:
                                 :    CIVIL NO. 3:03 CV 1790 (MRK/WIG)
BARRY BULAKITES,ET AL.           :
                                 :
        Defendants.              :    April 23, 2007
_____
```

**BULAKITES DEFENDANTS' MOTION
FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, defendants **Barry L. Bulakites**, **James A. Winslow** and **Joshua Adams Corporation** (collectively the "Bulakites Defendants") respectfully move for an extension of time to respond, by either answer or objection, to plaintiffs' First Amended Complaint. The Bulakites Defendants request an extension of time to and including May 31, 2007, to respond, by either answer or motion to the plaintiffs' First Amended Complaint.

In support of this motion, the Bulakites defendants state that all of the parties are actively engaged in settlement discussions before U.S. Magistrate Judge Garfinkel. The discussions are

1

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\MOTION FOR EXTENSION OF TIME 4-23-07.DOC

progressing and an additional conference has been scheduled for April 30, 2007.  In addition, plaintiffs' counsel has indicated that he intends to amend the First Amended Complaint to correct certain errors that appear therein.  It would be helpful to have the revised complaint in place before the defendants formulate a response.

Therefore, the Bulakites defendants' request that the deadline for responding to the plaintiffs' First Amended Complaint be extended to and including May 31, 2007.  This will allow the parties to engage in further settlement discussions without incurring the time and expense of revising and responding to additional pleadings, should this still be necessary.

This is the Bulakites defendants' sixth motion seeking an extension of time of this deadline.  The undersigned contacted plaintiffs' counsel, Thomas Moukawsher, but has been unable to obtain a response regarding this request.  This matter has not yet been assigned for trial.

WHEREFORE, the Bulakites defendants' respectfully request that their Motion for Extension of Time be granted.

2

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\MOTION FOR EXTENSION OF TIME 4-23-07.DOC

      Respectfully submitted,

      THE "BULAKITES DEFENDANTS"
      Barry L. Bulakites, James A. Winslow, and
      Joshua Adams Corporation


    BY: _____/sje/_____
      STEVEN J. ERRANTE, ESQ. (ct04292)
      ERIC P. SMITH, ESQ. (ct16141)
      MARISA A. BELLAIR, ESQ. (ct23802)
      Fed. Bar No. ct04292
      Lynch, Traub, Keefe, & Errante
      52 Trumbull Street
      New Haven, CT 06510
      Telephone: 203-787-0275
      Facsimile: 203-782-0278

3

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\MOTION FOR EXTENSION OF TIME 4-23-07.DOC

**CERTIFICATION**

I hereby certify that a copy of the foregoing was sent electronically on April 23, 2007 to all counsel and *pro se* parties of record as follows:

Joseph V. Meaney, Jr., Esq.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114
Telephone: 860-522-9100
Facsimile: 860-522-3379

Ian O. Smith, Esq.
Thomas G. Moukawsher, Esq.
Moukawsher & Walsh
Capitol Place
21 Oak Street, Ste. 209
Hartford, CT 06106
Telephone: 860-278-7000
Facsimile: 860-548-1740

Deborah S. Freeman
Sara Simeonidies, Esq.
Bingham & McCutchen
One State Street
Hartford, CT 06103
Telephone: 860-240-2972
Facsimile: 860-240-2818

Jean Elizabeth Tomasco, Esq.
Theodore J. Tucci, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103
Telephone: 860-275-8323
Facsimile: 860-275-8299

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\MOTION FOR EXTENSION OF TIME 4-23-07.DOC

```
Thomas G. Rohback, Esq.
James J. Reardon, Esq.
LeBeouf, Lamb, Greene & MacRae
225 Asylum Street
Hartford, CT 06103
```

                                                                                               _____
                                                                                                Marisa A. Bellair

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\MOTION FOR EXTENSION OF TIME 4-23-07.DOC