UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GREGORY T. PRENTISS, | : | CIVIL ACTION NO. |
| JOHN RIZZI, RICHARD SEICH, and | : | 3:03 CV 00383 (MRK) |
| DOROTHY BROWN each individually | : | |
| and on behalf of the Wasley Products, Inc. | : | |
| 401(K) Profit Sharing Plan, | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| WASLEY PRODUCTS, INC., | : | |
| ALAN A. WASLEY, ANDREW | : | |
| BRADY, SANDI DUMAS-LAFERRIERE | : | |
| BARRY CONNELL, BARRY L. | : | |
| BULAKITES, JAMES A. WINSLOW, | : | |
| JOSHUA ADAMS CORPORATION. | : | |
| NATIONWIDE LIFE INSURANCE CO., | : | |
| and LINCOLN NATIONAL LIFE | : | |
| INSURANCE CO., | : | June 1, 2007 |

**PLAN PARTICIPANTS' UNOPPOSED MOTION FOR PERMISSION
TO JOIN ADDITIONAL PARTIES, TO AMEND COMPLAINT,
AND TO AMEND DERIVATIVE ACTION CERTIFICATION**

Prentiss, Rizzi, Seich, and Brown ask for permission to amend their complaint to join three additional parties, supplement their claims with claims about the Precision Molding Company, Inc. 401(k) Plan and UAW Pension Plan, and ask the Court to amend its derivative action certification. As shown in Plan Participants' memorandum, the amendment is timely brought, proposed in good faith, and a step toward a proposed settlement. The proposed second amended complaint is Exhibit A.

None of the parties oppose this motion. But none of them necessarily agree with what is claimed in the memorandum and the second amended complaint. They reserve the right to contest all of the claims in all of these documents.

For these reasons, the Plan Participants ask the Court to grant their motion to amend the complaint, join parties and to amend the derivative action certification.

        THE PLAINTIFFS

        By /s/ Thomas G. Moukawsher
        Thomas G. Moukawsher ct08940
        Ian O. Smith ct24135
        Moukawsher & Walsh, LLC
        21 Oak Street
        Hartford, CT 06106
        (860) 278-7000
        tmoukawsher@mwlawgroup.com

        ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I certify that on June 1, 2007 a copy of this motion was filed electronically. Notice will be sent by e-mail to all parties by the Court's electronic filing system. Parties may access this through the Court's system.

Theodore J. Tucci
Jean Elizabeth Tomasco,
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103

Joseph V. Meaney, Jr.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Ave.
Hartford, CT. 06114

Marissa A. Bellair
Steven Errante
Eric P. Smith
Nancy Fitzpatrick Myers
Lynch, Traub, Keefe, and Errante, LLP
52 Trumbull Street
P.O. Box 1612
New Haven, CT. 06506

Sara Simeonidis
Deborah S. Freeman,
Bryan D. Short
Bringham McCutchen
1 State Street
Hartford, CT 06103


James J. Reardon, Jr.
Thomas G. Rohback
LeBoeuf, Lamb, Greene & MacRae
225 Asylum St.
Hartford, CT 06103


   /s/ Thomas G. Moukawsher
Thomas G. Moukawsher ct08940
Ian O. Smith ct24135
Moukawsher & Walsh, LLC
21 Oak Street
Hartford, CT 06106
(860) 278-7000
tmoukawsher@mwlawgroup.com