UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WASLEY PRODUCTS, INC., ET AL. | : | |
| | : | |
| *Plaintiffs*, | : | CASE NO. 3:03-cv-383(MRK) |
| | : | |
| V. | : | |
| | : | |
| BARRY LEONARD BULAKITES, | : | |
| ET AL. | : | |
| | : | |
| *Defendants*. | : | JULY 17, 2007 |
| | : | |

**AMENDED ANSWER AND AFFIRMATIVE DEFENSES
OF DEFENDANTS BARRY L. BULAKITES, JAMES A. WINSLOW
AND JOSHUA ADAMS CORPORATION TO
PLAINTIFFS' SECOND AMENDED COMPLAINT**

Defendants **Barry L. Bulakites**, **James A. Winslow** and **Joshua Adams Corporation** (collectively the "Bulakites Defendants"), through undersigned counsel, hereby submit this Amended Answer to the Plaintiffs' Second Amended Complaint dated September 29, 2005 as follows:

I.    **JURISDICTION AND VENUE**

1.    Paragraph one is denied.

2.    Paragraph two is denied.

3.    Paragraph three is denied.

1

## II.  **PARTIES**

4.   As to paragraph four, the Bulakites Defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

5.   As to paragraph five, the Bulakites Defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

6.   As to paragraph six, the Bulakites Defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

7.   As to paragraph seven, the Bulakites Defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

8.   As to paragraph eight, the Bulakites Defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

9.   The Bulakites Defendants admit that portion of paragraph six which states that Barry Bulakites is an individual

2

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\AMD ANSWER & AFF DEFENSES TO SECOND AMD COMPLAINT DATED 9-29-05.DOC

residing in Colorado.  The rest and remaining portions of paragraph six are denied.

10.  The Bulakites Defendants admit that portion of paragraph seven which states that James Winslow is an individual residing in Westbrook, Connecticut.  The rest and remaining portions of paragraph seven are denied.

11.  Paragraph eleven is denied.

12.  As to paragraph twelve, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

13.  As to paragraph thirteen, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

### III. <u>FACTS</u>

**A.    BACKGROUND**

14.  As to paragraph fourteen, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\AMD ANSWER & AFF DEFENSES TO SECOND AMD COMPLAINT DATED 9-29-05.DOC

15.  As to paragraph fifteen, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

16.  As to paragraph sixteen, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

17.  As to paragraph seventeen, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

18.  As to paragraph eighteen, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

19.  As to paragraph nineteen, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the plaintiffs to their proof. Notwithstanding, should the letters referenced in paragraph sixteen exist, they speak for themselves.

20.  As to paragraph twenty, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief

4

and, therefore, leave the plaintiffs to their proof. Notwithstanding, should the letter referenced in paragraph twenty exist, it speaks for itself.

21.  As to paragraph twenty-one, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

22.  As to paragraph twenty-two, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

23.  As to paragraph twenty-three, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

24.  As to paragraph twenty-four, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

25.  As to paragraph twenty-five, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

26.  As to paragraph twenty-six, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

27.  As to paragraph twenty-seven, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

28.  As to paragraph twenty-eight, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

29.  As to paragraph twenty-nine, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

30.  As to paragraph thirty, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

31.  As to paragraph thirty-one, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

32.  Paragraph thirty-two is admitted.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278
W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\AMD ANSWER & AFF DEFENSES TO SECOND AMD COMPLAINT DATED 9-29-05.DOC

33.   As to paragraph thirty-three, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

34.   As to paragraph thirty-four, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

35.   As to paragraph thirty-five, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

36.   As to paragraph thirty-six, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

37.   As to paragraph thirty-seven, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

38.   As to paragraph thirty-eight, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278
W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\AMD ANSWER & AFF DEFENSES TO SECOND AMD COMPLAINT DATED 9-29-05.DOC

39.  As to paragraph thirty-nine, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

40.  Paragraph forty is admitted.

41.  Paragraph forty-one is admitted.

42.  As to paragraph forty-two, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

43.  As to paragraph forty-three, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

44.  As to paragraph forty-four, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

45.  As to paragraph forty-five, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278
W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\AMD ANSWER & AFF DEFENSES TO SECOND AMD COMPLAINT DATED 9-29-05.DOC

46.  As to paragraph forty-six, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

47.  As to paragraph forty-seven, the Bulakites Defendants have insufficient knowledge to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

48.  The Bulakites Defendants deny that portion of paragraph forty-eight which states that their services were terminated "due to problems with the service provided by JAC." As to the rest and remaining portions of paragraph forty-eight, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

**B.    Misconduct by the Defendants**

49.  As to paragraph forty-nine, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

9

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

50.  As to paragraph fifty, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

51.  As to paragraph fifty-one, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

52.  As to that portion of paragraph fifty-two which states that "Based upon the research and investigation conducted by the Companies, subsequent to the termination of the Bulakites, Winslow and JAC," the Bulakites Defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.  The Bulakites Defendants deny the rest and remaining allegations of paragraph fifty-two, and in particular, deny all allegations of misconduct on their part, including all allegations contained in subparagraphs (a) through (m).

53.  The Bulakites Defendants deny that portion of paragraph fifty-three that implies that they are responsible for "the conversion of at least $768,000 from the Plans' investment

10

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\AMD ANSWER & AFF DEFENSES TO SECOND AMD COMPLAINT DATED 9-29-05.DOC

accounts." As to the rest and remaining portions of paragraph fifty-three, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

**CLAIMS FOR RELIEF**

**COUNT ONE**

**WASLEY PRODUCTS' ERISA CLAIM FOR BREACH OF FIDUCIARY DUTY RE: THE PLANS (29 U.S.C. § 1132(a)(2))**

54. The Bulakites Defendants' incorporate their responses to the allegations in paragraphs 1 through 53 above as if more fully set forth herein.

55. Paragraph fifty-five is denied.

56. As to paragraph fifty-six, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

57. As to paragraph fifty-seven, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

11

58.  As to paragraph fifty-eight, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

59.  The Bulakites Defendants deny that portion of paragraph fifty-nine which states that the defendants were "fiduciaries of the Plans."  As to the rest and remaining portions, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

60.  The Bulakites Defendants deny that portion of paragraph sixty which states that the defendants were "fiduciaries of the Plans."  As to the rest and remaining portions, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

61.  Paragraph sixty-one is denied.

62.  The Bulakites Defendants deny all allegations

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278
W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\AMD ANSWER & AFF DEFENSES TO SECOND AMD COMPLAINT DATED 9-29-05.DOC

contained in paragraph sixty-two, and in particular, dispute those allegations that imply that the Bulakites Defendants were responsible for the "diversion and/or conversion of plan funds."

## COUNT TWO

54.   The Bulakites Defendants' incorporate by reference their responses to the allegations contained in paragraphs 1 through 53 above as if more fully set forth herein.

55.   Paragraph fifty-five is denied.

56.   As to paragraph fifty-six, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

57.   As to paragraph fifty-seven, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

58.   As to paragraph fifty-eight, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

59.   The Bulakites Defendants deny that portion of paragraph fifty-nine which states that the defendants were

13

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\AMD ANSWER & AFF DEFENSES TO SECOND AMD COMPLAINT DATED 9-29-05.DOC

"fiduciaries of the Plans."  As to the rest and remaining portions, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

60.  The Bulakites Defendants deny that portion of paragraph sixty which states that the defendants were "fiduciaries of the Plans."  As to the rest and remaining portions, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

61.  Paragraph sixty-one is denied.

62.  The Bulakites Defendants deny all allegations contained in paragraph sixty-two, and in particular, dispute those allegations that imply that the Bulakites Defendants were responsible for the "diversion and/or conversion of plan funds."

<u>**COUNT THREE**</u>

**WASLEY PRODUCTS' ERISA CLAIM FOR BREACH OF FIDUCIARY DUTY RE: THE WASLEY 401(k) PLAN (29 U.S.C.  § 1132(a)(2))**

54.  The Bulakites Defendants' incorporate by reference

14

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

their responses to the allegations in paragraphs 1 through 53 above as if more fully set forth herein.

55.   Paragraph fifty-five is denied.

56.   As to paragraph fifty-six, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

57.   As to paragraph fifty-seven, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

58.   As to paragraph fifty-eight, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

59.   The Bulakites Defendants deny that portion of paragraph fifty-nine which states that the defendants were "fiduciaries of the Wasley 401(k) Plan." As to the rest and remaining portions, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278
W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\AMD ANSWER & AFF DEFENSES TO SECOND AMD COMPLAINT DATED 9-29-05.DOC

60.   The Bulakites Defendants deny that portion of paragraph sixty which states that the defendants were "fiduciaries of the Wasley 401(k) Plan."  As to the rest and remaining portions, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

61.   Paragraph sixty-one is denied.

62.   The Bulakites Defendants deny all allegations contained in paragraph sixty-two, and in particular, dispute those allegations that imply that the Bulakites Defendants were responsible for the "diversion and/or conversion of plan funds."

## COUNT FOUR

**WASLEY PRODUCTS' ERISA CLAIM RE: WASLEY 401(k) PLAN (29 U.S.C. § 1132(a)(3))**

54.   The Bulakites Defendants' incorporate by reference their responses to the allegations contained in paragraphs 1 through 53 above as if more fully set forth herein.

55.   Paragraph fifty-five is denied.

16

56.  As to paragraph fifty-six, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

57.  As to paragraph fifty-seven, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

58.  As to paragraph fifty-eight, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

59.  The Bulakites Defendants deny that portion of paragraph fifty-nine which states that the defendants were "fiduciaries of the Wasley 401(k) Plan."  As to the rest and remaining portions, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

60.  The Bulakites Defendants deny that portion of paragraph sixty which states that the defendants were "fiduciaries of the Wasley 401(k) Plan."  As to the rest and remaining portions, the Bulakites Defendants have insufficient

17

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\AMD ANSWER & AFF DEFENSES TO SECOND AMD COMPLAINT DATED 9-29-05.DOC

knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

61.    Paragraph sixty-one is denied.

62.    The Bulakites Defendants deny all allegations contained in paragraph sixty-two, and in particular, dispute those allegations that imply that the Bulakites Defendants were responsible for the "diversion and/or conversion of plan funds."

## COUNT FIVE

**PRECISION MOLDING'S ERISA CLAIM FOR BREACH OF FIDUCIARY DUTY RE: PRECISION MOLDING 401(k) (29 U.S.C. § 1132(a)(2))**

54.    The Bulakites Defendants' incorporate their responses to the allegations contained in paragraphs 1 through 53 above as if more fully set forth herein.

55.    Paragraph fifty-five is denied.

56.    As to paragraph fifty-six, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

18

57.  As to paragraph fifty-seven, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

58.  As to paragraph fifty-eight, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

59.  The Bulakites Defendants deny that portion of paragraph fifty-nine which states that the defendants were "fiduciaries of the Precision Molding 401(k)."  As to the rest and remaining portions, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

60.  The Bulakites Defendants deny that portion of paragraph sixty which states that the defendants were "fiduciaries of the Precision Molding 401(k)."  As to the rest and remaining portions, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

61.  Paragraph sixty-one is denied.

19

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\AMD ANSWER & AFF DEFENSES TO SECOND AMD COMPLAINT DATED 9-29-05.DOC

62.  The Bulakites Defendants deny all allegations contained in paragraph sixty-two, and in particular, deny those allegations that imply that the Bulakites Defendants were responsible for the "diversion and/or conversion of plan funds."

### COUNT SIX

**PRECISION MOLDING'S ERISA CLAIM RE: PRECISION MOLDING 401(k) (29 U.S.C. § 1132(a)(3))**

54.  The Bulakites Defendants' incorporate by reference their responses to the allegations contained in paragraphs 1 through 53 above as if more fully set forth herein.

55. Paragraph fifty-five is denied.

56. As to paragraph fifty-six, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

57. As to paragraph fifty-seven, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

20

58. As to paragraph fifty-eight, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

59. The Bulakites Defendants deny that portion of paragraph fifty-nine which states that the defendants were "fiduciaries of the Precision Molding 401(k)." As to the rest and remaining portions, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

60. The Bulakites Defendants deny that portion of paragraph sixty which states that the defendants were "fiduciaries of the Precision Molding 401(k)." As to the rest and remaining portions, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

61. Paragraph sixty-one is denied.

62. The Bulakites Defendants deny all allegations

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278
W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\AMD ANSWER & AFF DEFENSES TO SECOND AMD COMPLAINT DATED 9-29-05.DOC

contained in paragraph sixty-two, and in particular, deny those allegations that imply that the Bulakites Defendants were responsible for the "diversion and/or conversion of plan funds."

## COUNT SEVEN

**COMMON LAW BREACH OF FIDUCIARY DUTY BY DEFENDANTS**

54.  The Bulakites Defendants' incorporate by reference their responses to the allegations contained in paragraphs 1 through 53 above as if more fully set forth herein.

55.  Paragraph fifty-five is denied.

56.  Paragraph fifty-six is denied.

57.  The Bulakites Defendants deny that they committed any "wrongful acts or omissions" and that they breached any fiduciary duties to the Plaintiffs and the Plans.

## COUNT EIGHT

**PROFESSIONAL NEGLIGENCE/MALPRACTICE BY BULAKITES, WINSLOW, JAC, PROVIDENT MUTUAL AND LINCOLN**

54. The Bulakites Defendants' incorporate by reference their responses to the allegations contained in paragraphs 1 through 53 above as if more fully set forth herein.

22

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278
W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\AMD ANSWER & AFF DEFENSES TO SECOND AMD COMPLAINT DATED 9-29-05.DOC

55.   Paragraph fifty-five is denied.

56.   The Bulakites Defendants deny all allegations contained in paragraph fifty-six, and in particular, deny that they committed any "wrongful acts or omissions".

## COUNT NINE

**INTENTIONAL MISREPRESENTATION BY BULAKITES, WINSLOW, JAC AND PROVIDENT MUTUAL**

54.   The Bulakites Defendants' incorporate by reference their responses to the allegations contained in paragraphs 1 through 53 above as if more fully set forth herein.

55.   The Bulakites Defendants deny all allegations of paragraph fifty-five, and in particular, dispute that they engaged in any "acts of misconduct" or made any "false representations as alleged in subparagraphs (a) through (g).

56.   Paragraph fifty-six is denied.

57.   Paragraph fifty-seven is denied.

58.   Paragraph fifty-eight is denied.

59.   Paragraph fifty-nine is denied.

60.   Paragraph sixty is denied.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\AMD ANSWER & AFF DEFENSES TO SECOND AMD COMPLAINT DATED 9-29-05.DOC

**COUNT TEN**

**NEGLIGENT MISREPRESENTATION AGAINST BULAKITES, WINSLOW, JAC AND PROVIDENT MUTUAL**

54. The Bulakites Defendants' incorporate by reference their responses to the allegations contained in paragraphs 1 through 53 above as if more fully set forth herein.

55. The Bulakites Defendants deny all allegations of paragraph fifty-five, and in particular, dispute that they engaged in any "acts of misconduct" or that that they made any negligent representations as alleged in subparagraphs (a) through (g).

56. Paragraph fifty-six is denied.

57. Paragraph fifty-seven is denied.

58. Paragraph fifty-eight is denied.

**COUNT ELEVEN**

**UNFAIR TRADE PRACTICES AGAINST BULAKITES, WINSLOW, JAC AND PROVIDENT MUTUAL**

61. The Bulakites Defendants' incorporate by reference

24

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\AMD ANSWER & AFF DEFENSES TO SECOND AMD COMPLAINT DATED 9-29-05.DOC

their responses to the allegations contained in paragraphs 1 through 60 the NINTH COUNT as if more fully set forth herein.

62.   As to paragraph sixty-two, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

63.   Paragraph sixty-three is denied.

64.   The Bulakites Defendants deny all allegations of paragraph sixty-four, and in particular, dispute that they engaged in any "acts of misconduct."

65.   Paragraph sixty-five is denied.

## COUNT TWELVE

**BREACH OF IMPLIED-IN-FACT CONTRACT AGAINST BULAKITES, WINSLOW, JAC AND PROVIDENT MUTUAL**

59.   The Bulakites Defendants' incorporate by reference their responses to the allegations contained in paragraphs 1 through 58 of the TENTH COUNT as if more fully set forth herein.

60.   Paragraph sixty is denied.

61.   Paragraph sixty-one is denied.

25

## COUNT THIRTEEN

**BREACH OF IMPLIED-IN-FACT CONTRACT AGAINST BULAKITES, WINSLOW, JAC AND LINCOLN**

54.  The Bulakites Defendants' incorporate by reference their responses to the allegations contained in paragraphs 1 through 53 above as if more fully set forth herein.

55.  Paragraph fifty-five is denied.

56.  As to paragraph fifty-six, the Bulakites Defendants have insufficient knowledge from which to form an opinion or belief and therefore, leave the plaintiffs to their proof.

## COUNT FOURTEEN

**COMMON LAW CONVERSION AGAINST BULAKITES, WINSLOW, JAC, PROVIDENT MUTUAL AND LINCOLN**

54.  The Bulakites Defendants' incorporate by reference their responses to the allegations contained in paragraphs 1 through 53 above as if more fully set forth herein.

55.  The Bulakites Defendants deny all allegations of paragraph fifty-five, and in particular, dispute that they liable for the conversion of the Plans' assets.

26

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\AMD ANSWER & AFF DEFENSES TO SECOND AMD COMPLAINT DATED 9-29-05.DOC

56.   Paragraph fifty-six is denied.

27

Lynch, Traub, Keefe and Errante, p. c.   Attorneys at Law
52 Trumbull Street   P.O. box 1612   New Haven, Connecticut 06506-1612
Telephone (203) 787-0275   Facsimile (203) 782-0278

**AFFIRMATIVE DEFENSES**

**First Affirmative Defense**

To the extent that Plaintiffs have suffered loss or damage, all such loss or damage, if any, was caused by the acts and conduct of the Plaintiffs and not by the acts and conduct of the Bulakites Defendants.

**Second Affirmative Defense**

Plaintiffs' claims are barred, in whole or in part, by the applicable statute of limitations.

**Third Affirmative Defense**

Plaintiffs' claims are barred, in whole or in part, by the doctrine of laches.

**Fourth Affirmative Defense**

The Bulakites Defendants acted in good faith and Plaintiffs are not entitled to recover attorneys' fees and costs from the Bulakites Defendants.

**Fifth Affirmative Defense**

Plaintiffs' claims are barred, in whole or in part, by the doctrine of unclean hands.

28

Lynch, Traub, Keefe and Errante, p. c.   Attorneys at Law
52 Trumbull Street   p.o. box 1612   New Haven, Connecticut 06506-1612
Telephone (203) 787-0275   Facsimile (203) 782-0278

W:\11000-11999\11437 B. Bulakites\013 Commercial Litigation - SJE\Pleadings\2007\Amd Answer & Aff Defenses to Second Amd Complaint dated 9-29-05.doc

Respectfully submitted,

THE "BULAKITES DEFENDANTS"
Barry L. Bulakites, James A. Winslow,
and Joshua Adams Corporation


BY: _____
      STEVEN J. ERRANTE, ESQ.
      ERIC P. SMITH, ESQ.
      MARISA A. BELLAIR, ESQ.
      Fed. Bar No. ct04292
      Lynch, Traub, Keefe, & Errante
      52 Trumbull Street
      New Haven, CT 06510
      Telephone: 203-787-0275
      Facsimile: 203-782-0278

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. Bulakites\013 Commercial Litigation - SJE\Pleadings\2007\Amd Answer & Aff Defenses to Second Amd Complaint dated 9-29-05.DOC

## CERTIFICATION

     This is to certify that a copy of the foregoing was e-filed and e-mailed on July 17, 2007 to all counsel and *pro se* parties of record as follows:

Joseph V. Meaney, Jr., Esq.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114

Ian O. Smith, Esq.
Thomas G. Moukawsher, Esq.
Moukawsher & Walsh
Capitol Place
21 Oak Street, Ste. 209
Hartford, CT 06106

Deborah S. Freeman, Esq.
Sara R. Simeonidies, Esq.
Bingham & McCutchen
One State Street
Hartford, CT 06103

James J. Reardon, Esq.
Thomas G. Rohback
LeBeouf, Lamb, Greene & MacRae
225 Asylum Street
Hartford, CT 06103

30

Jean Elizabeth Tomasco, Esq.
Theodore J. Tucci, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103
Telephone: 860-275-8323
Facsimile: 860-275-8299

_____
Steven J. Errante, Esq.

31

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\AMD ANSWER & AFF DEFENSES TO SECOND AMD COMPLAINT DATED 9-29-05.DOC