**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| GREGORY T. PRENTISS, JOHN RIZZI, RICHARD SEICH, and DOROTHY BROWN each individually and on behalf of the Wasley Products, Inc. 401(k) Profit Sharing Plan, and the Wasley Products, Inc. Retirement Plan, DIANE CHUDZIK, individually and on behalf of the Precision Molding Company, Inc. 401(k) Profit Sharing Plan, and HOWARD Y. ACHILLE, individually and on behalf of the UAW Pension Plan, | : : : : : : : : : : : | CIVIL ACTION NO.: 3:03-CV-00383 (MRK)(LEAD) |
|          Plaintiffs, | : : | |
| v. | : : | |
| WASLEY PRODUCTS, INC., PRECISION MOLDINGS COMPANY, INC., ALAN A WASLEY, ANDREW BRADY, SANDI DUMAS-LAFERRIERE, BARRY CONNELL, BARRY L. JOSHUA ADAMS CORPORATION, NATIONWIDE LIFE INSURANCE CO., and LINCOLN NATIONAL LIFE INSURANCE CO., | : : : : : : : : : | |
|         *Defendants.* | : | JULY 17, 2007 |

**ANSWER AND AFFIRMATIVE DEFENSES**
**OF DEFENDANTS BARRY L. BULAKITES, JAMES A. WINSLOW**
**AND JOSHUA ADAMS CORPORATION**

Defendants **Barry L. Bulakites**, **James A. Winslow** and **Joshua Adams Corporation** (collectively the "Bulakites Defendants"), through undersigned counsel, hereby submit this Answer to the Plaintiffs' Second Amended Complaint dated June 5, 2007 as follows:

1

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\ANSWER & AFF DEFENSES TO SECOND AMD COMPLAINT DATED 6-5-07 (PRENTISS ACTION).DOC

## SUMMARY OF THE ACTION

As to that portion of the Summary of the Action section that alleges that the plaintiffs are "former or employees of Defendants" and are also participants in certain identified plans, the Bulakites Defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiffs to their proof. The Bulakites Defendants deny the rest and remaining allegations contained in this portion of the plaintiffs' complaint.

## JURISDICTION

1. Paragraph one is denied.

## VENUE

2. Paragraph two is denied.

## THE PARTIES

### Plaintiffs

3. As to paragraph three, the Bulakites Defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

4. As to paragraph four, the Bulakites Defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

5. As to paragraph five, the Bulakites Defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

6. As to paragraph six, the Bulakites Defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

2

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\ANSWER & AFF DEFENSES TO SECOND AMD COMPLAINT DATED 6-5-07 (PRENTISS ACTION).DOC

7.  As to paragraph seven, the Bulakites Defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

8.  As to paragraph eight, the Bulakites Defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

### Defendants

9.  As to paragraph nine, the Bulakites Defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

10. As to paragraph ten, the Bulakites Defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

11. As to paragraph eleven, the Bulakites Defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

12. As to paragraph twelve, the Bulakites Defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

13. As to paragraph thirteen, the Bulakites Defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

14. As to paragraph fourteen, the Bulakites Defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

15. Paragraph fifteen is denied.

16. Paragraph sixteen is denied.

17. Paragraph seventeen is denied.

3

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\ANSWER & AFF DEFENSES TO SECOND AMD COMPLAINT DATED 6-5-07 (PRENTISS ACTION).DOC

18. As to paragraph eighteen, the Bulakites Defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

19. As to paragraph nineteen, the Bulakites Defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

## FACTUAL ALLEGATIONS

**The following factual allegations are made upon information and belief:**

20. As to paragraph twenty, the Bulakites Defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

**How Provident Mutual Helped Bulakites and Winslow Steal.[1]**

21. As to paragraph twenty-one, the Bulakites Defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

22. As to that portion of paragraph twenty-two which alleges when discussions arose and when Winslow introduced Wasley to Bulakites, the Bulakites Defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiffs to their proof. The Bulakites Defendants deny the rest and remaining allegations of paragraph twenty-two, and in particular, all allegations of scheming and stealing.

---

[1] While this statement does not require a response, the Bulakites Defendants nevertheless wish to make clear that they deny all allegations of stealing.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\ANSWER & AFF DEFENSES TO SECOND AMD COMPLAINT DATED 6-5-07 (PRENTISS ACTION).DOC

23. The Bulakites Defendants deny all aspects of paragraph twenty-three which allege that they planned a theft, made false promises, schemed or stole pension money, as well as all other allegations which imply they were dishonest or untrustworthy, or were in collusion for an improper purpose. As to the rest and remaining portions of paragraph twenty-three, the Bulakites Defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiffs to their proof. Notwithstanding, should the letter referenced in paragraph twenty-three exist, the Bulakites Defendants submit that it speaks for itself.

24. The Bulakites Defendants deny so much of paragraph twenty-four which alleges that false promises were made through them. As to the rest and remaining portions of paragraph twenty-four, the Bulakites Defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiffs to their proof. Notwithstanding, should the letter referenced in paragraph twenty-four exist, the Bulakites Defendants submit that it speaks for itself.

25. As to paragraph twenty-five, the Bulakites Defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

26. As to paragraph twenty-six, the Bulakites Defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

5

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\ANSWER & AFF DEFENSES TO SECOND AMD COMPLAINT DATED 6-5-07 (PRENTISS ACTION).DOC

27.     As to paragraph twenty-seven, the Bulakites Defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

28.     As to paragraph twenty-eight, the Bulakites Defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.  Notwithstanding, should the letter referenced in paragraph twenty-eight exist, the Bulakites Defendants submit that it speaks for itself.

29.     As to paragraph twenty-nine, the Bulakites Defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.  Notwithstanding, should the letters referenced in paragraph twenty-nine exist, the Bulakites Defendants submit that they speak for themselves.

30.     The Bulakites Defendants deny so much of paragraph thirty which alleges that "Bulakites presented an unreasonable risk of harm to the company's clients" and that he was a party to any schemes involving theft, forgery or securities violations.  As to the rest and remaining allegations contained in paragraph thirty, the Bulakites Defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.  Notwithstanding, should the letters referenced in paragraph thirty exist, the Bulakites Defendants submit that they speak for themselves.

31. As to paragraph thirty-one, the Bulakites Defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\ANSWER & AFF DEFENSES TO SECOND AMD COMPLAINT DATED 6-5-07 (PRENTISS ACTION).DOC

32. As to paragraph thirty-two, the Bulakites Defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

33. The Bulakites Defendants deny all portions of paragraph thirty-three, and in particular, dispute those allegations that they began stealing money from plans entrusted to them.

34. The Bulakites Defendants deny all portions of paragraph thirty-four, and in particular, dispute those allegations that Bulakites was dishonest.

35. The Bulakites Defendants deny those portions of paragraph thirty-five, which allege that Bulakites forged a check or committed a crime. As to the rest and remaining allegations contained in paragraph thirty-five, the Bulakites Defendants have insufficient information to form an opinion or belief and, therefore, leave the plaintiffs to their proof. Notwithstanding, should the letter referenced in paragraph thirty-five exist, the Bulakites Defendants submit that it speaks for itself.

36. Paragraph thirty-six does not require a response. To the extent that the letter and form referenced in paragraph thirty-six exist, the Bulakites Defendants submit that they speak for themselves.

37. Paragraph thirty-seven does not require a response. To the extent that the letter referenced exists, the Bulakites Defendants submit that it speaks for itself.

38. As to paragraph thirty-eight, the Bulakites Defendants have insufficient knowledge to form an opinion or belief and therefore, leave the plaintiffs to their proof.

7

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\ANSWER & AFF DEFENSES TO SECOND AMD COMPLAINT DATED 6-5-07 (PRENTISS ACTION).DOC

Notwithstanding, to the extent the letters and notes referenced exist, the Bulakites Defendants submit that they speak for themselves.

39.  As to paragraph thirty-nine, the Bulakites Defendants have insufficient knowledge to form an opinion or belief and therefore, leave the plaintiffs to their proof.

40.  The Bulakites Defendants deny that portion of paragraph forty that alleges that Bulakites engaged in fraudulent activity and that he was "no longer backed by a financially responsible entity."  As to the rest and remaining portions, the Bulakites Defendants have insufficient knowledge to form an opinion or belief and therefore, leave the plaintiffs to their proof.

41.  The Bulakites Defendants deny that portion of paragraph forty-one that alleges that Bulakites engaged in fraudulent activity, that he was a party to any schemes involving theft, forgery or securities violations, and all allegations that contend he was dishonest.  As to the rest and remaining allegations contained in paragraph forty-one, the Bulakites Defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.  Notwithstanding, should the letter referenced in paragraph forty-one exist, the Bulakites Defendants submit that it speaks for itself.

42.  The Bulakites Defendants deny that portion of paragraph forty-two that alleges that Bulakites was dishonest.  As to the rest and remaining portions of paragraph forty-two, the Bulakites Defendants have insufficient knowledge upon which to form an opinion or belief and,

8

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\ANSWER & AFF DEFENSES TO SECOND AMD COMPLAINT DATED 6-5-07 (PRENTISS ACTION).DOC

therefore, leave the plaintiffs to their proof. Notwithstanding, should the letter referenced in paragraph forty-two exist, the Bulakites Defendants submit that it speaks for itself.

43. The Bulakites Defendants deny that portion of paragraph forty-three that alleges that implies Bulakites participated in any theft. As to the rest and remaining portions of paragraph forty-three, the Bulakites Defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

44. The Bulakites Defendants deny that portion of paragraph forty-four that alleges that Winslow participated in fraud. As to the rest and remaining portions of paragraph forty-four, the Bulakites Defendants have insufficient knowledge upon which to form an opinion or belief and, therefore, leave the plaintiffs to their proof.

45. The Bulakites Defendants deny all allegations contained in paragraph forty-five, and in particular, dispute those allegations which allege that they participated in any wrongdoing, engaged in misconduct or were inclined to engage in misconduct, and that they stole or embezzled assets.

**How Lincoln Helped Bulakites and Winslow Steal.** [2]

46. The Bulakites Defendants deny that portion of paragraph forty-six that alleges that Bulakites had a nefarious past. As to the rest and remaining portions of paragraph forty-six, the Bulakites Defendants have insufficient knowledge upon which to form an opinion or belief

---

[2] While this statement does not require a response, the Bulakites Defendants nevertheless wish to make clear that they deny all allegations of stealing.

9

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\ANSWER & AFF DEFENSES TO SECOND AMD COMPLAINT DATED 6-5-07 (PRENTISS ACTION).DOC

and, therefore, leave the plaintiffs to their proof. Notwithstanding, should the employment document referenced in paragraph forty-six exist, the Bulakites Defendants submit that it speaks for itself.

47. As to paragraph forty-seven, the Bulakites Defendants have insufficient knowledge to form an opinion or belief and therefore, leave the plaintiffs to their proof.

48. As to paragraph forty-eight, the Bulakites Defendants have insufficient knowledge to form an opinion or belief and therefore, leave the plaintiffs to their proof.

49. This paragraph does not require a response. To the extent the letter referenced exists, the Bulakites Defendants submit that it speaks for itself.

50. The Bulakites Defendants deny that portion of paragraph fifty which alleges that they "lied" and that they planned to move pension assets "to help them steal more of the plan participants' pension money." As to the rest and remaining portions of paragraph fifty, the Bulakites Defendants have insufficient information to form an opinion or belief and therefore, leave the plaintiffs to their proof.

51. The Bulakites Defendants deny that portion of paragraph fifty-one which alleges that they used any means to pilfer the plaintiffs' pensions. As to the rest and remaining portions of paragraph fifty-one, the Bulakites Defendants have insufficient information to form an opinion or belief and therefore, leave the plaintiffs to their proof.

52. As to paragraph fifty-two, the Bulakites Defendants have insufficient knowledge to form an opinion or belief and therefore, leave the plaintiffs to their proof.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\ANSWER & AFF DEFENSES TO SECOND AMD COMPLAINT DATED 6-5-07 (PRENTISS ACTION).DOC

53. The Bulakites Defendants deny all aspects of paragraph fifty-three, and in particular, dispute those allegations which allege that they stole money from the plans.

54. The Bulakites Defendants deny those portions of paragraph fifty-four which imply that they stole money. As to the rest and remaining allegations contained in paragraph fifty-four, the Bulakites Defendants have insufficient knowledge to form an opinion or belief and therefore, leave the plaintiffs to their proof.

55. The Bulakites Defendants deny those portions of paragraph fifty-five which allege that Bulakites was dishonest. As to the rest and remaining allegations contained in paragraph fifty-five, the Bulakites Defendants have insufficient knowledge to form an opinion or belief and therefore, leave the plaintiffs to their proof.

56. The Bulakites Defendants deny those portions of paragraph fifty-six which allege that Bulakites "ripped off the Wasley Products 401(k) Plan" or that Bulakites had foreknowledge of future litigation. As to the rest and remaining allegations contained in paragraph fifty-six, the Bulakites Defendants have insufficient knowledge to form an opinion or belief and therefore, leave the plaintiffs to their proof. Notwithstanding, to the extent that a May 20, 1996 writing exists, the Bulakites Defendants submit that it speaks for itself.

57. As to paragraph fifty-seven, the Bulakites Defendants have insufficient knowledge to form an opinion or belief and therefore, leave the plaintiffs to their proof.

58. The Bulakites Defendants deny all allegations contained in paragraph fifty-eight, and in particular, dispute those allegations which allege that they participated in any

11
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\ANSWER & AFF DEFENSES TO SECOND AMD COMPLAINT DATED 6-5-07 (PRENTISS ACTION).DOC

wrongdoing, engaged in misconduct or were inclined to engage in misconduct, and that they stole or embezzled assets.

59.     The Bulakites Defendants deny all allegations contained in paragraph fifty-nine, and in particular, dispute those allegations which allege that they "repeatedly defrauded [the plans] by stealing their assets and lying about their activities to keep them concealed," engaged in any type of fraudulent activity, made false statements, and are responsible for any money that is allegedly missing from the plans.

**The Defendants are Responsible for the Money the Plans Lost.**

60.     The Bulakites Defendants deny that portion of paragraph sixty which alleges that they engaged in fraudulent activity. As to the rest and remaining allegations contained in paragraph sixty, the Bulakites Defendants have insufficient knowledge to form an opinion or belief and therefore, leave the plaintiffs to their proof.

61.     The Bulakites Defendants deny that portion of paragraph sixty-one which alleges that they engaged in fraudulent activity. As to the rest and remaining allegations contained in paragraph sixty-one, the Bulakites Defendants have insufficient knowledge to form an opinion or belief and therefore, leave the plaintiffs to their proof.

62.     The Bulakites Defendants deny all allegations contained in paragraph sixty-two, and in particular, dispute those allegations which allege that they participated in a conspiracy, made misrepresentations or false statements, or that they diverted benefits or stole plan assets.

12
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\ANSWER & AFF DEFENSES TO SECOND AMD COMPLAINT DATED 6-5-07 (PRENTISS ACTION).DOC

63.     As to paragraph sixty-three, the Bulakites Defendants have insufficient knowledge to form an opinion or belief and therefore, leave the plaintiffs to their proof.

64.     The Bulakites Defendants deny that portion of paragraph sixty-four which alleges that they engaged in misconduct.  As to the rest and remaining allegations contained in paragraph sixty-four, the Bulakites Defendants have insufficient knowledge to form an opinion or belief and therefore, leave the plaintiffs to their proof.

**The Plaintiffs First Learned of the Fraud in 2003.**

65.     The Bulakites Defendants deny all allegations contained in paragraph sixty-five, and in particular, dispute those allegations which allege that they breached a duty to the plaintiffs.

66.     As to paragraph sixty-six, the Bulakites Defendants have insufficient knowledge to form an opinion or belief and therefore, leave the plaintiffs to their proof.

67.     To the extent the letters referenced exist, the Bulakites Defendants submit that the letters speak for themselves.  As to the rest and remaining allegations contained in paragraph sixty-seven, the Bulakites Defendants have insufficient knowledge to form an opinion or belief and therefore, leave the plaintiffs to their proof.

68.     As to paragraph sixty-eight, the Bulakites Defendants have insufficient knowledge to form an opinion or belief and therefore, leave the plaintiffs to their proof. Notwithstanding, to the extent that the letter referenced exists, the Bulakites Defendants submit that the letter speaks for itself.

13

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\ANSWER & AFF DEFENSES TO SECOND AMD COMPLAINT DATED 6-5-07 (PRENTISS ACTION).DOC

**Rule 23.1 Statement Denying Collusion and Explaining Lack of Demand.**

69.   As to paragraph sixty-nine, the Bulakites Defendants have insufficient knowledge to form an opinion or belief and therefore, leave the plaintiffs to their proof.

**COUNT I:  Mismanagement of Plan Assets.**

70.   The Bulakites Defendants deny all allegations contained in paragraph seventy, and in particular, dispute that they were fiduciaries of the plans.

71.   The Bulakites Defendants deny all allegations contained in paragraph seventy-one, and in particular, dispute that they were fiduciaries of the plans.

72.   Paragraph seventy-two is denied.

73.   Paragraph seventy-three is denied.

74.   Paragraph seventy-four is denied.

75.   Paragraph seventy-five is denied.

76.   Paragraph seventy-six is denied.

77.   The Bulakites Defendants deny all allegations contained in paragraph seventy-seven, and in particular, dispute that breached any fiduciary duties.

**COUNT II:  Defined Benefit Pension Plan.**

78.   The Bulakites Defendants deny all allegations contained in paragraph seventy-eight, and in particular, dispute that they were fiduciaries of the plans.

79.   As to paragraph seventy-nine, the Bulakites Defendants have insufficient knowledge to form an opinion or belief and therefore, leave the plaintiffs to their proof.

14

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\ANSWER & AFF DEFENSES TO SECOND AMD COMPLAINT DATED 6-5-07 (PRENTISS ACTION).DOC

80.     The Bulakites Defendants deny those allegations contained in paragraph eighty, and in particular, that they breach any fiduciary duties.

81.     The Bulakites Defendants deny all allegations contained in paragraph eighty-one, and in particular, dispute that breached any fiduciary duties.

82.     The Bulakites Defendants deny those portions of paragraph eighty-two which allege that they engaged in misconduct.  As to the rest and remaining allegations contained in paragraph eight-two, the Bulakites Defendants have insufficient knowledge to form an opinion or belief and therefore, leave the plaintiffs to their proof.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

To the extent that Plaintiffs have suffered loss or damage, all such loss or damage, if any, was caused by the acts and/or omissions of other persons or entities and not by the acts and/or omissions of the Bulakites Defendants.

### Second Affirmative Defense

Plaintiffs' claims are barred, in whole or in part, by the applicable statute of limitations.

### Third Affirmative Defense

Plaintiffs' claims are barred, in whole or in part, by the doctrine of laches.

### Fourth Affirmative Defense

The Bulakites Defendants acted in good faith and Plaintiffs are not entitled to recover attorneys' fees and costs from the Bulakites Defendants.

15

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\ANSWER & AFF DEFENSES TO SECOND AMD COMPLAINT DATED 6-5-07 (PRENTISS ACTION).DOC

**Fifth Affirmative Defense**

Plaintiffs' claims are barred, in whole or in part, by the doctrine of unclean hands.

>Respectfully submitted,
>
>THE "BULAKITES DEFENDANTS"
>Barry L. Bulakites, James A. Winslow, and Joshua Adams Corporation
>
>
>BY: _____
>     STEVEN J. ERRANTE, ESQ.
>     ERIC P. SMITH, ESQ.
>     MARISA A. BELLAIR, ESQ.
>     Fed. Bar No. ct04292
>     Lynch, Traub, Keefe, & Errante
>     52 Trumbull Street
>     New Haven, CT 06510
>     Telephone: 203-787-0275
>     Facsimile: 203-782-0278

16

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\ANSWER & AFF DEFENSES TO SECOND AMD COMPLAINT DATED 6-5-07 (PRENTISS ACTION).DOC

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was e-filed and e-mailed on July 17, 2007 to all counsel and *pro se* parties of record as follows:

Joseph V. Meaney, Jr., Esq.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114

Ian O. Smith, Esq.
Thomas G. Moukawsher, Esq.
Moukawsher & Walsh
Capitol Place
21 Oak Street, Ste. 209
Hartford, CT 06106

Deborah S. Freeman, Esq.
Sara R. Simeonidies, Esq.
Bingham & McCutchen
One State Street
Hartford, CT 06103

James J. Reardon, Esq.
Thomas G. Rohback
LeBeouf, Lamb, Greene & MacRae
225 Asylum Street
Hartford, CT 06103

Jean Elizabeth Tomasco, Esq.
Theodore J. Tucci, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103
Telephone: 860-275-8323
Facsimile: 860-275-8299

                                                                                                   Steven J. Errante, Esq.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11437 B. BULAKITES\013 COMMERCIAL LITIGATION - SJE\PLEADINGS\2007\ANSWER & AFF DEFENSES TO SECOND AMD COMPLAINT DATED 6-5-07 (PRENTISS ACTION).DOC