# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WASLEY PRODUCTS, INC., PRECISION MOLDING CO., INC, individually and on behalf of WASLEY PRODUCTS, INC. UAW LOCAL 376 RETIREMENT PLAN, PRECISION MOLDING CO., INC., 401(k) PROFIT SHARING PLAN, and WASLEY PRODUCTS, INC. 401(k) PROFIT SHARING PLAN, | : : : : : : : : : : | CIVIL ACTION NO. 3:03 CV 00383 (MRK)(LEAD) |
| Plaintiffs, | : : | |
| v. | : : | |
| BARRY L. BULAKITES, JAMES A. WINSLOW, JOSHUA ADAMS CORP. NATIONWIDE LIFE INSURANCE CO. OF AMERICA, LINCOLN NATIONAL LIFE INSURANCE CO., | : : : : : : | |
| Defendants. | : : | OCTOBER 9, 2007 |
| GREGORY T. PRENTISS, JOHN RIZZI, RICHARD SEICH, and DOROTHY BROWN each individually and on behalf of the Wasley Products, Inc. 401(k) Profit Sharing Plan, and the Wasley Products, Inc. Retirement Plan; DIANE CHUDZIK, individually and on behalf of the Precision Molding Company, Inc. 401(k) Profit Sharing Plan, and HOWARD Y. ACHILLE, individually and on behalf of the Wasley Products, Inc. UAW Local 376 Retirement Plan, | : : : : : : : : : : : : : : : | CIVIL ACTION NO. 3:03 CV 00383 (MRK)(LEAD) (3:03 CV1790 (MRK)) |
| Plaintiffs, | : : | |

|  |  |  |
|---|---|---|
| v. | : | |
| | : | |
| WASLEY PRODUCTS, INC., | : | |
| ALAN A. WASLEY, ANDREW | : | |
| BRADY, SANDI DUMAS-LAFERRIERE, | : | |
| BARRY CONNELL, BARRY L. | : | |
| BULAKITES, JAMES A. WINSLOW, | : | |
| JOSHUA ADAMS CORPORATION, | : | |
| PRECISION MOLDING CO.,INC., | : | |
| NATIONWIDE LIFE INSURANCE | : | |
| CO. OF AMERICA and LINCOLN | : | |
| NATIONAL LIFE INSURANCE CO., | : | |
| | : | |
| Defendants. | : | OCTOBER 9, 2007 |
| | : | |
| JOHN M. WIBLYI, individually and on | : | CIVIL ACTION NO. |
| behalf of the Wasley Products, Inc., | : | 3:03 CV 00383 (MRK)(LEAD) |
| Retirement Plan, | : | (No. 3:06cv1435 (MRK)) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| WASLEY PRODUCTS, INC., | : | |
| ALAN A. WASLEY, SANDI | : | |
| DUMAS-LAFERRIERE, BARRY L. | : | |
| BULAKITES, JAMES A. WINSLOW, | : | |
| NATIONWIDE LIFE INSURANCE | : | |
| CO. OF AMERICA and LINCOLN | : | |
| NATIONAL LIFE INSURANCE CO. | : | |
| | : | |
| Defendants. | : | OCTOBER 9, 2007 |

## Motion For Permission to File Exhibits Under Seal

The Plan Participants ask the Court to allow them to file under seal Exhibit 1 of the Settlement Agreement (attached as Exhibit A to the Joint Motion for Preliminary Approval) and Exhibit D to Plan Participants' Memorandum in Support

of Joint Motion for Preliminary Approval, which has been mailed to the Court on this date. The Plan Participants ask the Court to seal these exhibits because they contain personal financial information and addresses for each plan participant.

For this reason, the Plan Participants ask the Court to file Exhibit 1 to the Settlement Agreement and Exhibit D to the Plan Participants' Memorandum under seal.

    Respectfully submitted,
THE PLAN PARTICIPANTS
Gregory T. Prentiss, John Rizzi, Richard Seich, Dorothy Brown, Diane Chudzik, Howard Y. Achille, and John M. Wiblyi

By: /s/ Thomas G. Moukawsher
Thomas G. Moukawsher (ct08940)
Ian O. Smith (ct24135)
Moukawsher & Walsh, LLC
Capitol Place, 21 Oak Street, Ste. 209
Hartford, CT 06106
(860) 278-7000
(860) 548-1740 (fax)

Counsel for Plan Participants

## CERTIFICATE OF SERVICE

I certify that on October 9, 2007 a copy of this motion was filed electronically.

Notice will be sent by e-mail to all parties by the Court's electronic filing system.

Parties may access this through the Court's system.

Theodore J. Tucci
Jean Elizabeth Tomasco,
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103

Joseph V. Meaney, Jr.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Ave.
Hartford, CT. 06114

Marissa A. Bellair
Steven Errante
Eric P. Smith
Nancy Fitzpatrick Myers
Lynch, Traub, Keefe, and Errante, LLP

52 Trumbull Street
P.O. Box 1612
New Haven, CT. 06506

Sara Simeonidis
Deborah S. Freeman,
Bringham McCutchen
1 State Street
Hartford, CT 06103

Thomas G. Rohback
James J. Reardon, Jr.
Dewey & LeBoeuf LLP
125 West 55th Street
New York, NY 10019


　　　　　　　　　　　　　　　　　　　　/s/ Thomas G. Moukawsher
　　　　　　　　　　　　　　　　　　　Thomas G. Moukawsher
　　　　　　　　　　　　　　　　　　　Moukawsher & Walsh, LLC
　　　　　　　　　　　　　　　　　　　21 Oak Street, Suite 209
　　　　　　　　　　　　　　　　　　　Hartford, CT 06106
　　　　　　　　　　　　　　　　　　　(860) 278-7000
　　　　　　　　　　　　　　　　　　　(860) 548-1740 (fax)