UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WASLEY PRODUCTS, INC., PRECISION MOLDING CO., INC, individually and on behalf of WASLEY PRODUCTS, INC. UAW LOCAL 376 RETIREMENT PLAN, PRECISION MOLDING CO., INC., 401(k) PROFIT SHARING PLAN, and WASLEY PRODUCTS, INC. 401(k) PROFIT SHARING PLAN, | : | CIVIL ACTION NO. 3:03 CV 00383 (MRK)(LEAD) |
| Plaintiffs, | : | |
| v. | : | |
| BARRY L. BULAKITES, JAMES A. WINSLOW, JOSHUA ADAMS CORP. NATIONWIDE LIFE INSURANCE CO. OF AMERICA, LINCOLN NATIONAL LIFE INSURANCE CO., | : | |
| Defendants. | : | OCTOBER 9, 2007 |
| GREGORY T. PRENTISS, JOHN RIZZI, RICHARD SEICH, and DOROTHY BROWN each individually and on behalf of the Wasley Products, Inc. 401(k) Profit Sharing Plan, and the Wasley Products, Inc. Retirement Plan; DIANE CHUDZIK, individually and on behalf of the Precision Molding Company, Inc. 401(k) Profit Sharing Plan, and HOWARD Y. ACHILLE, individually and on behalf of the Wasley Products, Inc. UAW Local 376 Retirement Plan, | : | CIVIL ACTION NO. 3:03 CV 00383 (MRK)(LEAD) (3:03 CV1790 (MRK)) |
| Plaintiffs, | : | |
| v. | : | |

| | |
|---|---|
| WASLEY PRODUCTS, INC., ALAN A. WASLEY, ANDREW BRADY, SANDI DUMAS-LAFERRIERE, BARRY CONNELL, BARRY L. BULAKITES, JAMES A. WINSLOW, JOSHUA ADAMS CORPORATION, PRECISION MOLDING CO., INC., NATIONWIDE LIFE INSURANCE CO. OF AMERICA and LINCOLN NATIONAL LIFE INSURANCE CO., | |
| Defendants. | OCTOBER 9, 2007 |
| JOHN M. WIBLYI, individually and on behalf of the Wasley Products, Inc., Retirement Plan, | CIVIL ACTION NO. 3:03 CV 00383 (MRK)(LEAD) (No. 3:06cv1435 (MRK)) |
| Plaintiffs, | |
| v. | |
| WASLEY PRODUCTS, INC., ALAN A. WASLEY, SANDI DUMAS-LAFERRIERE, BARRY L. BULAKITES, JAMES A. WINSLOW, NATIONWIDE LIFE INSURANCE CO. OF AMERICA and LINCOLN NATIONAL LIFE INSURANCE CO. | |
| Defendants. | OCTOBER 9, 2007 |

# Joint Motion for
# Preliminary Approval of Settlement

The Parties in the three Lawsuits[1] consolidated in the above-captioned action jointly move for preliminary approval of the proposed Settlement of the Lawsuits. In support of this motion, the Parties have attached as Exhibit A their Settlement Agreement and its exhibits. Exhibit 2 of the Settlement Agreement is a proposed Order of Preliminary Approval that the Parties request the Court to enter. Memoranda in support of this motion also are submitted.

As a result of extensive negotiations in connection with these factually and legally complex Lawsuits, the Parties believe that approval of the Settlement is in the best interests of the named Plaintiffs, the Plan Participants in the affected Plans, and the Defendants. Based upon the foregoing, the Parties respectfully request that the Court grant the proposed Order of Preliminary Approval.

---

[1] The case captions and docket numbers for the civil actions included in this proposed settlement are as follows: Wasley Products, Inc., et al. v. Barry Bulakites, et al., Civil No. 3:03 CV 383 (MRK/WIG)(LEAD); Prentiss et al. v. Wasley Products, Inc. et al., Civil No. 3:03 CV 1790 (MRK/WIG); and Wiblyi v. Wasley Products, Inc., et al., Civil No. 3:06 CV 01435 (MRK/WIG). These cases are hereinafter referred to collectively as the "Lawsuits."

Respectfully submitted,
THE PLAN PARTICIPANTS
Gregory T. Prentiss, John Rizzi, Richard Seich, Dorothy Brown, Diane Chudzik, Howard X. Achille, and John M. Wiblyi

By: _____
Thomas G. Moukawsher (ct08940)
Ian O. Smith (ct24135)
Moukawsher & Walsh, LLC
Capitol Place, 21 Oak Street, Ste. 209
Hartford, CT 06106
(860) 278-7000
(860) 548-1740 (fax)

Counsel for Plan Participants

Respectfully submitted,
THE PLAN PLAINTIFFS
Wasley Products, Inc., and
Precision Molding Company, Inc.

By: _____
Joseph V. Meaney, Jr. (ct04371)
Cranmore, FitzGerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114
(860) 522-9100
(860) 522-3379 (fax)

Counsel for Plan Plaintiffs

Respectfully submitted,
THE BULAKITES DEFENDANTS
Barry L. Bulakites, James A. Winslow, and
Joshua Adams
Corporation

BY: _____
Steven J. Errante (ct04292)
Eric P. Smith (ct16141)
Marisa A. Bellair (ct23802)
Lynch, Traub, Keefe, & Errante
52 Trumbull Street
New Haven, CT 06510
(203) 787-0275
(203) 782-0278 (fax)

Counsel for Defendants

Respectfully submitted,
THE TRUSTEE DEFENDANTS
Wasley Products, Inc., Alan A.
Wasley, Andrew Brady, Sandi Dumas-
Laferriere,
and Barry Connell

By: /s/ Theodore J. Tucci

Theodore J. Tucci (ct05249)
Jean E. Tomasco (ct09635)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
(860) 275-8200
(860) 275-8299 (fax)

Counsel for Defendants

Respectfully submitted,
DEFENDANT
Nationwide Life Insurance Company of America

By: /s/ Sara R. Simeonidis
Deborah S. Freeman (ct05257)
Sara R. Simeonidis (ct25566)
Bingham & McCutchen
One State Street
Hartford, CT 06103
(860) 240-2700
(860) 240-2800 (fax)

Counsel for Defendant

Respectfully submitted,
DEFENDANT
Lincoln National Life Insurance Company

By: _____
Thomas G. Rohback (ct01096)
James J. Reardon, Jr. (ct13802)
Dewey & LeBoeuf LLP
125 West 55th Street
New York, NY 10019
(212) 424-8000
(212) 424-8500 (fax)

Counsel for Defendant

## CERTIFICATE OF SERVICE

I certify that on October 9, 2007 a copy of this motion was filed electronically. Notice will be sent by e-mail to all parties by the Court's electronic filing system. Parties may access this through the Court's system.

Theodore J. Tucci
Jean Elizabeth Tomasco,
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103

Joseph V. Meaney, Jr.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Ave.
Hartford, CT. 06114

Marissa A. Bellair
Steven Errante
Eric P. Smith
Nancy Fitzpatrick Myers
Lynch, Traub, Keefe, and Errante, LLP

52 Trumbull Street
P.O. Box 1612
New Haven, CT. 06506

Sara Simeonidis
Deborah S. Freeman,
Bringham McCutchen
1 State Street
Hartford, CT 06103

Thomas G. Rohback
James J. Reardon, Jr.
Dewey & LeBoeuf LLP
125 West 55th Street
New York, NY 10019

_____
Thomas G. Moukawsher
Moukawsher & Walsh, LLC
21 Oak Street, Suite 209
Hartford, CT 06106
(860) 278-7000
(860) 548-1740 (fax)