# EXHIBIT A

## RECONCILIATION OF WASLEY PENSION FUNDS

| | | |
|---|---|---|
| Checks drawn by Wasley to PMLIC | | $1,787,595.84 |
| Above checks received by PMLIC | | 929,470.90 |
| Amount not received by PMLIC | | 858,124.94 |
| New Haven Savings Bank | 29,000.00 | |
| Peoples Bank | 689,920.14 | |
| Shawmut/Fleet | 112,222.38 | |
| Mailed to James Winslow: | | |
| Check 5789 clrd bnk 4/15/96 | 11925.00 | |
| Check 6247 clrd bnk 4/15/96 | 14,975.42 | |
| Check # 27100 not cashed | 82.00 | ($      82.00) |
| | 858,124.94 | 858,042.94 |
| Additional funds transferred from PMLIC | | |
| 2/07/95 | 32,154.50 | |
| 3/10/95 | 25,622.00 | |
| 4/03/95 | 19,212.00 | |
| 4/21/95 | 48,211.13 | |
| 7/27/95 | 100,000.00 | |
| To New Haven Saving Bank | | 225,199.63 |
| **Total source of funds** | | $1,083,242.57 |
| **USE OF FUNDS:** | | |
| Payments to retirees (**Exhibit F**) | 519,034.07 | |
| Death Benefits paid to Mamerow | 50,000.00 | |
| Less: amount received from Travelers Ins. (**Exhibit L**) | (50,402.00) | |
| Repayment to Wasley from Bank One | 8,200.00 | |
| Repayment to Wasley from Peoples | 37,776.03 | |
| Paid to Nadler (Actuary) | 3,500.00 | |
| Paid to Corbel | 1,701.37 | |
| Payments To CBIA (See Para. 17) | 52,795.76 | |
| Payment to John Rampi  from Ct Agy A/C | 3,845.73 | |
| | | $ 626,450.96 |
| **Unaccounted Funds** | | **$ 456,791.61** |
| **Additional unaccounted funds Exhibit J** | | **$ 258,540.83** |
| **Total unaccounted funds** | | **$ 715,332.44** |