# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WASLEY PRODUCTS, INC., PRECISION MOLDING CO., INC, individually and on behalf of WASLEY PRODUCTS, INC. UAW LOCAL 376 RETIREMENT PLAN, PRECISION MOLDING CO., INC., 401(k) PROFIT SHARING PLAN, and WASLEY PRODUCTS, INC. 401(k) PROFIT SHARING PLAN, | : : : : : : : : : : | CIVIL ACTION NO. 3:03 CV 00383 (MRK)(LEAD) |
| Plaintiffs, | : : | |
| v. | : : | |
| BARRY L. BULAKITES, JAMES A. WINSLOW, JOSHUA ADAMS CORP. NATIONWIDE LIFE INSURANCE CO. OF AMERICA, LINCOLN NATIONAL LIFE INSURANCE CO., | : : : : : : | |
| Defendants. | : : | October 31, 2007 |
| GREGORY T. PRENTISS, JOHN RIZZI, RICHARD SEICH, and DOROTHY BROWN, each individually and on behalf of the Wasley Products, Inc. 401(k) Profit Sharing Plan, and the Wasley Products, Inc. Retirement Plan; DIANE CHUDZIK, individually and on behalf of the Precision Molding Company, Inc. 401(k) Profit Sharing Plan, and HOWARD Y. ACHILLE, individually and on behalf of the Wasley Products, Inc. UAW Local 376 Retirement Plan, | : : : : : : : : : : : : : : | CIVIL ACTION NO. 3:03 CV 00383 (MRK)(LEAD) (3:03 CV1790 (MRK)) |
| Plaintiffs, | : | |

|  |  |  |
|---|---|---|
| v. | : | |
| | : | |
| WASLEY PRODUCTS, INC., | : | |
| ALAN A. WASLEY, ANDREW BRADY, | : | |
| SANDI DUMAS-LAFERRIERE, BARRY | : | |
| CONNELL, BARRY L. BULAKITES, | : | |
| JAMES A. WINSLOW, JOSHUA ADAMS | : | |
| CORPORATION, PRECISION MOLDING | : | |
| CO., INC., NATIONWIDE LIFE INSURANCE | : | |
| CO. OF AMERICA and LINCOLN NATIONAL | : | |
| LIFE INSURANCE CO., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN M. WIBLYI, individually and on | : | CIVIL ACTION NO. |
| behalf of the Wasley Products, Inc., | : | 3:03 CV 00383(MRK)(LEAD) |
| Retirement Plan, | : | (No. 3:06cv1435 (MRK)) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| WASLEY PRODUCTS, INC., ALAN A. | : | |
| WASLEY, SANDI DUMAS-LAFERRIERE, | : | |
| BARRY L. BULAKITES, JAMES A. | : | |
| WINSLOW, NATIONWIDW LIFE | : | |
| INSURANCE CO. OF AMERICA and | : | |
| LINCOLN NATIONAL IFE INSURANCE CO. | : | |
| | : | |
| Defendants. | : | October 31, 2007 |

**MOTION FOR JUDGMENT**

Pursuant to Rule 54 of the Federal Rules of Civil Procedure and local Rule 77.1 of the Rules for the United States District Court for the District of Connecticut, the

Plaintiffs, Wasley Products, Inc. and Precision Molding Co., Inc., acting on behalf of and as trustee of Wasley Products, Inc., UAW Local 376 Retirement Plan, Precision Molding Company 401(k) Profit Sharing Plan and the Wasley Products, Inc. 401(k) Profit Sharing Plan, hereby move for Entry of Judgment on stipulation against Barry L. Bulakites, James A. Winslow, Joshua Adams Corp. (Bulakites Defendants), in the amount of One Million Dollars ($1,000,000.00) plus lawful interest thereon from the date of judgment forward, as well as costs. The basis of this Motion is as follows:

The Plaintiffs and the Defendants entered into a Settlement Agreement on or about October 5, 2007. The Bulakites Defendants were required to fund their portion of the settlement by 5:00 p.m., October 23, 2007, by paying, in trust, for the benefit of the Plaintiffs, settlement proceeds of Five Hundred Thousand Dollars ($500,000.00). The trust was to be held in the name of the law firm of Lynch, Traub, Keef and Errante LLP for the benefit of the Plaintiffs in this action. The Bulakites Defendants failed to pay their portion of the settlement proceeds as called for in the Agreement and as such are subject to a one million dollar ($1,000,000.00) judgment, as set forth in Paragraph 2.05, Page 17 of said Settlement Agreement. In view of this stipulation, the Plaintiffs/Movants submit that judgment should enter forthwith.

Respectfully submitted,
THE PLAN PLAINTIFFS
Wasley Products, Inc., and Precision Molding Company, Inc., individually and on behalf of Wasley Products, Inc. UAW Local 376 Retirement Plan, Precision Molding Co., Inc., 401(k) Profit Sharing Plan, and Wasley Products, Inc. 401(k) Profit Sharing Plan


By: _____
Joseph V. Meaney, Jr.
Cranmore, FitzGerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114
(860) 522-9100 / (860) 522-3379 (fax)
Fed. Bar # CT04315
Counsel for Plan Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on October 31, 2007, a copy of this Motion was filed electronically. Notice will be sent by email to all parties by the Court's electronic filing system. Parties may access this through the Court's system.

| | |
|---|---|
| Theodore J. Tucci<br>Jean Elizabeth Tomasco<br>Robinson & Cole<br>280 Trumbull Street<br>Hartford, CT 06103 | Marissa A. Bellair<br>Steven Errante<br>Eric P. Smith<br>Nancy Fitzpatric Myers<br>Lynch, Traub, Keef and Errante LLP<br>52 Trumbull Street<br>Hartford, CT 06103 |
| Thomas G. Moukawsher<br>Moukawsher & Walsh, LLC<br>21 Oak Street, Suite 209<br>Hartford, CT 06106 | Sara Simeonidis<br>Deborah S. Freeman<br>Bryan D. Short<br>Bringham McCutchen<br>1 State Street<br>Hartford, CT 06103 |
| James J. Reardon, Jr.<br>Thomas G. Rohback<br>LeBoeuf, Lamb, Greene & MacRae<br>225 Asylum Street<br>Hartford, CT 06103 | |

_____
Joseph V. Meaney, Jr.

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WASLEY PRODUCTS, INC., PRECISION MOLDING CO., INC, individually and on behalf of WASLEY PRODUCTS, INC. UAW LOCAL 376 RETIREMENT PLAN, PRECISION MOLDING CO., INC., 401(k) PROFIT SHARING PLAN, and WASLEY PRODUCTS, INC. 401(k) PROFIT SHARING PLAN, | : : : : : : : : : | CIVIL ACTION NO. 3:03 CV 00383 (MRK)(LEAD) |
| Plaintiffs, | : : | |
| v. | : : | |
| BARRY L. BULAKITES, JAMES A. WINSLOW, JOSHUA ADAMS CORP. NATIONWIDE LIFE INSURANCE CO. OF AMERICA, LINCOLN NATIONAL LIFE INSURANCE CO., | : : : : : : | |
| Defendants. | : : | October 31, 2007 |
| GREGORY T. PRENTISS, JOHN RIZZI, RICHARD SEICH, and DOROTHY BROWN, each individually and on behalf of the Wasley Products, Inc. 401(k) Profit Sharing Plan, and the Wasley Products, Inc. Retirement Plan; DIANE CHUDZIK, individually and on behalf of the Precision Molding Company, Inc. 401(k) Profit Sharing Plan, and HOWARD Y. ACHILLE, individually and on behalf of the Wasley Products, Inc. UAW Local 376 Retirement Plan, | : : : : : : : : : : : : : : | CIVIL ACTION NO. 3:03 CV 00383 (MRK)(LEAD) (3:03 CV1790 (MRK)) |
| Plaintiffs, | : | |

|  |  |  |
|---|---|---|
| v. | : | |
| | : | |
| WASLEY PRODUCTS, INC., | : | |
| ALAN A. WASLEY, ANDREW BRADY, | : | |
| SANDI DUMAS-LAFERRIERE, BARRY | : | |
| CONNELL, BARRY L. BULAKITES, | : | |
| JAMES A. WINSLOW, JOSHUA ADAMS | : | |
| CORPORATION, PRECISION MOLDING | : | |
| CO., INC., NATIONWIDE LIFE INSURANCE | : | |
| CO. OF AMERICA and LINCOLN NATIONAL | : | |
| LIFE INSURANCE CO., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN M. WIBLYI, individually and on | : | CIVIL ACTION NO. |
| behalf of the Wasley Products, Inc., | : | 3:03 CV 00383(MRK)(LEAD) |
| Retirement Plan, | : | (No. 3:06cv1435 (MRK)) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| WASLEY PRODUCTS, INC., ALAN A. | : | |
| WASLEY, SANDI DUMAS-LAFERRIERE, | : | |
| BARRY L. BULAKITES, JAMES A. | : | |
| WINSLOW, NATIONWIDW LIFE | : | |
| INSURANCE CO. OF AMERICA and | : | |
| LINCOLN NATIONAL IFE INSURANCE CO. | : | |
| | : | |
| Defendants. | : | October 31, 2007 |

**JUDGMENT**

This action came on for hearing upon Motion before the Honorable William

Garfinkle, United States District Magistrate presiding, and the issues having been duly

heard and a decision having been duly rendered, IT IS HEREBY ORDERED AND ADJUDGED that the Plaintiffs, Wasley Products, Inc. and Precision Molding Co., Inc., on behalf of and as trustee for the Wasley Products, Inc., UAW Local 376 Retirement Plan, Precision Molding Company 401(k) Profit Sharing Plan and the Wasley Products, Inc. 401(k) Profit Sharing Plan shall recover from the Defendants, Barry L. Bulakites, James A. Winslow, Joshua Adams Corp., the sum of One Million Dollars ($1,000,000.00), with lawful interest thereon at the rate of 10% from this date forward as provided by law and the Plaintiffs' costs.

Dated in Bridgeport, Connecticut, this _____ day of November, 2007.

_____
Clerk of the Court

**CERTIFICATE OF SERVICE**

I certify that on October 31, 2007, a copy of this Motion was filed electronically. Notice will be sent by email to all parties by the Court's electronic filing system. Parties may access this through the Court's system.

| | |
|---|---|
| Theodore J. Tucci<br>Jean Elizabeth Tomasco<br>Robinson & Cole<br>280 Trumbull Street<br>Hartford, CT 06103 | Marissa A. Bellair<br>Steven Errante<br>Eric P. Smith<br>Nancy Fitzpatric Myers<br>Lynch, Traub, Keef and Errante LLP<br>52 Trumbull Street<br>Hartford, CT 06103 |
| Thomas G. Moukawsher<br>Moukawsher & Walsh, LLC<br>21 Oak Street, Suite 209<br>Hartford, CT 06106 | Sara Simeonidis<br>Deborah S. Freeman<br>Bryan D. Short<br>Bringham McCutchen<br>1 State Street<br>Hartford, CT 06103 |
| James J. Reardon, Jr.<br>Thomas G. Rohback<br>LeBoeuf, Lamb, Greene & MacRae<br>225 Asylum Street<br>Hartford, CT  06103 | |

_____
   Joseph V. Meaney, Jr.