UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WASLEY PRODUCTS, INC., PRECISION MOLDING CO., INC, individually and on behalf of WASLEY PRODUCTS, INC. UAW LOCAL 376 RETIREMENT PLAN, PRECISION MOLDING CO., INC., 401(k) PROFIT SHARING PLAN, and WASLEY PRODUCTS, INC. 401(k) PROFIT SHARING PLAN, | : | CIVIL ACTION NO. 3:03 CV 00383 (MRK)(LEAD) |
| Plaintiffs, | : | |
| v. | : | |
| BARRY L. BULAKITES, JAMES A. WINSLOW, JOSHUA ADAMS CORP. NATIONWIDE LIFE INSURANCE CO. OF AMERICA, LINCOLN NATIONAL LIFE INSURANCE CO., | : | |
| Defendants. | : | NOVEMBER 9, 2007 |
| GREGORY T. PRENTISS, JOHN RIZZI, RICHARD SEICH, and DOROTHY BROWN each individually and on behalf of the Wasley Products, Inc. 401(k) Profit Sharing Plan, and the Wasley Products, Inc. Retirement Plan; DIANE CHUDZIK, individually and on behalf of the Precision Molding Company, Inc. 401(k) Profit Sharing Plan, and HOWARD Y. ACHILLE, individually and on behalf of the Wasley Products, Inc. UAW Local 376 Retirement Plan, | : | CIVIL ACTION NO. 3:03 CV 00383 (MRK)(LEAD) (3:03 CV1790 (MRK)) |
| Plaintiffs, | : | |
| v. | : | |

| | |
|---|---|
| WASLEY PRODUCTS, INC., : | |
| ALAN A. WASLEY, ANDREW : | |
| BRADY, SANDI DUMAS-LAFERRIERE, : | |
| BARRY CONNELL, BARRY L. : | |
| BULAKITES, JAMES A. WINSLOW, : | |
| JOSHUA ADAMS CORPORATION, : | |
| PRECISION MOLDING CO.,INC., : | |
| NATIONWIDE LIFE INSURANCE : | |
| CO. OF AMERICA and LINCOLN : | |
| NATIONAL LIFE INSURANCE CO., : | |
| : | |
|       Defendants. : | NOVEMBER 9, 2007 |
| : | |
| JOHN M. WIBLYI, individually and on : | CIVIL ACTION NO. |
| behalf of the Wasley Products, Inc., : | 3:03 CV 00383 (MRK)(LEAD) |
| Retirement Plan, : | (No. 3:06cv1435 (MRK)) |
| : | |
|       Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| WASLEY PRODUCTS, INC., : | |
| ALAN A. WASLEY, SANDI : | |
| DUMAS-LAFERRIERE, BARRY L. : | |
| BULAKITES, JAMES A. WINSLOW, : | |
| NATIONWIDE LIFE INSURANCE : | |
| CO. OF AMERICA and LINCOLN : | |
| NATIONAL LIFE INSURANCE CO. : | |
| : | |
|       Defendants. : | NOVEMBER 9, 2007 |

# Notice, Consent, and Order of Reference
# Exercise of Jurisdiction by a United States Magistrate Judge

## Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

## Consent to the Exercise of Jurisdiction by a United States Magistrate Judge

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| THE PLAN PARTICIPANTS<br>Gregory T. Prentiss, John Rizzi, Richard Seich, Dorothy Brown, Diane Chudzik, Howard Y. Achille, and John M. Wiblyi | /s/ Thomas G. Moukawsher<br>Thomas G. Moukawsher (ct08940)<br>Moukawsher & Walsh, LLC<br>Capitol Place, 21 Oak Street Ste. 209<br>Hartford, CT 06106 | 11/9/07 |
| THE PLAN PLAINTIFFS<br>Wasley Products, Inc., and<br>Precision Molding Company, Inc. | /s/ Joseph V. Meaney Jr.<br>Joseph V. Meaney, Jr. (ct0431)<br>Cranmore, FitzGerald & Meaney<br>49 Wethersfield Avenue<br>Hartford, CT 06114 | 11/9/07 |
| THE BULAKITES DEFENDANTS<br>Barry L. Bulakites, James A. Winslow, and Joshua Adams Corporation | /s/ Eric P. Smith<br>Steven J. Errante (ct04292)<br>Eric P. Smith (ct16141)<br>Lynch, Traub, Keefe, & Errante<br>52 Trumbull Street<br>New Haven, CT 06510 | 11/9/07 |
| THE TRUSTEE DEFENDANTS<br>Wasley Products, Inc., Alan A. Wasley, Andrew Brady, Sandi Dumas-Laferriere,<br>and Barry Connell | /s/ Theodore J. Tucci<br>Theodore J. Tucci (ct05249)<br>Jean E. Tomasco (ct09635)<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597 | 11/9/07 |
| Nationwide Life Insurance Company of America | /s/ Sara R. Simeonidis<br>Deborah S. Freeman (ct05257)<br>Sara R. Simeonidis (ct25566)<br>Bingham & McCutchen<br>One State Street<br>Hartford, CT 06103 | 11/9/07 |
| Lincoln National Life Insurance Company | /s/ James J. Reardon, Jr.<br>Thomas G. Rohback (ct01096)<br>James J. Reardon, Jr. (ct13802)<br>Dewey & LeBoeuf LLP<br>125 West 55th Street<br>New York, NY 10019 | 11/9/07 |

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WASLEY PRODUCTS, INC., et al. | : | CIVIL ACTION NO. |
| | : | 3:03 CV 00383 (MRK)(LEAD) |
| Plaintiffs, | : | |
| | : | **THIS PERTAINS TO ALL** |
| v. | : | **CASES** |
| | : | |
| BARRY L. BULAKITES, et al. | : | |
| | : | |
| Defendants. | : | NOVEMBER _____, 2007 |

# Order of Reference

IT IS ORDERED that this case be referred to United States Magistrate Judge William I. Garfinkel, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

_____    _____
Date                                                          United States District Judge

# Certificate of Service

I certify that on November 9, 2007 a copy of this Notice was filed electronically. Notice will be sent by e-mail to all parties by the Court's electronic filing system. Parties may access this through the Court's system.

Theodore J. Tucci
Jean Elizabeth Tomasco,
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103

Joseph V. Meaney, Jr.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Ave.
Hartford, CT. 06114

Marissa A. Bellair
Steven Errante
Eric P. Smith
Nancy Fitzpatrick Myers
Lynch, Traub, Keefe, and Errante, LLP

52 Trumbull Street
P.O. Box 1612
New Haven, CT. 06506

Sara Simeonidis
Deborah S. Freeman,
Bringham McCutchen
1 State Street
Hartford, CT 06103

Thomas G. Rohback
James J. Reardon, Jr.
Dewey & LeBoeuf LLP
125 West 55th Street
New York, NY 10019

 

/s/ Thomas G. Moukawsher
Thomas G. Moukawsher
Moukawsher & Walsh, LLC
21 Oak Street, Suite 209
Hartford, CT 06106
(860) 278-7000
(860) 548-1740 (fax)