FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INC., : | CIVIL ACTION NO. |
| PRECISION MOLDING CO., INC, : | 3:03 CV 00383 (MRK)(LEAD) |
| individually and on behalf of WASLEY : | |
| PRODUCTS, INC. UAW LOCAL 376 : | |
| RETIREMENT PLAN, PRECISION : | |
| MOLDING CO., INC., 401(k) PROFIT : | |
| SHARING PLAN, and WASLEY : | |
| PRODUCTS, INC. 401(k) PROFIT : | |
| SHARING PLAN, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| BARRY L. BULAKITES, JAMES A. : | |
| WINSLOW, JOSHUA ADAMS CORP. : | |
| NATIONWIDE LIFE INSURANCE CO. : | |
| OF AMERICA, LINCOLN NATIONAL : | |
| LIFE INSURANCE CO., : | |
| : | |
| Defendants. : | NOVEMBER 9, 2007 |
| : | |
| GREGORY T. PRENTISS, : | CIVIL ACTION NO. |
| JOHN RIZZI, RICHARD SEICH, : | 3:03 CV 00383 (MRK)(LEAD) |
| and DOROTHY BROWN each : | (3:03 CV1790 (MRK)) |
| individually and on behalf of the Wasley : | |
| Products, Inc. 401(k) Profit Sharing Plan, : | |
| and the Wasley Products, Inc. Retirement : | |
| Plan; DIANE CHUDZIK, individually : | |
| and on behalf of the Precision Molding : | |
| Company, Inc. 401(k) Profit Sharing Plan, : | |
| and HOWARD Y. ACHILLE, individually : | |
| and on behalf of the Wasley Products, Inc. : | |
| UAW Local 376 Retirement Plan, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | |

| | | |
|---|---|---|
| WASLEY PRODUCTS, INC., ALAN A. WASLEY, ANDREW BRADY, SANDI DUMAS-LAFERRIERE, BARRY CONNELL, BARRY L. BULAKITES, JAMES A. WINSLOW, JOSHUA ADAMS CORPORATION, PRECISION MOLDING CO.,INC., NATIONWIDE LIFE INSURANCE CO. OF AMERICA and LINCOLN NATIONAL LIFE INSURANCE CO., | : : : : : : : : : : : | |
| Defendants. | : : | NOVEMBER 9, 2007 |
| JOHN M. WIBLYI, individually and on behalf of the Wasley Products, Inc., Retirement Plan, | : : : : | CIVIL ACTION NO. 3:03 CV 00383 (MRK)(LEAD) (No. 3:06cv1435 (MRK)) |
| Plaintiffs, | : : | |
| v. | : : | |
| WASLEY PRODUCTS, INC., ALAN A. WASLEY, SANDI DUMAS-LAFERRIERE, BARRY L. BULAKITES, JAMES A. WINSLOW, NATIONWIDE LIFE INSURANCE CO. OF AMERICA and LINCOLN NATIONAL LIFE INSURANCE CO. | : : : : : : : : | |
| Defendants. | : | NOVEMBER 9, 2007 |

**Notice, Consent, and Order of Reference
Exercise of Jurisdiction by a United States
Magistrate Judge**

# Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

# Consent to the Exercise of Jurisdiction by a United States Magistrate Judge

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| THE PLAN PARTICIPANTS<br>Gregory T. Prentiss, John Rizzi, Richard Seich, Dorothy Brown, Diane Chudzik, Howard Y. Achille, and John M. Wiblyi | /s/ Thomas G. Moukawsher<br>Thomas G. Moukawsher (ct08940)<br>Moukawsher & Walsh, LLC<br>Capitol Place, 21 Oak Street Ste. 209<br>Hartford, CT 06106 | 11/9/07 |
| THE PLAN PLAINTIFFS<br>Wasley Products, Inc., and<br>Precision Molding Company, Inc. | /s/ Joseph V. Meaney Jr.<br>Joseph V. Meaney, Jr. (ct0431)<br>Cranmore, FitzGerald & Meaney<br>49 Wethersfield Avenue<br>Hartford, CT 06114 | 11/9/07 |
| THE BULAKITES DEFENDANTS<br>Barry L. Bulakites, James A. Winslow, and Joshua Adams Corporation | /s/ Eric P. Smith<br>Steven J. Errante (ct04292)<br>Eric P. Smith (ct16141)<br>Lynch, Traub, Keefe, & Errante<br>52 Trumbull Street<br>New Haven, CT 06510 | 11/9/07 |
| THE TRUSTEE DEFENDANTS<br>Wasley Products, Inc., Alan A. Wasley, Andrew Brady, Sandi Dumas-Laferriere,<br>and Barry Connell | /s/ Theodore J. Tucci<br>Theodore J. Tucci (ct05249)<br>Jean E. Tomasco (ct09635)<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597 | 11/9/07 |
| Nationwide Life Insurance Company of America | /s/ Sara R. Simeonidis<br>Deborah S. Freeman (ct05257)<br>Sara R. Simeonidis (ct25566)<br>Bingham & McCutchen<br>One State Street<br>Hartford, CT 06103 | 11/9/07 |
| Lincoln National Life Insurance Company | /s/ James J. Reardon, Jr.<br>Thomas G. Rohback (ct01096)<br>James J. Reardon, Jr. (ct13802)<br>Dewey & LeBoeuf LLP<br>125 West 55th Street<br>New York, NY 10019 | 11/9/07 |