UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WASLEY PRODUCTS, INC., et al. | : | CIVIL ACTION NO. |
| | : | 3:03 CV 00383 (MRK)(LEAD) |
| Plaintiffs, | : | |
| | : | **THIS PERTAINS TO ALL** |
| v. | : | **CASES** |
| | : | |
| BARRY L. BULAKITES, et al. | : | |
| | : | |
| Defendants. | : | NOVEMBER 15, 2007 |

# Order of Reference

IT IS ORDERED that this case be referred to United States Magistrate Judge William I. Garfinkel, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed R Civ P 73.

11-15-07
Date

United States District Judge