UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INC., PRECISION MOLDING CO., INC, individually and on behalf of WASLEY PRODUCTS, INC. UAW LOCAL 376 RETIREMENT PLAN, PRECISION MOLDING CO., INC., 401(k) PROFIT SHARING PLAN, and WASLEY PRODUCTS, INC. 401(k) PROFIT SHARING PLAN, | CIVIL ACTION NO. 3:03 CV 00383 (WIG)(LEAD) |
| Plaintiffs, | |
| v. | |
| BARRY L. BULAKITES, JAMES A. WINSLOW, JOSHUA ADAMS CORP. NATIONWIDE LIFE INSURANCE CO. OF AMERICA, LINCOLN NATIONAL LIFE INSURANCE CO., | |
| Defendants. | DECEMBER 5, 2007 |
| GREGORY T. PRENTISS, JOHN RIZZI, RICHARD SEICH, and DOROTHY BROWN each individually and on behalf of the Wasley Products, Inc. 401(k) Profit Sharing Plan, and the Wasley Products, Inc. Retirement Plan; DIANE CHUDZIK, individually and on behalf of the Precision Molding Company, Inc. 401(k) Profit Sharing Plan, and HOWARD Y. ACHILLE, individually and on behalf of the Wasley Products, Inc. UAW Local 376 Retirement Plan, | CIVIL ACTION NO. 3:03 CV 00383 (WIG)(LEAD) (3:03 CV1790 (WIG)) |
| Plaintiffs, | |
| v. | |

| | |
|---|---|
| WASLEY PRODUCTS, INC., ALAN A. WASLEY, ANDREW BRADY, SANDI DUMAS-LAFERRIERE, BARRY CONNELL, BARRY L. BULAKITES, JAMES A. WINSLOW, JOSHUA ADAMS CORPORATION, PRECISION MOLDING CO., INC., NATIONWIDE LIFE INSURANCE CO. OF AMERICA and LINCOLN NATIONAL LIFE INSURANCE CO., | |
| Defendants. | DECEMBER 5, 2007 |
| JOHN M. WIBLYI, individually and on behalf of the Wasley Products, Inc., Retirement Plan, | CIVIL ACTION NO. 3:03 CV 00383 (WIG)(LEAD) (No. 3:06cv1435 (WIG)) |
| Plaintiffs, | |
| v. | |
| WASLEY PRODUCTS, INC., ALAN A. WASLEY, SANDI DUMAS-LAFERRIERE, BARRY L. BULAKITES, JAMES A. WINSLOW, NATIONWIDE LIFE INSURANCE CO. OF AMERICA and LINCOLN NATIONAL LIFE INSURANCE CO. | |
| Defendants. | DECEMBER 5, 2007 |

## Affidavit of Melissa R. Martineau Re: Compliance with Preliminary Order

STATE OF CONNECTICUT     }
COUNTY OF NEW LONDON    } SS: GROTON     December 5, 2007

    Melissa R. Martineau, being duly sworn, deposes and says:

1. I am over the age of 18 and understand the obligations of an oath.

2. I am a paralegal employed by Moukawsher & Walsh, LLC.

3. I was responsible for carrying out the notice requirements in the Court's October 17, 2007 Preliminary Order by mailing and keeping track of the Notices to the Wasley Products Inc. 401(k) Plan Participants, Precision Molding Co. Inc. 401(k) Plan Participants, and WP-UAW Local 376 Retirement Plan Participants and attempting to locate those individuals whose notice was returned undeliverable.

4. On October 23, 2007, I mailed copies of the October 24, 2007 Notices for the three plans to the Clerk's Offices in Hartford, New Haven and Bridgeport.

5. On October 24, 2007, I mailed a Notice[1] to every Plan Participant address provided by the defendants, Wasley Products, Inc. and Precision Molding Co., Inc.[2]

6. On November 15, 18 and 20th, 2007 Moukawsher & Walsh, LLC placed an ad in the Hartford Courant.[3] The ad was printed on a Thursday, Sunday and a Tuesday.

6. As of December 5, 2007, notices sent to the last known addresses provided by the defendants were returned for 9 of the 152 Plan Participants, who are now considered missing because we cannot find forwarding addresses for them:

**Missing Precision Molding Co. Inc. 401(k) Plan Participants**

---

[1] Exhibit 1 (Example of front and back of Notice Envelope).
[2] Exhibit D to Plan Participants' Memorandum in Support of Joint Motion for Preliminary Approval of ERISA §502(A)(2) Settlement (filed under seal).
[3] Exhibit 2 (Hartford Courant Ads).

    a.    **Scott Bettencourt.** Mr. Bettencourt's last known address is 6 Skinner Street, #3, East Hampton, Connecticut. His notice was returned "not deliverable as addressed; unable to forward." I looked online for more information and found no listing under Scott Bettencourt, or S. Bettencourt in and around the East Hampton area. I was unable to locate Scott Bettencourt.

    b.    **Luis Gonzalez.** Mr. Gonzalez's last known address is 509 South Street, New Britain, Connecticut. His notice was returned "attempted – not known; unable to forward." I looked online for more information, found a Luis Gonzalez in New Britain at 39 Elam Street and re-mailed the notice. I later received a call from Nelda Jurado that Luis Gonzalez located at 39 Elam Street, New Britain was not an employee of Precision Molding Co., Inc. I looked online for Mr. Gonzalez and found that there were over 300 located in Connecticut. I was unable to locate Luis Gonzalez.

**Missing WP-UAW Local 376 Retirement Plan Participants**

    a.    **Enrique Aponte.** Mr. Aponte's last known address is P.O. Box 2915, New Britain, Connecticut. His notice was returned undeliverable with "attempted – not known." I looked online for more information and found a listing for E. Aponte at 25 Laurel Street, Hartford, Connecticut. It was later returned undeliverable with "attempted – not known; unable to forward." There are 134 listing for Aponte in Connecticut. I was unable to locate Enrique Aponte.

b.      **Anna Chroscicki.** Ms. Chroscicki's last known address is 600 Clark Avenue, Unit 21, Bristol, Connecticut. Her notice was returned undeliverable with "not deliverable as addressed; unable to forward." I looked online for Ms. Chroscicki and found there are no listings in Connecticut. I was unable to locate Anna Chroscicki.

c.      **Anthony Curtis.** Mr. Curtis's last known address is 837 State Street, Apartment 104, Springfield, Massachusetts. His notice was returned with "attempted – not known; unable to forward." There is no residential listing online for Anthony Curtis in Massachusetts. I was unable to locate Anthony Curtis.

d.      **Thomas L. Dobkowski, Jr..** Mr. Dobkowski's last known address is 203 Vanderbilt Road, Bristol, Connecticut. His notice was returned with "attempted – not known; unable to forward." Nothing came up online under Thomas or T. Dobkowski in Connecticut. I was unable to locate Thomas L. Dobkowski, Jr.

e.      **Bay Keobapha.** Mr. Keobapha's last known address is 326 Park Avenue, Apartment C, East Hartford, Connecticut. His notice was returned with "attempted not known." Nothing came up online under Keobapha in Connecticut. I was unable to locate Bay Keobapha.

f.      **Jolanta Lichniak.** Ms. Lichniak's last known address is 477 Youree Road, Murfreesboro, Tennessee. Her notice was returned

"vacant; unable to forward." I looked online under Lichniak in the United States. There is no listing for Jolanta Lichniak and there is no other Lichniak in Tennessee. I was unable to locate Jolanta Lichniak.

      g.    **Ernest Mitchell**. Mr. Mitchell's last known address is 224 Marion Avenue, Plainville, Connecticut. His notice was returned with "no such street; unable to forward." I looked online and found the same address in the next town, Plantsville, and mailed the notice to Mr. Mitchell's attention at that address. It was also returned as "unable to forward." I was unable to locate Ernest Mitchell.

7. As of December 5, 2007, we have received no objections or appearances from any Plan Participants.

Dated at Groton, Connecticut this 5th day of December, 2007.

_____
Melissa R. Martineau

Subscribed and sworn to this 5th day of December, 2007.

_____
Thomas G. Moukawsher
Commissioner of the Superior Court

# Certificate of Service

I certify that on December 5, 2007 a copy of this Affidavit was filed electronically. Notice will be sent by e-mail to all parties by the Court's electronic filing system. Parties may access this through the Court's system.

Theodore J. Tucci
Jean Elizabeth Tomasco,
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103

Joseph V. Meaney, Jr.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Ave.
Hartford, CT. 06114

Marissa A. Bellair
Steven Errante
Eric P. Smith
Nancy Fitzpatrick Myers
Lynch, Traub, Keefe, and Errante, LLP

52 Trumbull Street
P.O. Box 1612
New Haven, CT. 06506

Sara Simeonidis
Deborah S. Freeman,
Bringham McCutchen
1 State Street
Hartford, CT 06103

Thomas G. Rohback
James J. Reardon, Jr.
Dewey & LeBoeuf LLP
125 West 55th Street
New York, NY 10019

 

    /s/ Thomas G. Moukawsher
Thomas G. Moukawsher
Moukawsher & Walsh, LLC
21 Oak Street, Suite 209
Hartford, CT 06106
(860) 278-7000
(860) 548-1740 (fax)