# EXHIBIT 1



Law Offices
*Moukawsher & Walsh*, L.L.C.
328 Mitchell Street
P.O. Box 966
Groton, Connecticut 06340

**NOTICE OF CLASS ACTION SETTLEMENT**

**TO: PRECISION MOLDING INC. 401(K) PARTICIPANTS**

Scott Bettencourt
6 Skinner Street, #3
East Hampton, CT 06424