# EXHIBIT 2

Now Accep...

# Holiday Parties

Off Premises Catering Available

## LA TRATTORIA
a classic restaurant and lounge
ROUTE 44, CANTON, CT • 860-673-5000
www.latrattoriact.com

Please join us for a tour of...
for a Cocktail Party featuring a live cookin...
Catering located in Avon! Ken will be pr...
Holidays! Wine selections to complimer...
Hors d' oeuvres will be...

## Carrier
Since 1921
Carrier Home Builders, Inc.

DIRECTIONS: RTE. 6
Fieneman Road/Birdsey

Loom

ue West Hartford

## NOTICE OF CLASS ACTION SETTLEMENT

To: Wasley Products, Inc. 401(k) Plan Participants
Precision Molding Co., Inc. 401(k)
Plan Participants,
and WP-UAW Local 376 Retirement
Plan Participants

If you are a participant of any of the three retirement
plans named above, and have not yet received direct
notice by U.S. mail, call Melissa Martineau of
Moukawsher & Walsh, LLC, Hartford, CT at
(860) 278-7000.

You might benefit from a proposed settlement.

OUR TOWNS    6★  THE HARTFORD COURANT • THURSDAY, NOVEMBER 15, 2007    B5

# Site Sought For Fairgrounds

...ector with the Advocates of ...ative Experiences and the ...stonbury Chamber of Com- ...ce, and vice chairman of the ...n's public building commis- ...i, is hoping to create a group ...rested in joining what he calls "fairground hunt."

When the town moved the ...le Harvest Festival over be- ...l the community center while ...park was being created, we ...l of assumed we would be ...g back there when every- ...g was completed," Cox said ...nesday of the annual cham- ...air that has been held behind ...ommunity center for the past ...ears.

...While it's nice back there; it ...d be great to have a perma- ...location," he said.

...cause the park has a utility ...structure for a larger...

...tion should be the fairgrounds that voters approved as part of the riverfront park. Currently, the chamber has to pay $5,000 for temporary utilities at the festival.

Town Council Chairwoman Susan Karp said nothing has been ruled out when it comes to the park's fairgrounds.

No definite decisions have been made, Karp said Wednesday. "The athletic fields remain, as do the fairgrounds," Karp said. "We will use the park's resources to meet all our town needs. We will work closely with the chamber to find a way to accommodate all interests and proposed usages such as community fairgrounds."

Cox said he believes that with the delicate nature of soccer and lacrosse fields, the fairgrounds will never be used to support a

Apple Harvest Festival and the New Children's Summer Fair have been put on hold pending a permanent location of community fairgrounds.

"Lots of events could be held at a fairgrounds, and it's something the town should have," Cox said. "I understand there's a need for athletic fields, but there's also a need for fairgrounds and all they bring to a community."

That's why Cox created the "fairground hunt." He's hoping the group will be able to review other locations, including the land between the community center and the Connecticut River where the festival has been held the past two years. Anyone interested in the group should call Cox at 860-633-2479.



WORTH THE TRIP FROM ANYWHERE!
SALE TODAY thru NOVEMBER 21st

Happy Thanksgiving
from all of us at
Meadow Meat

HOLIDAY HOURS:
MON, TUES, WED-7:30AM TO 5:00PM
FRI 10:00AM-5:00PM; SAT-7:00AM-1:00PM
****CLOSED THANKSGIVING****
THERE'S STILL TIME TO ORDER
YOUR HOLIDAY TURKEY OR ROAST

**Steakhouse Quality Beef**

BONELESS BEEF        10 LBS. OR MORE
CHUCK                $1.99 lb.
POT ROAST            LESSER AMOUNTS $2.59 LB.
OR STEAK

SEMI-BONELESS
HOTEL-STYLE          $5.99 lb.
BEEF
RIB ROAST            Half or Whole

New York              Half or Whole
Strip                $4.99 lb.
Steak

ANGUS BEEF
BONELESS             $3.99 lb.
SIRLOIN
STEAK

ANGUS BEEF
Oven Ready Boneless  $3.99 lb.
SIRLOIN



# Women Claim Their Place In World

**By AARON MORRISON**
PALO ALTO (CALIF.) DAILY NEWS

dancers," Kolnick said. "It doesn't mean that I have to be masculine. If you have the talent, you don't want to be in the back-

about how in hi also a me

### NOTICE OF CLASS ACTION SETTLEMENT

To: **Wasley Products, Inc. 401(k) Plan Participants**
**Precision Molding Co., Inc. 401(k) Plan Participants,**
and **WP-UAW Local 376 Retirement Plan Participants**

If you are a participant of any of the three retirement plans named above, and have not yet received direct notice by U.S. mail, call **Melissa Martineau** of **Moukawsher & Walsh, LLC, Hartford, CT** at **(860) 278-7000.**

You might benefit from a proposed settlement.

**NEW BALANCE 1223**
Stability Running

# Visit us at Blu
# and find out

# IN OUR TOV

## WHAT'S BREAKING

IN OUR TOWNS

# Zimmer Named Professor Of T

### EDUCATION BRIEFS

A Connecticut College chemistry professor whose goal is to excite students about chemistry and get

Veterans Hall of Fame posthumously.

Faticoni, the youngest of three brothers who served in World War II, spent time in the U.S. Army and Navy, his family said

In his particular case, he stud-

botany when I went to the university, so I slipped into chemistry."

**Ronald McDonald House**

$10,000 to build a safer plays Ronald McDonald Hou Connecticut in New Have which received $100,000 to r

One-Day Bath To Shower Conversion!

## BATH FITTER

Glamour Shots

PRA
Professional Photographers of America

1.888.Glamour Shots

12 FREE HOLIDA
GREETING CARD
WITH YOUR PAID SESSIC

Limit one set of 12 cards per paid session
Not valid with any other offer.
Standard color paper & finish only.
Offer expires 12/15/07

GS

---

**NOTICE OF CLASS ACTION SETTLEMENT**

To: **Wasley Products, Inc. 401(k) Plan Participants Precision Molding Co., Inc. 401(k) Plan Participants, and WP-UAW Local 376 Retirement Plan Participants.**

If you are a participant of any of the three retirement plans named above, and have not yet received direct notice by U.S. mail, call **Melissa Martineau of Moukawsher & Walsh, LLC, Hartford, CT at (860) 278-7000.**

You might benefit from a proposed settlement.

---

and several students          production and technical design.     most popular play, is named after

*Contact Kim Martinea kmartineau@courant.co*