# EXHIBIT 1

TABLE 1.1

| Division of | | | | |
|---|---|---|---|---|
| | | | $ | 1,800,000.00 |
| Cranmore, FitzGerald & Meaney | | | $ | 208,000.00 |
| Moukawsher & Walsh, LLC | | | $ | 422,000.00 |
| Wiblyi Annuity | | | $ | 230,000.00 |
| Wasley Products, Inc. 401(k) Proceeds | | | | |
| | *Shortfall* | $ 296,204.01 | | |
| | *Underfunding* | $ 212,178.95 | | |
| | | | $ | 508,382.96 |
| Precision Molding 401(k) Proceeds | | | | |
| | *Shortfall* | $ 24,278.67 | | |
| | *Underfunding* | $ 24,758.37 | | |
| | | | $ | 49,037.04 |
| WP-UAW Local 376 Plan Shortfall | | | $ | 382,580.00 |

Table 1.2: WASLEY PRODUCTS 401(K) PLAN
Allocation of Settlement Proceeds Among Participants' Accounts

| Last Name | First Name | Amount to Account for Shortfall in Funds<br>A | Amount to Account for Understatement of DB Rollover<br>B | Total Amount to be Allocated to Account (A + B)<br>C |
|---|---|---|---|---|
| Barron | Sandra | | | |
| Barron | Walter | | | |
| Bautz | David | | | |
| Brady | Andrew | | | |
| Brown | Dorothy | | | |
| Caligan | Jeannie | | | |
| Cermola | John | | | |
| D.Laferriere | Sandi | | | |
| Freeman | William | | | |
| Kosis | Cynthia | | | |
| Laferriere | Roger | | | |
| Lay | Kelli | | | |
| Lemeieux | James | | | |
| Prentiss | Gregory | | | |
| Rizzi | John | | | |
| Rostocki | Alex | | | |
| Seich | Richard | | | |
| Walker | Joanne | | | |
| Wasley | Alan | | | ** |
| Wasley | Aldea | | | |
| | | $ 296,204.01 | $ 212,178.95 | $ 508,382.96 |

*REDACTED* (watermark)

** This amount, plus an additional $REDACTED, will be forfeited by Alan Wasley as his contribution to the Settlement Proceeds

Table 1.3: PRECISION MOLDING 401(K) PLAN
Allocation of Settlement Proceeds Among Participants' Accounts

| Last Name | First Name | Amount to Account for Shortfall in Funds<br>A | Amount to Account for Understatement of DB Rollover<br>B | Total Amount to be Allocated to Account (A + B)<br>C |
|---|---|---|---|---|
| Bald | Randy | | | |
| Balla | Antal | | | |
| Bettencourt | Scott | | | |
| Chudzik | Diane | | | |
| Echeverria | Jose | | | |
| Gonzalez | Luis | | | |
| Przywara | Cecylia | | | |
| Rivera | Ruben | | | |
| Roman | Alex | | | |
| Sibley | Elizabeth | | | |
| Soltan | Romulda | | | |
| Trueb | Scott | | | |
| Wasley Jr. | Arthur J. | | | |
| Wasley | Bradford | | | |
| Taylor | Marty | | | |
| Curtis | Marvin | | | |
| Kovacs | Tamas | | | |
| Alejandro | Roman | | | |
| | | $ 24,278.67 | $ 24,758.37 | $ 49,037.04 |

*REDACTED*