**EXHIBIT B**
**Missing Plan Participants**

### Precision Molding, Inc. 401(k) Participants

| # | Last Name | First Name | Street | Town | ST | Zip |
|---|---|---|---|---|---|---|
| 1 | Bettencourt | Scott | 6 Skinner Street, #3 | East Hampton | CT | 06424 |
| 2 | Gonzalez | Luis | 509 South Street | New Britain | CT | 06051 |

### Wasley Products Inc UAW Local 376 Retirement Plan Participants

| # | Last Name | First Name | Street | Town | ST | Zip |
|---|---|---|---|---|---|---|
| 3 | Aponte | Enrique | PO Box 2915 | New Britain | CT | 06050 |
| 4 | Chroscicki | Anna | 600 Clark Ave., Unit 21 | Bristol | CT | 06010 |
| 5 | Curtis | Anthony | 837 State Street, Apt. 104 | Springfield | MA | 01109 |
| 6 | Dobkowski, Jr. | Thomas L. | 203 Vanderbilt Road | Bristol | CT | 06010 |
| 7 | Keobapha | Bay | 326 Park Avenue, Apt #C | East Hartford | CT | 06108 |
| 8 | Lichniak | Jolanta | 477 Youree Road | Murfreesboro | TN | 37127 |
| 9 | Mitchell | Ernest | 224 Marion Avenue | Plainville | CT | 06062 |