UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WASLEY PRODUCTS, INC., ET AL., | : | MASTER CONSOLIDATED CASE |
| | : | CIVIL NO. 3:03 CV 383 (MRK/WIG) |
| Plaintiffs, | : | |
| | : | |
| V. | : | |
| | : | |
| BARRY BULAKITES, ET AL., | : | |
| | : | |
| Defendants. | : | MAY 27, 2008 |

UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFFS' MOTION FOR
<u>ENFORCEMENT OF SETTLEMENT AGREEMENT</u>

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, Wasley Products, Inc. and Precision Molding, Inc., individually and on behalf of the Wasley Products, Inc. UAW Local 376 Retirement Plan, Precision Molding Co., Inc. 401(k) Profit Sharing Plan, and Wasley Products, Inc. 401(k) Profit Sharing Plan, Alan Wasley, Andrew Brady, Sandi Dumas-Laferriere and Barry Connell (collectively, the "Plan Parties"), hereby move for a three-week extension of time, to and including June 18, 2008, to respond to plaintiffs' Motion for Immediate Enforcement of Settlement Agreement.

In support of this motion, the Plan Parties state that the motion for enforcement pertains to issues concerning distributions from the two 401(k) plans as well as appointment of new trustees. Counsel for the Plan Parties have engaged in discussions with plaintiffs' counsel, Thomas Moukawsher, in an attempt to resolve the issues raised by the motion. The discussions have included a telephone conference with an independent service provider to the plans who,

with the knowledge of the Department of Labor, has been working to bring the 401(k) plans into compliance to facilitate distributions. Discussions are still ongoing. The requested extension of time will permit the parties to continue their discussions and, hopefully, resolve most if not all of the issues presented in plaintiffs' motion without the need for the court's involvement.

This is the Plan Parties' first motion seeking an extension of time of this deadline. Plaintiffs' counsel, Thomas Moukawsher, has no objection to the requested extension. Counsel for the companies and for the plans, Joseph V. Meaney, Jr., joins in this motion and has authorized the undersigned to submit the motion on his behalf.

DEFENDANTS
WASLEY PRODUCTS, INC., ALAN A. WASLEY, ANDREW BRADY, SANDI DUMAS-LAFERRIERE, AND BARRY CONNELL

By: /s/ Jean E. Tomasco
Jean E. Tomasco (ct09635)
jtomasco@rc.com
Theodore J. Tucci (ct05249)
ttucci@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax: (860) 275-8299

And also filed on behalf of

WASLEY PRODUCTS, INC.,
PRECISION MOLDING CO., INC.,
Individually and on behalf of
WASLEY PRODUCTS, INC. UAW
LOCAL 376 RETIREMENT PLAN,
PRECISION MOLDING CO., INC.,
401(k) PROFIT SHARING PLAN, and
WASLEY PRODUCTS, INC. 401(k)
PROFIT SHARING PLAN

With the consent of their counsel
Joseph V. Meaney, Jr.
jmeaney@cfmlawfirm.com
Cranmore, Fitzgerald & Meaney
49 Wethersfield Ave.
Hartford, CT  06114-1102
Phone: 860-522-9100
Fax:  860-522-3379

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2008, a copy of the foregoing Plan Parties' Motion for Extension of Time was filed electronically. Notice of this filing shall be sent by E-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/     Jean E. Tomasco
Jean E. Tomasco