UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WASLEY PRODUCTS, INC., ET AL., | : MASTER CONSOLIDATED CASE |
| | : CIVIL NO. 3:03 CV 383 (MRK/WIG) |
| Plaintiffs, | : |
| | : |
| V. | : |
| | : |
| BARRY BULAKITES, ET AL., | : |
| | : JULY 10, 2008 |
| Defendants. | : |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR ENFORCEMENT OF SETTLEMENT AGREEMENT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, Wasley Products, Inc. and Precision Molding, Inc., individually and on behalf of the Wasley Products, Inc. UAW Local 376 Retirement Plan, Precision Molding Co., Inc. 401(k) Profit Sharing Plan, and Wasley Products, Inc. 401(k) Profit Sharing Plan, Alan Wasley, Andrew Brady, Sandi Dumas-Laferriere and Barry Connell (collectively, the "Plan Parties"), hereby move for a three-week extension of time, to and including August 8, 2008, to respond to plaintiffs' Motion for Immediate Enforcement of Settlement Agreement.

In support of this motion, the Plan Parties state that the motion for enforcement pertains to issues concerning distributions from the two 401(k) plans as well as appointment of new trustees. Counsel for the Plan Parties engaged in good-faith discussions with plaintiffs' counsel, Thomas Moukawsher, in an attempt to resolve the issues raised by the motion. By letter dated June 3, 2008, the undersigned counsel provided Attorney Moukawsher with information and a copy of documents submitted to the IRS regarding the two 401(k) plans.

Counsel for the Plan Parties was informed by Attorney Moukawsher only recently—on July 8, 2008—that his clients had instructed him to proceed with the motion, leaving counsel for the Plan Parties just 10 days to respond to the motion under the current deadline. Further, one of the attorneys for the trustees, who has been involved in the compliance issues and submissions and whose input is necessary in preparing a response to plaintiffs' motion, will be out of the office all of next week, and certain of the trustees also are out of state this week. Counsel for the Plan Parties therefore requires additional time to consult with their clients and prepare a response to the motion.

This is the Plan Parties' third request for an extension of this deadline. Plaintiffs' counsel, Thomas Moukawsher, does not object to a two-week extension of time. However, as the previous extension of time was prompted by plaintiffs' counsel's request for additional time to review the information provided to him by counsel for Plan Parties, and given the vacation and travel schedules of counsel and others necessary to preparation of a response, a three-week extension is requested. Counsel for the companies and for the plans, Joseph V. Meaney, Jr., joins in this motion and has authorized the undersigned to submit the motion on his behalf.

    DEFENDANTS
WASLEY PRODUCTS, INC., ALAN A. WASLEY, ANDREW BRADY, SANDI DUMAS-LAFERRIERE, AND BARRY CONNELL

By:   /s/ Jean E. Tomasco
    Jean E. Tomasco (ct09635)
    jtomasco@rc.com
    Theodore J. Tucci (ct05249)
    ttucci@rc.com
    Robinson & Cole LLP
    280 Trumbull Street
    Hartford, CT 06103-3597
    Tel. No.: (860) 275-8200
    Fax: (860) 275-8299

And also filed on behalf of

WASLEY PRODUCTS, INC.,
PRECISION MOLDING CO., INC.,
Individually and on behalf of
WASLEY PRODUCTS, INC. UAW
LOCAL 376 RETIREMENT PLAN,
PRECISION MOLDING CO., INC.,
401(k) PROFIT SHARING PLAN, and
WASLEY PRODUCTS, INC. 401(k)
PROFIT SHARING PLAN

With the consent of their counsel
Joseph V. Meaney, Jr.
jmeaney@cfmlawfirm.com
Cranmore, Fitzgerald & Meaney
49 Wethersfield Ave.
Hartford, CT  06114-1102
Phone: 860-522-9100
Fax:  860-522-3379

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2008, a copy of the foregoing Plan Parties' Motion for Extension of Time was filed electronically. Notice of this filing shall be sent by E-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/     Jean E. Tomasco
Jean E. Tomasco