# Exhibit B

## Acknowledgement Letter

[ Wasley Products, Inc.
[ 87 Spring Lane
[ Plainville, CT  06062-0000
[ (EIN:  06-0664472)
[

INSERT NAME AND
ADDRESS OF PLAN
SPONSOR OR
POWER OF ATTORNEY
IN BRACKETS AT LEFT

Plan Name: __Wasley Products, Inc., 401(k) Profit Sharing Plan__
[Insert plan name]

Plan Number: 002
[Insert three-digit plan number]

Control No.: __911676596__
[to be completed by the Internal Revenue Service]

Received Date: __4/29/2008__
[to be completed by the Internal Revenue Service]

The Internal Revenue Service, Employee Plans Voluntary Compliance, has received your VCP Submission for the above-captioned plan. Your request has been assigned the control number listed above. This number should be referred to in any communication to us concerning your submission.

You will be contacted when the case is assigned to an agent. If you need to inquire about the status of your case, please call (626)312-4921 (not a toll-free number). Please leave a message with the name of the Plan, the Control Number, your name and a phone number where you can be reached.

Thank you for your cooperation.

## Acknowledgement Letter

[ Precision Molding Company, Inc.  
87 Spring Lane  
Plainville, CT  06062-0000  
(EIN: 06-1129605) ]

INSERT NAME AND ADDRESS OF PLAN SPONSOR OR POWER OF ATTORNEY IN BRACKETS AT LEFT

Plan Name: Precision Molding Company, Inc. 401(k) Profit Sharing Plan  
[insert plan name]

Plan Number: 001  
[insert three-digit plan number]

Control No.: 911676595  
[to be completed by the Internal Revenue Service]

Received Date: 4/29/2008  
[to be completed by the Internal Revenue Service]

The Internal Revenue Service, Employee Plans Voluntary Compliance, has received your VCP Submission for the above-captioned plan. Your request has been assigned the control number listed above. This number should be referred to in any communication to us concerning your submission.

You will be contacted when the case is assigned to an agent. If you need to inquire about the status of your case, please call (626)312-4921 (not a toll-free number). Please leave a message with the name of the Plan, the Control Number, your name and a phone number where you can be reached.

Thank you for your cooperation.