# Exhibit C

# ROBINSON & COLE LLP

JEAN E. TOMASCO

280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
jtomasco@rc.com
Direct (860) 275-8323

June 3, 2008

*Via First Class Mail*

Thomas G. Moukawsher, Esq.
Moukawsher & Walsh LLC
21 Oak Street # 209
Hartford, CT 06106-8002

Re: **Wasley Products and Precision Molding 401(k) Plans
VCP Submissions**

Dear Tom:

Enclosed please find copies of the Voluntary Submission Program submissions for the Wasley Products and Precision Molding 401(k) Plans (the "Plans"), provided to me by Tom Forese of Northeast Retirement Services (NRS). The submissions include the amendment and restatement of the Plans to the prototype plan that Mr. Forese mentioned. He did not include copies of the documents from the court cases but you have that information.

As discussed during our telephone conference with Mr. Forese, through these submissions NRS is asking the IRS for approval of the Plans as qualified (or, alternatively, that the Plans—and distributions from the Plans—will not be disqualified). NRS is seeking IRS approval as assurance that the distributions under the Plans will not be disqualified and taxable to the participants. If the Plans are approved, NRS intends to proceed with distributions to participants from the Plans.

As noted in the submissions, the Plans ultimately will be terminated. NRS, however, does not intend to wait for IRS approval of the plan terminations before making distributions to participants.

Further, as Mr. Forese stated during our teleconference, NRS has worked with the courts and the Department of Labor to terminate many 401(k) plans and is making the DOL aware of their steps to terminate the Wasley and Precision Plans.

The Plans and their current trustees have been working diligently to resolve the Plan issues and facilitate distributions to participants. The Plans had tried to hire independent fiduciaries, but could not find anyone willing to take that role until the



*Law Offices*

BOSTON
HARTFORD
NEW LONDON
STAMFORD
WHITE PLAINS
NEW YORK CITY
SARASOTA

www.rc.com        HART1-1471444-1

# ROBINSON & COLE LLP

Thomas G. Moukawsher, Esq.
June 3, 2008
Page 2

plan qualification issues were resolved. While we cannot predict with certainty as to how long it will take the IRS to act on these submissions, we hope to receive a decision relatively soon. We will let you know of any further developments.

I trust that this information is sufficient to assure the plan participants that steps are being taken to address their concerns and that it will not be necessary to proceed with your pending motion to enforce the settlement agreement. If you have any questions, please do not hesitate to contact either me or Bruce Barth. In the meantime, as our response to your pending motion is currently due on June 18th, please advise me as to whether (and how) you intend to proceed with the motion.

Thank you. I look forward to hearing from you.

Sincerely,

Jean E. Tomasco

Copy to: Bruce Barth (w/o encl.)

