# Exhibit D

**Tomasco, Jean**

---

**From:** Tom Moukawsher [TMoukawsher@mwlawgroup.com]
**Sent:** Tuesday, July 08, 2008 9:58 AM
**To:** Tomasco, Jean
**Subject:** Prentiss v. Wasley

Jean

After reviewing the documents and discussing the situation with my clients, I can now report that my clients have instructed me to ask that my motion be heard and decided. My clients believe they are entitled to the sums agreed in the settlement without waiting for any IRS action. I confirmed for them that distributions from qualified plans are made routinely without an IRS determination letter. They are *extremely* displeased with the delay and see it as just one more instance where the plan trustees have thought of everybody but the plan participants. I understand how they feel. The current trustees should release, at a minimum, the settlement proceeds. I regret we could not resolve this without more cost and time to both sides.

Tom

*Thomas G. Moukawsher*
Attorney at Law
Moukawsher | Walsh LLC
21 Oak Street | Suite 209
Hartford | CT | 06106
tmoukawsher@mwlawgroup.com
www.mwlawgroup.com
PH 860.278.7003
FX 860.446.8161

Groton Office: 328 Mitchell Street | Groton | CT | 06340

********NOTICE*********
THE INFORMATION CONTAINED IN THIS ELECTRONIC MAIL TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

8/5/2008