UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WASLEY PRODUCTS, INC., et al., | : | CIVIL ACTION NO. |
| | : | 3:03 CV 00383 (MRK)(LEAD) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| BARRY L. BULAKITES, et al., | : | |
| | : | |
| Defendants. | : | AUGUST 28, 2008 |
| | : | |
| GREGORY T. PRENTISS, et al., | : | CIVIL ACTION NO. |
| | : | 3:03 CV 00383 (MRK)(LEAD) |
| Plaintiffs, | : | (3:03 CV1790 (MRK)) |
| | : | |
| v. | : | |
| | : | |
| WASLEY PRODUCTS, INC., et al. | : | |
| | : | |
| Defendants. | : | AUGUST 28, 2008 |

# [Proposed] Temporary Restraining Order

Having read Participants' Counsel's motion and affidavit, the Court finds:

1.     That this matter was referred to this Court for all purposes with the consent of all parties on November 15, 2007.

2.     The Court has continuing jurisdiction over this case and the Parties under the Court's December 10, 2007 Order.

3.     That Fed. R. Civ. P. 65 (b) gives the Court power to issue Temporary Restraining Orders;

4.     As required by Fed. R. Civ. P. 65 (b)(1)(A) Participants' Counsel has alleged in his affidavit specific facts that clearly show that immediate and irreparable harm will result to the Plan Participants if a temporary order is not issued before the adverse parties may be heard. Specifically, the Plan Participants will suffer immediate and irreparable harm by the exposure of the assets of the Plans[1] to possible theft or mismanagement.

5.     As required by Fed. R. Civ. P. 65 (b)(1)(B) Participants' Counsel has certified in writing that he has spoken with counsel for all Parties affected by this motion and will give notice of the motion to all Parties.

6.     As required by Fed. R. Civ. P. 65 (b)(2) this Court has found that

Plan Participants will suffer immediate and irreparable harm by the exposure of the assets of the Plans to possible theft or mismanagement. Because the Parties have neither agreed to a means to safeguard the assets or to an order for the Court that it can enter by consent, the Court should issue a temporary order without hearing any adverse party.

THEREFORE, the Court orders as follows:

1.     Nationwide Life Insurance Co. of America is hereby restrained from transferring any assets of the Plans it possesses or controls to Plan Participants, to the

---

[1] For all purposes of this Order the "Plans" are: The Wasley Products, Inc. 401(k) Profit Sharing Plan (the "Wasley 401(k) Plan"); The Precision Molding Company, Inc. 401(k) Plan (the "Precision 401(k) Plan"); and The Wasley Products, Inc.-U.A.W. Local 376 Retirement Plan (the "WP-UAW Local 376 Plan").

2

Plan Trustee, Alan Wasley, or to any third party other than for purposes of making routine investment transfers in accordance with the terms of the Plans.

    2.    No later than _____ Nationwide Life Insurance Co. of America is ordered to file with the Court a report on the amount of assets of the Plan it holds and any major withdrawals of assets of the Plans that have occurred since July 1, 2008.

    3.    That as required by Fed. R. Civ. P. 65 (b)(2) this Temporary Restraining Order will expire on _____, a date not to exceed 10 days.

                                            BY THE COURT

                                            _____
                                            William I. Garfinkel
                                            United States Magistrate Judge

Date:_____

Time:_____

## CERTIFICATE OF SERVICE

I certify that on August 28, 2008 a copy of this [proposed] order was filed electronically. Notice will be sent by e-mail to all parties by the Court's electronic filing system. Parties may access this through the Court's system.

Theodore J. Tucci
Jean Elizabeth Tomasco,
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103

Joseph V. Meaney, Jr.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Ave.
Hartford, CT. 06114

Marissa A. Bellair
Steven Errante
Eric P. Smith
Nancy Fitzpatrick Myers
Lynch, Traub, Keefe, and Errante, LLP

52 Trumbull Street
P.O. Box 1612
New Haven, CT. 06506

Sara Simeonidis
Deborah S. Freeman,
Bringham McCutchen
1 State Street
Hartford, CT 06103

Thomas G. Rohback
James J. Reardon, Jr.
Dewey & LeBoeuf LLP
125 West 55th Street
New York, NY 10019

      /s/ Thomas G. Moukawsher
Thomas G. Moukawsher
Moukawsher & Walsh, LLC
21 Oak Street, Suite 209
Hartford, CT 06106
(860) 278-7000
(860) 548-1740 (fax)